# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maxi-Métal, Inc.                                                                                                      .

Date:    04/20/2026

/s/ Reid J. Schar
*Attorney's signature*

Reid J. Schar (6243821)
*Printed name and bar number*

525 Market Street, 29th Floor
San Francisco, CA 94105

*Address*

RSchar@jenner.com
*E-mail address*

(628) 267-6800
*Telephone number*

(628) 267-6859
*FAX number*