# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maxi-Métal, Inc.                                                                                             .

Date:     04/20/2026

/s/ Douglas E. Litvack
*Attorney's signature*

Douglas E. Litvack (1024973)
*Printed name and bar number*

1099 New York Avenue NW
Washington, DC 20001

*Address*

DLitvack@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*