# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    2:26-md-03179-WCG |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maxi-Métal, Inc.                                                                                      .

Date:     04/20/2026

/s/ Jariel A. Rendell
*Attorney's signature*

Jariel A. Rendell (1027023)
*Printed name and bar number*

1099 New York Avenue NW
Washington, DC 20001

*Address*

JRendell@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*