# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maxi-Métal, Inc.                                                                    .

Date:     04/20/2026

/s/ Jacob P. Wentzel
*Attorney's signature*

Jacob P. Wentzel (6333530)
*Printed name and bar number*

353 North Clark Street
Chicago, Illinois 606054

*Address*

JWentzel@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*