UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

In re: Fire Apparatus Antitrust Litigation

Case No. 26-md-03179

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel T. Flaherty of the law firm of Godfrey & Kahn, S.C. appears as counsel for Defendant, Maxi-Métal, Inc. in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated this 20th day of April, 2026.

By: *s/ Daniel T. Flaherty*
Daniel T. Flaherty
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
Phone: 414-273-3500
Email: dflaherty@gklaw.com

Attorneys for Defendant, Maxi- Métal, Inc.

38296820.1