**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 <br><br> Case No. 2:26-md-03179-WCG <br><br> Hon. William C. Griesbach |

## <u>DEFENDANT MAXI-MÉTAL, INC.'S CIVIL L.R. 7.1 DISCLOSURE STATEMENT</u>

Defendant Maxi-Métal, Inc. furnishes the following disclosure statement pursuant to Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1:

1. The undersigned represent Maxi-Métal, Inc. in this action.

2. Maxi-Métal, Inc.'s parent corporations are Maxi-Métal Holdings, Inc. and Oshkosh Corporation.

3. Maxi-Métal Holdings, Inc. owns 100% of Maxi-Métal, Inc.'s stock. Oshkosh Corporation owns 100% of Maxi-Métal Holdings, Inc.'s stock.

4. Only attorneys from Jenner & Block LLP and Godfrey & Kahn, S.C. are expected to appear on behalf of Maxi-Metal, Inc. in this action.


Dated: April 20, 2026

Respectfully submitted,

s/ *Daniel T. Flaherty*
Daniel T. Flaherty (Bar No. 1011357)
Godfrey & Kahn S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

Reid Schar (Bar No. 6243821)
Jenner & Block LLP
525 Market Street, 29th Floor

San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

Douglas E. Litvack (Bar No. 1024973)
Jariel A. Rendell (Bar No. 1027023)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Bar No. 6333530)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation,
Pierce Manufacturing, Inc., and Maxi-Métal, Inc.*