# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. REV Group Inc., et al.*, 2:26-cv-00632-WCG | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

### DEFENDANTS' UNOPPOSED CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO VACATE DEADLINE TO RESPOND TO LA COUNTY ACTION COMPLAINT PENDING ENTRY OF A CASE MANAGEMENT ORDER

Defendants hereby move to vacate their April 21, 2026 deadline to respond to the Complaint in *People of the State of California, et al. v. REV Group Inc., et al.*, Case No. 2:26-cv-00632-WCG (the "LA County Action")—which was transferred to this Court from the U.S. District Court for the Central District of California—pending entry of a Case Management Order in this MDL. In support of the motion, Defendants state as follows:

1. On February 12, 2026, Plaintiffs the People of the State of California, acting by and through the Los Angeles County Counsel, the County of Los Angeles, and the Consolidated Fire Protection District of Los Angeles County (the "LA County Plaintiffs") filed a Complaint against Defendants in the Central District of California. The LA County Action is an individual (i.e., non-class) action. The LA County Plaintiffs and plaintiffs in all subsequently filed individual actions are represented by Simonsen Sussman LLP and Baron & Budd, P.C. ("Individual Action Counsel").

2. On April 3, 2026, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order directing that three related actions pending outside of this District be transferred

and assigned to this Court, and that nine other related actions already pending in this district be reassigned to Judge Griesbach, for consolidated pretrial proceedings. *See* ECF No. 1; ECF No. 112, *In re: Fire Apparatus Antitrust Litig.*, MDL No. 3179 (J.P.M.L. Apr. 3, 2026).

3. On April 6, 2026, the Panel issued a first Conditional Transfer Order directing that six potential tag-along actions pending outside of this district be transferred and assigned to this Court for consolidated pretrial proceedings, including the LA County Action. *See* ECF No. 113, *In re: Fire Apparatus Antitrust Litig.*, MDL No. 3179 (J.P.M.L. Apr. 6, 2026).

4. On April 14, 2026, the Panel finalized the first Conditional Transfer Order. *See* ECF No. 125, *In re: Fire Apparatus Antitrust Litig.*, MDL No. 3179 (J.P.M.L. Apr. 14, 2026). On April 17, 2026, the LA County Action was transferred to this Court. *See* ECF No. 84, *People of the State of California, et al. v. REV Group, Inc., et al.*, Case No. 2:26-cv-00632-WCG (E.D. Wis. Apr. 17, 2026).

5. Defendants' deadline to respond to the LA County Action Complaint is April 21, 2026. *See* ECF No. 64, *People of the State of California, et al. v. REV Group, Inc., et al.*, Case No. 2:26-cv-00632-WCG (E.D. Wis. March 11, 2026).

6. Pursuant to Rule 6(b)(1), there is good cause to vacate Defendants' deadline to respond to the LA County Action Complaint to allow the Court time to consider an appropriate Case Management Order setting deadlines for this MDL proceeding, including (a) leadership of the direct purchaser putative class actions, indirect purchaser putative class actions, and individual actions, respectively (b) consolidated amended complaints for the direct purchaser putative class actions, indirect purchaser putative class actions, and individual actions, respectively, and (c) responses to those complaints. Vacating Defendants' deadline will conserve judicial and party resources, avoid duplicative filings, and promote efficient case management in the interim.

2

7.      Counsel for Defendants met and conferred with Individual Action Counsel on April 17, 2026. Individual Action Counsel advised that the LA County Plaintiffs do not oppose this motion.

WHEREFORE, Defendants respectfully request that the Court vacate their April 21, 2026 deadline to respond to the LA Action Complaint pending entry of a Case Management Order.

Dated: April 20, 2026                                    Respectfully submitted,


                                                        s/ *Daniel T. Flaherty*
                                                        Daniel T. Flaherty (Bar No. 1011357)
                                                        Godfrey & Kahn S.C.
                                                        833 East Michigan Street, Suite 1800
                                                        Milwaukee, WI 53202
                                                        (414) 273-5198
                                                        dflaherty@gklaw.com

                                                        Reid Schar (Bar No. 6243821)
                                                        Jenner & Block LLP
                                                        525 Market Street, 29th Floor
                                                        San Francisco, CA 94105
                                                        (628) 267-6800
                                                        rschar@jenner.com

                                                        Douglas E. Litvack (Bar No. 1024973)
                                                        Jariel A. Rendell (Bar No. 1027023)
                                                        Jenner & Block LLP
                                                        1099 New York Avenue, NW, Suite 900
                                                        Washington, DC 20001
                                                        (202) 637-6357
                                                        dlitvack@jenner.com
                                                        jrendell@jenner.com

                                                        Jacob P. Wentzel (Bar No. 6333530)
                                                        Jenner & Block LLP
                                                        353 North Clark Street
                                                        Chicago, IL 60654
                                                        (312) 222-9350
                                                        jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Métal, Inc.*

s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendants REV Group, LLC, Detroit Truck Manufacturing, LLC, E-ONE, Inc., Ferrara Fire Apparatus Holding Company, Inc., Ferrara Fire Apparatus, Inc., FFA Acquisition Co., Inc., FFA Holdco, Inc., KME Global, LLC, KME Holdings, LLC, KME RE Holdings LLC, Kovatch Mobile Equipment Corp., Smeal Holding, LLC, Smeal LTC, LLC, Smeal SFA, LLC, and Spartan Fire, LLC*

s/ *Daniel E. Conley*
Daniel E. Conley

Matthew J. Splitek
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
(414) 277-5000
daniel.conley@quarles.com
matthew.splitek@quarles.com

Paul C. Cuomo (Bar No. 457793)
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
(202) 639-7700
paul.cuomo@bakerbotts.com

*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC*

s/ *Benjamin Price*
Benjamin Price (Bar No. 267400) (*admission forthcoming*)
BREMER WHYTE BROWN & O'MEARA, LLP
20320 SW Birch Street
Newport Beach, CA 92660
(949) 221-1013
bprice@bremerwhyte.com

*Counsel for Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC*

5