| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. REV Group Inc., et al.*, 2:26-cv-00632-WCG | Case No. 2:26-md-03179-WCG<br><br>MDL No. 3179<br><br>Hon. William C. Griesbach |

### [PROPOSED] ORDER

This matter has come before the Court on Defendants' Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Vacate Deadline to Respond to LA County Action Complaint Pending Entry of a Case Management Order. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that Defendants' deadline to respond to the Complaint in *People of the State of California, et al. v. REV Group Inc., et al.*, Case No. 2:26-cv-00632-WCG, is vacated pending further order of the Court.

Dated at Green Bay, Wisconsin this _____ day of _____, 2026.

_____
William C. Griesbach
United States District Judge