**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

|  |  |
|---|---|
| **IN RE: FIRE APPARATUS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>*People of the State of California, et al. v. REV Group Inc., et al.*, **2:26-cv-00632-WCG** | **Case No. 2:26-MD-03179**<br><br>Case No. 26-CV 0632<br><br>**Hon. William C. Griesbach** |

## <u>ORDER</u>

This matter has come before the Court on Defendants' Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Vacate Deadline to Respond to LA County Action Complaint Pending Entry of a Case Management Order. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

**IT IS HEREBY ORDERED** that Defendants' deadline to respond to the Complaint in *People of the State of California, et al. v. REV Group Inc., et al.*, Case No. 2:26-cv-00632-WCG, is vacated pending further order of the Court.

Dated at Green Bay, Wisconsin this <u>21st </u>day of April, 2026.

William C. Griesbach
United States District Judge