# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Leo D. Caseria of the law firm of Sheppard Mullin Richter & Hampton LLP appears as counsel for Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated: April 22, 2026

Respectfully submitted,

/s/ *Leo D. Caseria*
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Email: lcaseria@sheppard.com

*Counsel for Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC*