**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

### DEFENDANTS BOISE MOBILE EQUIPMENT, INC.'S AND BME FIRE TRUCKS LLC'S CIVIL L.R. 7.1 DISCLOSURE STATEMENT

Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC (together "BME Defendants") furnish the following disclosure statement pursuant to Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1:

1.     The undersigned represents the BME Defendants in this action.

2.     Boise Mobile Equipment, Inc. has no parent corporation and no publicly held corporation owns more than 10% of any of its stock.

3.     Boise Mobile Equipment, Inc. and Pierce Manufacturing, Inc. are each shareholders in BME Fire Trucks LLC, with 75% and 25% share, respectively. No other individual or entity has more than a 10% ownership interest in BME Fire Trucks LLC.

4.     The BME Defendants are also represented by Keith G. Bremer and Benjamin Price of Bremer Whyte Brown & O'Meara LLP.

Dated: April 22, 2026

Respectfully submitted,

/s/ *Leo D. Caseria*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Leo D. Caseria
Joseph Antel
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Email: lcaseria@sheppard.com
        jantel@sheppard.com

Joy O. Siu
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 774-3108
Email: jsiu@sheppard.com

*Counsel for Defendants Boise Mobile Equipment,*
*Inc. and BME Fire Trucks LLC*

2