# EXHIBIT 6

| | |
|---|---|
| IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |

**DECLARATION OF JOSEPH R. SAVERI**

I, Joseph R. Saveri, hereby declare and state as follows:

1. I, Joseph R. Saveri, am the Founder and Managing Partner at Joseph Saveri Law Firm, LLP ("JSLF"), and a member in good standing of, among others, the bar of this Court. The matters described in this Declaration, where attributed to me, are based on my personal knowledge, and if called as a witness, I could and would testify truthfully and consistently with what is stated below.

2. I am recognized as one of the leading antitrust lawyers in the United States, including recognition as one of the top 100 lawyers in California. I have decades of experience in leading and prosecuting antitrust, class action, and other complex litigation, including cases in this District. I have handled all phases of complex antitrust cases, including investigation, pretrial case management, law and motion practice, discovery, including expert discovery, class certification, dispositive motions, jury trials, post-trial practice, appeals and settlement.

3. JSLF is a nationwide law firm with offices in San Francisco, California and New York, New York. A description of the law firm, biographical information of JSLF's lawyers, the accolades and honors earned by JSLF, and a description of JSLF's practice and cases can be found at www.saverilawfirm.com. The current JSLF resume is attached as Exhibit 1.

4. JSLF has been appointed to serve as Lead Counsel or Co-Lead Counsel in federal and state courts throughout the United States. Recent examples include:

- *In re: Visa Debit Card Antitrust Litigation*, No. 1:24-cv-07435 (S.D.N.Y.)

- *Le v. Zuffa, LLC*, No. 2:15-cv-01045 (D. Nev.) (Ultimate Fighting Championship "UFC" litigation)

- *Jones v. Varsity Brands, LLC*, No. 20-cv-02892 (W.D. Tenn.)

- *In re Capacitors Antitrust Litig.*, No. 3:14-cv-03264-JD (N.D. Cal.)

- *In re Juul Labs, Inc. Antitrust Litig.*, No. 3:20-02345-WHO (N.D. Cal.)

- *In re Outpatient Medical Center,* No. 1:21-cv-00305 (N.D. Ill.)

5. JSLF represents plaintiffs in *City of Revere v. Oshkosh Corp., et al.,* 1:25-cv-13462 (D. Mass), who allege the same or similar violations of federal antitrust law against the same Defendants in the above-captioned matter.

6. To date, JSLF has demonstrated its leadership and investigational skills in this case, taking several significant steps in this regard. My firm began investigating this case in early 2025. The City of Revere's complaint alleges many of the same claims and allegations as those alleged in the cases in Wisconsin, but our complaint also alleges a claim under Section 7 of the Clayton Act (15 U.S.C. § 18) and names additional defendants.

7. JSLF also spent considerable time identifying, investigating, and developing this case. This work included studying the fire apparatus market, interviewing potential Class members to gather information about the misconduct alleged, and researching the underlying facts, including the harm to the proposed Class.

8. Recognizing the need for judicial efficiency, JSLF has engaged in good-faith discussions with the law firms, Barrack, Rodos & Bacine; Cuneo, Gilbert & LaDuca LLP; and

Preti Flaherty Beliveau & Pachios LLP, and I have agreed to consolidating the City of Revere case in this District and seek to join as Interim Co-Lead Counsel for the putative Direct Purchasers. In seeking this appointment, I have the support of all counsel in the related matters brough by the City of Chelsea (D. Mass.) and Borough of Roseland (D.N.J.), who will also be transferring their cases to this District.

9. In addition to its decades of experience and track record of success, JSLF possesses and is ready to commit additional time, resources, finances, and personnel necessary to litigate this case through trial. In addition to the many talented lawyers at the firm (See Exhibit A), JSLF also has support staff, document review attorneys, in-house e-discovery and trial-tech professionals to support litigating this matter effectively and efficiently through trial. In carrying out this responsibility, JSLF will work to avoid waste and duplication, including by requiring regular reporting of time and expenses and other management tools which have proven effective in ensuring the efficient management of cases of this size and scope.

10. To date, JSLF has generated over $4 billion in settlements and resolutions for our clients.

11. Recently, in 2025, Law 360 named me a "Titan" of the Plaintiffs Bar, and JSLF was selected as an "MVP" in class action litigation.

12. In addition to the work for our clients, I and others at JSLF have been active in the legal community and in service to the Court. From 2010 to 2013, I served as the Lawyer's Representative for the Northern District of California. I also served with a group of lawyers and judges who created the Northern District's E-Discovery (ESI) Guidelines as well as the group that created the local rule for summary jury trial. I participated in the meetings of the Federal Rules Advisory Committee in 2003-2005, which among other things, amended the Federal Rules

of Civil Procedure with respect to the discovery of electronically stored information. I have been

active in the Sedona Conference on electronic discovery and antitrust law. In addition to the

articles I have written, I regularly speak on issues antitrust, ESI discovery, complex litigation,

and class actions.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 23, 2025

_/s/ Joseph R. Saveri_
Joseph R. Saveri (CA Bar No. 179108)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com

# EXHIBIT 1



JOSEPH SAVERI

LAW FIRM

SAN FRANCISCO, CA

NEW YORK, NY

2025

**FIRM HISTORY AND BACKGROUND**

The Joseph Saveri Law Firm, LLP is one of the country's most acclaimed and successful boutique firms. It achieves ground-breaking results for plaintiffs in antitrust law, class actions, complex business disputes, securities litigation, consumer protection, intellectual property, generative artificial intelligence, and *qui tam*/whistleblower cases, in federal and state courts throughout the United States and across the globe.

The Firm was founded in 2012 by Joseph Saveri. Since then, it has led several groundbreaking and precedent-setting cases. It has served as lead and co-counsel on diverse cases involving: challenges to price-fixing; monopolization; illegal reverse payments; pay-for-delay agreements involving the drugs Cipro, Lidoderm, Restasis, and others; and no-poach agreements restricting hiring and recruiting at major corporations. These cases cover a wide range of industries including pharmaceuticals, high-technology, electronics, banking and financial services, transportation, and sports.

The Firm is widely regarded as one of the nation's leading law firms. It has established a track record leading and prosecuting some of the most significant cases across the United Sates. Its attorneys have recovered over $5 billion in settlements and successful resolutions for their clients, and the Firm has received many honors, including:



★ **Firm Awards** ★





**AMERICAN ANTITRUST INSTITUTE**

In 2025 and 2023, the Firm was an honoree for "Outstanding Antitrust Litigation *Achievement in Private Law Practice" for its success in Le v. Zuffa, LLC* and *In Re Capacitors Antitrust Litigation*, respectively. It was also an honoree in 2017 for *In re Cipro Cases I and II* and a finalist in 2015 for *In re High-Tech Employee Antitrust Litigation*. In 2022, partner Christopher Young was recognized for "Outstanding Antitrust Litigation Achievement by a Young Lawyer" for work performed on *Capacitors*. The awards are part of the American Antitrust Institute's Antitrust Enforcement Awards, which recognize achievements in antitrust litigation by legal practitioners and economists.

**BENCHMARK LITIGATION**

The Firm has been recognized as one of the best in California in the "competition/antitrust" and "dispute resolution" practice areas. Partner Joseph Saveri has been honored in the same field as a "National Practice Area Star" and he and Ronnie S. Spiegel as "Local Litigation Stars." Partners Christopher Young and David Seidel have been named to the exclusive "40 & Under" list.

Benchmark Litigation, based in the United Kingdom, New York City, and Hong Kong, researches and ranks law firms and lawyers based on transactional advice. Research is conducted through extensive interviews with litigators, dispute resolution specialists, and their clients to identify the leading litigators and firms. During these interviews, it examines recent casework handled by law firms and asks individual litigators to provide their professional opinions on peers and practitioners within their jurisdiction or practice area. Each annual research effort culminates in the publication of law firm rankings, individual lawyer ratings, and firm editorial content.

Case 2:25-cv-03343-WCG   Filed 05/23/25   Page 4 of 62   Document 20-6



### Firm Awards *Con't*









**BEST LAWYERS**

Since 2013, the Firm has been annually selected for inclusion in *Best Law Firms*, an annual publication by *Best Lawyers*. It is ranked among the top firms in "Antitrust Law," "Litigation—Antitrust," and "Mass Tort Litigation/Class Actions" nationwide and in San Francisco. Firms included in the *Best Law Firms* list are recognized for professional excellence with persistently impressive ratings from clients and peers. Achieving a tiered ranking signals a unique combination of quality law practice and breadth of legal expertise. To be eligible for a ranking, a firm must have a lawyer selected by *Best Lawyers* to *The Best Lawyers in America*, a publication which recognizes the top five percent of practicing attorneys in the United States. Joseph Saveri and Cadio Zirpoli have been meritoriously selected. Christopher Young, David Seidel, Itak Moradi, Holden Benon, and William Castillo Guardado have been selected as "Ones to Watch."

**CHAMBERS AND PARTNERS**

Chambers and Partners has ranked The Firm "Band 1" (highest ranking) in its "Antitrust: Mainly Plaintiff—California" category: currently one of only three firms in California to receive this honor. Chambers has also ranked the Firm as one of the top 12 U.S. firms in its "Antitrust: Mainly Plaintiff-Nationwide" category. In 2021, it shortlisted the Firm as an "Outstanding Firm for Pro Bono" for its Diversity & Inclusion Awards: North America 2021.

Firm partner Joseph Saveri is currently ranked "Band 1" attorneys by Chambers in its "Antitrust: Plaintiff—USA—Nationwide" and "Antitrust: Mainly Plaintiff—California" categories. He has been ranked a "Band 1" attorney in these categories since 2014. Chambers reports him as a "lion of the plaintiff bar" who has "market-leading expertise in price-fixing, monopolization, and conspiracy claims."

London-based Chambers ranks law firms and individual lawyers in bands from 1-6, with 1 being the best. The qualities on which rankings are assessed include technical legal ability, client service, commercial vision and business understanding, diligence, value for money (cost-effective staffing and organization), depth of team, professional conduct, and other factors important to clients.

**DAILY JOURNAL (CALIFORNIA)**

The Firm has been recognized for its growth and leadership by being selected three times as one of the "Top Boutiques in California," a contest that honors the top 20 boutique law firms in California. In 2022, it also received the prestigious CLAY (California Lawyer Attorneys of the Year) award. Joseph Saveri and Cadio Zirpoli have likewise received several *Daily Journal* "Top in California" individual awards in various categories. And, in 2023 and 2024, partner Christopher Young was selected for inclusion in its "Top 40 Under 40 Lawyers" award.

The Daily Journal Corporation, a Los Angeles-based publishing and technology company, features interview-based profiles covering judicial philosophy, representative decisions, and recent cases.



## Firm Awards *Con't*











### GLOBAL COMPETITION REVIEW

In 2025, the Firm was shortlisted for "Litigation of the Year" for *Le v. Zuffa, LLC*. In 2022, it was shortlisted for two awards: Joseph Saveri for "Lawyer of the Year" and *In re Capacitors Antitrust Litigation* for "Litigation of the Year." Also in 2025, in its "GCR 100" survey, GCR selected and featured the Firm as "highly recommended" for its competition practice. Over the past few years, it has praised Mr. Saveri, Ronnie S. Spiegel, and Cadio Zirpoli for taking the reins of a team that "stands out for its diversity." GCR is a leading global provider of competition law, regulation, and enforcement information, combining data, deep market insight, and a user-centric platform to provide their clients with powerful legal solutions. Its unique global coverage gives shape and form to current affairs, providing insight on the direction of trends in competition and how they affect the market.

### LAW360

In 2025 and 2023, the Firm was selected as one of Law360's Practice Groups of the Year in the class action category, and in 2023 in the competition category. Joseph Saveri has twice been selected as a "Titan of the Plaintiffs Bar" and in 2024 as a "MVP" in the competition/antitrust practice area. And Christopher Young has been selected as a "Rising Star." Law360 is a subscription-based daily current awareness tool for attorneys and business leaders at law firms, corporations, and government agencies. It publishes breaking news and analysis

### LAWDRAGON

Joseph Saveri, Ronnie S. Spiegel, Cadio Zirpoli, Christopher Young, David Seidel, and Itak Moradi have collectively received numerous awards from Lawdragon media company, including selections as "500 Leading Global Antitrust & Competition Lawyers," "500 Leading Global Plaintiff Lawyers," "500 Leading Lawyers in America," "500 Leading Plaintiff Financial Lawyers in America," "500 Leading Litigators in America," "500 Leading Plaintiff Consumer Lawyers in America," "100 Leading AI and Legal Tech Advisors," and "500 X – The Next Generation." These guides, first published in 2007, present Lawdragon's recognition of the best of the U.S. bar. Lawdragon, based in New York City, provides free online news and editorial features—including its well-known guides to the nation's leading lawyers—as well as content, marketing, and branding services for lawyers and firms.

### THE LEGAL 500

From 2019-present, the Firm has been one of the select few nationwide recognized for excellence in the United Kingdom-based research and ranking service's "United States Antitrust Civil Litigation/Class Actions: Plaintiff" category. Joseph Saveri and Christopher Young have also received distinguished commendation. The Legal 500 assesses the strengths of law firms in over 150 jurisdictions. Its rankings are based on feedback from 300,000 clients worldwide, detailed submissions from law firms, interviews with leading private practice lawyers, and a team of researchers with unrivaled experience in the legal market.

### MARTINDALE HUBBELL

Two Firm partners have achieved Martindale Hubbell's highest rating—"AV Preeminent." Joseph Saveri has achieved this ranking since 2008 and Cadio Zirpoli for over a decade. Martindale-Hubbell's Peer Review Ratings are an objective indicator of a lawyer's high ethical standards and professional ability. Attorneys receive Peer Review Ratings based on evaluations by other members of the bar and the judiciary in the United States and Canada.





⭐ **Firm Awards** *Con't*





### SUPER LAWYERS

Several of the Firm's attorneys have been recognized by *Super Lawyers*, part of Thomson Reuters, which rates outstanding lawyers from more than 70 practice areas who have attained a high-degree of peer recognition, professional achievement, and excellence. The *Super Lawyers* list recognizes no more than five percent of attorneys in each state. Joseph Saveri is a "Super Lawyer" (2006-present) and among the "Top 100 Northern California Super Lawyers" (2015-2016, 2019-present). Cadio Zirpoli is a "Super Lawyer" (2010, 2014-present) and among the "Top 100 Northern California Super Lawyers" (2018-present). Ronnie S. Spiegel is also a "Super Lawyer" (2023-present). Christopher Young (2021-present), David Seidel (2023), Itak Moradi (2020-present), and Holden Benon (2025) are "Rising Stars."

### WHO'S WHO LEGAL/GLOBAL COMPETITION REVIEW

Firm partner Joseph Saveri has been consistently selected as one of the top plaintiff attorneys worldwide in *Who's Who Legal: Competition*, a publication of Who's Who Legal and Global Competition Review. He has been praised as a "brilliant and thoughtful attorney" who can "pull together all the different strings of a case to weave a convincing story." It also noted that his "ability to analyze and unravel opposing parties' arguments in real time is phenomenal." Mr. Saveri has been selected for this honor since 2015. Since 2019, he has been profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal.

