**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGTION | Case No. 2:26-md-03179-WCG<br><br><br>Hon. William C. Griesbach |

## DEFENDANT AIP, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant AIP, LLC furnish the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. AIP, LLC is a Delaware limited liability company. AIP, LLC has no parent corporation, and no publicly-held corporation owns 10% or more of the ownership interests or stock in AIP, LLC.

2. The following law firms are expected to appear on behalf of AIP, LLC:

Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202

Baker Botts LLP
700 K Street NW
Washington, DC 20001

Dated: May 4, 2026

Respectfully submitted,

/s/ *Paul C. Cuomo*
Paul C. Cuomo
Ed Duffy
Baker Botts LLP
700 K Street NW
Washington, DC 20001

(202) 639-7700
paul.cuomo@bakerbotts.com
ed.duffy@bakerbotts.com

Daniel E. Conley
Nathan Oesch
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
(414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com

*Counsel for AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC.*