**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGTION | Case No. 2:26-md-03179-WCG<br><br><br>Hon. William C. Griesbach |

**DEFENDANT AIP/CHC INVESTORS, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel of record for Defendant AIP/CHC Investors, LLC furnish the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. AIP/CHC Investors, LLC is a Delaware limited company. AIP/CHC Investors, LLC has no parent corporation, and no publicly-held corporation owns 10% or more of the ownership interests or stock in AIP/CHC Investors, LLC.

2. The following law firms are expected to appear on behalf of AIP/CHC Investors, LLC:

Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202

Baker Botts LLP
700 K Street NW
Washington, DC 20001

Dated: May 4, 2026

Respectfully submitted,

/s/ *Paul C. Cuomo*
Paul C. Cuomo
Ed Duffy
Baker Botts LLP
700 K Street NW

Washington, DC 20001
(202) 639-7700
paul.cuomo@bakerbotts.com
ed.duffy@bakerbotts.com

Daniel E. Conley
Nathan Oesch
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
(414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com

*Counsel for AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC.*