AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  2:26-md-03179-WCG |
| | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

City of Rochester, New York                                                                         .

Date:     05/08/2026

s/ Gretchen Freeman Cappio

*Attorney's signature*

Gretchen Freeman Cappio, WSBA #29576

*Printed name and bar number*
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101

*Address*

gcappio@kellerrohrback.com

*E-mail address*

(206) 623-1900

*Telephone number*

(206) 623-3384

*FAX number*

Case 2:26-md-03179-WCG    Filed 05/08/26    Page 1 of 1    Document 34