# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

City of Rochester, New York                                                                                         .

Date:       05/08/2026

s/ Garrett Heilman

*Attorney's signature*

Garrett Heilman, WSBA #48415

*Printed name and bar number*
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101

*Address*

gheilman@kellerrohrback.com

*E-mail address*

(206) 623-1900

*Telephone number*

(206) 623-3384

*FAX number*

Case 2:26-md-03179-WCG    Filed 05/08/26    Page 1 of 1    Document 36