## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

IN RE: FIRE APPARATUS ANTITRUST
LITIGATION

CASE NO. 2:26-md-03179-WCG

Hon. William C. Griesbach

## CITY OF ROCHESTER, NEW YORK'S STATUS REPORT RE:
## INDIRECT PURCHASER PLAINTIFFS' COMMITTEE LEADERSHIP

# TABLE OF CONTENTS

I. KELLER ROHRBACK HAS EXTENSIVE EXPERIENCE REPRESENTING GOVERNMENTAL ENTITY PLAINTIFFS .................................. 2

II. KELLER ROHRBACK'S RICH EXPERIENCE IN COMPLEX ANTITRUST AND CONSUMER LITIGATION WILL BENEFIT THIS MDL ....................................................................................................... 4

III. KELLER ROHRBACK HAS THE ABILITY AND RESOURCES REQUIRED TO PROSECUTE PLAINTIFFS' CLAIMS AGAINST VEHICLE MANUFACTURERS.................................................................. 5

IV. KELLER ROHRBACK COLLABORATES WITH NEUTRALS AND COUNSEL ON BOTH SIDES OF THE V.................................................. 6

V. CONCLUSION .......................................................................................... 7

i

Pursuant to the Court's April 10, 2026 Order (Dkt. No. 128), the City of Rochester, New York hereby submits its Status Report regarding the selection of lead and liaison counsel. Counsel for Rochester, Keller Rohrback L.L.P., has contacted several of the firms representing other Indirect Purchaser Plaintiffs (IPP), including IPP interim counsel appointed by Judge Conway, notifying them that Keller Rohrback intends to file an application seeking appointment and inviting them to confer.  Keller Rohrback strives to work well with counsel on both sides of the "v." and would welcome the opportunity to work with these firms and any others the Court selects to serve in leadership in this complex matter.

Keller Rohrback (or "KR") is a leading, national law firm with a deep and diverse bench of experienced attorneys and staff. KR has the extensive human and financial resources required to effectively litigate this case. KR is uniquely suited to serve the Plaintiffs here for three reasons. *First*, KR has relevant experience leading major antitrust and consumer litigation, including, for example, serving as co-lead counsel in the *EpiPens* litigation that recovered over $609 million for consumers and payors, among numerous other complex antitrust cases. *Second,* KR has extensive experience representing over 100 governmental entity clients in numerous cases, including in leadership roles in the *Opioids* MDL (Plaintiffs' Executive Committee), the *JUUL* MDL (co-lead counsel), and the *Hyundai Kia Theft* MDL (Chair of the Governmental Entities Committee, among other leadership appointments). *Third*, KR has long led major litigation against vehicle manufacturers, including on the litigation and settlement teams for the multi-billion-dollar *Volkswagen Clean Diesel* MDL and as co-lead counsel for consumers in the *Chevy Bolt* litigation, in which Judge Terrence Berg of the Eastern District of Michigan recently granted final approval of a $150 million settlement.

KR lawyers care about making a positive difference, not only by recovering money for deserving clients, but also making our communities safer. KR's Complex Litigation resume, attached hereto as Exhibit A, includes case summaries and the biographies of our attorneys who have achieved the wide-ranging work and successes of our legal team, including in numerous important leadership roles. Keller Rohrback prides itself on our diversity, with a sizable portion of the attorneys and staff in the firm's Complex Litigation Department identifying as women, people of color, and/or members of the LGBTQIA+ community.

Keller Rohrback respectfully requests appointment as Co-Lead Counsel to the Indirect Purchaser Plaintiffs' Committee in MDL No. 3179, or to such other leadership position as the Court deems most useful and beneficial to the Indirect Purchaser Plaintiffs, including Rochester, in this litigation.

## I.   KELLER ROHRBACK HAS EXTENSIVE EXPERIENCE REPRESENTING GOVERNMENTAL ENTITY PLAINTIFFS

As the Court knows well, this MDL concerns claims brought by governmental entities: municipalities and fire districts across the country that purchased fire apparatus at prices artificially inflated by Defendants' anticompetitive conspiracy, diverting public funds from communities already facing constrained budgets. Keller Rohrback is well-suited to serving the plaintiffs in this MDL given the firm's decades of complex litigation experience and its demonstrated success in representing governmental entities in similar litigation, including other class actions and MDLs where it has had court-appointed leadership roles. Many of the firm's governmental entity clients, including the City of Rochester, New York, have hired the firm repeatedly because it provides top-shelf service and advocacy through every stage of litigation.

