UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

IN RE: *Fire Apparatus Antitrust Litigation*                    Case No. 2:26-md-03179-WCG

**DURANGO'S RESPONSE TO
ORDER FOR TELEPHONE CONFERENCE**

The Court's April 10, 2026, *Order For Telephone Conference* [ECF 2] directed that "counsel for each of the plaintiffs shall submit a status report regarding the selection of lead and liaison counsel" if no agreement is reached. No agreement has been reached. Indirect Purchaser Plaintiff, Durango Fire Protection District, respectfully states that it seeks the just, speedy, and inexpensive determination of this action and these proceedings. Like many departments nationwide, it can no longer weather Defendants' unlawful monopolistic profiteering.

Durango agrees with and joins the Joint Status Report on Behalf of Class Action Plaintiffs.  Durango does not object to the adequacy of previously selected leadership nor to the counsel now voicing interest in Lead Counsel positions. However, in the interest of judicial efficiency, and to the extent the Court has already found adequate Lead Counsel, Durango respectfully believes that "when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages in the same case." *Arizona v. California*, 460 U.S. 605, 618 (1983) (law of the case directs a court's discretion; it does not limit the tribunal's power), *decision supplemented*, 466 U.S. 144 (1984); *see also United States v. Monsisvais*, 946 F.2d 114, 116 (10th Cir. 1991) (accepting "the doctrine as 'a restriction self-imposed by the courts in the interests of judicial efficiency. It is a rule based on sound public policy that litigation should come to an end, and is designed to bring about a quick resolution of disputes by preventing continued re-argument of issues already decided.'") (citation omitted); *cf.* Fed. R. Civ.

P. 54(b) (allowing district courts to reconsider and revise its earlier rulings at any time before the entry of judgment).

Durango further notes that additional Committee of Counsel leadership positions remain to be addressed. *See, e.g.,* Manual for Complex Litigation, Fourth, §10.22 (Coordination in Multiparty Litigation—Lead/Liaison Counsel and Committees).

Dated this: Friday, May 8, 2026.

Sincerely,

*/s/ Chris Cowan*
R. CHRISTOPHER COWAN, ESQ., LTD.
P.O. Box 512
813 Main Avenue, Suite 209
Durango, CO 81302-0512
970-880-8900
214-853-5800 fax
chris@cowan.ltd

**Counsel for Plaintiff, THE DURANGO FIRE PROTECTION DISTRICT**