# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

CITY OF PORTSMOUTH,

        **Plaintiff,**

        v.                                     **Case No. 26-C-737**

REV GROUP, INC., et al.,

        **Defendants.**

---

IN RE: FIRE APPARATUS ANTITRUST LITIGATION     **Case No. 26-MD-3179**

---

## ORDER CONSOLIDATING CASE

---

The above-referenced case, 26-C-737, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-737 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-737 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this <u>12th</u> day of May, 2026.

                                         _____

                                         William C. Griesbach
                                         United States District Judge