**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**CITY OF GREEN BAY,**

       **Plaintiff,**

     **v.**                                  **Case No. 26-C-819**

**REV GROUP, INC., et al.,**

       **Defendants.**

---

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION**     **Case No. 26-MD-3179**

---

## ORDER CONSOLIDATING CASE

---

The above-referenced case, 26-C-819, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-819 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-819 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this <u>12th</u> day of May, 2026.

                                                 _____
                                            William C. Griesbach
                                            United States District Judge

2