# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-MD-03179-WCG |
| | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Direct Action Plaintiffs City of Portsmouth, City of Green Bay                                    .

Date:  05/12/2026

/s/ M. Andrew Skwierawski
*Attorney's signature*

M. Andrew Skwierawski, WI SBN: 1063902
*Printed name and bar number*

Halling & Cayo, S.C.
320 E. Buffalo Street, Suite 700
Milwaukee, WI 53202
*Address*

mas@hallingcayo.com
*E-mail address*

(414) 271-3400
*Telephone number*

(414) 271-3841
*FAX number*