**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

## SPECIAL NOTICE OF APPEARANCE OF NATHAN OESCH

PLEASE TAKE NOTICE that Nathan Oesch of Quarles & Brady LLP appears in this case specially as counsel for Defendants AIP, LLC (also named as "American Industrial Partners, LLC"), American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC (named as "AIP CF IV, LLC"); AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

May 13, 2026

s/ *Nathan Oesch*
Nathan Oesch
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53208
(414) 277-5120
nathan.oesch@quarles.com

*An attorney for AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIPCF IV, LLC, and AIP/CHC Investors, LLC*

1

QB\188190.00001\102190482.2