# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGTION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

## SPECIAL NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander J. Kraszewski of the law firm of Baker Botts LLP, appears in this case specially as counsel for Defendants AIP, LLC (also named as "American Industrial Partners, LLC"), American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC (named as "AIP CF IV, LLC"); AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated: May 14, 2026

Respectfully submitted,

/s/ *Alexander J. Kraszewski*
Alexander J. Kraszewski
(WIED Bar No. 1781948)
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
(202) 639-7700
alexander.kraszewski@bakerbotts.com

*Counsel for AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC.*