| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGTION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

## SPECIAL NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Megan Tankel of the law firm of Baker Botts LLP, appears in this case specially as counsel for Defendants AIP, LLC (also named as "American Industrial Partners, LLC"), American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC (named as "AIP CF IV, LLC"); AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated: May 15, 2026

Respectfully submitted,

/s/ *Megan Tankel*
Megan Tankel (WIED Bar No. 90003303)
Baker Botts LLP
30 Rockefeller Plaza,
New York, NY 10112-0001
(202) 639-7700
megan.tankel@bakerbotts.com

*Counsel for AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC.*