**<u>EXHIBIT A</u>**

Defendant Fire Line Equipment, LLC

Defendant First Choice Fire Apparatus, LLC