# THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | : : : : | MDL No. 3179 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system which automatically generates and sends electronic filing of the Notice to the email addresses of all counsel of record.

Dated: May 21, 2025

**SAXTON & STUMP**

*/s/: Jason T. Confair, Esq.*
Shareholder
(717).556.1033
jconfair@saxtonstump.com
280 Granite Run Drive
Suite 300
Lancaster, PA 17602
Attorneys for Defendants
Fire Line Equipment, LLC and
First Choice Fire Apparatus, LLC