IN RE: FIRE APPARATUS
ANTITRUST LITIGATION

MDL No. 2:26-md-03179-WCG

This Document Relates To:
1:26-cv-00572-WCG
1:26-cv-00573-WCG

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

I, Roy W. Bjorlin, of the firm Wilson Elser Moskowitz Edelman and Dicker LLP, hereby

withdraw my appearance for Defendant, Fire Apparatus Manufacturers Association, in the above-

captioned matter.

Respectfully submitted,

Defendant,
Fire Apparatus Manufacturers Association,

By its Attorney,

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin, BBO #666704
roy.bjorlin@wilsonelser.com
Wilson Elser Moskowitz
Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts 02110
(617) 422-5300

Dated: May 22, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2026, I caused a true and correct copy of the foregoing Notice to be served upon all counsel of record via this Court's CM/ECF system.

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin