|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGTION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

**Defendants' Objection to Proposed Order Appointing Lead Counsel and
Establishing a Separate Track for the Direct (Non-Class) Actions**

Defendants[1] object[2] to Non-Class Plaintiffs Counsel's Proposed Order Appointing Lead

Counsel and Establishing a Separate Track for the Non-Class Actions (ECF No. 47) ["Proposed

Order"]. Consistent with the Court's May 13, 2026 Order, any proposed order should be limited

to "appointment of lead counsel as to the direct (non-class) individual plaintiffs action." (ECF No.

49). The Proposed Order goes well beyond that issue, however, addressing an array of other case

management issues that should be addressed in a case management order pertaining to all actions.[3]

Defendants are willing to meet and confer with Non-Class Plaintiffs and the class action Plaintiffs

---

[1] AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC; AIP/CHC Holdings, LLC; AIP/CHC Investors, LLC; Oshkosh Corporation; Pierce Manufacturing, Inc.; Maxi-Métal, Inc.; Rosenbauer America, LLC; Rosenbauer Minnesota, LLC; Rosenbauer South Dakota, LLC; REV Group, Inc.; E-One, Inc.; Kovatch Mobile Equipment Corp.; KME Global, LLC; KME Holdings, LLC; KME RE Holdings, LLC; Ferrara Fire Apparatus, Inc.; FFA Holdco, Inc.; FFA Acquisition Co., Inc.; Ferrara Fire Apparatus Holding Company, Inc.; Spartan Fire, LLC; Smeal SFA, LLC; Smeal LTC, LLC; Smeal Holding, LLC; Detroit Truck Manufacturing, LLC; BME Fire Trucks LLC; Boise Mobile Equipment Inc.; and Fire Apparatus Manufacturers' Association.
[2] Rosenbauer America, LLC, Rosenbauer Minnesota, LLC, Rosenbauer South Dakota, LLC, and Fire Apparatus Manufacturers' Association are not named in the direct (non-class) actions and object only to the extent the Proposed Order seeks to apply beyond the non-class cases.
[3] Direct Purchaser Plaintiffs similarly recognize that the Non-Class Plaintiffs' proposed order goes well beyond the scope of the Court's May 13, 2026 Order and the Court's directive at the status conference. *See* ECF No. 57.

regarding any case-related issues including, as necessary, a proposed case management order. For now, the Court should reject the Proposed Order with an understanding that the Non-Class Plaintiffs will either provide a new proposed order consistent with the Court's directive or confer with class counsel and Defendants regarding any additional terms that should be included.

Dated: May 22, 2026          By: */s/ Paul Cuomo*

Paul Cuomo
Ed Duffy
Megan Tankel
Alexander Kraszewski
BAKER BOTTS L.L.P.
700 K Street, NW
WASHINGTON, DC 20001
+1 202.639.7700
+1 202.639.7890 (fax)
paul.cuomo@bakerbotts.com
ed.duffy@bakerbotts.com
megan.tankel@bakerbotts.com
alexander.kraszewski@bakerbotts.com

Daniel E. Conley
Nathan Oesch
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com

*Counsel for AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIPCF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC*

- 2 -

/s/ *Daniel T. Flaherty*
Daniel T. Flaherty (Bar No. 1011357)
Godfrey & Kahn S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

Reid Schar (Bar No. 6243821)
Jenner & Block LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

Douglas E. Litvack (Bar No. 1024973)
Jariel A. Rendell (Bar No. 1027023)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Bar No. 6333530)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation,
Pierce Manufacturing, Inc., and Maxi-Métal, Inc.*

/s/ *Ashley B. Eickhof*
Ashley B. Eickhof (Bar No. 307143)
Creighton J. Macy (Bar No. 1002479)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com

David J. Turek (Bar No. 1035356)

- 3 -

Joshua S. Greenberg (Bar No. 1107959)
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

*Counsel for Defendants Rosenbauer America,*
*LLC, Rosenbauer Minnesota, LLC, and*
*Rosenbauer South Dakota, LLC*

/s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson, (Bar No. 1046162)
Austin A. Wesner (Bar No. 1122134)
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
djvccaro@michaelbest.com
jlolson@michaelbest.com
austin.wesner@michaelbest.com

Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendants REV Group, Inc., E-One,*
*Inc., Kovatch Mobile Equipment Corp., KME*
*Global, LLC, KME Holdings, LLC, KME RE*
*Holdings, LLC, Ferrara Fire Apparatus, Inc.,*
*FFA Holdco, Inc., FFA Acquisition Co., Inc.,*

- 4 -

*Ferrara Fire Apparatus Holding Company, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Smeal Holding, LLC, and Detroit Truck Manufacturing, LLC*

*/s/ Leo D. Caseria*
Leo D. Caseria
Joseph Antel
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Email: lcaseria@sheppard.com
jantel@sheppard.com

Joy O. Siu
Four Embarcadero Center, 17th Floor
San Francisco, California
94111-4109
Telephone: (415) 774-3108
Email: jsiu@sheppard.com

*Counsel for Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC*

/s/ *John P. Loringer*
John P. Loringer
Marcella S. Spoto
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com
marcella.spoto@wilsonelser.com

*Counsel for Defendant Fire Apparatus Manufacturers' Association*

- 5 -