# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

## <u>PLAINTIFFS CITY OF LA CROSSE, CITY OF ONALASKA, AND CLAVERACK FIRE DISTRICT'S MOTION FOR APPOINTMENT OF CLASS COUNSEL</u>

Plaintiffs City of La Crosse; City of Onalaska; Claverack Fire District; City of Ann Arbor; City of Middletown; City of Ridgeland; the Commack Fire District; City of Milwaukee; City of Arcadia; the Unified Government of Wyandotte County and Kansas City, Kansas; City of Las Vegas, Nevada; the Durango Fire Protection District; and the City of Fullerton move, pursuant to Federal Rule of Civil Procedure 23(g), for the appointment of interim co-lead indirect purchaser class counsel for the reasons more fully set forth in the accompanying memorandum and in the interests of justice and economy.

DATED: May 22, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
   Steve W. Berman (Bar #12536)
Moses Jehng (Bar #64333)
Stephanie Verdoia (Bar #58636)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com
   moses.jehng@hbsslaw.com
   stephaniev@hbsslaw.com

**GUSTAFSON GLUEK PLLC**

By: /s/ *Daniel C. Hedlund*
   Daniel C. Hedlund (Bar #025833)
Daniel E. Gustafson (Bar #202241)
Joshua J. Rissman (Bar #0391500)
Frances Mahoney-Mosedale (Bar #402741)
Gabrielle M. Kolb (Bar #504386)
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile:  (612) 339-6622
Email:  dgustafson@gustafsongluek.com
   dhedlund@gustafsongluek.com
   jrissman@gustafsongluek.com

011328-11/3582186 V1

fmahoneymosedale@gustafsongluek.com
gkolb@gustafsongluek.com

**CRUEGER DICKINSON LLC**

By: */s/ Erin Dickinson*
    Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
    cjc@cruegerdickinson.com

*Interim Co-Lead Counsel for Indirect Purchaser*
*Plaintiffs and Counsel for the Cities of La Crosse*
*and Onalaska and the Claverack Fire District*

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
Facsimile: (646) 293-7992
Email: pnovak@weitzlux.com
    cverville@weitzlux.com
    mlai@weitzlux.com

*Executive Committee Counsel for Indirect*
*Purchaser Plaintiffs and for the Cities of*
*Ann Arbor, Middletown, and Ridgeland*

Kevin Landau (Bar #2835668)
Brett Cebulash (Bar #2622190)
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email: klandau@tcllaw.com
    bcebulash@tcllaw.com
    mgreaves@tcllaw.com

*Executive Committee Counsel for Indirect*

011328-11/3582186 V1

*Purchaser Plaintiffs and for the Commack*
*Fire District*

Douglas P. Dehler (Bar #1000732)
Joseph D. Newbold (Bar #1085294)
**O'NEIL, CANNON, HOLLMAN,**
**DEJONG & LAING S.C.**
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-5000
Email: doug.dehler@wilaw.com
        joseph.newbold@wilaw.com

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jcs@millershah.com
        nfinkelman@millershah.com

*Counsel for Plaintiff City of Milwaukee*

Adam J. Zapala
Elizabeth T. Castillo
Christopher F. Jeu
Christian S. Ruano
Lauren A. Devens
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Email: azapala@cpmlegal.com
        ecastillo@cpmlegal.com
        cjeu@cpmlegal.com
        cruano@cpmlegal.com
        ldevens@cpmlegal.com

*Counsel for Plaintiff City of Arcadia, California*

James R. Martin
Jennifer D. Hackett
Sabrina A. Nelson
Noah Wolfenstein
Desmond Sims
**ZELLE LLP**

011328-11/3582186 V1

1775 Pennsylvania Avenue NW, Suite 375
Washington, DC 20006
Telephone: (202) 899-4100
Email: jmartin@zellelaw.com
jhackett@zellelaw.com
snelson@zellelaw.com
nwolfenstein@zellelaw.com
dsims@zellelaw.com

*Counsel for Plaintiffs the Unified Government of Wyandotte County and Kansas City, Kansas and City of Las Vegas, Nevada*

Chris Cowan R.
**CHRISTOPHER COWAN, ESQ., LTD.**
P.O. Box 512
813 Main Avenue, Suite 209
Durango, CO 81302-0512
Telephone: 970-880-8900
Email: chris@cowan.ltd

*Counsel for Plaintiff The Durango Fire Protection District*

Matthew L. Dameron
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Email: matt@williamsdirks.com

*Counsel for Plaintiff City of Liberty, Missouri*

Michael E. Klenov (Bar # 277028)
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Telephone: (314) 241-4844

George A. Zelcs (Bar # 3123738)
Daniel A. Epstein (Bar #6320580)
Labeat Rrahmani (Bar #6340286)
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

-4-

Email: gzelcs@koreintillery.com
        depstein@koreintillery.com
        lrrahmani@koreintillery.com

*Counsel for Plaintiff City of Fullerton*