**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 <br><br> Case No. 2:26-md-03179-WCG <br><br> Hon. William C. Griesbach |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' CITY OF LA CROSSE, CITY OF ONALASKA, AND CLAVERACK FIRE DISTRICT'S MOTION FOR APPOINTMENT OF CLASS COUNSEL

WHEREAS, Plaintiffs' requested interim leadership for the putative Indirect Purchaser Plaintiffs satisfies the standards for the appointment to the respective positions pursuant to Fed. R. Civ. P. 23(g).

It is hereby ORDERED:

1.     Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Interim Class Counsel to act on behalf of the putative indirect purchaser class before determining whether to certify the action as a class action. The following are the appointments in the *In re: Fire Apparatus Antitrust Litigation* (the "Action"):

Interim Co-Lead Class Counsel

- Hagens Berman Sobol Shapiro LLP;

- Crueger Dickinson LLC; and

- Gustafson Gluek PLLC.

Interim Liaison Class Counsel

- O'Neil, Cannon, Hollman, DeJong & Laing S.C.

011328-11/3594267 V1

These appointments apply to the firms. The Court may add or replace the appointed firms upon request of Interim Co-Lead Class Counsel or on the Court's own motion where circumstances warrant.

2.      Interim Co-Lead Class Counsel shall be responsible, in their discretion, for coordinating pre-trial activities on behalf of all Indirect Purchaser Plaintiffs and the proposed putative class in the Action, and shall:

- Determine and present to the Court, and to Defendants, Indirect Purchaser Plaintiffs' position on all matters during pretrial proceedings (whether by brief, oral argument, or other manner, personally or by a designee);

- Coordinate and conduct discovery on behalf of Indirect Purchaser Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26, including propounding and responding to written discovery and noticing, taking and defending depositions;

- Coordinate, direct, and monitor the work of all Indirect Purchaser Plaintiffs' counsel to ensure the efficient, orderly, non-duplicative, and cost-effective prosecution of Indirect Purchaser Plaintiffs' claims;

- Conduct and coordinate settlement negotiations, and enter into any settlement agreements on behalf of Indirect Purchaser Plaintiffs and the proposed class;

- Enter into stipulations with opposing counsel and any non-party counsel for the conduct of the litigation;

- Prepare and distribute periodic status reports to the parties as needed;

- Maintain adequate time and disbursement records covering services for Indirect Purchaser Plaintiffs' counsel;

011328-11/3594267 V1

- Appoint any committees to handle specific tasks or areas of responsibility as appropriate;

- Allocate among Indirect Purchaser Plaintiffs' counsel any award of attorney's fees and expenses; and

- Perform such other duties on behalf of Indirect Purchaser Plaintiffs and the proposed class as necessary or incidental to the proper coordination and execution of pretrial activities or as authorized by Court order.

3. Pursuant to Federal Rule of Civil Procedure 23(g), the court further appoints the following as the Plaintiff Executive Committee ("PEC") for the proposed indirect purchaser putative class:

- Cotchett, Pitre & McCarthy LLP;

- Miller Shah, LLP;

- Taus, Cebulash & Landau, LLP;

- Weitz & Luxenberg P.C.; and

- Zelle LLP.

4. Members of the PEC shall act at the direction and under the supervision of Interim Co-lead Counsel for the Indirect Purchaser Plaintiff Class ("Interim Co-lead Counsel"). Members of the PEC may assist Interim Co-lead Counsel in connection with motion practice, discovery, preparation of expert witness reports and testimony, preparation for and appearances at hearings and settlement negotiations, and such other tasks concerning the prosecution or resolution of their respective cases as directed by Interim Co-lead Counsel.

5. Only Interim Co-lead Counsel or an Executive Committee member acting at the direction of Interim Co-lead Counsel may communicate with defense counsel on behalf of

011328-11/3594267 V1

Indirect Purchaser Plaintiffs. All such agreements shall be binding on all counsel in the IPP class actions.

6.      These appointments apply to the firms. The Court may add or replace the appointed firms upon request of Interim Co-lead Counsel or on the Court's own motion where circumstances warrant.

**SO ORDERED** this _____ day of _____, 2026.

\
HON. WILLIAM C. GRIESBACH
United States District Court Judge

011328-11/3594267 V1