Who's Who Legal, a prestigious United Kingdom-based legal ranking service, has identified the foremost legal practitioners and consulting experts in business law based upon comprehensive, independent research. It is dedicated to identifying the world's leading lawyers across multiple practice areas and publishes a series of guides throughout the year. Global Competition Review provides a subscription-based news and resource service (both online and print) and yearly hosts several live events.

## $5B+

In settlements and resolutions for our clients

## 200+

Combined Years of Civil Litigation Experience

## 29

Court-Appointed Leadership Positions in Cases Nationwide

With 30 years of civil litigation experience, Mr. Saveri has handled cases involving numerous industries, including: banking and financial services, insurance, energy, pharmaceuticals, agricultural products, computer hardware, computer software, manufacturing inputs, travel and transportation, paper products, cosmetics, and consumer electronics. He has established himself as one of the country's top litigators in the antitrust field.

Mr. Saveri has investigated, prosecuted, and successfully resolved numerous antitrust class actions and other complex cases. He has served both as a court-appointed leader of such efforts and as a valued member of the teams operating under the leadership of others. As lead or co-lead counsel in many of these cases, he has taken a personal leadership role in organizing litigation, setting strategy, establishing and directing teams of lawyers, and assigning specific tasks to teams of attorneys in a way that ensures the efficient use of resources and maximizes the talents of the litigation team. Throughout these cases, he has displayed the energy, vision, and commitment that leadership requires, combined with the ability to listen, share, and work cooperatively so that the litigation team operates equitably, efficiently, and without friction.

Mr. Saveri and the Firm serve or have served as lead counsel in many high-profile cases, including most recently *Capacitors, Titanium Dioxide, High-Tech Employees,* and California's *Cipro* litigation. Overall, the Firm's attorneys are accomplished and successful in all phases of litigation and have been awarded by the American Antitrust Institute, Chambers and Partners, Martindale Hubbell, The Legal 500, Benchmark Litigation, Law360, Who's Who Legal, *Super Lawyers*, and many other organizations for their distinguished leadership. They lecture and write on many topics, are actively involved in numerous legal organizations, and are multi-lingual and from diverse backgrounds.

The Firm has a strong commitment to pro bono representation. It works with the Northern District of California's Federal Pro Bono Project, which operates in conjunction with the Bar Association of San Francisco's Justice and Diversity Center. The JDC provides pro bono services to underserved San Francisco residents and communities, and the organizations that serve them. Many Firm attorneys participate in this project and have received Court praise for their successful results achieved for their clients.

**CASE PROFILES**

The Firm has been a successful leader in cases covering antitrust, class actions, complex business disputes, generative artificial intelligence, consumer protection, and other practice areas, on behalf of national and international consumers, purchasers, employees, and creators across diverse industries.

The Firm handles antitrust cases, class actions, and complex litigation in federal and state courts throughout the United States. Prominent past and current cases in which the Firm or Mr. Saveri serves or has served include:



### IN RE CAPACITORS ANTITRUST LITIGATION
No. 3:14-cv-03264-JD, 3:17-md-02801-JD (N.D. Cal.)

The Firm is **sole Lead Counsel** for a class of direct purchasers of capacitors used in electronic devices. Plaintiffs allege that defendants—over twenty corporations and corporate families—formed a cartel and conspired to fix, raise, and stabilize prices in the multi-billion-dollar market for aluminum, tantalum, and film capacitors. The Firm represents the class as plaintiffs in a civil class action. **Settlements totaling $604.55 million were reached over a five-year period**, $165 million of which occurred during a December 2021 trial against the case's remaining defendants and received final Court approval in 2023. **This settlement amount exceeded calculated single damages of $427 million: a competition law rarity.** In the criminal case, **eight capacitors manufacturers and two individual executives have pleaded guilty and been sentenced** for violating federal antitrust laws.



### IN RE CIPRO CASES I AND II
J.C.C.P. Nos. 4154, 4220 (San Diego County Sup. Ct.)

The Firm is **Co-Lead Counsel** for consumers who purchased Cipro, a blockbuster antibiotic drug. Plaintiffs alleged that Bayer Corporation, Barr Laboratories, two other generic drug companies, and other defendants entered into an unlawful agreement to keep a generic version of the drug off the market, which allowed Bayer to sell Cipro at inflated prices. In 2013, the California Superior Court for the County of San Diego approved a **$74 million class action settlement** between Bayer and the class. In 2015, the California Supreme Court reversed the judgment of the Court of Appeal and remanded the case for further proceedings. In that decision, the California Supreme Court ruled in plaintiffs' favor and adopted a "structured" rule of reason as the standard for adjudicating reverse payment antitrust cases. Following remand to the Superior Court, plaintiffs reached a **$100 million settlement** agreement with defendants Hoechst Marion Roussel, The Rugby Group, Inc., and Watson Pharmaceuticals, which the Court approved in 2016. In 2017, on the eve of trial, plaintiffs **settled** with Barr, the sole remaining defendant, **for $225 million**, bringing the **total class recovery to $399 million: a record for this type of case**.

Case 2:25-cv-03373-WCG    Filed 12/23/25    Page 15 of 52    Document 54-6



## IN RE HIGH-TECH EMPLOYEES ANTITRUST LITIGATION
### No. 5:11-cv-02509-LHK (N.D. Cal.)

The Firm served as **Co-Lead Class Counsel** for a certified class of over 64,000 employees of leading technology companies against their employers for their alleged agreements to restrict recruiting to suppress wages. In this highly publicized case, defendants Google Inc., Apple Inc., Adobe Systems Inc., and Intel Corporation agreed in 2015 to **$415 million in settlements**. Prior to that, Intuit Inc., Lucasfilm, Ltd., and Pixar agreed to **separate settlements totaling $20 million**. The suit, brought by former employees of the companies involved, exposed the practice by major tech industry players which allegedly collaborated to not poach each other's employees. The plaintiff employees argued that such no-poach agreements limited their ability to obtain career advancement and restricted their attempts to earn higher salaries. This ground-breaking, landmark case serves as the standard and reference point for virtually all other litigated no-poach cases.



## IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION
### No. 1:10-cv-00318-RDB (D. Md.)

The Firm served as **Co-Lead Counsel** to a class of direct purchasers of titanium dioxide who alleged that several primary suppliers engaged in an unlawful conspiracy to raise, maintain, or stabilize prices for titanium dioxide in the United States. The Court certified the class. Plaintiffs prepared for trial and achieved a settlement with the final defendant on the last business day before trial. In 2013, a **$163.5 million settlement** was finalized**.**



## IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION
### No. 1:18-md-02819-NG-LB (E.D.N.Y.)

The Firm was **Co-Lead Counsel** for end-payor plaintiffs in an antitrust class action filed against Allergan, Inc. for an alleged scheme to delay generic competition to Allergan's blockbuster Restasis drug (used primarily for the treatment of chronic dry eyes). The Firm filed suit on behalf of its client and named class representative, the Self-Insured Schools of California, a Joint Powers Authority providing health benefits to over 300,000 public school district employees and their family members. Plaintiffs allege that Allergan unlawfully extended its monopoly in the market for Restasis through a series of fraudulent and anticompetitive acts. Class certification was been granted. In 2021, the parties reached an agreement on a **$30 million settlement, which received the Court's final approval in 2022**.

JOSEPH SAVERI
LAW FIRM



### IN RE LIDODERM ANTITRUST LITIGATION
**No. 3:14-md-02521-WHO (N.D. Cal.)**

The Firm served as end-payors' **Liaison Counsel** in a class action lawsuit brought by indirect purchasers of Lidoderm against Endo Pharmaceuticals, Teikoku, and Actavis Inc. Plaintiffs claimed that defendants entered into an illegal reverse payment agreement in which Endo provided nearly $100 million worth of branded Lidoderm and additional consideration to Actavis to keep generic lidocaine patches off the market. Plaintiffs alleged that the agreement delayed generic competition and caused plaintiffs to pay higher prices. In 2017, the Court granted plaintiffs' motion to certify a class of Lidoderm end-payors. The **case settled** in early 2018, shortly before trial, **for $105 million.**



### MEIJER V. ABBOTT LABORATORIES
**Nos. 4:07-cv-5470, 4:07-cv-5702, 4:07-cv-5985 (N.D. Cal.)**

Mr. Saveri served as **Liaison Counsel** on behalf of the class of direct purchaser plaintiffs in the Norvir Antitrust Litigation. The case involved claims under Section One and Section Two of the Sherman Act in connection with the sale, marketing, and pricing of the bundled drugs Norvir and Kaletra by Abbott Laboratories. Mr. Saveri participated in all phases of the litigation, including trial. Among other highlights, his work during jury selection of the case resulted in the landmark decision by the Ninth Circuit Court of Appeals in *SmithKline Beecham Corp. v. Abbott Laboratories*, 740 F.3d 471 (9th Cir. 2014), confirming that equal protection prohibits discrimination based on sexual orientation in jury selection and that the Supreme Court's decision in *Batson v. Kentucky*, 476 U.S. 79 (1986), applies in civil cases. Following jury selection, the direct purchasers **settled their claims in full for $52 million**.



### CUNG LE V. ZUFFA, LLC
**No. 2:15-cv-01045-RFB-BNW (D. Nev.)**

The Firm is **Co-Lead Class Counsel** for professional mixed martial arts (MMA) fighters in a class action against MMA promoter Ultimate Fighting Championship (UFC) and its parent company, Zuffa, LLC, involving up to $5 billion in alleged damages. Plaintiffs allege that UFC illegally acquired and maintained monopoly power in the market for promoting Professional MMA Bouts and monopsony power in the market for Professional MMA Fighters' Services and used that monopoly and monopsony power to suppress compensation for MMA fighters who fought for the UFC. In 2023, the Court granted class certification. **In February 2025, the Court granted final approval to a $375 million settlement.** Three similar cases are pending before the Court.

 11



## IN RE EPIPEN MARKETING, SALES PRACTICES, AND ANTITRUST LITIGATION
### No. 17-md-02785-DDC-TJJ (D. Kan)

The Firm was on the **Plaintiffs' Steering Committee** in this multidistrict litigation case alleging that Mylan, Pfizer, and their related companies engaged in federal and state antitrust violations, RICO violations, and violations of state consumer protection laws with regard to the EpiPen autoinjector drug device. Defendants raised their prices by hundreds of percent and forced consumers to buy two EpiPens at a time instead of one in order to maximize their profits. The Court denied most claims of defendants' motions to dismiss. Class certification was granted in 2020. In 2021, the Court granted final approval of a **$345 million settlement** with Pfizer. In 2022, the Court granted final approval of a **$264 million settlement** with Mylan (now Viatris Inc.).



## HUNTER V. BOOZ ALLEN HAMILTON, INC.
### No. 2:19-cv-00411 (S.D. Ohio)

The Firm serves in a class action alleging defendants Booz Allen Hamilton, Inc., Mission Essential Personnel, LLC, CACI International Inc., CACI Technologies LLC, and CACI Technologies Inc. agreed not to hire one another's skilled professionals working at the Joint Intelligence Operations Center Europe Analytic Center in Molesworth, England (JAC). The firm represents former Mission Essential employees who allege these illegal agreements violated U.S. antitrust law by suppressing compensation and imposing unlawful restrictions on employee mobility for skilled professionals working at JAC. After more than three years of intensive litigation, plaintiffs reached **settlement agreements in September 2021 and September 2022 with defendants worth up to $5.275 million**. In December 2022, the Court granted preliminary settlement approval and appointed the firm **Settlement Class Counsel**. **In May 2023, the Court granted final settlement approval.**



## IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION
### No. 5:20-MD-02966-LHK (N.D. Cal.)

The Firm represents plaintiff, purchaser Self-Insured Schools of California, in a multi-district litigation antitrust suit in which it serves on the **Plaintiffs' Steering Committee**. Plaintiff and a potential class of other purchasers are insurers, health and welfare plans, and consumers seeking relief from indirectly paying for and/or providing reimbursement for purchases of Xyrem (an oral narcolepsy drug) at supra-competitive prices. Facing the impact of competitive market forces, defendant Jazz (Xyrem manufacturer) allegedly turned to an anticompetitive scheme to delay generic entry and maintain its monopoly. **Settlements totaling $195 million have received the Court's final approval.**

JOSEPH SAVERI
LAW FIRM



### JONES V. VARSITY BRANDS
**No. 2:20-cv-02892 (W.D. Tenn.)**

The Firm represents a class of competitive cheer families against Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC; U.S. All Star Federation, Inc.; and other co-conspirators. Plaintiffs allege defendants have abused Varsity's market power to raise, fix, and stabilize the prices charged and associated with competitive cheer. As a result, cheer athletes, together with their parents, friends, and families, have been overcharged by the defendants, who have obtained millions of dollars in supracompetitive illegal profits. In August 2022, the Court denied most of defendants' motions to dismiss. **In June 2024, the Court named the Firm as Lead Class Counsel and granted preliminary approval to a proposed $82.5 million settlement. In December 2024, the Court granted final approval of the settlement.**



### IN RE OPANA ER ANTITRUST LITIGATION
**No. 1:14-cv-10150 (N.D. Ill.)**

The Firm represents plaintiffs in a proposed class action brought by indirect purchasers against brand and generic manufacturers of Opana ER. Plaintiffs allege that defendants Endo Pharmaceuticals Inc. and Impax Laboratories entered an illegal pay-for-delay or reverse payment agreement whereby Endo provided Impax over $100 million in cash, as well as other valuable consideration, in exchange for Impax's promise to keep generic versions of Opana ER off the market. Plaintiffs allege that this prevented generic competition and resulted in higher prices. In 2021, the Court granted class certification to direct purchaser plaintiffs and end-payor plaintiffs. **A $145 million settlement was reached in June 2022.**



### GIORDANO V. SAKS INCORPORATED
**No. 1:20-cv-00833-MKB-CLP (E.D.N.Y.)**

The Firm is **Interim Co-Lead Class Counsel** in a no-poach class action, alleging that defendants Saks Incorporated; Saks & Company LLC; Saks Fifth Avenue LLC; Louis Vuitton USA Inc.; Fendi North America, Inc.; Loro Piana & C. Inc.; Gucci America, Inc.; Prada USA Corp.; and Brunello Cucinelli, USA, Inc. agreed not to hire one another's luxury retail employees. Plaintiffs are former sales professionals who sought employment opportunities with other defendants. Plaintiffs allege the illegal agreements restrain competition for luxury retail employees working for defendants. Plaintiffs seek damages and injunctive relief.