Keller Rohrback takes its long-term commitment to its governmental entity clients seriously. The firm has a proven track record of managing the distinct needs of numerous

governmental entity plaintiffs, including coordinating with elected officials, city and county counsel, and other dedicated public servants to navigate, and succeed at, complex litigation.

In short, KR prides itself on employing a team approach and advancing claims that truly serve the interests of public health and safety. Consistent with these values, this case presents an important opportunity to both safeguard taxpayers' funds while also promoting public access to crucial safety resources.

To highlight a few key leadership roles in the Firm's Resume, in the *Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, MDL 3052 (C.D. Cal.), partners at KR were appointed by the Court to serve as Co-Chair of Executive Committee for the Multi-District Litigation (MDL), Chair of the Governmental Entities Committee, and as members of the Discovery Committee and Expert Committee. In the impactful *National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio), a team at KR represents over 75 governmental entities and serves on the Plaintiffs' Executive Committee. In addition to joining forces with other leading firms in the country to litigate the *Opioid* cases, KR was instrumental in reaching intrastate allocation agreements within the states of Arizona, California, Colorado, Idaho, Montana, and Washington.

KR partners have served governmental entity clients in additional important public health and safety cases, including as Co-Lead Counsel in the *JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2913 (N.D. Cal.), and on the Plaintiffs' Steering Committee in the *Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, where the firm is litigating groundbreaking claims on behalf of school districts against some of the world's largest social media companies.

## II.    KELLER ROHRBACK'S RICH EXPERIENCE IN COMPLEX ANTITRUST AND CONSUMER LITIGATION WILL BENEFIT THIS MDL

In this case, Plaintiffs allege that Defendants have coordinated to suppress competition and artificially inflate prices for fire apparatus sold in the United States from at least 2016 to the present, in violation of federal and state law. KR has investigated Rochester's and other cities' claims, including reviewing purchase records and evidence of delayed delivery, and sees many similarities with other antitrust cases KR has litigated in the past. The firm has prevailed in similar antitrust litigation and knows how to build, certify, and resolve antitrust claims brought by public entities across multiple jurisdictions.

For instance, in the *EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices, and Antitrust Litigation*, MDL No. 2785 (D. Kan.), KR served as Co-Lead Counsel and steered the case to a successful resolution in an effort to make prescription drug and device pricing fairer. That antitrust class action resulted in settlements of $345 million with Pfizer and $264 million with Mylan. In 2022, the American Antitrust Institute recognized Keller Rohrback's work in the *EpiPen* litigation with its Outstanding Antitrust Litigation Achievement in Private Practice Award. In 2021, the firm was recognized as one of the top antitrust law firms in the country by the Center for Litigation and Courts at UC Hastings College of Law.

A KR partner also serves as Co-Lead Counsel in the *GoodRx and Pharmacy Benefits Manager Antitrust Litigation (No. II)*, MDL No. 3148 (D.R.I). KR currently serves in leadership roles in other notable antitrust actions on behalf of plaintiffs, including the *Delta Dental Antitrust Litigation*, MDL No. 2931 (N.D. Ill.) and *Dupuis v. Zillow Group, Inc.*, No. 3:26-cv-05049 (W.D. Wash.).

### III. KELLER ROHRBACK HAS THE ABILITY AND RESOURCES REQUIRED TO PROSECUTE PLAINTIFFS' CLAIMS AGAINST VEHICLE MANUFACTURERS

Prosecuting Indirect Purchaser Plaintiffs' claims against well-resourced corporate defendants that manufacture and sell fire apparatus will be a major, multi-year endeavor and require substantial financial and operational resources. Keller Rohrback is prepared to commit its time, talent, and financial resources to see it through to its resolution.[1]

KR is no stranger to this kind of fight. In one of the firm's many cases involving vehicle manufacturers, in the *Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.), KR filed the first multi-plaintiff RICO complaint against Volkswagen and served on the settlement team that achieved settlements totaling over $17 billion and included innovative provisions that required Volkswagen to buy back or repair hundreds of thousands of the polluting vehicles. KR also helped to lead the litigation and settlement of the similar FCA "EcoDiesel" in the *Chrysler-Dodge-Jeep EcoDiesel Mktg., Sales Practices, and Prods. Liability Litigation*, MDL No. 2777 (N.D. Cal.).