### JESSICA ROBINSON V. JACKSON HEWITT, INC. AND TAX SERVICES OF AMERICA, INC.
**No. 2:19-cv-9066 (D. N.J.)**

The Firm is **Settlement Class Counsel** for plaintiffs in an antitrust class action against defendants Jackson Hewitt, Inc. and Tax Services of America, Inc. Plaintiffs are individuals who work or have worked for Jackson Hewitt, a tax preparation services provider and franchisor, and for franchise locations of Jackson Hewitt. From approximately January 2000 through December 2018, defendants and other co-conspirators agreed not to compete for employees and potential employees, including agreements not to solicit, recruit, or hire without prior approval each other's personnel. Plaintiffs seek injunctive relief and recovery of damages arising from defendants' violations of Section 1 of the Sherman Act. **In April 2024, the parties reached a proposed settlement for a class of approximately 30,000 Jackson Hewitt tax prepares that would establish an all-cash Settlement Fund of $10.8 million. In July 2024, the Court granted preliminary approval and named the Firm Settlement Class Counsel. Final settlement approval by the Court occurred in November 2024.**



### IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
**No. 3:21-cv-00781 (N.D. Cal.), No. 1:21-md—02989-ALTONAGA/Torres (S.D. Fla.)**

The Firm is **Plaintiffs' Co-Lead Counsel** in a suit on behalf of a proposed class of retail investors against Robinhood Markets, Inc. and various brokerages, investment funds, and other co-conspirators who allegedly entered into an illegal scheme designed to shield themselves from massive industry losses they had incurred due to their highly speculative short selling strategies. Plaintiffs allege that they and other retail investors continue to be injured due to a large, overarching conspiracy among defendants to stop them from buying stocks in open and fair public securities markets. Plaintiffs seek damages recovery and injunctive relief. The Court appointed the Firm as Co-Lead Counsel in the antitrust tranche (group) of claims.



### DEMARTINI V. MICROSOFT CORPORATION
**No. 3:22-cv-08991 (N.D. Cal.)**

In January 2022, Microsoft announced plans to acquire Activision Blizzard, Inc., their significant competitor in the video game development, publishing, and distribution markets. If allowed to proceed, this acquisition would stifle market competition, thereby reducing consumer choice, lowering quality and output, increasing prices, and preventing future competition within the video game industry. The Firm and co-counsel have filed suit on behalf of plaintiffs who would be adversely affected by reduced competition in the video game industry as a consequence of the merger. In 2023, the Court denied Microsoft's motion to dismiss. **In October 2024, an agreement was reached between the parties to resolve the case.**

Case 2:25-cv-03373-WCG    Filed 05/23/25    Page 20 of 62    Document 54-6

JOSEPH SAVERI
L A W   F I R M



## ANDERSEN V. STABILITY AI LTD.
### No. 3:23-cv-00201 (N.D. Cal.)

Defendants Stability AI Ltd.; Stability AI, Inc.; Midjourney, Inc.; and DeviantArt, Inc. have created the large language model Stable Diffusion and other products that infringe the rights of artists and other creative individuals under the guise of alleged "artificial intelligence." The Firm and co-counsel represent a class of plaintiffs seeking compensation for damages caused by defendants and an injunction to prevent future harm. The lawsuit alleges direct copyright infringement, vicarious copyright infringement related to forgeries, violations of the Digital Millennium Copyright Act, violation of class members' rights of publicity, breach of contract related to the DeviantArt Terms of Service, and various violations of California's unfair competition laws. The suit seeks to ensure that these products follow the same rules as any other new technology that involves the use of massive amounts of intellectual property. In July 2023, the Senate Judiciary Committee's Subcommittee on Intellectual Property conducted a hearing—Artificial Intelligence and Intellectual Property-Part II: The Copyright—on the copyright issues intimately connected with this case. Plaintiff Karla Ortiz testified on behalf of artists whose creative work has been appropriated by image-generating AI products without permission or compensation. In August 2024, the Court granted in part and denied in part defendants' motions to dismiss plaintiffs' first amended complaint.

The Firm has also filed similar suits, including ones against Meta Platforms, Inc., Google LLC, Salesforce, Inc., Alphabet Inc., and several other companies, for allegedly using copyrighted works to train their artificial intelligence large language models.



## J. DOE 1 AND J. DOE 2 V. GITHUB, INC.
## J. DOE 3 AND J. DOE 4 V. GITHUB, INC.
### Nos. 3:22-cv-06823, 3:22-cv-07074 (N.D. Cal.)

GitHub Copilot, an AI-based coding product made by GitHub in cooperation with OpenAI, appears to profit from the work of open-source programmers by violating the conditions of their open-source licenses. The Firm has filed a class-action lawsuit against GitHub Copilot, its parent, Microsoft, and its AI-technology partner, OpenAI, on behalf of open-source programmers for these potential violations of open-source licenses. This case represents the first major step in the battle against intellectual-property violations in the tech industry arising from artificial-intelligence systems. The suit seeks injunctive relief, statutory damages, and pre-judgment and post-judgment interest. In May 2023, the Court denied defendants' motion to dismiss as to plaintiffs' most important claims: the first time a federal district court analyzed and ruled on these subjects.

Case 2:25-cv-03447-WCG    Filed 05/23/25    Page 21 of 52    Document 40-1

15



## IN RE DENTAL SUPPLIES ANTITRUST LITIGATION
**No. 1:16-cv-00696-BMC-GRB (E.D.N.Y.)**

The Firm served as a **member of the Plaintiffs' Executive Committee** in a class action of direct purchasers against the primary dental product distributors in the United States. Plaintiffs allege that Patterson Companies, Inc., Henry Schein, Inc., and Benco Dental Supply Company illegally boycotted competitor dental product distributors to maintain and extend their dominant position in the market for dental supplies and equipment. As a result, plaintiffs (and similarly situated dental practices) paid inflated prices for important dental products, including imaging devices, dental chairs, high-tech equipment, sterilization products, and other related materials**. Final judgment and a Court order granting an $80 million settlement** were reached in 2019.



## IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
**No. 2:16-md-02724-CMR (E.D. Pa.)**

The Firm is on the **Plaintiffs' Steering Committee** for end-payor plaintiffs and its client, the Self-Insured Schools of California, and similarly situated U.S. consumers and insurers, against dozens of generic drug manufacturers in this broad multidistrict litigation. The antitrust suit charges the defendants with conspiring to fix and raise prices for over 30 different generic pharmaceutical drugs, forcing consumers to pay inflated prices for medication to treat a wide variety of illnesses and diseases. In 2019, the Court denied defendants' joint motion to dismiss plaintiffs' overarching conspiracy claims. In 2020, the Court selected two bellwether cases for the private plaintiffs, including the Firm's end-payor plaintiff clients, concerning the drugs Clobetasol and Clomipramine. In 2022, the Court denied most of defendants' efforts to dismiss claims. In March 2025, the Court granted class certification regarding the bellwether cases. Overall, in this sprawling case, the firm has been extensively involved in discovery efforts. **Over the past two years, three significant settlements have occurred. Class certification for the bellwether cases has been granted.**



## IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION
**No. 1:21-cv-00305 (N.D. Ill.)**

As **Interim Co-Lead Counsel**, the Firm represents a potential class of senior-level employees in an antitrust suit filed against defendants Surgical Care Affiliates, LLC; United Health Group; United Surgical Partners Holding Company, Inc.; Tenet Healthcare Corporation; DaVita, Inc.; and other co-conspirators. Plaintiffs allege defendants entered into no-poach agreements not to compete for employees in the United States. These agreements allegedly accomplished their purpose by reducing competition for defendants' employees and suppressing defendants' employees' compensation below competitive levels. They also denied their employees' access to job opportunities, restricted their mobility, and deprived them of significant information that they could have used to negotiate for better compensation and employment terms. Plaintiffs seek damages recovery and injunctive relief to prevent defendants from retaining the benefits of their alleged antitrust violations. On September 26, 2022, the Court rejected a joint motion to dismiss filed by defendants DaVita Inc., Surgical Care Affiliates LLC, and Tenet Healthcare Corp. and its subsidiaries, and dismissed UnitedHealth Group from the litigation.



## IN RE JUUL LABS, INC. ANTITRUST LITIGATION
**3:20-cv-02345-WHO (N.D. Cal.)**

The Firm is **Interim Lead Counsel** for direct purchaser plaintiffs in e-cigarette antitrust lawsuits against Altria Group, Inc. (Altria) and Juul Labs, Inc. (JLI) on behalf of individuals and businesses who purchased JUUL e-cigarette devices directly from JLI. Plaintiffs and the class seek damages recovery for violations of the Sherman and Clayton Acts. The e-cigarette antitrust claims stem from an allegedly anticompetitive agreement between Altria and JLI, whereby Altria agreed to acquire an ownership interest in JLI in exchange for over $12 billion. Altria also allegedly agreed not to compete with JLI and to provide JLI valuable retail shelf space in the e-cigarette market. Through this agreement, JLI was able to maintain its dominance in the e-cigarette market and earn monopoly profits. Altria then shared these profits through its ownership stake in JLI.

JOSEPH SAVERI
L A W   F I R M



### IN RE REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)
**No. 3:23-md-3071, MDL No. 3071 (M.D. Tenn.)**

The firm has filed two lawsuits alleging that RealPage and other apartment management defendants have violated U.S. antitrust law by adopting above-market rents provided to them by RealPage. Plaintiffs allege RealPage operates a sophisticated algorithm that processes non-public and highly sensitive pricing information provided by the apartment management companies: information they would normally never share with their horizontal competitors. It then provides the apartment management companies with supracompetitive rents that the apartment management companies agree to charge renters up to 90% of the time. By restricting the number of apartments available in the market and agreeing to charge RealPage's recommended rent, these landlords can charge above-market rates for the apartments. The actions have been consolidated in multidistrict litigation, which seeks monetary damages and injunctive relief. **In June 2023, the firm was Court-appointed to the Plaintiffs' Steering Committee.**



### LAM V. BANKMAN-FRIED, NO. 3:22-CV-07336 (N.D. CAL); CABO V. TEMASEK HOLDINGS LTD., No. 3:23-cv-03974 (N.D. Cal.)
### IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION, 1:23-md-03076, (S.D. Fla.)

The firm and co-counsel represent plaintiffs in the consolidated MDL In re FTX Cryptocurrency Exchange Collapse Litigation in the United States District Court for the Southern District of Florida. The FTX Entities imploded in November 2022 when they filed for bankruptcy in the aftermath of a massive and nearly unprecedented liquidity crisis. CEO Sam Bankman-Fried has been convicted and sentenced for a scheme involving misappropriating billions of dollars in client funds. The consolidated action includes as defendants the venture capital firms and institutional investors that funded FTX, the sport and entertainment entities and other persons who FTX paid to falsely promote FTX, and other defendants who allegedly participated in and enabled FTX to engage in this fraud. **In June 2023, the Court appointed the firm to the Plaintiffs' Steering Committee.**



### FOND DU LAC BUMPER EXCHANGE INC. V. JUI LI ENTERPRISE COMPANY LTD.
**No. 2:09-cv-00852-LA (E.D. Wisc.)**

The Firm represents a class of auto parts distributors who allege that Taiwanese manufacturers of aftermarket sheet metal auto parts colluded to artificially raise prices and eliminate competition. The Court granted final approval to **settlements by two defendants totaling $25 million** and granted plaintiffs' motion for class certification.

JOSEPH SAVERI
LAW FIRM



### MICROSOFT PRIVATE ANTITRUST LITIGATION

Representing businesses and consumers, Mr. Saveri prosecuted multiple private antitrust cases against Microsoft Corporation in state courts across the country, including Florida, New York, North Carolina, and Tennessee. Plaintiffs alleged that Microsoft engaged in anticompetitive conduct and/or violated state deceptive and unfair business practices statutes to harm competition and monopolize the markets for Intel-compatible, personal computer operating system software, as well as word processing and spreadsheet software. In 2006, the New York Supreme Court granted final approval to a **settlement that made available up to $350 million in benefits** for New York businesses and consumers. In 2004, the Court in the North Carolina action granted final approval to a **settlement valued at over $89 million**, and the Court in the Tennessee action granted final approval to a **$64 million settlement**. In 2003, in the Florida Microsoft litigation, the Court granted final approval to a **$202 million settlement**, one of the largest antitrust settlements in Florida history. Mr. Saveri served as **Co-Lead Counsel** in the New York, North Carolina, and Tennessee cases, and held leadership roles in the Florida case.



### IN RE LUPRON MARKETING AND SALES PRACTICES LITIGATION
**MDL No. 1430 (D. Mass.)**

In 2005, the Court approved a **settlement** of a class action brought by patients, insurance companies, and health and welfare benefit plans that paid for Lupron, a prescription drug used to treat prostate cancer, endometriosis, and precocious puberty. The **settlement requires the defendants** Abbott Laboratories, Takeda Pharmaceutical Company Limited, and TAP Pharmaceuticals **to pay $150 million** to persons or entities that paid for Lupron from January 1, 1985, through March 31, 2005. Plaintiffs charged that the defendants conspired to overstate the drug's average wholesale price, which resulted in plaintiffs paying more for Lupron than they should have paid. Mr. Saveri served as **Co-Lead Plaintiffs' Counsel**.



### IN RE BUSPIRONE ANTITRUST LITIGATION
**MDL No. 1413 (S.D.N.Y.)**

In 2003, Mr. Saveri obtained a **$90 million cash settlement** for individual consumers, consumer organizations, and third-party payors that purchased BuSpar, a drug prescribed to alleviate symptoms of anxiety. Plaintiffs alleged that Bristol-Myers Squibb Co. (BMS), Danbury Pharmacal, Inc., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc. entered into an unlawful agreement in restraint of trade under which BMS paid a potential generic manufacturer of BuSpar to drop its challenge to BMS's patent and refrain from entering the market.



### CALIFORNIA VITAMIN CASES
**J.C.C.P. No. 4076 (San Francisco County Sup. Ct.)**

Mr. Saveri served as **Co-Liaison Counsel and Co-Chairman of the Plaintiffs' Executive Committee** on behalf of a class of California indirect vitamin purchasers (in every level of the chain of distribution) against vitamin manufacturers alleged to have engaged in price fixing of particular vitamins. In 2002, the Court granted final approval of a **$96 million settlement** with certain vitamin manufacturers. In 2006, the Court granted final approval to over **$8.8 million in additional settlements**.



### PHARMACEUTICAL CASES I, II, AND III
**J.C.C.P. Nos. 2969, 2971, and 2972 (San Francisco County Sup. Ct.)**

Mr. Saveri served as **Co-Lead and Co-Liaison Counsel** representing a certified class of indirect purchasers (consumers) on claims against the major pharmaceutical manufacturers for violations of the Cartwright Act and the Unfair Competition Act. The class alleged that defendants unlawfully fixed discriminatory prices on prescription drugs to retail pharmacists in comparison with the prices charged to certain favored purchasers, including HMOs and mail order houses. In 1999, the Court approved a **settlement providing $148 million in free, brand-name prescription drugs** to health agencies that serve California's poor and uninsured. In 2001, the Court approved a **settlement** with the remaining defendants in the case, which provided **an additional $23 million in free, brand-name prescription drugs** to these agencies.



### IN RE BRAND NAME PRESCRIPTION DRUGS
**MDL No. 997 (N.D. Ill.)**

Mr. Saveri served as **Class Counsel** for a class of tens of thousands of retail pharmacies against the leading pharmaceutical manufacturers and wholesalers of brand name prescription drugs for alleged price-fixing from 1989 to 1995 in violation of the federal antitrust laws. Class plaintiffs charged that defendants engaged in price discrimination against retail pharmacies by denying those discounts provided to hospitals, health maintenance organizations, and nursing homes. In 1996 and 1998, the Court approved **settlements** with certain manufacturers **totaling $723 million**.