Keller Rohrback serves as Co-Lead Counsel in the *Chevrolet Bolt EV Battery Litigation*, No. 2:20-cv-13256 (E.D. Mich.) where a $150 million settlement was recently approved. KR has also served on the court-appointed Executive Committee in *Stringer v. Nissan North America, Inc.*, No. 21-99 (M.D. Tenn.), resulting in a settlement valued at over $300 million, as Settlement Counsel in the *Hyundai/Kia Engine Litigation II*, No. 8:18-cv-02223 (C.D. Cal.), and as a member of the Plaintiffs' Steering Committee in the *ZF-TRW Airbag Control Units Products Liability Litigation*, MDL No. 2905 (C.D. Cal.). KR's automotive class action and MDL experience is a meaningful asset in any litigation involving major vehicle manufacturers.

---

[1] Keller Rohrback is fully equipped to prosecute this action without third-party litigation funding.

With more than 100 attorneys across offices in Seattle, Missoula, New York, Oakland, Phoenix, Portland, and Santa Barbara, the firm's Complex Litigation Group has a national reputation for pursuing large, complicated public interest cases and has recovered billions of dollars for individual consumers and governmental clients across the country. The firm's track record reflects both its capabilities and the confidence of the bench in its ability to deliver.

KR knows that modern discovery is largely electronic and data dependent. To meet these needs, the firm maintains a robust in-house electronic discovery team ready to tailor its work to this litigation, an important resource that will significantly lessen vendor costs and optimize efficiency for both Plaintiffs' offensive and defensive discovery needs.

In sum, KR is a top-flight firm, has served in leadership roles in similar, highly complex actions, and has the financial and operational resources necessary to litigate this case through class certification, summary judgment, and trial.

## IV. KELLER ROHRBACK COLLABORATES WITH NEUTRALS AND COUNSEL ON BOTH SIDES OF THE V.

Successful work in the appointed leadership teams that litigate MDLs requires the ability to build productive working relationships with co-counsel, opposing counsel, and courts. Keller Rohrback has worked hard to earn its reputation for civility, professionalism, and collegiality. Courts have praised the firm's cooperative contributions to resolving complex litigation, and it has regularly been selected to lead multi-firm plaintiffs' teams and to work with other counsel to advance the interests of plaintiffs and class members. The KR team has a wide variety of references (clients, opposing and co-counsel, mediators, and judges), should the Court wish to speak with any of them.

Keller Rohrback has existing co-counsel relationships with a number of firms that have filed cases in this MDL. Those relationships will help foster efficient coordination from the outset.

Keller Rohrback also prides itself on the level of client service it provides, as well as its ability to collaborate both during litigation and at the resolution stage, such as in helping absent class members navigate settlement claims processes and working with claims administrators, notice providers, and counsel on all sides.

## V. CONCLUSION

Keller Rohrback respectfully requests that the Court appoint it as Co-Lead Counsel in this MDL, to the Indirect Purchaser Plaintiffs' Committee, or to such other leadership position as the Court deems most useful and beneficial to the Indirect Purchaser Plaintiffs. The firm's experience, expertise, resources, and proven record of collaborative and effective leadership in complex MDLs make it well suited to serve the Court and the Plaintiffs in this litigation.

Respectfully submitted,

DATED: May 8, 2026

KELLER ROHRBACK L.L.P.

By */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio, WSBA Bar No. 29576
Ryan McDevitt, WSBA Bar No. 43305
Garrett Heilman, WSBA Bar No. 48415
gcappio@kellerrohrback.com
gheilman@kellerrohrback.com
rmcdevitt@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384