### IN RE TRAVEL AGENCY COMMISSION ANTITRUST LITIGATION
**MDL No. 1058 (D. Minn.)**

Mr. Saveri served as **Co-Lead Counsel** for a certified class of U.S. travel agents on claims against the major U.S. air carriers, who allegedly violated the federal antitrust laws by fixing the commissions paid to travel agents. In 1997, the Court approved an **$82 million settlement**.

Case 2:25-cv-03143-WCG    Filed 12/23/25    Page 26 of 62    Document 240-5



# Judicial Praise for the Joseph Saveri Law Firm, LLP

Case 2:25-cv-03343-WCG    Filed 12/23/25    Page 27 of 52    Document 540-5

Case 2:25-cv-03473-WCG    Filed 05/23/25    Page 28 of 62    Document 54-6

"There is no question as to the skill and efficiency of Class Counsel. Indirect Purchasers' Counsel have demonstrated their experience and capability in prosecuting this action; they have dedicated millions of dollars and spent a significant amount of time in and out of the courtroom litigating on behalf of the proposed Settlement Classes for nearly four years. The attorneys for all parties, including Plaintiffs, have handled this matter with extreme professionalism, expediency, and competency."

**JUDGE SHERYL LIPMAN,**
*Jones v. Varsity Brands, LLC,*
**No. 2:20-cv-02892 (W.D. Tenn.)**

The MDL litigation has been hard-fought by both sides, and required an enormous amount of work to collect evidence in the United States and several overseas countries, bring and defend complex motions, and prepare a sprawling case for a jury trial. Class Counsel prosecuted the case with skill and vigor, and achieved strongly positive results. The Court also appreciated the professionalism and spirit of cooperation that Class Counsel brought to the proceedings."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation,* **Master File No. 3:14-cv-03264-JD (N.D. Cal.)**

[W]hat I want to note is that having spent a huge amount of time with your papers and testing them by writing and thinking on my own, I was just really impressed by the caliber of the lawyering on both sides in a way that is just not possible to perceive when you first read a brief. . . . Hats off to you all. You did a great job. This was a hard, interesting set of issues and very novel issues, very consequential issues and handled at the level of lawyering by both sides in an extremely, extremely impressive way that I got a chance to explore in some detail."

**JUDGE MICHAEL FARBIARZ,**
*Robinson v. Jackson Hewitt Inc. and Tax Services of America, Inc.,* **No. 2:19-cv-9066  (D.N.J.)**

"

Direct Purchaser Plaintiffs' Counsel vigorously and effectively pursued the Direct Purchasers' claims. These efforts included factual investigation, drafting complaints, briefing and arguing motions to dismiss and for summary judgment, reviewing and analyzing documents, interviewing witnesses and taking dozens of depositions in the United States and abroad, negotiating the terms of the settlements, and preparing the settlement documents."

**JUDGE MARIANNE O. BATTANI,**
*In re Automotive Parts Antitrust Litigation/In re Wire Harness Cases,* **Master File No. 12-md-02311 (E.D. Mich.)**

"

Through my extensive observations of counsel, I am assured that they are well qualified to litigate this class action…. I have no hesitation that these lawyers will 'fairly and adequately represent the interests of the class.'"

**JUDGE NINA GERSHON,**
*In Re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litigation,*
**Master File No. 1:17-cv-06684-NG-LB (E.D.N.Y.)**

"

The Joseph Saveri Law Firm invested a great deal of time and effort to investigate and develop the potential claims in this action, and it filed the first complaint in this case as a result. . . . The Joseph Saveri Law Firm also has the support of many of the plaintiffs' counsel, which the Court does find to be a significant factor in the Saveri Firm's favor [for appointment to Interim Lead Class Counsel]."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation,* **Master File No. 3:14-cv-03264-JD (N.D. Cal.)**

"

As noted by the plaintiffs: 'Since their initial appointment, [the Joseph Saveri Law Firm and other interim co-lead and liaison counsel, and the Plaintiffs' Executive Committee] . . . have devoted substantial time and resources to this case, including complex legal matters on a variety of motions, case management, discovery planning, and extensive meetings and conferrals with defendants regarding ongoing discovery. Moreover, proposed Class Counsel have demonstrated their extensive experience and expertise prosecuting antitrust, class action, and complex civil litigation cases and have successfully litigated antitrust class actions and other similar cases in courts throughout the United States.' Defendants do not object or disagree with the plaintiffs' characterization of their representation. This Court has reviewed the [Federal Rules of Civil Procedure] Rule 23(g)(1) requirements, and concludes that plaintiffs' proposed co-lead counsel are well qualified to represent the class in this case."

**JUDGE RICHARD D. BENNETT,**
*In re Titanium Dioxide Antitrust Litigation,* **Civil Action No. RDB –10–0318, 284 F.R.D. 328 (D. Md. 2012), amended, 962 F. Supp. 2d 840 (D. Md.)**

## OUR TEAM

The Firm's attorneys are well-regarded for their integrity, experience, and success in all phases of litigation. They have received multiple awards from the American Antitrust Institute, Chambers and Partners, Martindale Hubbell, The Legal 500, Law360, Who's Who Legal, Lawdragon, and *Super Lawyers*. Partners Joseph Saveri, Ronnie S. Spiegel, and Cadio Zirpoli are recognized as three of the country's top lawyers and leaders in federal antitrust and class action litigation.

# Joseph R. Saveri



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes
Commercial Litigation
Generative AI
Intellectual Property
*Qui Tam* and Whistleblower

**ADMISSIONS**
State of California
US Supreme Court
US Court of Appeals – Federal Circuit
US Court of Appeals – First Circuit
US Court of Appeals – Second Circuit
US Court of Appeals – Fourth Circuit
US Court of Appeals – Fifth Circuit
US Court of Appeals – Seventh Circuit
US Court of Appeals – Eighth Circuit
US Court of Appeals – Ninth Circuit
US Court of Appeals – Eleventh Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of Illinois
US District Court – Eastern District of Michigan
US District Court – Eastern District of Wisconsin

**EDUCATION**
University of Virginia Law School, J.D.
University of California, Berkeley, B.A. History
and Economics (double major), with Honors



Chambers
TOP RANKED
USA
2025
Joseph R Saveri



Martindale-Hubbell®
AV PREEMINENT®
Peer Rated for Highest Level
of Professional Excellence

Mr. Saveri began his career performing general litigation work at the San Francisco law firm of McCutchen, Doyle, Brown & Enersen. In 1992, he joined the plaintiffs' firm Lieff Cabraser Heimann & Bernstein (LCHB), where he was the firm's Managing Partner and established its antitrust and intellectual property practice, which was recognized in 2012 as one of the top five practice groups in California. He left LCHB in May 2012 to start his own firm.

Mr. Saveri has performed virtually every aspect of complex and class action litigation, including factual and economic analysis of market conditions and pricing practices, drafting of pleadings, law and motion matters, organizing e-discovery, creating a discovery plan, administering and directing on-line review of documents requiring coordination of dozens of lawyers fluent in English and foreign languages, propounding written discovery, taking and defending percipient and expert witness depositions, organizing the factual record, briefing and arguing summary judgment, and leading trial and appellate work.

From 2010 through 2013, Mr. Saveri served as a Lawyer Representative for the United States District Court for the Northern District of California and the Ninth Circuit Court of Appeals. He has served and serves on several court committees charged with developing rules and programs regarding complex litigation, e-discovery, and a variety of other matters. He was chosen to serve as a member of the Northern District's Civil Rules Advisory Committee from 2009-2012, the committee to establish rules and procedures for expedited trials (which the Court adopted as General Order No. 64, "Expedited Trial Procedures"), and the committee which crafted new e-discovery rules and procedures later adopted by the Court. He is a member of the American Bar Association and the Bar Association of San Francisco, and is on the Board of Governors of the Association of Business Trial Lawyers' Bay Area Chapter.

Mr. Saveri is also a frequent author of articles on antitrust and complex litigation issues, and a lecturer on a variety of matters, including antitrust, complex litigation, class action practice, generative artificial intelligence, and discovery. He serves as an author *of California Antitrust and Unfair Competition Law*, the legal treatise published by the State Bar of California's Antitrust and Unfair Competition Section. He is also a member of the Advisory Board of the American Antitrust Institute. In 2019, he was a speaker at the U.S. Department of Justice Antitrust Division's public roundtable to discuss the Antitrust Criminal Penalty Enhancement & Reform Act. Recently, he has spoken before several organizations about the risks of generative artificial intelligence.

Mr. Saveri has received numerous **ACCOLADES** from legal entities, including:

**Benchmark Litigation:** Honored as "National Practice Area Star" and "Local Litigation Star" in competition/antitrust and dispute resolution (2020-present)

**Best Lawyers:** *Best Lawyers in America* (2012-present)

**Business Today:** "Top 10 Influential Antitrust Plaintiffs Shaping U.S. Law: Nation's Legal Titans" (2023)

**Chambers and Partners:** Band 1 (top-ranked) attorney for "Antitrust: Plaintiff—USA—Nationwide" and "Antitrust: Mainly Plaintiff—California" (2014-present)

## *con't* Joseph R. Saveri


















**Daily Journal (California):** CLAY Award—California Lawyer Attorneys of the Year (2016, 2022); Top Plaintiff Lawyers in California (2018-2023); Top 100 Lawyers in California (2016, 2018-2019, 2021-present); Top Antitrust Lawyers in California (2020, 2022-present); Leading Commercial Litigators in California (2023-2024); Top Intellectual Property Lawyers (2024); Top Artificial Intelligence Lawyers (2024); Leading Labor & Employment Lawyers in California (2014)

**Global Competition Review:** Shortlisted for "Lawyer of the Year" (2022)

**Law 360:** MVP-competition (2025); Titan of the Plaintiffs Bar (2014, 2025)

**Lawdragon:** 500 Leading Global Antitrust & Competition Lawyers (2025); 500 Leading Global Plaintiff Lawyers (2025); Leading Lawyers in America (2022-present); 500 Leading Plaintiff Financial Lawyers (2019-present); 500 Leading Litigators in America (2024-present); 500 Leading Plaintiff Consumer Lawyers (2024-present); 100 Leading AI and Legal Tech Advisors (2024)

**Legal 500:** Leading Lawyer - "United States Antitrust Civil Litigation/Class Actions: Plaintiff" category (2021-present)

**Martindale-Hubbell:** AV Preeminent rating—Top Rated Lawyers (2008-present)

**National Law Journal:** Elite Trial Lawyers of the Year Award: Plaintiff Attorney of the Year - Finalist (2024, 2025); Trailblazers—Mergers & Acquisitions and Antitrust (2015)

**Super Lawyers:** *Super Lawyers Northern California*—Antitrust Litigation (2006-present); *Super Lawyers* Top 100 Northern California (2015-2016, 2019-present)

**Who's Who Legal:** One of the top plaintiffs' attorneys worldwide via *Who's Who Legal: Competition* (publication of Who's Who Legal and Global Competition Review (2015-present)); profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal (2019-present)







# Ronnie S. Spiegel



**PRACTICE AREAS**
Antitrust
Class Action
Consumer Protection
Securities Litigation and Shareholder Disputes

**ADMISSIONS**
State of Pennsylvania
State of Washington
Washington Supreme Court
US District Court – Eastern District of Michigan
US District Court – Eastern District of Pennsylvania
US District Court – Western District of Washington

**EDUCATION**
Temple University Beasley School of Law, J.D. (*Temple Law Review* – Editorial Board)

Boston University, B.A., International Relations








Ms. Spiegel has over two decades of experience litigating and managing all phases of complex antitrust litigation from filing through trial, with a special focus on e-discovery negotiation and case management. She is also a go-to person in the industry regarding translation issues and the use of foreign-language evidence. Her approach to complex case litigation is both substantive and pragmatic. She has a deep understanding of the legal issues and facts involved in her cases, but also strives to set up an efficient framework at the outset of each case so that the case can run smoothly and the best possible result for clients and plaintiff-classes can be achieved.

Since joining the firm in 2022, Ms. Spiegel has been leading and managing several of its most notable cases as part of lead counsel teams. In Varsity All Star and Scholastic Cheer Market Price-Fixing Litigation, she has led the firm's deposition, briefing, and discovery efforts; managed its large in-house team; and advised and planned out all aspects of the case, including trial preparation and negotiation of an $82.5 million settlement. As part of the co-lead team in Medical Center Employee No-Poach Litigation, she collaborates with numerous firms and counsel teams of all experience levels.

Ms. Spiegel came to the Firm after 16 years of practice at Hagens Berman Sobol Shapiro LLP, where she was a partner since 2013. While there, she focused on representing direct purchasers and end-consumers, and played key roles in some of the largest price-fixing, monopolization, and complex litigation cases in the country. Some of her most notable cases included leadership and management of: *In re DRAM Antitrust Litigation*, *In re SRAM Antitrust Litigation*, *In re Cathode Ray Tube Antitrust Litigation*, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, *In re Automotive Parts Antitrust Litigation*, *In re Containerboard Antitrust Litigation, In re McKesson Corp. Shareholder Derivative Litigation*, *In re Apple iPhone Litigation*, and *In re Google Android Litigation*.

While at Hagens Berman, Ms. Spiegel was part of the lead counsel team and led the large discovery efforts in the *Apple* and *Google* antitrust cases. She was part of the lead counsel team in the *McKesson* securities suit that obtained a $175 million recovery for plaintiff shareholders. In *Automotive Parts*, she led a massive third-party discovery effort, serving and negotiating hundreds of subpoenas on auto makers, and collaborating with both plaintiffs and defendants in a coordinated effort that spanned three years. Earlier in her career, she was part of the lead counsel team in *DRAM*, which secured a $300 million recovery on behalf of direct purchaser class members. She was also a key member of the leadership teams (and part of the trial preparation team) in *SRAM*, *Cathode Ray Tube*, and *LCD*, each with resolutions larger than $100 million.

Ms. Spiegel also previously worked as an associate at Spector, Roseman & Kodroff, where she helped develop the firm's antitrust practice and managed its North Carolina office. While there, she played a significant role in several landmark cases, including: *In re Brand Name Prescription Drugs Antitrust Litigation*, *In re Vitamins Antitrust Litigation*, *In re NASDAQ Market-Makers Antitrust Litigation, In re High Fructose Corn Syrup Antitrust Litigation*, *In re Commercial Tissue Paper Antitrust Litigation*, and *In re Flat Glass Antitrust Litigation*.

## *con't* Ronnie S. Spiegel





Ms. Spiegel has received many accolades during her legal career, including being selected by Benchmark Litigation as a "Litigation Star" (2025-present), as a Super Lawyer (2023-present), and by Lawdragon as one of its 500 Leading Global Plaintiff Lawyers (2025), 500 Leading Global Antitrust & Competition Lawyers (2025); 500 Leading Plaintiff Financial Lawyers (2019-present), 500 Leading Litigators (2024-present), and 500 Leading Plaintiff Consumer Lawyers (2024-present). She has been included among the National Trial Lawyers Top 100. In 2023, she received *Corporate Counsel's* Women, Influence & Power in Law Award for Collaborative Leadership. The WIPL awards honor general counsel, inhouse leaders, and law firm partners who have demonstrated a commitment to advancing the empowerment of women in law. These women are business strategists, complex problem-solvers, and successful lawyers who are dedicated to the promotion of diversity in the legal industry and are "team players" who work well with external and internal stakeholders.

Ms. Spiegel is a member of the American Bar Association's Antitrust Section, was a member of the Sedona Conference, Working Group 1, and was a member of the drafting team for the Sedona Conference's revised Rule 45 Commentary (published October 2020). She has completed Ladder Down, a networking, mentoring, and executive training program for women leaders in the Seattle legal community. She is also a former Board Member of the MAMAS organization, a resource and networking organization in Seattle for those trying to balance motherhood and a legal career.

Ms. Spiegel has also been a participant in the Antitrust Litigation Forum, where an invitation-only group of 50 the nation's leading plaintiff and defense antitrust litigators gather to speak candidly about current developments in the law, such as the impact of the big tech trials and cases on antitrust practice. She has consistently attended the Forum in recent years and plans to do so in the future.

Case 2:25-cv-03147-WCG    Filed 12/23/25    Page 35 of 52    Document 54-16

# Cadio Zirpoli



**PRACTICE AREAS**
Antitrust
Class Action
Commercial Litigation
Complex Business Disputes
Criminal Defense
Generative AI

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California

**EDUCATION**
University of San Francisco School of Law, J.D., *cum laude*

University of California, Berkeley, B.A., with Honors





Mr. Zirpoli has built his career on tenacity and the ability to bring numerous high-profile cases to positive results for his clients.

Mr. Zirpoli's passion for justice stems from an early post-law school position at the San Francisco District Attorney's Office, where he distinguished himself by working under a federal grant to successfully prosecute repeat offenders of domestic violence, elder abuse, and child abuse. Working for victims suffering from these and other offenses made him commit to working for plaintiffs' firms in which he could more directly advocate for victims' rights and obtain compensation on their behalf.

Due to his family background and education, Mr. Zirpoli has a particular focus and passion for representing the rights of artists, musicians, and authors, as evidenced by his key role in developing and coordinating the firm's generative artificial intelligence litigation. These novel, cutting-edge cases are on behalf of classes of artists, coders, and authors who allege their creative work is being illegally appropriated by defendants' artificial intelligence and machine learning technology without consent, credit, compensation, or transparency. They have drawn considerable legal and international press attention and were the subject of a July 2023 Senate Judiciary Committee subcommittee hearing, at which Mr. Zirpoli attended and advised his testifying client.

In another notable case, at his former firm (Saveri & Saveri, Inc.), Mr. Zirpoli represented plaintiffs in a breach of contract case, *Bozzio v. EMI Grp. Ltd.*, alleging defendant recording companies improperly treated certain sales of musicians' recordings—through music download services, mobile phone mastertone downloads, and licensing for music streaming services—as record sales rather than revenue from licensing, and, as a result, paid the artists a lower royalty rate than the one provided for in their recording contracts. He argued and won an appeal before the Ninth Circuit Court of Appeals (811 F.3d 1144 (2016)), which raised issues of first impression.

Throughout his legal career, Mr. Zirpoli has specialized in complex civil and class action litigation in both federal and state courts, focusing primarily on antitrust suits. His work covers various industries, including electronics, pharmaceuticals, banking, financial institutions, paper products, agriculture, travel, transportation, insurance, and the protein market. He has played a significant role in resolving some of the largest electronics antitrust cases on record, including *In re DRAM Antitrust Litigation*, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, *In re Optical Disk Drive Products Antitrust Litigation*, and *In re Lithium-Ion Batteries Antitrust Litigation*. He has played a key role on the landmark *Capacitors Antitrust Litigation*, which resulted in settlements totaling $604.55 million and breakthroughs in antitrust law.

Mr. Zirpoli is currently representing plaintiffs in the firm's Apartment Rental Software Antitrust Litigation, alleging a nationwide group of apartment management companies across the United States have illegally raised rents by adopting above-market rents provided to them by a company called RealPage. And he is prosecuting the "protein" cases: a series of price-fixing investigations, and collusion in the meat industry, such as broiler chickens and pork.

## *con't* Cadio Zirpoli



















In addition to his impressive court record, Mr. Zirpoli is an AV Preeminent-rated lawyer on Martindale-Hubbell. In 2022, he was honored by the American Antitrust Institute for "Outstanding Antitrust Litigation Achievement in Private Law Practice" for his role in *Cameron v. Apple Inc.* and in 2023 for his role in *Capacitor*s (both N.D. Cal.). He has been named to Northern California Super Lawyers 2010 and 2014-present, and named to the Top 100: Northern California Super Lawyers since 2018. Since 2023, he has been named by Best Lawyers as among the "Best Lawyers in America" in its antitrust litigation category. He has been honored by Lawdragon as one of its 500 Leading Global Plaintiff Lawyers (2025), 500 Leading Global Antitrust & Copyright Lawyers (2025); 500 Leading Litigators (2024-present), 500 Leading Plaintiff Financial Lawyers (2023-present), and 500 Leading Plaintiff Consumer Lawyers (2024-present). In 2024, the California *Daily Journal* named him as one of its "Top Artificial Intelligence Lawyers" and "Top Antitrust Lawyers."

Outside of his legal practice, Mr. Zirpoli is deeply committed to the community, serving as a volunteer judge with the YMCA Marin County Youth Court, an alternative to the traditional juvenile justice system based on restorative justice principles.

Case 2:25-cv-03149-WCG    Filed 12/31/25    Page 37 of 52    Document 40-6

# David Seidel



**PRACTICE AREAS**
Antitrust
Class Action
Consumer Protection

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Eastern District of California
US District Court – Northern District of California

**EDUCATION**
George Washington University Law School, J.D., Highest Honors

Sonoma State University, B.A., Political Science, Philosophy Minor





Mr. Seidel joined the Firm in 2022, where he focuses on antitrust and consumer protection class actions. He is a litigator at heart with an unwavering commitment to achieving justice for his clients. He was promoted to the firm's partnership in 2024.

While at the firm, Mr. Seidel has taken a leadership role in important antitrust cases. In Varsity All Star and Scholastic Cheer Market Price-Fixing Litigation, he is one of the lead attorneys in the firm's representation of a class of cheer athletes and their families alleging that they paid anticompetitive prices to a cheer monopolist for cheer competitions, camps, and apparel. In 2024, parties reached a Court-approved $82.5 million settlement. In *DeMartini v. Microsoft*, he represents a group of gamers harmed by Microsoft's $70 billion acquisition of Activision Blizzard, seeking to stop the unlawful acquisition. Plaintiffs have asserted claims under Section 7 of the Clayton Act, which prohibits all mergers or acquisitions that may substantially reduce competition in a given market. In 2024, parties reached a settlement. And in Medical Center Employee No-Poach Litigation, he represents a proposed class of employees against several competitors in the outpatient medical center industry that agreed not to recruit each other's employees. Plaintiffs allege that the agreement among employers not to compete for labor talent was per se unlawful under Section 1 of the Sherman Act, and that it reduced wages for employees.

Mr. Seidel was previously an associate at a large corporate law firm where he received significant litigation experience and invaluable mentorship in a broad-based practice. He successfully assisted in litigating a wide range of complex disputes in state and federal courts and in arbitration.

Mr. Seidel has clerked for the Honorable Judge Jill A. Otake of the United States District Court for the District of Hawaii. While there, he attended and assisted with trial and oral arguments, conducted legal research, and assisted in drafting judicial opinions on motions for summary judgment, motions to dismiss, and various other pre-trial motions.

As a law student at the George Washington University Law School, Mr. Seidel graduated with highest honors and was an executive editor of *The George Washington Law Review*. He participated in mock trial competitions, winning the school's top "Estrella" Mock Trial Competition, along with a classmate, and earning the Best Advocate award. He was also the president of the school's American Constitution Society student chapter and was recognized as an ACS Next Generation Leader. He participated in his school's student government and received the Pro Bono Service Recognition Award for devoting a substantial number of hours to pro bono legal work with several different organizations.

## *con't* David Seidel





Mr. Seidel remains deeply committed to providing pro bono legal representation on compelling cases to those who cannot afford it. He has represented Guatemalan refugees fleeing violence and persecution in their claims for asylum, petitioned the government for valuable benefits on behalf of a veteran suffering from PTSD due to a service-related incident, and litigated constitutional excessive force claims against four police officers who had wrongfully allowed a police dog to attack a handcuffed criminal suspect. In 2023, he obtained a clemency award to upgrade the discharge status of a Vietnam veteran who was court-martialed and given a Bad Conduct Discharge in 1967 for possessing a small amount of marijuana. This pro bono success was covered by the California *Daily Journal*.

In 2025, Mr. Seidel and co-counsel filed a complaint on behalf of student athlete plaintiffs whose status at Sonoma State University have been gravely impacted by President Emily Cutrer's decision to cut the school's athletic program and several academic degree programs. The suit seeks a ruling that Cutrer's decision is unlawful and void, and an injunction preventing any further implementation of the unlawful decision. A final resolution is pending.

Mr. Seidel has been selected by Benchmark Litigation for its prestigious "40 & Under List (2024-present)," by Best Lawyers as "One to Watch" (2023-present), by Super Lawyers as a "Rising Star" (2023-present), and by Lawdragon as among its "500 X – The Next Generation" (2023-present). In October 2022, he and Joseph Saveri co-authored "Touhy Exposed," published in the California *Daily Journal*. He is a member of the American Bar Association and the Bar Association of San Francisco.

# Christopher Young



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US Court of Appeals – Eleventh Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of Illinois

**EDUCATION**
UCLA School of Law, J.D. (specialization in International and Comparative Law)

University of Minnesota Law School (first-year coursework), Dean's List, Dean Distinguished Scholarship, Richardson Scholarship

UCLA, B.A., Economics and Sociology

**LANGUAGES**
Cantonese (conversational)
French (basic)
German (basic)





Mr. Young specializes in antitrust and class action litigation. He approaches his practice with a diligent and creative attitude while providing clients with high-quality legal representation. In just his fourth year of practice, he was promoted to the Firm's partnership in 2023.

Mr. Young's professional qualifications are exemplified by his invaluable work on the *Capacitors* trial. As a leading associate at the time (the Firm was sole Lead Counsel), he played a vital role in coordinating this massive price-fixing litigation as the Firm litigated summary judgment, tried the case in 2020 for two weeks (before the pandemic caused a mistrial), and then commenced a November-December 2021 retrial. Mr. Young had primary responsibilities for drafting and negotiating pretrial filings such as jury instructions and motions *in limine*, presenting evidence to the jury, and playing critical roles in nearly all other aspects of both trials. He was also a leader in achieving final approval of settlements taking place from 2020 to 2023.

Mr. Young is a member of the American Bar Association (ABA), the Bar Association of San Francisco, and the Los Angeles County Bar Association. He is currently Vice Chair for the ABA Antitrust Section's Trial Practice Division and, also for the ABA, has been a Young Lawyer Representative for the Competition Torts Committee (2021-2022) and Young Lawyer Representative for the Leadership and Diversity Special Operations Team (2020-2021). He is currently serving a second year as an Education Committee co-chair for the Asian American Bar Association.

In 2023, Mr. Young chaired a "How I Learned to Love Pretrial Filings" panel discussion at the ABA's Antitrust Spring Meeting. He also frequently speaks about the firm's generative artificial intelligence litigation. While an ABA Young Lawyer Representative, in 2022 he was a panelist in the "Career Conversations & Diversity Dialogues" program at the ABA Antitrust Section Spring Meeting aimed towards giving lawyers perspectives in possible career paths. He has written for *Competition*, the journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association.

Mr. Young volunteers for the Federal Pro Bono Project of the Bar Association of San Francisco. In a recent pro bono civil rights matter, he briefed and argued motions for summary judgment which led to a settlement that included significant monetary consideration and nonmonetary consideration that would have been unavailable as relief if the Firm had prevailed at trial. In 2021, he was one of the speakers at a webinar co-sponsored by the Bar Association of San Francisco's Justice and Diversity Center, the Asian Law Alliance, and the U.S. District Court for the Northern District of California: "What Can I Do as a Pro Bono Attorney in the Northern District?"

Mr. Young is experienced beyond his years, and his recognition from esteemed legal organizations reflects that. His many accolades include:

**American Antitrust Institute:** Honoree - member of *Le v. Zuffa, LLC* team for "Outstanding Antitrust Litigation Achievement in Private Law Practice" (2025); Outstanding Antitrust Litigation Achievement by a Young Lawyer" (2022)

**Benchmark Litigation:** "40 and Under" (2024-present)



# *con't* Christopher Young
















**Best Lawyers:** One to Watch" (2023-present)

**California *Daily Journal*:** "40 Under 40" list (2023-2024)

**California Lawyers Association:** "Lawyer to Watch" (2023)

**Lawdragon:** "500 X—The Next Generation" (2023-present)

**Law360**: "Rising Star" (2025)

**Legal 500:** "Next Generation Partner" (2024-present)

***National Law Journal*:** Elite Trial Lawyers Awards—"Rising Star of the Plaintiffs Bar" (2022)

**The *Recorder*:** California Legal Awards—"Lawyers on the Fast Track (Under 40)" (2022)

**Super Lawyers:** Rising Star (2021-present)

Before joining the Firm, Mr. Young was a law clerk for Associate Justice Lamar W. Baker of the California Second District Court of Appeal, Division Five. Prior to this, he was a post-bar fellow at the Los Angeles County Public Defender's Office. While attending law school at UCLA, Mr. Young was an Associate Editor of the *UCLA Law Review*.

Mr. Young donates his time to the local San Francisco community, speaking with local organizations to youth interested in a future legal career and volunteering as an essay reviewer for students currently applying to colleges.

 Case 2:25-cv-03373-WCG     Filed 05/23/25     Page 41 of 52     Document 540-6

JOSEPH SAVERI
L A W   F I R M

# Holden Benon



**PRACTICE AREAS**
Class Action
Intellectual Property
Generative AI

**ADMISSIONS**
State of California
US District Court – Central District of California
US District Court – Northern District of California
US District Court – Southern District of California

**EDUCATION**
UC Law San Francisco, J.D.

Arizona State University, B.A., Business
Communications (Dean's List)

**LANGUAGES**
Spanish (fluent)





Mr. Benon joined the firm in 2023. He takes a resolute approach to his practice and is proud to represent authors and other creators in enforcing their rights.

Mr. Benon focuses on litigating class action lawsuits the firm has brought against artificial intelligence companies based on their infringement of authors' copyrights when they allegedly made unauthorized copies of those authors' copyrighted works to train artificial-intelligence products.

Prior to joining the firm, Mr. Benon was an associate at an AmLaw100 law firm in San Francisco where he obtained significant experience representing plaintiffs and defendants in federal district court, state and federal appellate courts, and private arbitration. Over the past seven years, his practice has focused on intellectual property enforcement and insurance coverage litigation.

Among his various accomplishments, Mr. Benon successfully litigated a plaintiff-side copyright infringement matter he brought to his firm as a second-year associate. He is the author of several published articles covering the intersection between technology and insurance.

Mr. Benon has been a panel attorney for the Federal Pro Bono Project in the Northern District of California. He has successfully litigated various pro bono matters, including:

- *Gardner v. Reille*, 2023 WL 3471454 (N.D. Cal. May 12, 2023): obtained a successful settlement for an incarcerated individual in a prison excessive force case after the court granted a motion to compel production of prison officers' personnel files
- *Rhone v. Housing Authority of City of Oakland* (N.D. Cal.): represented a recipient of Section 8 housing benefits to secure a favorable resolution at a settlement conference followed by a favorable outcome on a motion to enforce settlement after the Housing Authority delayed payment

During law school, Mr. Benon was an intern for the Electronic Frontier Foundation, where he focused on copyright and privacy issues. In addition, Mr. Benon's student journal note on aspects of the Digital Millenium Copyright Act was selected for publication in his law school's business journal: "A Peek Under the Hood: Why Lawmakers Should Strengthen the Current DMCA Exemption for Security and Safety Research into Car Software," 15 *Hastings Bus. L.J.* 155 (2019). He was a National Best Brief Winner & Quarterfinalist for the Cultural Heritage Moot Court Competition at DePaul Law School in Chicago. His team's winning brief was published in DePaul Law School's *Journal of Art, Technology & Intellectual Property Law*.

Mr. Benon has spoken at several insurance trade association events regarding insurance and artificial intelligence. He has held seminars for students at the Academy of Art University in San Francisco about how they can protect their intellectual property rights. In 2025, Super Lawyers named him a "Rising Star" and Best Lawyers selected him as "One to Watch." He is a member of the American Bar Association the Bar Association of San Francisco, and the Sedona Conference Working Group 13 on Artificial Intelligence and the Law. He is counsel for The Guardsmen, a charitable organization benefiting Northern California at-risk youth.

# William Castillo Guardado



**PRACTICE AREAS**
Antitrust & Global Competition
Class Action
Consumer Protection
Generative AI
No-Poach Agreement and Anticompetitive
Behavior

**ADMISSIONS**
State of California
State of New York
US Court of Appeals – Second Circuit
US Court of Appeals – Ninth Circuit
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Eastern District of New York
US District Court – Southern District of New York

**EDUCATION**
UC Law San Francisco, J.D.

University of the Pacific, B.A., *magna cum laude*,
International Relations and Japanese,
Anthropology (minor)

**LANGUAGES**
Spanish (fluent)
Japanese (advanced proficiency)



Mr. Castillo Guardado joined the firm in 2023. He brings an analytical and thoughtful approach to litigation honed through years of experience in employment, business, and human rights matters.

Mr. Castillo Guardado's practice currently focuses on all phases of litigation in antitrust and generative AI class actions. He represents book authors in the *In re Mosaic LLM Litigation* and *Nazemian v. NVIDIA* copyright litigation class actions alleging that AI companies used pirated copies of books to train their large language models. He believes that AI companies have a responsibility to ethically obtain the training data for their models and compensate artists for use of their works. He also represents former employees of outpatient medical centers in *In re Outpatient Medical Center Antitrust Litigation*, alleging a no-poach agreement among certain companies to restrict the recruitment and hiring of employees.

Previously, Mr. Castillo Guardado was an attorney at a general civil litigation firm in the Bay Area, overseeing all aspects of cases from intake to trial. His practice areas included employment discrimination, wage and hour, business tort, and real estate litigation disputes in California federal and state courts.

Mr. Castillo Guardado was also an attorney at Catholic Charities Community Services in New York City, where he argued cases before the Second Circuit Court of Appeals and Board of Immigration Appeals. An advocate for pro bono services, he provided more than one hundred free legal consultations to members of the immigrant community in New York City and the Lower Hudson Valley.

In 2014, Mr. Castillo Guardado was based in Tajikistan in Central Asia as an attorney with the Danish Refugee Council and the Center for Gender & Refugee Studies. He represented refugees from Afghanistan in proceedings before the UN High Commissioner for Refugees, delivered humanitarian aid, and led field research on legal protections for women and children in Central Asia. Mr. Castillo Guardado also traveled to Afghanistan for one week to deliver a training to lawyers on representing survivors of gender violence.

During law school, Mr. Castillo Guardado was a senior articles editor for the *Hastings Race & Poverty Law Journal*, president of the Government Law Organization, and political chair of the La Raza Law Students Association.

Best Lawyers has recognized him as "One to Watch." (2026)

Mr. Castillo Guardado is treasurer of the Association of Latino Marin Attorneys, and a member of the American Bar Association and the Bar Association of San Francisco.

JOSEPH SAVERI
L A W   F I R M

# Aaron J. Cera



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US Court of Appeals – Second Circuit
US District Court – Northern District of California

**EDUCATION**
UC Law San Francisco, J.D., *cum laude*

University of San Francisco, B.A., Politics, Legal Studies, *summa cum laude*

**LANGUAGES**
Spanish (limited)



Mr. Cera was sworn in as an attorney and became a member of the California Bar in November 2023. He is a tenacious advocate dedicated to championing the rights of plaintiffs and safeguarding consumers, especially those victimized by violations of antitrust, intellectual property, and securities laws.

Mr. Cera focuses on generative artificial intelligence class action lawsuits the firm has brought against Meta Platforms, Inc., OpenAI, Inc., and other organizations in which classes of artists, coders, and authors allege their creative work is being illegally appropriated by defendants' artificial intelligence and machine learning technology without consent, credit, compensation, or transparency. Mr. Cera also played an active trial preparation role in UFC Antitrust Litigation.

Mr. Cera worked as a legal intern with the San Francisco Public Defenders Office during his first-year summer. He then joined the firm as a summer associate and stayed on as a third-year law clerk. His responsibilities spanned the spectrum of litigation, from drafting motions and discovery to preparing clients for depositions, conducting legal research, and drafting legal journal articles.

In law school, Mr. Cera shared his knowledge and expertise as a teaching assistant for advanced torts. Additionally, his role as a notetaker for the Disability Resource Program, involvement with the UC Law San Francisco Abolition & Prisoner Outreach program through letter writing, and membership in the UC Law San Francisco Plaintiffs' Law Association underscored his commitment to positively impact victims of unlawful conduct.

Mr. Cera also served as a student attorney with the Individual Representation Clinic at UC Law San Francisco, where he represented low-income workers embroiled in a wage and hour dispute before the San Francisco Labor Commission. Through hands-on advocacy, Mr. Cera not only demonstrated his legal acumen but also showcased a commitment to ensuring justice for those often marginalized in the workforce.

Prior to law school, Mr. Cera cut his teeth as a junior paralegal and legal assistant at two San Francisco law firms. His experience organizing and managing case files, researching rules of court and statutes, and collaborating with legal professionals advanced his understanding of the practice of law.

In 2025, Mr. Cera, as a member of the *Le v. Zuffa, LLC* team, was selected as an honoree for "Outstanding Antitrust Litigation Achievement in Private Law Practice" by the American Antitrust Association.

Mr. Cera is a member of the Federal Bar Association, American Bar Association, Bar Association of San Francisco, and the Jewish Bar Association of San Francisco.

Case 2:25-cv-03373-WCG    Filed 05/23/25    Page 34 of 52    Document 540-6

# Alaina Gilchrist



**PRACTICE AREAS**
Antitrust
Consumer Protection
No-Poach Agreements and Anticompetitive
Behavior

**ADMISSIONS**
State of California
US District Court – Central District of California
US District Court – Northern District of California

**EDUCATION**
Northeastern University School of Law, J.D.

Eastern University, B.A., Political Science &
Communication Studies, *magna cum laude*

Alaina Gilchrist joined the firm in 2025. She currently litigates no-poach antitrust cases where she is able to build upon over ten years of experience advocating for workers' rights. She takes a thoughtful and creative approach to achieve favorable results for her clients.

Ms. Gilchrist is a former associate at a large plaintiff-side law firm where she litigated securities and consumer protection class actions. Prior to that, she practiced union-side labor law both in-house and at a union-side law firm. While practicing labor law, she represented clients at labor arbitrations, negotiated collective bargaining agreements, represented unions in front of the National Labor Relations Board, and wrote motions in limine for a California wage and hour class action lawsuit that settled for $140 million.

Ms. Gilchrist was a Peggy Browning Fellow at the AFL-CIO in Washington, D.C. and at a union-side law firm in Los Angeles. She was also a former judicial extern for the Honorable Kim McLane Wardlaw of the United States Court of Appeals for the Ninth Circuit. While in law school, she was note editor of the *Northeastern University Law Review*.

Ms. Gilchrist is a former union representative and organizer for the Service Employees International Union. Prior to that, she was a fellow and community organizer for a community organizing project in Ohio.

# Christopher J. Hydal



**PRACTICE AREAS**
Antitrust
Class Action
Consumer Protection

**ADMISSIONS**
State of New York
US Court of Appeals – Second Circuit
US District Court – Eastern District of California
US District Court – Southern District of California
England and Wales – Higher Rights of Audience (Civil)

**EDUCATION**
BPP University, London, Legal Practice Course, Distinction

The City Law School, London, Bar Professional Training Course, Very Competent

Kingston University, London, Postgraduate Diploma in Law, Commendation

Boston College, B.A., Classics

Christopher J. Hydal specializes in antitrust and consumer protection class actions. He is committed to the firm's mission of achieving socially minded, justice-driven outcomes on behalf of individuals and businesses.

Mr. Hydal is admitted to practice as an attorney in New York and as a solicitor in England and Wales. Since joining the firm, he has played an important role in drafting pleadings, various motions, and written discovery filings in Varsity All Star and Scholastic Cheer Market Price-Fixing Litigation and Nestlé Bottled Water Litigation. He is part of the legal team representing direct purchasers in Altria-Juul E-Cigarette Antitrust Litigation. He also represents plaintiffs in University of Pittsburgh Medical Center Anticompetitive Employment Litigation, a class action concerning a private hospital chain's exclusionary scheme to limit its workers' mobility and suppress their wages.

Prior to joining the firm, Mr. Hydal worked in New York as an immigration associate, representing respondents in removal proceedings and litigating federal claims with respect to denied or delayed immigrant visa petitions. Previously, he studied law in London, where he qualified as both a solicitor and barrister. As an associate at a London-based litigation boutique, Mr. Hydal acted on behalf of claimants in Employment Tribunal claims for workplace discrimination and harassment, and adult survivors of historical child sex abuse in High Court compensation claims against institutional defendants.

Mr. Hydal is a member of the American Bar Association, New York State Bar Association, New York City Bar Association, the Collective Redress Lawyers Association, and the Inner Temple.

Case 2:25-cv-03153-WCG   Filed 05/23/25   Page 46 of 52   Document 50-6

# Itak Moradi



**PRACTICE AREAS**
Antirust
Class Action

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Northern District of California
US District Court – Southern District of California
District of Minnesota
District of Nevada
US District Court – Eastern District of Wisconsin

**EDUCATION**
Université Panthéon Assas (Paris II), L.L.M. in European Union Law

UC Law San Francisco, J.D.

UCLA, B.A., Gender Studies, English Literature

**LANGUAGES**
Farsi (fluent)
Spanish and French (limited)

 

 



Ms. Moradi joined the firm in 2023. During her legal career, her practice has focused on litigating high-stakes fraud and deceitful business practices. She brings a passion for public advocacy to her work and is a precise and creative litigator.

Ms. Moradi's work at the firm covers the full spectrum of case development and litigation, including trial. She currently helps manage the firm's Steering Committee responsibilities in FTX Cryptocurrency Exchange Collapse Litigation and Altria-Juul E-Cigarette Antitrust Litigation, and is a part of the trial preparation team for the fall 2024 class action trial in UFC Antitrust Litigation.

Ms. Moradi is a former senior associate at Knox Ricksen LLP (Knox) in Walnut Creek. While there for six years, she handled complex, multi-party *qui tams* involving multi-million-dollar fraud and conspiracy actions against health care professionals, attorneys, and other corporate actors. Her responsibilities as senior associate covered the full spectrum of case development and litigation, including presenting trials.

Prior to Knox, Ms. Moradi worked at three Bay Area firms on personal injury, fraud, and class action litigations. While in law school, she was on the board of the Public Interest Law Foundation, and co-authored proposed legislation for the City of San Francisco and a policy report for the California Senate Office of Research.

In 2025, Ms. Moradi, as a member of the *Le v. Zuffa, LLC* team, was selected as an honoree for "Outstanding Antitrust Litigation Achievement in Private Law Practice" by the American Antitrust Association. From 2020-present, she has been selected by Super Lawyers as a Northern California "Rising Star." She has been named by the *National Law Journal* as a "Rising Star of the Plaintiffs Bar" in its Elite Trial Lawyers Awards (2025), Lawdragon as among the "Lawdragon 500 X – The Next Generation (2025)," and by Best Lawyers as "One to Watch" (2024-present). She is a member of the San Francisco Trial Lawyers Association, Iranian American Bar Association, and Anti-Fraud Alliance, and is an associate fellow of the Litigation Counsel of America.

Ms. Moradi authored "Sotomayor's Retirement Debate Sparks Discussion on Sexism, Ageism, and Ableism" for the California *Daily Journal* legal newspaper. She analyzed recent calls for U.S. Supreme Court Justice Sonia Sotomayor to retire due to political, health, and age considerations, and explored how this predicament resides within the broader need for reforms to the SCOTUS bench.

Ms. Moradi volunteers as a board member and attorney for the Coalition of Concerned Legal Professionals (CCLP), San Francisco Chapter, and provides free legal services on housing and wage issues for San Francisco and Oakland residents. In 2018, she and CCLP successfully initiated a HUD investigation into 300+ unlawful eviction notices that were ultimately withdrawn.



Case 2:25-cv-03373-WCG    Filed 12/23/25    Page 47 of 52    Document 540-6

# Alex Zeng



**PRACTICE AREAS**
Antirust
Complex Business Disputes
Consumer Protection
Intellectual Property
Generative AI

**ADMISSIONS**
State of California

**EDUCATION**
University of Minnesota, J.D., Dean's
Distinguished Scholarship

University of San Francisco, B.S., Economics &
Finance, *magna cum laude*

**LANGUAGES**
Mandarin, French (conversational)

Mr. Zeng was a summer associate at the firm, returned as a post-bar law clerk, passed the California bar, and was admitted to practice in 2025. He went into law after taking a Law and Economics course, which opened his eyes to how law is one of the most compelling mechanisms in changing society's behavior for the better. He pursues antitrust and class actions because he believes these are some of the most effective vehicles to administer justice for the wronged and the less fortunate.

While in law school at the University of Minnesota, Mr. Zeng was a Lead Managing Editor for the *Minnesota Journal of Law Science & Technology*. Other activities included the Business Law Association (secretary and at-large); the Privacy, Cybersecurity, and Technology Law Association; and the Asian Pacific American Law Student Association. His coursework focused on business associations/corporations, federal tax procedure, civil procedure, and antitrust.

Mr. Zeng was a law clerk for the Minneapolis City Attorney's Office, at which he conducted court trials by direct and cross-examining witnesses, and negotiated guilty pleas with public defenders and pro se defendants during arraignment and pretrial calendars. He was also a student attorney for the Ronald M. Mankoff Tax Clinic in Minneapolis, where he resolved issues regarding clients' tax liability by negotiating with the Internal Revenue Service.

While an undergraduate at the University of San Francisco, Mr. Zeng was a research assistant. His honors included the Beta Gamma Sigma International Business Honor Society, the School of Management Honors Program, and the Dean's Honor Roll. He was president of the Financial Management Association Finance Honor Society and the National Society of Collegiate Scholars.

Mr. Zeng is the author of "Elizabeth Warren's Student Debt Policy: An Analysis," *The Journal of Policy Analysis, Institute for Youth in Policy* (December 2021).

Mr. Zeng is a member of the American Bar Association.

# Elissa A. Buchanan



**PRACTICE AREAS**
Antitrust
Intellectual Property

**ADMISSIONS**
State of California
US District Court – Central District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

Mills College, B.A., French Studies

**LANGUAGES**
French (conversational reading and speaking)

Ms. Buchanan's legal expertise focuses on antitrust, class actions, intellectual property, and corporate securities and shareholder litigation. She has success in case development, drafting pleadings and motions, managing discovery, conducting legal research, and preparing for depositions and trial. She manages a team of document reviewers tasked with analyzing and organizing extensive e-discovery. Always focused on providing positive outcomes for her clients, she takes pride in conducting litigation efforts that reliably achieve that goal in a timely, cost-effective manner.

Ms. Buchanan works primarily on antitrust drug cases involving pay-for-delay, PBM (pharmacy benefit management or manager) kickbacks, and generic drug company collusion. Also, of recent significance, she has presided in intense discovery efforts in Varsity All Star and Scholastic Cheer Market Price-Fixing Litigation, both in helping bring the case to the firm and coordinating the completion of over 75 depositions in a six-month span. Currently, she is focused on alleged refusal to deal violations in Sony PlayStation 5 Digital Edition Antitrust Litigation, involving digital game download codes. In addition, she is substantively involved in the firm's generative artificial intelligence lawsuits brought against GitHub, Inc., OpenAI, Inc., and Stability AI, in which classes of artists and coders allege their creative work is being illegally appropriated for machine learning technology without consent, credit, compensation, or transparency.

Ms. Buchanan has taken the lead role in forming the Firm's "Green Team," a group of employees who have organized personnel and implemented policy changes to ensure that the Firm is environmentally responsible. They have successfully achieved the Firm's designation as a Certified Green Business by the San Francisco Green Business Program.

Prior to joining the Firm, Ms. Buchanan worked as an attorney on construction defect litigation and antitrust and personal injury class actions. During law school, she interned at California Lawyers for the Arts, where she worked with clients to find solutions to copyright and trademark issues. She also was a technical editor for the *Journal of Law and Social Justice* and volunteered for Law in Motion, a program that provides opportunities for the law school community to reflect on issues of social justice and access to equal justice through various activities and events.

Ms. Buchanan is a member of the American Bar Association.



# Julie Han



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California

**EDUCATION**
University of the Pacific, McGeorge School of Law, J.D.

San Francisco State University, B.S., Business Administration (concentration in International Business)

Chung-Ang University (Seoul), B.A., Architectural Engineering

**LANGUAGES**
Japanese (proficient)
Korean (native level)

Ms. Han's legal practice focuses on litigating antitrust and consumer protection class actions. She understands the ultimate goals of each case that need to be reached beyond the underlying complex disputes. With a focus on serving her clients in the best way possible, she approaches every issue raised during litigation in a perceptive manner and tackles each one of them until she finds the best resolution.

Ms. Han was an integral part of the firm's core team litigating Capacitors Price-Fixing Antitrust Litigation, in which the firm as a sole lead counsel achieved settlements of $604.55 million for the class. She left the firm in 2020 to join a global construction consulting firm and returned as a staff attorney later in the year.

Since her return, Ms. Han has been actively involved in the firm's many pivotal cases: Varsity All Star and Scholastic Cheer Market Price-Fixing Litigation, Diisocyanates Antitrust Litigation, and Medical Center Employee No-Poach Litigation, to name a few. She closely works through each phase of antitrust litigation from pre-trial investigation, discovery, dispositive motions, witness selection, depositions, and trial preparation. Her recent focus has been on analyzing and disputing privilege issues over document production in Xyrem (Sodium Oxybate) Antitrust Litigation.

Prior to joining the firm, Ms. Han was a project managing attorney for a major international law firm in the San Francisco Bay Area, where she supervised discovery review teams and assisted the firm's intellectual property litigation. For over two years, she ran day-to-day operations, managing the discovery process and ensuring timely document production and review until the case moved to trial.

During law school, as a legal intern at the Office of Legislation and Policy of the California Department of Corporations, Ms. Han reviewed legislative proposals on California finance and mortgage lending law, and drafted analysis of the state lending issues.

Ms. Han is a member of the American Bar Association and the Bar Association of San Francisco.

# Jacquelyn (Jackie) Lindsey



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

University of California, Berkeley, American Studies and African American Studies, B.A. (with honors)

Ms. Lindsey joined the Firm in 2022. She is passionate about protecting consumer rights in antitrust and securities litigation and brings a fresh perspective to teamwork and professional collaborations. She does not shy away from difficult or seemingly insurmountable facts and challenges, as she believes there is always a path through to favorable outcomes for her cases.

Ms. Lindsey specializes in managing complex e-discovery and deposition scheduling and contributes innovative approaches to trial preparation to ensure that plaintiffs are confident in her legal counsel. She has served as project manager of the e-discovery team on the fast-moving Varsity All-Star and Scholastic Cheer Market Price-Fixing Litigation. Among her multifaceted responsibilities, she reviewed discovery-related documents to determine the best strategy and use of files for depositions. With an eye for efficiency, she organized the Firm's document review team, ensuring that the review was completed correctly and ahead of schedule. This role also relied on her expertise in organizing the plaintiffs' document productions, with the responsibility of applying confidential designations and redactions as needed.

Prior to joining the Firm, Ms. Lindsey ran her own law office for over a decade, where she successfully negotiated settlements for a range of clients. She conducted equal employment law investigations, drafted final agency decisions for various federal government entities, and defended clients at hearings. She has also enjoyed success at a prominent plaintiff's side civil rights firm, where she collaborated with their trial team, representing clients in various high-profile cases. The distinct zeal she brings to the profession has resulted in several multi-million-dollar settlements in the private and public sectors.

Ms. Lindsey has a keen interest in the academics of law and the mechanics in which our judicial system operates. She was an adjunct professor at John F. Kennedy University, teaching legal research, writing, and employment law. She has also served as an adjudicator for the United States Department of Agriculture, where she reviewed pertinent evidence for Title VI and Title VII claims prior to drafting final agency decisions.

Ms. Lindsey continues to nurture her professional development and has earned a certificate in Public Interest Law. She is a member of the Federal EEO and Civil Rights Practitioners and a Dorraine Zief Law Library Scholar. She is a member of the American Bar Association and California Women Lawyers. During law school, she externed for Judges Joyce M. Cram, Joni T. Hiramoto, and John H. Sugiyama of the Contra Costa County Superior Court. She served as an editor for the University of San Francisco School of Law's *Journal of Law and Social Challenges*. In addition, she also externed for the U.S. Attorney's Office's White Collar Crime Unit in Northern California.

Ms. Lindsey is dedicated to addressing injustices both in the business and social sector. She has demonstrated this commitment through mentorship to young minority lawyers through the Charles Houston Bar Association. She is particularly proud to have served as a clerk for The Forgotten International. This non-profit raises funds to provide shelter and education for young women in parts of India and Northern Africa.



Case 2:25-cv-03139-WCG    Filed 12/23/25    Page 52 of 52    Document 54-6

# Nanci Murdock



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California
State of New York
State of Massachusetts
US Supreme Court
US Court of Appeals – Ninth Circuit
US District Court – Central District of California

**EDUCATION**
Loyola University Law School, J.D., Dean's List

University of Southern California, B.A.,
English/Humanities

Ms. Murdock joined the firm in 2020 and specializes in antitrust, class action, and consumer protection cases. She brings her extensive business litigation background to her current position where she analyzes evidence in complex litigation, performs deposition and trial preparation, and researches and drafts memos. She has contributed to various firm antitrust and price-fixing cases and is always motivated to obtain favorable results for consumers.

Prior to joining the Firm, Ms. Murdock was a litigator at two major law firms and of counsel at a Los Angeles boutique litigation firm. She has a successful appellate and business litigation background and has crafted winning motions and appeals throughout her career. Her respondents' brief for United States Supreme Court case *Musick, Peeler & Garrett v. Employers Insurance of Wausau*, 508 U.S. 286 (1993), was affirmed in favor of her clients. Another appeal was also affirmed with the California Court of Appeal, which adopted, in entirety, the arguments proffered in her respondent's brief. She won an appeal in a case that had been ongoing for nine years and had been before the California Supreme Court three times. And she had a new trial motion and a judgment notwithstanding the verdict motion granted, overturning a $3.7 million verdict in a case of first impression interpreting a California statute.

Ms. Murdock also has a substantial intellectual property background. As an IP associate, she worked on various copyright matters and won a partial summary judgment in the Ninth Circuit in a "work for hire" case involving a major rock star. She had a temporary restraining order granted in a trademark dispute involving a well-known leisure-wear manufacturer, and successfully opposed a preliminary injunction in a trade secrets/submission of ideas case before the Second Circuit.

While attending law school, Ms. Murdock was named to the Moot Court Team and won both the Moot Court Best Brief Award and the West Publishing Company Award for Outstanding Brief Writing. She thereafter honed her writing skills clerking for the late Presiding Justice Joan Dempsey Klein of the California Court of Appeal. Although she originally had a one-year clerkship, after seven months she was asked to stay on as senior attorney and became one of the most junior attorneys ever selected for that position.

Prior to attending law school, Ms. Murdock worked in the Mayor's Office of Los Angeles and the City Community Development Department. In those positions she researched and analyzed city ordinances and federal HUD proposals; authored reports for proposed city legislation; and made legislation recommendations to the city council.

Ms. Murdock is a member of the American Bar Association.

# Regan Yamasaki



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California

**EDUCATION**
Santa Clara University School of Law, J.D.

Claremont McKenna College, B.S., Economics-Accounting

Mr. Yamasaki specializes in antitrust, class action, and complex business disputes. His ongoing pursuit of learning, self-improvement, and solving perplexing challenges led him to the practice of law and guides him to this day.

In his current role with the Firm, Mr. Yamasaki has identified critically important evidence by leveraging metadata to pinpoint pivotal documents otherwise buried in voluminous document productions. This includes key support for class certification and communications between alleged co-conspirators in complex class action cases against major chemical manufacturers accused of price collusion and anti-competitive practices.

Mr. Yamasaki's review experience encompasses a broad spectrum, including patent and securities litigation, antitrust and government investigations, corporate accounting and financial disclosures, product defect litigation, and assorted intellectual property matters.

Before joining the Firm, Mr. Yamasaki was corporate counsel for the Napa, California-based JY Law Firm PC, where he managed work product and law enforcement compliance matters for a well-known international advertising company. He also trained the firm's corporate finance team regarding intellectual property, privacy, and compliance matters.

Prior to his corporate counsel position, Mr. Yamasaki was a successful contract attorney for several prestigious law firms, including Cooley LLP and Morrison & Foerster LLP. Highlights included:

- Co-coordinated review workflow and logistics for a team of over 20 review attorneys
- Employed forensic data analysis tools—including author domain reports, document metadata filters, and concept clusters—to isolate and review substantial volumes of responsive data in an efficient and cost-effective manner
- Supported litigation partners and associates for various needs, including rolling document productions, privilege and redaction logging, deposition preparation, expert discovery, and trial exhibit selection and compilation

Mr. Yamasaki has participated in the Bar Association of San Francisco's Volunteer Legal Services Program.

Case 2:25-cv-03573-WCG    Filed 12/23/25    Page 53 of 52    Document 540-16

JOSEPH SAVERI
LAW FIRM

# Sean Bockover



**PRACTICE AREAS**
Antitrust
Class Action
Intellectual Property

**ADMISSIONS**
State of California

**EDUCATION**
Indiana University Maurer School of Law, J.D., *cum laude*

Cornell-Heidelberg Exchange, Universität Heidelberg, Germany

Cornell University, B.A., Biology and German Literature, Dean's List

**LANGUAGES**
German (fluent)
Japanese (basic)

Mr. Bockover specializes in antitrust, class action, and intellectual property. He uses his excellent English and German communication abilities and attention to detail to efficiently process evidence in complex litigation. Then, using analytical skill earned in the sciences, plus tenacity and a thirst for justice honed in public defender work, he turns those insights into action.

For his junior year of college, Mr. Bockover studied at the University of Constance in southwestern Germany, where he became fluent in German. After receiving a B.A. from Cornell University, he returned to Germany for a non-degree year at the University of Heidelberg. After attending the Indiana University Mauerer School of Law (where he was active in the *Indiana Law Journal)* he spent two years as an associate at a boutique Indiana-based firm, practicing mostly criminal law in indigent defense cases. Mr. Bockover then left Indiana for a career in e-discovery (in English and German) in the Bay Area. For more than a dozen years, he has been reviewing documents for top-tier firms, preparing depositions, reviewing contracts, and performing other tasks in German for intellectual property and commercial law cases and investigations covering pharmaceuticals, semiconductor, co-location, software, and automotive disputes.

Mr. Bockover is a member of the American Bar Association.

Case 2:25-cv-03373-WCG    Filed 12/23/25    Page 55 of 62    Document 240-6

# Heather Du



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

University of San Francisco, B.A., Politics, *cum laude*

**LANGUAGES**
Vietnamese (reading and writing)
Cantonese (basic)

Ms. Du specializes in antitrust and class action litigation. She has more than 10 years of e-discovery experience that focuses on complex discovery and document review projects using a variety of e-discovery technologies. She also assists in other aspects litigation, including legal research, interview/deposition preparation, and other analytical assignments to support the Firm in providing the best representation to its clients.

Before joining the Firm, Ms. Du was a contract attorney/document reviewer at several San Francisco top tier law firms, where she reviewed documents in securities, patent litigation, class action, civil investigation, and other related practice areas.

Previously, Ms. Du served as a volunteer attorney for the Volunteer Homeless Advocacy Project (HAP), where she provided limited scope representation at court-mandated settlement conferences and assisted with trial preparation. She assisted individuals and families at the Volunteer Legal Service Program of the Bar Association of San Francisco. She was a law clerk for the Asian Pacific Islander Legal Outreach and performed a clinical internship for the San Francisco-based Eviction Defense Collaborative. She also interned at the San Francisco based Court House Project and HAP.

Ms. Du is a member of the American Bar Association and the Bar Association of San Francisco.

# Daniel Hassid



**PRACTICE AREAS**
Anticompetitive Behavior
Antitrust and Global Competition
Class Action
Complex Business Disputes
Consumer Protection
Intellectual Property
No-Poach Agreements
Securities Litigation
Shareholder Disputes

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Northern District of California

**EDUCATION**
Golden Gate University School of Law, J.D.

Hebrew University of Jerusalem, study abroad

Kingston University, London, Postgraduate
Diploma in Law, Commendation

University of California at Santa Cruz, B.S.,
International Economics

**LANGUAGES**
Arabic (basic)
Hebrew (proficient)
Spanish (basic**)**

Mr. Hassid joined the firm in 2024. He has a passion for antitrust and intellectual property law, especially when he can direct it on behalf of consumers and purchasers to promote economic efficiency and fairness in ways that benefit society.

As an independent document reviewer for the past 10+ years, Mr. Hassid has assisted clients with numerous matters involving antitrust, intellectual property law (including copyrights, trademarks, trade secrets, internet and software law, and entertainment law), contracts, corporate law, estate planning, and California DUI defense. His Bay Area assignments have been wide-ranging, including engagements with the U.S. Small Business Administration and assorted law firms and legal document review staffing agencies. He has successfully handled complex relevancy, privilege and quality control tasks; reviewed contracts and other legal documents, and conducted deposition preparation.

Before becoming a document reviewer, Mr. Hassid was a contract attorney and legal intern at a San Francisco boutique firm. While there, he practiced in family, refugee, and business immigration law. He conducted legal research, wrote briefs and memoranda of law, made court appearances, prepared legal forms and responses to government actions, compiled exhibits, filed documents with courts, and collected information from and provided other direct assistance to the firm's clients.

# Zachary R. Lee



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California

**EDUCATION**
Golden Gate University School of Law, J.D.
(Dean's List)

California State University, Long Beach, B.A.,
Political Science

Mr. Lee joined the firm in 2024. He prides himself on fighting for consumer rights amidst unchecked corporate greed and against antitrust violations in an era of increasing consolidation and monopolization. He relishes analyzing the key issues of his cases to help his clients achieve victory against these types of anticompetitive abuses.

Mr. Lee is a former staff attorney at the Oakland office of a national law firm. While there, he conducted first and second pass document review analyzing documents for relevance, key issues, and privilege in a consumer class action alleging unlawful sharing of user's private content with third parties against a large social media company. He also drafted witness memos of key executives and conducted deposition preparation for key witnesses.

For over fifteen years, Mr. Lee has been a contract attorney with prestigious firms such as Morgan, Lewis & Bockius; DLA; Gibson Dunn & Crutcher; Bingham McCutchen; and Morrison & Foerster. He has reviewed documents produced in a copyright infringement litigation between Fortune 500 companies and documents for production in response to a DOJ investigation of antitrust violations. He has also assisted with a confidential internal investigation of a public entity for Federal Corrupt Practices Act and Sarbanes-Oxley violations, and several internal investigations of corporations for illegal backdating of stock options.

Prior to his contract attorney experience, Mr. Lee was a staff attorney at the San Francisco office of a national law firm and an associate at boutiques located in San Francisco and Walnut Creek, California. His work at these firms covered class actions, securities, real estate, civil litigation, and other practice areas.

Case 2:25-cv-03343-WCG   Filed 05/23/25   Page 57 of 62   Document 54-6

# Evan Creutz



**PRACTICE AREAS**
Antitrust and Global Competition
Class Action
Complex Business Disputes
Consumer Protection
Generative AI
Intellectual Property

**ADMISSIONS**
State of California
State of New York
US Court of Appeals – Sixth Circuit
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Northern District of California
US District Court – Eastern District of New York
US District Court – Southern District of New York

**EDUCATION**
Fordham University School of Law, J.D.

Cornell University, B.A., English Literature & Psychology

Mr. Creutz joined the firm in 2024. He is driven by a continuous quest for knowledge and a passion for lifelong learning. The dynamic and ever-changing nature of law motivates him to stay ahead of legal developments and offer his clients innovative solutions.

Mr. Creutz's expertise covers a broad range of practice areas, including commercial, privacy, employment, regulatory, intellectual property, products liability, and antitrust litigation. He is a seasoned corporate litigator with a track record of obtaining favorable outcomes in high-stakes disputes, and has successfully steered prominent banks and corporations through complex litigations, arbitrations, and government and internal investigations.

Mr. Creutz was previously a senior associate at the San Francisco office of an international law firm. While there, he secured favorable pre-trial rulings in California state and federal trial courts and handled complex discovery issues for litigations against federal agencies. He also leveraged expertise in regulatory compliance, e-discovery, and data privacy to advise major banks on policies and procedures governing electronic communications and regulated activities.

Before that position, Mr. Creutz was litigation counsel for a nonprofit environmental law firm, at which he assisted with legal strategy and filings in a precedent-setting lawsuit in the U.S. Court of International Trade, establishing new protections for marine wildlife in international trade. Prior to that, he was a senior associate for a leading international law firm where he represented Fortune 500 companies, small businesses, and high-net-worth individuals in federal and state courts across a wide range of civil litigation, including complex commercial disputes, privacy, employment, intellectual property, products liability, and antitrust. He also argued and defended witnesses as trial counsel before an AAA/ICDR arbitration panel, winning a partial final award of more than $10 million.

During law school, Mr. Creutz was an articles editor for the *Fordham Law Review*. He later served as a law clerk for both Senior Judge James G. Carr of the United States District Court for the Northern District of Ohio and Judge Marcia G. Cooke of the United States District Court for the Southern District of Florida.

# Alexandra Fernandez



**PRACTICE AREAS**
Anticompetive Behavior
Class Action
Complex Business Disputes
Generative AI Litigation
Securities Litigation and Shareholder Disputes

**ADMISSIONS**
State of California
State of Texas
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Central District of Texas
US District Court – Eastern District of Texas
US District Court – Northern District of Texas
US District Court – Southern District of  Texas

**EDUCATION**
Dedman School of Law, Southern Methodist University, J.D.

University of Texas, B.A., Government, with Honors



Alexandra Fernandez is a results-driven commercial litigator with almost 20 years of experience representing global, Fortune 500, mid-sized businesses, and high-net-worth individuals across diverse industries in complex business disputes. She is recognized for excellence in both written and oral advocacy and developing case strategy. She has extensive success in managing high-stakes litigation, leading legal teams, negotiating worthwhile settlements, and delivering favorable outcomes in state and federal courts and through alternative dispute resolution.

Since joining the firm in 2025, Ms. Fernandez has applied her passion for learning and experience navigating legal issues untested by the courts to her work in generative AI class actions. These novel, cutting-edge cases are on behalf of classes of artists, coders, and authors who allege their creative work is being illegally appropriated by defendants' artificial intelligence and machine learning technology without consent, credit, compensation, or transparency.

Prior to joining the firm, Ms. Fernandez was counsel at Robins Kaplan, LLP. Before that, she was counsel for Zelle LLP (Oakland) and a partner, senior attorney, and associate at three Dallas-based firms. Among her career highlights, she has acted as lead counsel and second-chair in arbitrations and jury trials, with responsibilities including voir dire, direct and cross examination of fact and expert witnesses, and arguing trial-related motions. She has obtained numerous successful jury verdicts and judgments totaling over $50 million, including a verdict and judgment of $25.3 million and a corresponding 5th Circuit appellate victory in a breach of contract dispute. She was also a trial team member for several multi-district and class action lawsuits in the healthcare and energy industries.

Ms. Fernandez has been a co-panelist on "Taking 'Killer' Depositions of Key Witnesses" for the Bar Association of San Francisco (2023) and "Settling History & Predicting the Future" for the American Bar Association Insurance Coverage Litigation Committee's Annual Conference (2023), as well as a co-presenter on "Insuring the Digital Future" at the 2022 ABA ICLC Annual Conference. She has written for the *CAT-Law Navigator*, *Insurance Law360*, the *Journal of Texas Insurance Law*, and *Texas Business Litigation* on the intersection of law and economics.

In Texas and California, Ms. Fernandez has been selected by Super Lawyers as a business litigation "Rising Star."

Ms. Fernandez volunteers for the Little Brothers Friends of the Elderly a San Francisco-based non-profit organization that provides friendship and companionship to isolated and lonely elders.

# T. Brent Jordan



**PRACTICE AREAS**
Class Action

**ADMISSIONS**
Commonwealth of Pennsylvania
US Court of Appeals – Ninth Circuit
US District Court – Eastern District of
Pennsylvania

**EDUCATION**
University of Minnesota Law School, J.D., *cum laude*

University of Illinois at Urbana-Champaign, B.S., B.A., *magna cum laude*, Phi Betta Kappa Honor Society, Phi Kappa Phi Honor Society

Mr. Jordan joined the firm as counsel in 2024. After many years of private practice—beginning with his first position at the Minneapolis-based law firm of Lockridge Grindal Nauen LLP and including nearly two decades with the Phoenix-based law firm of Bonnett Fairbourn Friedman & Balint, P.C.—his practice has exclusively focused on representing plaintiffs located across the United States in class action and other complex litigation.

Mr. Jordan is a determined advocate on behalf of plaintiffs and brings extraordinary focus and attention to detail to his work. He has been the primary author on hundreds of legal briefs and has helped advance many class action cases, large and small, toward a successful resolution. He has helped prosecute class claims arising under consumer protection and antitrust statutes, environmental protection laws, and common law breach of contract, negligence, and trespass, among other claims.

Early in his career, Mr. Jordan helped prepare for trial in *In re Catfish Antitrust Litigation*, MDL 928 (N.D. Miss.) and worked as a lead associate on *In re Polypropylene Carpet Antitrust Litigation*, MDL 1075 (N.D. Ga.), second-chairing the most important depositions taken in the case. Later, he helped lead serial class actions brought against various life insurers across the United States, bringing claims that plaintiffs were charged premiums for periods of time when no coverage was being provided.

More recently, Mr. Jordan helped prosecute a case which made new law after the Superior Court of Pennsylvania ruled in his clients' favor on two issues which were both a matter of first impression. He was also a lead brief writer in *Wheeler v. Arkema, Inc.* (S.D. Tex.), where plaintiffs secured class certification on behalf of a class of property owners near the site of the defendant's chemical plant, which had released plumes of toxic substances that decimated the surrounding area after Hurricane Harvey. The case ultimately settled for injunctive relief valued at over $23 million.

Mr. Jordan served a vital role in the prosecution of the *Good v. West Virginia-American Water* (S.D. W. Va.) class action, which was brought after a chemical spill severely impacted the water supply to the city of Charleston, West Virginia. The case reached an approved settlement of $150 million, which represented full recovery of all claimed damages.

Mr. Jordan is a former federal judicial clerk. Immediately after graduating from law school, Mr. Jordan served a two-year term as law clerk for the Honorable Raymond L. Erickson, United States Magistrate Judge for United States District Court, District of Minnesota, with chambers in Duluth.

Mr. Jordan has presented on civil procedure issues at bar association seminars and has been published by Philadelphia's *The Legal Intelligencer*, with commentary on recent United States Supreme Court decisions. He has served as an active community volunteer, holding senior leadership positions in local organizations with the goal of helping expand access to youth sports throughout the Philadelphia area. He is a member of the American Bar Association and the Federal Bar Association.

# Kevin Rayhill



**PRACTICE AREAS**
Antitrust
Class Action
No-Poach Agreements and Anticompetitive
Behavior

**ADMISSIONS**
State of California
US Court of Appeals  – Second Circuit
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California

**EDUCATION**
UC Law San Francisco, J.D.

Oberlin College, B.A.

Berklee College of Music, Professional Diploma



Mr. Rayhill specializes in antitrust class actions and other complex litigation. He advocates for the rights of workers, taking on some of the biggest employers in professional sports, social media, defense contracting, and luxury retail to fight for competitive wages and safe working conditions. He also fights on behalf of consumers, bringing antitrust claims against manufacturers of pharmaceuticals, laptop computers, car parts, and titanium dioxide, among others. To date, these cases have resulted in settlements exceeding $300 million.

Prior to joining the Firm, Mr. Rayhill worked as a Legal Research Attorney at the Superior Court of San Francisco (Criminal Division). While in law school, he held internships at the California Attorney General's Office (Environment, Land Use, and Natural Resources Division) and the San Francisco City Attorney's Office (Energy and Telecommunications Team), and an externship with Justice Stuart R. Pollak of the California Court of Appeal (First District).

In 2025, Mr. Rayhill, as a member of the *Le v. Zuffa, LLC* team, was selected as an honoree for "Outstanding Antitrust Litigation Achievement in Private Law Practice" by the American Antitrust Association.

Mr. Rayhill  is a member of the American Bar Association and the Bar Association of San Francisco. His legal writing has been published in the California *Daily Journal*.

# Louis A. Kessler



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
State of Illinois
Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Eastern District of Illinois
US District Court – Northern District of Illinois
US District Court – Southern District of Illinois
US District Court – Eastern District of Wisconsin

**EDUCATION**
University of Chicago Law School, J.D..

Amherst College, B.A., Physics-Philosophy

Mr. Kessler joined the firm in 2023 and focuses on complex antitrust and intellectual property class action litigation. He has devoted his career to advocating and seeking redress for consumers, investors, employees, and small businesses that have been harmed by fraud and other illegal business practices, and to creating effective deterrents to such practices.

Currently, Mr. Kessler is involved in the firm's multiple cases seeking redress for the owners of intellectual property—whether computer code, digital images, or books—that were used without consent, compensation, or credit to train commercial, generative artificial intelligence models. He is also involved in *Demartini v. Microsoft Corporation*, a private antitrust suit seeking to block Microsoft's acquisition of Activision under the Sherman and Clayton Acts, and litigation against those who aided the fraud underlying the FTX cryptocurrency exchange collapse.

For eight years prior to that position, Mr. Kessler was an attorney at top-tier plaintiffs' firms in San Francisco and Chicago, where his practice covered complex civil litigation, particularly antitrust, securities fraud, and consumer fraud class actions. He has previously participated in litigated high-profile antitrust cases such as:

- *In re Air Cargo Shipping Services Antitrust Litigation*
- *In re Aluminum Warehousing Antitrust Litigation*
- *In re AOL Time Warner Inc. Securities Litigation*
- *In re DRAM Antitrust Litigation*
- *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*
- *In re Merrill Lynch Research Reports Securities Litigation*
- *In re RC2 Corp. Toy Lead Paint Products Liability Litigation*
- *In re Rubber Chemicals Antitrust Litigation*
- *In re Salomon Analyst AT&T Litigation*
- *In re Sara Lee Corporation Securities Litigation*
- *In re TFT-LCD (Flat Panel) Antitrust Litigation*
- *In re Tronox, Inc. Securities Litigation*
- *Jon D. Gruber v. Ryan R. Gilbertson (Dakota Plains Securities Litig.)*
- *Sender v. Franklin Resources Inc.*

Mr. Kessler is a member of the American Bar Association.