**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

<u>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF**
**PLAINTIFFS CITY OF LA CROSSE, CITY OF ONALASKA, AND CLAVERACK**
**FIRE DISTRICT'S MOTION FOR APPOINTMENT OF CLASS COUNSEL**</u>

I, STEVE W. BERMAN, hereby declare as follows:

I am one of the lawyers representing Plaintiff La Crosse and Plaintiff Onalaska and the proposed classes in this matter. I am the Managing Partner at Hagens Berman Sobol Shapiro LLP ("HB"). I make these statements based upon personal knowledge, and I am otherwise competent to testify in this matter.

1. Following the May 13 Status Conference HB immediately began discussions with all indirect purchaser plaintiff ("IPP") counsel to see if an agreement could be reached on how best to represent the class. I am pleased to report that IPP counsel made tremendous progress thanks to the cooperative attitude of all counsel. As a result, the following IPPs support the proposed leadership structure: Hagens Berman Sobol Shapiro, LLP and Crueger Dickinson LLC (representing Plaintiffs City of La Crosse and Claverack Fire District); Gustafson Gluek PLLC (representing Plaintiff City of Onalaska); Zelle LLP (representing Plaintiffs the Unified Government of Wyandotte County and Kansas City, Kansas and City of Las Vegas, Nevada); Weitz & Luxenberg P.C. (representing Plaintiffs Cities of Ann Arbor, Middletown, and Ridgeland); Taus, Cebulash & Landau, LLP (representing Plaintiff Commack Fire District);

011328-11/3594266 V1

O'Neil, Cannon, Hollman, DeJong & Laing S.C. and Miller Shah, LLP (representing Plaintiff City of Milwaukee); Cotchett, Pitre & McCarthy LLP (representing Plaintiff City of Arcadia); and R. Christopher Cowan, Esq., LTD (representing Plaintiff The Durango Fire Protection District); Korein Tillery LCC (representing Plaintiff City of Fullerton). Only one firm has not agreed to the proposed leadership. This firm only recently filed a complaint, approximately two weeks ago, on behalf of the putative class.

2. As proposed interim co-lead counsel for the proposed class of indirect purchasers in this antitrust matter, HB will continue to coordinate and collaborate with plaintiffs' counsel in the direct purchaser cases, direct action purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation.

3. HB will work with other appointed co-counsel and PEC counsel to file an amended complaint with a Clayton Act Section 7 claim within one week of leadership appointment for the indirect purchaser plaintiffs. The complaint will represent the views of all firms in the proposed leadership. If the Court appoints this group we will also send the draft to firms not in the leadership.

4. HB will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

5. With over 80 attorneys in eight offices nationwide, HB has represented plaintiffs in a broad spectrum of complex antitrust cases. Attached as **Exhibit A** is a true and correct copy of HB's Antitrust and First Responder Firm Biography.

6. HB attorneys have been investigating price fixing in the fire truck market since January 2025. HB, together with Crueger Dickinson LLC, was first to file a complaint against

011328-11/3594266 V1

the named Defendants for their role in conspiring to raise the price of firetrucks. That complaint became the model for most of the complaints that followed. HB and the Crueger Dickinson also identified Wisconsin as the best forum for this case and helped in securing the MDL being sent to Wisconsin.  The firm has taken significant steps to identify and investigate indirect purchaser plaintiffs' claims, including hiring experts and investigators that were used in initiating this action and whose work was borrowed by many firms who filed subsequent cases.  Before filing the complaint, HB spent significant time investigating the nature of the conspiracy at issue and its effect on purchasers of fire trucks.

7.     HB has extensive lead counsel experience and a proven track record of success representing plaintiff classes in other types of complex class action litigation matters. *See* **Exhibit A**. Additional information may be found on the HB website: https://www.hbsslaw.com. HB is also deeply involved in cases for the first responder community, including cases involving the safety of fire turn out gear and protecting first responders pension funds. *See* firm resume at **Exhibit A**. Thus we have a strong connection to members of the proposed class which will be useful in this litigation.

8.     HB is accustomed to advancing the costs of litigation associated with complex cases and routinely invests significant financial resources in litigating claims against the largest and most well-funded defendants in the world. HBSS will bring the same resources and commitment to its prosecution of this case.

9.     Attached are true and correct copies of the firm resume for each firm proposed as a member of the Plaintiff Executive Committee:

- **Exhibit B** – Zelle LLP;

- **Exhibit C** - Weitz & Luxenberg P.C.;

011328-11/3594266 V1

- **Exhibit D** - Taus, Cebulash & Landau, LLP;

- **Exhibit E** - Miller Shah, LLP; and

- **Exhibit F** - Cotchett, Pitre & McCarthy LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of May 2026, in Seattle, Washington.

*s/ Steve W. Berman*
STEVE W. BERMAN

011328-11/3594266 V1

# Exhibit A




# HAGENS BERMAN






Hagens Berman is a national leader in class-action litigation driven by an international team of legal powerhouses. With a tenacious spirit, we are motivated to make a positive difference in people's lives.

# Table of Contents

**RELEVANT EXPERIENCE**

Leadership Roles in Multidistrict Litigation ......................................3
Leadership Roles in Class Action Litigation ....................................4

**RELEVANT PRACTICE AREAS**

Antitrust ...........................................................................................7
Consumer Protection......................................................................12
First Responder Litigation...............................................................15
Governmental Representation........................................................16

**PROPOSED LEADERSHIP TEAM**

Steve W. Berman ...........................................................................19
Moses I. Jehng ..............................................................................27
Stephanie A. Verdoia.....................................................................28

**ABOUT THE FIRM**

The Firm .........................................................................................30
Awards............................................................................................31
Locations ........................................................................................32
Accolades .......................................................................................33
Victories & Settlements ..................................................................36

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 8 of 146    Document 64



RELEVANT EXPERIENCE

# Leadership Roles in Multidistrict Litigation

| Case Name | Practice Area | Role | Status | Result |
|---|---|---|---|---|
| **VW/Porsche/Audi Emissions (Dieselgate)** | Automotive | Plaintiffs' Steering Committee | **Settled** | **$14.7B settlement,** largest auto settlement in history |
| **VW Franchise Dealerships** | Automotive | Lead Counsel | **Settled** | **$1.67B settlement** |
| **Toyota Sudden, Unintended Acceleration (SUA)** | Automotive | Co-Lead Counsel | **Settled** | **$1.6B settlement,** largest auto settlement at the time |
| **Real Estate Commissions Antitrust** | Antitrust | Co-Lead Counsel | **Settlements in Progress** | **$1.029B in settlements granted final approval**; $20M granted preliminary approval |
| **Apple E-Books Antitrust Litigation** | Antitrust | Lead Counsel | **Settled** | **$560M in settlements,** twice actual damages |
| **Dynamic Random Access Memory (DRAM) Antitrust** | Antitrust | Class Counsel | **Settled** | **$406M in settlements** |
| **Pharmaceutical AWP Litigation** | Govt. Rep. | Lead Counsel | **Settled** | **$338M in settlements** |
| **Neurontin (Pfizer/Parke-Davis)** | Antitrust | Co-Lead Counsel | **Settled** | **$325M settlement** |
| **FCA EcoDiesel Emissions** | Automotive | Plaintiffs' Steering Committee | **Settled** | **$307M settlement** |
| **Hyundai / Kia Fuel Economy Litigation** | Automotive | Lead Counsel | **Settled** | **$255M settlement** |
| **NCAA Athletic Grant-in-Aid Cap Antitrust** | Antitrust | Co-Lead Counsel | **Settled; Injunction Granted** | **$208M settlement;** unanimous SCOTUS win |
| **Optical Disc Drives (ODD)** | Antitrust | Lead Counsel | **Settled** | **$205M in settlements** |
| **Hyundai / Kia Car Theft Defect** | Automotive | Co-Lead Counsel | **Settled** | **$200M settlement** |
| **General Motors (GM) Ignition Switch** | Automotive | Co-Lead Counsel | **Settled** | **$120M settlement** |
| **Batteries Antitrust** | Antitrust | Co-Lead Counsel | **Settled** | **$113M in settlements** |
| **Pork Antitrust** | Antitrust | Co-Lead Counsel | **Settlement(s) Reached** | **$207M in settlements** *additional defendants remain* |
| **Google Play Store Android App Developer** | Antitrust | Co-Lead Counsel | **Settled** | **$90M settlement** *additional non-monetary relief* |
| **Celebrex/Bextra Fraud** | Consumer | Lead Counsel | **Settled** | **$89M settlement** |
| **Lumber Liquidators Formaldehyde Flooring** | Consumer | Co-Lead Counsel | **Settled** | **$36M settlement** |
| **Beef Antitrust** | Antitrust | Interim Co-Lead Counsel | Active | **$87.5M in settlements** *additional defendants remain* |
| **FCA Chrysler Pacifica Hybrid Minivan Fire Hazard** | Automotive | Co-Lead Counsel | Active | *Ongoing* |
| **Apple iPhone Overpricing Antitrust** | Antitrust | Interim Co-Lead Counsel | Active | *Ongoing* |

    **3**

# Leadership Roles in Class Action Litigation

## ANTITRUST LITIGATION

| CASE NAME | ROLE | STATUS | RESULT |
|---|---|---|---|
| NCAA Student-Athlete NIL | Co-Lead Counsel | **Settled** | **$22.78B settlement** |
| Visa Check/MasterMoney Antitrust Litigation | Co-Lead Counsel | **Settled** | **$25B settlements** |
| Poultry Processing Wage-Fixing Antitrust | Settlement Class Counsel | **Settled** | **$398M settlement** |
| Visa Mastercard ATM | Co-Lead Counsel | **Settled** | **$264M in settlements** |
| Broiler Chicken Antitrust | Co-Lead Counsel | **Preliminary Approval** | **$203.35M in settlements** |
| Animation Workers Antitrust | Co-Lead Counsel | **Settled** | **$168M settlement** |
| Apple iOS App Developers US | Class Counsel | **Settled** | **$100M settlement** |
| Google Play Store Android App Developers | Co-Lead Counsel | **Settled** | **$90M settlement** |
| NCAA/EA Video Games Likeness | Co-Lead Counsel | **Settled** | **$60M settlement** |
| Dairy Price-Fixing | Class Counsel | **Settled** | **$52M settlement** |
| Panasonic Resistors Antitrust | Co-Lead Counsel | **Settled** | **$50M settlement** |
| Turkey Antitrust | Co-Lead Counsel for the Direct Purchaser Class | **Settlement(s) Reached** | **$40M in settlements** *additional defendants remain* |
| Toys "R" Us Baby Products | Class Counsel | **Settled** | **$35M settlement** |
| SmileDirectClub Aligners Price-Fixing Antitrust | Class Counsel | **Settled** | **$31M settlement** |
| EA Madden NFL Antitrust | Class Counsel | **Settled** | **$27M settlement** |
| Amazon E-Books Price-Fixing | Co-Lead Counsel | Active | *Ongoing* |
| Amazon Online Retailer Consumer Antitrust (Frame-Wilson) | Interim Co-Lead Counsel | Active | *Ongoing* |
| Amazon.com Antitrust (De Coster) | Co-Lead Counsel | Active | *Ongoing* |
| Facebook Antitrust | Interim Co-Lead Counsel | Active | *Ongoing* |
| Firetruck Pricing Antitrust | **Interim Co-Lead Counsel** | Active | *Ongoing* |
| Frozen Potato Products Antitrust | Interim Co-Lead Counsel | Active | *Ongoing* |
| Gilead HIV Antiretroviral Antitrust | Co-Lead Counsel | Active | *Ongoing* |

## CONSUMER LITIGATION

| CASE NAME | ROLE | STATUS | RESULT |
|---|---|---|---|
| **Noteworld / Meracord** | Class Counsel | **Settled** | **$1.45B settlement** |
| **Stericycle** | Lead Counsel | **Settled** | **$295M settlement** |
| **BofA Countrywide Appraisal RICO** | Class Counsel | **Settled** | **$250M settlement** |
| **Tenet Healthcare Settlement** | Class Counsel | **Settled** | **$100M settlement** |
| **AppleCare** | Class Counsel | **Settled** | **$95M settlement** |
| **Zillow Agent Class Action** | Interim Co-Lead Counsel | Active | *Ongoing* |
| **Valve Loot Box Gambling Class Action** | Interim Lead Class Counsel | Active | *Ongoing* |

## GOVERNMENT REPRESENTATION

| CASE NAME | ROLE | STATUS | RESULT |
|---|---|---|---|
| **State Tobacco Litigation** | Special AAG for 13 States | **Settled** | **$260B settlement** |
| **McKesson Municipalities AWP Litigation** | Co-Lead Counsel | **Settled** | **$82M settlement** |



RELEVANT
PRACTICE AREAS

# Antitrust

Hagens Berman works to preserve fair trade and healthy marketplace competition by protecting consumers and businesses from price-fixing, market allocation agreements, monopolistic schemes and other trade restraints. The firm's lawyers have earned an enviable reputation as experts in this often confusing and combative area of commercial litigation in which we have recovered billions in settlements for clients and class members. Our attorneys have a deep understanding of legal and economic issues within the marketplace, allowing us to employ groundbreaking market theories that shed light on restrictive anti-competitive practices. The firm has secured settlements valued at more than $345 billion across all practice areas since its founding.

Hagens Berman represents millions of class members in high-profile class-action lawsuits and takes on major antitrust litigation to improve market conditions for consumers, businesses and investors. We have represented plaintiffs in markets as diverse as college sports, app development, debit and credit card services, personal computer components, electric and gas power, airlines and internet services, and we have prevailed against some of the world's largest corporations. The firm has also taken on wage-fixing antitrust agreements in various industries including animation, food production and aerospace engineering.

The firm's antitrust cases span the reaches of anticompetitive behavior, impacting even the realm of college sports. In the Keller and O'Bannon cases, the firm represented college athletes against the NCAA and Electronic Arts Inc. claiming the companies illegally use college football and basketball players' names and likenesses in video games without permission or consent from the player. In those matters, the firm secured a total $60 million in settlements, and checks went out to about 15,000 players, some up to $7,600, with a median around $1,100.

Hagens Berman has also brought about significant changes already to the NCAA's policies and procedures regulating payments. In NCAA Grants-in-Aid Scholarships Litigation, the firm brought an antitrust class action against the NCAA on behalf of college athletes, claiming that the NCAA had violated the law when it kept the class from being able to receive compensation provided by schools or conferences for athletic services other than cash. Following a $208 million settlement in the damages portion of the case — an almost 100% recovery of single damages — the Supreme Court upheld the favorable opinion of the Ninth Circuit in a 9-0 ruling regarding injunctive relief. Justice Kavanaugh's opinion further underscored the massive win for plaintiffs and the ruling's ongoing effects: "The NCAA couches its arguments for not paying student athletes in innocuous labels. But the labels cannot disguise the reality: The NCAA's business model would be flatly illegal in almost any other industry in America," pushing for further scrutiny of the NCAA's regulations. After the ruling, the NCAA relaxed some of the name, image and likeness (NIL) restrictions and the market for NIL revenues exploded reaching almost $5 billion this year. Few antitrust decisions have been so transformative.

The firm continued its work litigating against the NCAA regarding name, image and likeness (NIL) rights. Currently Hagens Berman is co-lead counsel in *House v. NCAA*, which challenges current restrictions on athletes NIL rights and seeks damages for lost NIL opportunities. In House, a federal judge approved a historic $22.78 billion settlement with the NCAA, including $2.78 billion in back damages and over $20 billion in future payments, making it the largest antitrust settlement in history. The antitrust class-action lawsuit on behalf of hundreds of thousands of current and former college athletes at

Division I schools will bring historic changes to college sports and will allow college athletes to be fairly compensated for the use of their name, image and likeness in what has become a multibillion-dollar industry. The settlement stands as the largest class-action antitrust settlement in history. Read more about the NIL case in Sports Litigation.

**REPRESENTATIVE ANTITRUST SUCCESSES**

### VISA CHECK/MASTERMONEY ANTITRUST LITIGATION

Hagens Berman was co-lead counsel in this landmark antitrust case involving Visa and Mastercard. The case alleged the credit card giants engaged in anticompetitive practices to monopolize the debit card services market and impose artificially inflated interchange fees on merchants. The court valued the settlement between $25 billion and $87 billion, making it the largest antitrust settlement in U.S. history at the time.

**RESULT:** $3.05 billion settlement and injunctive relief valued at more than $23 billion

### REAL ESTATE COMMISSIONS ANTITRUST LITIGATION

The firm represents home sellers as co-lead counsel accusing the National Association of Realtors (NAR) and the largest real estate brokerage firms in the United States of conspiring to artificially inflate commissions associated with home sales — in part by implementing rules that require home sellers to pay commission to the agent representing the buyer. In *Moehrl* and *Burnett*, the courts certified damages and injunctive relief classes of sellers who sold their home through a Multiple Listing Service (MLS) during the relevant time periods, as well as current and future owners of residential real estate in affected jurisdictions who are currently listing or will list homes on an MLS. Class settlements encompass sellers who listed their homes on an MLS anywhere in the United States. In an order related to expert discovery, the court said that the buyer-broker policies challenged in the lawsuit facilitate "keeping buyers in the dark and severely restricting negotiations over buyer-broker commissions."

**RESULT:** The firm has reached settlements totaling over $1 billion. The court has granted final approval of the settlements with the National Associate of Realtors ($418 million), HomeServices of America ($250 million), The Real Brokerage Inc. and other real estate companies ($110 million), Anywhere Real Estate ($83.5 million), Keller Williams Realty Inc. ($70 million) and RE/MAX ($55 million). The Court has further granted preliminary approval of settlements with Douglas Elliman ($7.75 million), @properties ($6.5 million) and Realty ONE ($5 million). The case is pending against remaining defendants. The New York Times reported that Steve Brobeck, Ph.D., who served as the executive director of Consumer Federation of America for nearly four decades, estimates that the $100 billion spent per year on residential real estate commissions will probably decline by between $20 billion and $50 billion, if the settlement with NAR is approved by the court.

### APPLE E-BOOKS LITIGATION

With state attorneys general, the firm served as lead counsel to secure a settlement with publishing companies that conspired with Apple to fix e-book prices. The firm then took on Apple for its part in the price-fixing conspiracy. In the final stage, the U.S. Supreme Court denied appeal from Apple, bringing the consumer payback amount to more than twice the amount of losses suffered by the class of e-book purchasers. This represents one of the most successful recoveries in any antitrust lawsuit in the country.

**RESULT:** $568 million in total settlements

### LG PHILIPS AND TOSHIBA LCD ANTITRUST LITIGATION

Hagens Berman filed a class action against more than 20 manufacturers of TFT LCD products, including LG Philips and Toshiba, claiming the companies engaged in a conspiracy to fix, raise, maintain and stabilize the price of electronic products and devices. After years of representing consumers in multi-district litigation, the case against Toshiba went to trial. In 2012, Toshiba was found guilty of price-fixing and settled.

**RESULT:** $470 million in total settlements

### DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION

The firm served as class counsel in this lawsuit claiming DRAM manufacturers secretly agreed to reduce the supply of DRAM, a necessary component in a wide variety of electronics, which artificially raised prices. The class included equipment manufacturers, franchise distributors and purchasers.

**RESULT:** $406 million settlement

### OPTICAL DISK DRIVES ANTITRUST LITIGATION

Hagens Berman served as lead counsel in this lawsuit on behalf of consumers against Philips, Pioneer and others for allegedly artificially inflating the price of ODDs for consumers.

**RESULT:** $205 million in total settlements

### BROILER CHICKEN ANTITRUST LITIGATION

Hagens Berman serves as co-lead counsel in this massive antitrust class action asserting that the nation's largest broiler chicken producers — Tyson, Pilgrim's Pride, Perdue and a host of others — conspired to fix the price of chicken for consumers by up to 50 percent since 2009. Settlements will offer compensation to millions of American consumers who have unknowingly overpaid for chicken products for years.

**RESULT:** The firm has secured $203.35 million in total settlements and achieved class certification. Litigation against the remaining defendants is ongoing.

### ANIMATION WORKERS ANTITRUST LITIGATION

Hagens Berman served as co-lead counsel for a nationwide class of approximately 10,000 animators and other artistic workers in an antitrust class-action case filed against Pixar, DreamWorks, The Walt Disney Company, Sony, Blue Sky Studios and others for allegedly conspiring to restrain competition to suppress compensation. The settlement resulted in a payment of more than $13,000 per class member.

**RESULT:** $169 million settlement

### LITHIUM-ION BATTERIES ANTITRUST LITIGATION

The firm served as co-lead counsel in this class-action lawsuit alleging some of the largest electronics manufacturers illegally fixed the price of lithium-ion batteries, pushing costs higher for consumers.

**RESULT:** $113 million in total settlements

### APPLE IOS APP DEVELOPERS

As court-appointed class counsel, the firm achieved a $100 million settlement with Apple on behalf of US iOS app developers and developers of in-app products sold on Apple's App Store following the filing of an antitrust class-action lawsuit. The suit accused Apple monopolized U.S. distribution for iOS apps and in-app digital products, resulting in commission overcharges to developers. The settlement brings important changes to App Store policies and practices, and U.S. iOS developers with less than $1 million in annual proceeds from App Store sales can receive hundreds to tens of thousands of dollars in compensation.

**RESULT:** $100 million settlement

### PORK ANTITRUST LITIGATION

The firm serves as co-lead counsel in this antitrust litigation alleging that pork producers such as Tyson, Hormel and others colluded to knowingly reduce pork production to artificially inflate prices. The pork producers allegedly engaged in a conspiracy that has cost American consumers millions of dollars over the years.

**RESULT:** The firm has secured $109.4 million in settlements, of which $95 million has been granted final approval. Litigation against the remaining defendants is ongoing.

### GOOGLE PLAY STORE APP DEVELOPERS

The firm, serving as co-lead, achieved a $90 million settlement with Google on behalf of roughly 43,000 US Android app developers and developers of in-app products sold on Google's Play Store following the filing of an antitrust class-action lawsuit. The firm filed the class action against Google for violations of antitrust laws by illegally monopolizing markets for Android app distribution and in-app payment processing.

**RESULT:** $90 million settlement

### GENERIC PHARMACEUTICAL PRICING ANTITRUST LITIGATION

Hagens Berman filed multiple lawsuits against numerous generic pharmaceutical companies for conspiring to increase and set prices on inexpensive, commonly used generic drugs. In October 2024, direct purchaser plaintiffs settled with defendants Sun, Taro, Heritage, Apotex, and Breckenridge for a total of $120 million. In addition, in June 2024, the court granted preliminary approval of a settlement with Sandoz for $265 million. This settlement is still pending before the court.

**RESULT:** $120 million settlement

### RELAFEN ANTITRUST LITIGATION

In 2006, Judge William Young issued preliminary approval of a proposed settlement between GlaxoSmithKline and a class of consumers and third-party payors who purchased the drug Relafen or its generic alternatives. Under the terms of the settlement, the defendants paid damages of $75 million to class members. Of the total settlement amount, $25 million was allocated to consumers and $50 million was used to pay the claims of insurers and other third-party payors.

**RESULT:** $75 million settlement

### DAIRY PRICE-FIXING LITIGATION

The firm filed a class-action suit against several large players in the dairy industry, including the National Milk Producers Federation, Dairy Farmers of America, Land O'Lakes, Inc., Agri-Mark, Inc. and Cooperatives Working Together that together produce nearly 70 percent of milk consumed in the U.S. The suit alleged the groups conspired to fix U.S. milk prices through an organized scheme to limit production, involving the needless, premature slaughtering of 500,000 cows.

**RESULT:** $52 million settlement

### PANASONIC RESISTORS ANTITRUST LITIGATION

Hagens Berman was co-lead counsel, representing direct purchasers of linear resistors, a device in electronics used to limit electric current, against an alleged cartel of manufacturers who conspired to limit linear resistor price competition for nearly a decade.

**RESULT:** $50.25 million settlement

### HOTEL ROOM OVERPRICING

The nation's largest hotel chains settled a class-action lawsuit brought by consumers of hotel room reservations booked online. Consumers represented by Hagens Berman alleged hotel chains agreed to restrain competition for paid search advertising for hotel rooms associated with defendants' brand names, depriving consumers free, competitive information, and raising the price of hotel rooms booked online.

**RESULT:** The parties reached a confidential settlement.

**OTHER NEW AND PENDING ANTITRUST LITIGATION**

### FROZEN POTATO PRODUCTS ANTITRUST LITIGATION

Hagens Berman serves as interim co-lead counsel in a class-action lawsuit on behalf of consumers against frozen potato food processors for allegedly engaging in an illegal agreement for years, potentially causing millions of U.S. consumers to overpay for frozen potato products, including french fries, tater tots, hashbrowns and more.

## YARDI ANTITRUST LITIGATION

The firm filed a nationwide class-action lawsuit accusing 18 property management companies, as well as Yardi Systems Inc., of a rent price-fixing scheme, violating antitrust laws. The lawsuit alleges Yardi's RENTmaximizer software allowed the codefendants to increase lease prices for millions of renters for years. In March 2024, U.S. District Judge Robert S. Lasnik appointed Hagens Berman interim class counsel. In October 2025, a $2.8M settlement with FP1 Management Inc. was preliminarily approved by the court. Litigation continues against remaining defendants.

PRACTICE AREAS
# Consumer Protection

Hagens Berman is a leader in protecting consumers, representing millions in large-scale cases that challenge unfair, deceptive and fraudulent practices.

We realize that consumers suffer the brunt of corporate wrongdoing and have little power to hold companies responsible or to change those tactics. We believe that when backed by a tenacious spirit and determination, class action cases have the ability to serve as a powerful line of defense in consumer protection.

Hagens Berman pursues class litigation on behalf of clients to confront fraudulent practices that consumers alone cannot effectively dispute. We make consumers' concerns a priority, collecting consumer complaints against suspected companies and exploring all avenues for prosecution.

Hagens Berman's legacy of protecting consumer rights reflects the wide spectrum of scams that occur in the marketplace. The cases that we have led have challenged a variety of practices such as:

- False, deceptive advertising of consumer products and services

- False billing and over-charging by credit card companies, banks, telecommunications providers, power companies, hospitals, insurance plans, shipping companies, airlines and Internet companies

- Deceptive practices in selling insurance and financial products and services such as life insurance and annuities

- Predatory and other unfair lending practices, and fraudulent activities related to home purchases

**REPRESENTATIVE SUCCESS IN CONSUMER PROTECTION LITIGATION**

### T-MOBILE DATA BREACH LITIGATION (2021)
Hagens Berman served a court-appointed position on the Executive Committee in this consumer class action against T-Mobile for a data breach affecting 7.8 million subscribers, as well as 40 million people who had applied for credit with T-Mobile. T-Mobile also reported that approximately 850,000 active T-Mobile prepaid customers names, phone numbers and PIN numbers were exposed, as well as up to 52,000 names of customers related to current Metro by T-Mobile accounts.

**RESULT:** $350 million settlement pending preliminary approval

### STERICYCLE CONTRACT LITIGATION
The firm served as court-appointed lead counsel in a class-action lawsuit against Stericycle alleging that the company violated contracts and defrauded them by hundreds of millions of dollars through an automatic price-increasing scheme. In February of 2017, a federal judge certified a nationwide consumer class. The class had more than 246,000 class members, with damages estimated preliminarily at $608 million.

**RESULT:** $295 million settlement

### BANK OF AMERICA COUNTRYWIDE APPRAISAL RICO LITIGATION

Hagens Berman filed a nationwide class-action lawsuit against Bank of America, Countrywide Financial and appraisal firm, LandSafe Inc. on behalf of a class of home buyers alleging defendants carried out a series of phony appraisals in an attempt to secure more loans.

**RESULT:** $250 million settlement

### APPLECARE WARRANTY LITIGATION

The firm represented a class of Apple device owners claiming that Apple violated consumer laws, illegally charging customers premium prices for what they believed to be new replacement devices under its AppleCare/AppleCare+ programs. Attorneys for the class estimate the settlement will cover between 3.5 and 4 million refurbished Apple devices.

**RESULT:** $95 million settlement has been preliminarily approved

### BANK OF AMERICA MILITARY CUSTOMER FRAUD LITIGATION

Hagens Berman filed a class-action lawsuit alleging that Bank of America violated the Servicemembers Civil Relief Act, the Truth in Lending Act and North Carolina's Unfair and Deceptive Trade Practices Act. The suit also accused Bank of America of violating common law, including breach of contract, negligence and negligent misrepresentation.

**RESULT:** $42 million settlement

## PENDING CONSUMER PROTECTION LITIGATION

### COLLEGE TUITION & FEES AMID COVID-19 PANDEMIC REIMBURSEMENT

In 2020, as the COVID-19 pandemic unfolded, Hagens Berman sought to represent tuition and fee payers in class-action lawsuits seeking reimbursement for parents and guardians of college students or college students for tuition, fees and other expenses at colleges and universities across the nation. Hagens Berman believes that institutions of higher learning had no right to keep these charges given the coronavirus outbreak and lack of options to students, as college campuses closed.

**RESULT:** $14.4 million has been granted final approval by the courts in settlements reached with Brown University ($1.5 million), George Washington University ($5.4 million), Quinnipiac University ($2.5 million) and Rutgers University ($5 million), and a $4 million settlement with the University of Washington has been granted preliminary approval. Litigation continues against other universities.

### AMAZON BASICS PAPER PRODUCTS ECO-FRIENDLY ADVERTISING

The firm filed a class-action lawsuit against Amazon alleging it made false claims about the damaging environmental impact of its Amazon Basics toilet paper and paper towel products. The company has led consumers to believe it is a leader in environmental stewardship committed to "protecting natural resources." However, the lawsuit alleges that Amazon fails to disclose that its Amazon Basics paper products contribute to the devastating destruction in Canada's boreal forest — one of the last remaining primary forests on Earth.

### AMAZON.COM COVID-19 PRICE GOUGING CONSUMER LITIGATION

This lawsuit was filed against Amazon accusing the company of price gouging consumers during the COVID-19 pandemic, causing massive price spikes for essential goods including food, personal hygiene products and other emergency or medical supplies, allegedly violating California state consumer-protection laws. On Jan. 5, 2026, Judge Lasnik issued an order denying Amazon's motion to dismiss.

### AMAZON PRIME CANCELLATION "DARK PATTERNS"

Hagens Berman represents consumers seeking to hold Amazon accountable for its alleged use of "dark patterns" to deceive users into subscribing to Amazon Prime, or complicate the process of unsubscribing. Since the lawsuit's filing, the firm has been retained by Arizona Attorney General Kris Mayes to file a similar lawsuit on behalf of the state of Arizona, and the Federal Trade Commission filed a complaint against Amazon for the same actions, bolstering the firm's existing claims. On June 21, 2023, the Federal Trade Commission filed a complaint against Amazon regarding its use of "dark patterns" to allegedly deceive its customers. The FTC's case follows on the footsteps of Hagens Berman's case, relying on the firm's initial findings.

### CHARMIN BATH TISSUE ECO-FRIENDLY ADVERTISING

Hagens Berman filed a class-action lawsuit against Procter & Gamble accusing the company of making false claims about the harmful environmental impact of its Charmin toilet paper products. The company touts sustainability, proclaiming it "helps protect forests" and promises consumers "We are committed to helping keep forests as forests." Behind Charmin's promise that it "maintains healthy forests for generations to come." Procter & Gamble — a multibillion-dollar corporation — is allegedly cutting down boreal forest, in spite of its alleged greenwashing.

### ONEWHEEL SHUT OFF DEFECT

Consumers have reported sudden shutoffs and nosedives while operating Future Motion Inc.'s OneWheel electronic skateboards that launch riders from the board at potentially high speeds and steep angles. The boards have since been recalled yet Future Motion has yet to remedy the defect causing sudden loss of power. Hagens Berman filed its class action in 2022, seeking damages on behalf of consumers.

### CONSUMER INSURANCE LITIGATION

Hagens Berman has pioneered theories to ensure that, in first- and third-party contexts, consumers and health plans always receive the treatment and benefits to which they are entitled. Many of our cases have succeeded in expanding coverage owed and providing more benefits; recovering underpayments of benefits; and returning uninsured/underinsured premiums from the misleading tactics of the insurer. The firm's existing cases include pending litigation against Allstate and CNA Casualty Company.

PRACTICE AREAS
# First Responder Litigation

Hagens Berman is committed to fighting for the legal rights of first responders, their departments and municipalities.

We believe the people who run toward danger to protect others deserve counsel that fights just as hard on their behalf. We bring the same relentless determination for firefighters and police officers that we have applied against the world's most powerful corporations for more than three decades.

As one of the nation's most successful plaintiff-side law firms, Hagens Berman has the experience and resources to represent millions of class members in high stakes litigation against institutions and corporations that violate the laws intended to protect those who bravely serve.

Active cases on behalf of proposed classes of first responders include:

### FIRETRUCK PRICING ANTITRUST
The firm's antitrust legal team filed this first-of-its-kind lawsuit against major fire truck manufacturers and the Fire Apparatus Manufacturers' Association (FAMA), alleging illegal collusion that has driven up the cost of fire trucks and left fire departments across the country operating aging fleets. The case was initiated independently by Hagens Berman, without any prior government investigation and demonstrates the firm's ability to take first critical steps in uncovering price-fixing and anticompetitive schemes affecting first responders.

### WASHINGTON STATE PENSION PROTECTION
Hagens Berman is fighting to protect the Washington Law Enforcement Officers' and Fire Fighters' Retirement System Act (LEOFF) Retirement Fund of state law enforcement officers and firefighters whose earned pensions are under legislative threat of being transferred away to other state funds to cover shortfalls in the state budget. Created in 1969, as of 2024, approximately 5,945 members of LEOFF Plan 1 were receiving benefits. Under Washington state HB 2034, $3.3 billion would be transferred away from LEOFF Plan 1, which could result in the fund lacking sufficient funds to fully pay the retirement benefits of thousands of Washington state's bravest.

### PFAS FIREFIGHTER TURNOUT GEAR
Hagens Berman is pursuing a class action against the makers, distributors and sellers of firefighter turnout gear laden with perfluoroalkyl and polyfluoroalkyl substances (PFAS), alleging they knowingly concealed that their products contain these harmful "forever chemicals," putting the health of more than a million firefighters at risk. Occupational cancer is the leading cause of line-of-duty death in fire service across the nation, in local municipalities and states, volunteer and specialty fire departments, and other organizations. These institutions are faced with the significant cost of premature replacement of turnout gear for their crews at significant cost. According to the lawsuit, the cost of turnout gear (excluding respirators) is approximately $3,000 per suit with many departments providing two suits for each firefighter. There are approximately 1,042,000 firefighters in the United States so replacement costs could and should run into the billions.

PRACTICE AREAS
# Governmental Representation

Hagens Berman has been selected by public officials to represent government agencies and bring civil law enforcement and damage recoupment actions designed to protect citizens and the treasury. We understand the needs of elected officials and their obligation to impartially and zealously represent the interests of the public without taking excessive risks in litigation. We are often chosen after competitive bidding, and have been hired by officials from across the political spectrum.

Hagens Berman has assisted governments in recovering billions of dollars in damages and penalties from corporate wrongdoers and, in the process, helped reform how some industries do business. In serving government, we are often able to leverage the firm's expertise and success in related private class-action litigation. Successes on behalf of government clients include:

### TOBACCO LITIGATION

We represented 13 states in landmark Medicaid-recoupment litigation against the country's major tobacco companies. Only two states took cases to trial – Washington and Minnesota. The firm served as trial counsel for the state of Washington, becoming only one of two private firms in the entire country to take a state case to trial.

Hagens Berman was instrumental in developing what came to be accepted as the predominant legal tactic to use against the tobacco industry: emphasizing traditional law enforcement claims such as state consumer protection, antitrust and racketeering laws. This approach proved to be nearly universally successful at the pleading stage, leaving the industry vulnerable to a profits-disgorgement remedy, penalties and double damages. The firm also focused state legal claims on the industry's deplorable practice of luring children to tobacco use.

**RESULT:** $260 billion for state programs, the largest settlement in the history of civil litigation in the U.S.

### MCKESSON AVERAGE WHOLESALE PRICE LITIGATION

This litigation is yet another example of fraudulent drug price inflation impacting not just consumers and private health plans, but public health programs such as Medicaid and local government-sponsored plans as well.

**RESULT:** Hagens Berman started the AWP class action, which resulted in many states filing cases. The firm represented several of those states in successful litigation.

### MCKESSON GOVERNMENT LITIGATION

On the heels of Hagens Berman's class action against McKesson, the firm led lawsuits by states (Connecticut, Utah, Virginia, Montana, Arizona).

**RESULT:** These states obtained recoveries three to seven times larger than states settling in the multi-state Attorneys General settlement. In addition, the firm obtained $12.5 million for the City of San Francisco and $82 million for a nationwide class of public payors.

## ZYPREXA MARKETING & SALES PRACTICES LITIGATION – CONNECTICUT

Hagens Berman served as outside counsel to then-Attorney General Richard Blumenthal in litigation alleging that Lilly engaged in unlawful off-label promotion of the atypical antipsychotic Zyprexa. The litigation also alleged that Lilly made significant misrepresentations about Zyprexa's safety and efficacy, resulting in millions of dollars in excess pharmaceutical costs borne by the State and its taxpayers.

**RESULT:** $25 million settlement

## GENERAL MOTORS IGNITION SWITCH LITIGATION

Hagens Berman is pleased to have assisted the Arizona Attorney General in its action against GM, as well as the district attorney of Orange County, California who filed a consumer protection lawsuit against GM, claiming the automaker deliberately endangered motorists and the public by intentionally concealing widespread, serious safety defects.

## AMAZON BUY BOX ALGORITHM & PRICE PARITY POLICIES – STATE OF ARIZONA

Hagens Berman has been retained by Arizona Attorney General and has filed a consumer-protection and antitrust lawsuit on behalf of the state of Arizona. The lawsuit accuses Amazon of violating Arizona's consumer-protection and antitrust laws by allegedly enforcing anticompetitive price parity policies and "using a biased algorithm to determine which offers shoppers will see, and therefore which sellers they will buy from, when they search for items on Amazon."

## STATE OPIOID LITIGATION

Hagens Berman was hired to assist multiple state and local governments in lawsuits brought against large pharmaceutical manufacturers including Purdue Pharma, Cephalon, Janssen Pharmaceuticals, Endo Health Solutions and Actavis charging that these companies and others deceived physicians and consumers about the dangers of prescription painkillers. Hagens Berman was also hired to represent several municipalities in lawsuits challenging the reckless distribution of prescription opioids by wholesale distributors and pharmacy chains.

The firm was first hired by California governmental entities for the counties of Orange and Santa Clara. The state of Mississippi also retained the firm's counsel in its state suit brought against the manufacturer of opioids. The suit alleges that the pharma companies engaged in tactics to prolong use of opioids despite knowing that opioids were too addictive and debilitating for long-term use for chronic non-cancer pain.

In a third filing, Hagens Berman was retained as trial counsel for the state of Ohio. Filed on May 31, 2017, the firm is assisting the Ohio Attorney General's office in its case against five opioid makers. Ohio Attorney General Mike DeWine stated that "drug companies engaged in fraudulent marketing regarding the risks and benefits of prescription opioids which fueled Ohio's opioid epidemic," and that "these pharmaceutical companies purposely misled doctors about the dangers connected with pain meds that they produced, and that they did so for the purpose of increasing sales."

In a fourth filing, Hagens Berman was retained by the state of Arkansas to challenge opioid manufacturers' deceptive marketing of prescription opioids. Announcing the lawsuit on April 2, 2018, Arkansas Attorney General Leslie Rutledge stated that "the reckless actions of these opioid manufacturers have wreaked havoc upon Arkansas and her citizens for far too long."

Hagens Berman has also represented the city of Seattle and Salt Lake County in separate lawsuits against the opioid manufacturers. These lawsuits also name the nation's largest wholesale distributors and pharmacy chains as defendants, alleging that they failed to implement adequate controls to prevent the diversion of opioids into the black market and other unlawful distribution channels.

# PROPOSED LEADERSHIP TEAM



steve@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**YEARS OF EXPERIENCE**

45

**PRACTICE AREAS**

Anti-Terrorism
Automotive Litigation
Civil & Human Rights
Class Action
Consumer Rights
Emissions Litigation
Environmental Litigation
Governmental Representation
High Tech Litigation
Intellectual Property
Investor Fraud
Patent Litigation
Qui Tam
Securities
Sexual Abuse & Harassment
Sports Litigation
Whistleblower

**BAR ADMISSIONS**

- Illinois
- Washington
- Foreign Registered Attorney in England and Wales

**COURT ADMISSIONS**

- Supreme Court of the United States
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Second Circuit

MANAGING PARTNER

# Steve W. Berman

Represented 13 states against Big Tobacco, resulting in the largest settlement in history; co-lead counsel against the NCAA in the largest antitrust settlement in world history; a member of the Plaintiffs' Steering Committee against Volkswagen in the largest automotive settlement in history; and co-lead counsel in what were then the largest ERISA and securities settlements in U.S. history.

## INTRODUCTION

Steve Berman is a nationally renowned class-action lawyer who has dedicated his career to fighting for consumers, investors, employees and other plaintiffs harmed by corporate misconduct. As co-founder and managing partner of Hagens Berman, Steve has led some of the most influential and complex litigation in state and federal courts, securing settlements valued at hundreds of billions of dollars and obtaining historic reforms across a wide range of industries.

Steve's trial experience has earned him significant recognition and led The National Law Journal to name him one of the 100 most powerful lawyers in the nation, and to repeatedly name Hagens Berman one of the top 10 plaintiffs' firms in the country.

Since founding the firm in 1993, Steve has consistently undertaken high-stakes cases others wouldn't. He launched Hagens Berman after his former firm refused to represent several children who became seriously ill after eating fast food tainted with E. coli. Steve fought against Jack in the Box, alleging its negligence and cost-cutting were to blame — a case that helped define his mission to represent those most in need.

Known for securing industry-changing results and some of the largest settlements in world and U.S. history, Steve has built a reputation as one of the nation's most effective and innovative plaintiffs' attorneys.

Print & Online Feature Interviews »

## CURRENT ROLE

- Managing Partner of Hagens Berman Sobol Shapiro LLP and Hagens Berman EMEA LLP (U.K.), U.S. Managing Member of HBSS France

## CURRENT CASES

Steve leads the firm's efforts in the areas of antitrust, automotive, consumer protection and more, maintaining a leading edge amid shifting trends and technology. His active cases concern billions of dollars in damages and affect hundreds of millions of individuals. Steve's caseload spans several industries, including technology, college sports, agriculture and wages and include the following highlights.

### ANTITRUST LITIGATION

Steve Berman has led antitrust cases culminating in secured settlements valued at more than $27 billion, uncovering anticompetitive practices that have harmed consumers across various industries. Steve's outstanding work in this field has earned the firm national accolades and awards, and his current caseload speaks to the breadth of the firm's impact, attention and expertise.

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 26 of 146    Document 64    **19**

- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Federal Claims
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the Eastern District of Michigan
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Western District of Washington
- Supreme Court of Illinois
- Supreme Court of Washington

**EDUCATION**

- University of Chicago Law School, J.D., 1980
- University of Michigan, B.S., 1976

**AWARDS**





| CASE | DESCRIPTION |
|------|-------------|
| NCAA Student-Athlete Name, Image and Likeness<br>Co-Lead Counsel | Class action representing current and former NCAA college athletes accusing the NCAA and the Power Five conferences of illegally limiting the compensation athletes may receive for the use of their names, images and likenesses.<br>**Status:** Final approval of $22.78B settlement granted — believed to be the largest antitrust settlement in U.S. history. |
| Amazon E-Books Price-Fixing<br>Co-Lead Counsel | Class action accusing Amazon of establishing an illegal monopoly of the e-books market and charging artificially inflated prices<br>**Status:** The court denied Amazon's motion for reconsideration and leave to file an interlocutory appeal, allowing monopoly claims to continue and discovery process to move forward. |
| Amazon.com Antitrust (De Coster)<br>Co-Lead Counsel | Class action accusing Amazon of violating federal antitrust laws, causing customers to pay artificially high prices for products purchased via Amazon.<br>**Status:** U.S. District Judge John H. Chun granted class certification to the largest class in US history, encompassing approximately 288 million Americans. |
| Amazon Online Retailer Consumer Antitrust (Frame-Wilson)<br>Interim Co-Lead Counsel | Class action accusing Amazon of increasing prices for online purchases made via other retailers.<br>**Status:** Amazon's motion to dismiss denied, federal judge compelled Amazon to produce documents previously marked as privileged. |
| Apple iCloud Antitrust | Class action accusing Apple of violating antitrust laws and establishing a monopoly through its iOS cloud-based storage policies.<br>**Status:** Motion to dismiss denied on all grounds. |
| Apple Pay Payment Card Issuer Antitrust | Class action accusing Apple of intentionally monopolizing the billion-dollar mobile wallet market on iOS platforms, forcing payment card issuers to pay supracompetitive fees and stifling innovation.<br>**Status:** Motion to dismiss denied in part, allowing claims to continue. |
| Real Estate Commissions Antitrust<br>Co-Lead Counsel | Class action against four national broker franchises alleging parties illegally inflated commissions associated with home sales.<br>**Status:** $42M settlement granted final approval, bringing total settlements approved to $1.029B, with an additional $20M preliminarily approved. |
| Visa Mastercard ATM<br>Co-Lead Counsel | Class action alleging Visa and MasterCard established uniform agreements with BofA, JP Morgan Chase and Wells Fargo preventing ATM operators from setting access fees below the level of fees charged on Visa's and MasterCard's networks.<br>**Status:** Settlements total $264.24M have received final approval, including $197.5M with Visa and Mastercard and $66.74M with banks. |

**AGRICULTURE ANTITRUST LITIGATION**

The firm's total approved settlements in this area of litigation are valued at $735 million and have affected the lives of U.S. consumers and employees in the meat-processing industry. As inflation continues to rise, combating anticompetitive schemes that raise the cost of food and suppress wages is an issue pertinent to families across the nation.



THE NATIONAL
LAW JOURNAL
PLAINTIFFS' HOT LIST

100 MOST INFLUENTIAL
LAWYERS IN AMERICA
| A SPECIAL REPORT |

MOST POWERFUL
ATTORNEY
STATE OF WASHINGTON
THE NATIONAL LAW JOURNAL

Super Lawyers®

| CASE | DESCRIPTION |
|---|---|
| **Beef Antitrust** Interim Co-Lead Counsel | Class action alleging major food corporations engaged in illegal conduct regarding the marketing and sales of beef products. **Status:** The court granted preliminary approval to $87.5 million in settlements with Cargill and Tyson, with litigation continuing against remaining defendants. Motion to dismiss denied. |
| **Broiler Chicken Antitrust** Co-Lead Counsel | Class action accusing major food corporations of increasing the price of chicken in violation of antitrust laws. **Status:** The court granted final approval to $181M in settlements, with an additional $22.35M preliminarily approved; litigation is ongoing. An additional non-monetary injunctive settlement was reached with Agri Stats bringing conduct reform. The firm estimates that this class certification – comprising every American who purchased chicken from a grocery store – may represent the largest class certification in U.S. history. |
| **Frozen Potato Products Antitrust** Interim Co-Lead Counsel | Class action accusing four frozen potato food processors of engaging in an illegal agreement for years, potentially causing millions of U.S. consumers to overpay for frozen potato products. **Status:** Hagens Berman named Interim Co-Lead Counsel |
| **Pork Antitrust** Co-Lead Counsel | Class action alleging pork producers colluded to reduce pork production to artificially inflate prices. **Status:** The court granted final approval to $95M in settlements, with an additional $14.465M pending, and litigation against remaining defendants is ongoing. |
| **Poultry Processing Wage-Fixing Antitrust** Interim Co-Lead Counsel | Class action alleging wage-fixing agreement between the nation's biggest poultry companies. **Status:** The court certified the class and granted final approval to $398.05M in settlements — the second-largest recovery in a wage-fixing case in the U.S., as well as the largest ever antitrust settlement on behalf of low-income workers, and the second-largest antitrust wage suppression case. |
| **Red Meat Processing Wage-Fixing Antitrust** | Class action against the nation's largest meat processing companies alleging a yearslong wage-fixing agreement, causing employees to receive far less than legally owed. **Status:** Settlements pending before the court total $202.7M. |
| **Turkey Antitrust** Interim Co-Lead Counsel | Class action accusing major food corporations of increasing the price of turkey in violation of antitrust laws. **Status:** The court preliminarily approved $40.495M in settlements, and litigation is ongoing against remaining defendants. |

## RECENT SUCCESS

Steve Berman has achieved monumental settlements within the last two years, bringing hundreds of millions of dollars of relief to classes of everyday individuals affected by pricing schemes, automotive defects and other instances of wrongdoing. Through his recent case work, Steve maintains Hagens Berman's edge and excellence in class-action litigation.

| CASE NAME | DATE | RECENT SUCCESS |
|---|---|---|
| Broiler Chicken (Co-Lead Counsel), Pork (Co-Lead Counsel), Turkey (Interim Co-Lead Counsel) Antitrust Lawsuits | 03/13/26 | Non-monetary injunctive settlement reached with intermediary Agri Stats Inc. focused on conduct reform. |

| | | |
|---|---|---|
| Real Estate Commissions Antitrust<br>Co-Lead Counsel | 02/06/26 | Court granted final approval to a $42M settlement with five brokerages, bringing total settlements approved to $1.029B, with an additional $20M still pending. |
| SmileDirectClub Aligners Price-Fixing Antitrust<br>Class Counsel | 11/21/25 | Court granted final approval to a $31.75M settlement with Align Technology. |
| Amazon.com Antitrust (De Coster)<br>Co-Lead Counsel | 09/03/25 | U.S. District Judge John H. Chun granted class certification to the largest class in US history, encompassing about 288 million Americans. |
| Visa Mastercard ATM<br>Co-Lead Counsel | 06/20/25 | $197.5M settlement with Visa and MasterCard received final approval, bringing total to $264.24M. |
| NCAA Student-Athlete Name, Image and Likeness<br>Co-Lead Counsel | 06/06/25 | $22.78B settlement received final approval. |
| Poultry Processing Wage-Fixing Antitrust<br>Interim Co-Lead Counsel | 06/05/25 | $398.05M settlement received final approval. |
| Pork Antitrust<br>Co-Lead Counsel | 05/31/25 | Defendants' motion for summary judgment largely denied, $95M in settlements received final approval and an additional $14.4M pending with the court, litigation is ongoing with remaining defendants. |
| Seattle Children's Hospital Discrimination & Personal Injury<br>Counsel | 05/23/25 | Settlement finalized. |

## CAREER HIGHLIGHTS

Steve's career highlights encompass the top cases in world history both in their historical significance and in their monetary relief. Steve's total settlements are valued at more than $340 billion, including the infamous Big Tobacco litigation of the 90s, and have had major national impact. Steve's career highlights include Enron pension protection, justice for victims of Harvey Weinstein, restitution for those affected by Volkswagen's Dieselgate scandal, the complete remaking of college sports compensation and more.

His career focus remains clear: steadfast representation for those most in need across the nation. Steve's cases have brought widespread benefit to classes of individuals spanning industries and decades. Lawsuits he has settled have reunited Hungarian Holocaust survivors with priceless family heirlooms, and also enacted major changes in youth soccer and NCAA sports to promote safety and minimize the risk of concussions. Below are Steve's outstanding career highlights.

| CASE/ROLE | IMPACT |
|---|---|
| State Tobacco Litigation<br>Special Assistant Attorney General Representing 13 States | **$260 billion**<br>**Largest civil settlement in history**<br>The multi-state agreement required tobacco companies to pay the states $260 billion and submit to broad advertising and marketing restrictions, leaving a lasting and widespread impact. |

| | |
|---|---|
| NCAA Student Athlete Name, Image and Likeness<br>Co-Lead Counsel | **$22.78 billion**<br>**Largest antitrust settlement in history**<br>Class action against the NCAA and Power Five conferences alleging violations of federal antitrust law regarding payment to college athletes for the use of their names, images and likenesses. After two decades of fighting on behalf of athletes regarding this issue, the firm secured a monumental settlement for a class of more than 400,000 NCAA players. In addition to $2.78 billion in past damages, the total value of new payments and benefits to college athletes under the new revenue-sharing model is expected to exceed $20 billion over the next 10 years, making it the largest antitrust class-action settlement in history. |
| Visa Check/MasterMoney Antitrust Litigation<br>Co-lead Counsel | **$25 billion**<br>**Largest antitrust settlement in U.S. history at the time**<br>Agreements with Visa and Mastercard secured relief valued at as much as $25-87 billion, and injunctive relief reducing interchange rates, among other benefits. |
| Volkswagen/Porsche/Audi Emissions Scandal<br>Plaintiffs' Steering Committee and Settlement Negotiating Team | **$14.7 billion**<br>**Largest ever brought against any automaker**<br>Hagens Berman's automotive legal team was the first to file in this historic lawsuit against Volkswagen for its emissions cheating and masking of harmful pollutants, culminating in a historic settlement. |
| Volkswagen Franchise Dealerships<br>Lead Counsel | **1.67 billion**<br>The firm achieved a monumental settlement on behalf of Volkswagen dealerships across the U.S. blindsided by the automaker's emissions cheating, returning an average payment to each Dealer Settlement Class Member of approximately $1.85 million. |
| Toyota Sudden, Unintended Acceleration<br>Co-lead Counsel | **$1.6 billion**<br>**Largest automotive settlement in history at the time**<br>The firm did not initially seek to lead this litigation but was sought out by the judge for its wealth of experience in managing very complex class-action MDLs. |
| Hyundai / Kia Theta II GDI Engine Fire Hazard Settlement<br>Co-lead Counsel | **$1.3 billion**<br>The firm achieved a settlement in response to a defect in 4.1 million Hyundai and Kia vehicles equipped with Theta II GDI engines putting owners at risk for spontaneous, non-collision engine fires or premature engine failure. |
| Mercedes BlueTEC<br>Co-lead Counsel | **$700 million**<br>Spurred by the firm's success in the Volkswagen Dieselgate case, Steve independently tested diesel vehicles across manufacturers, uncovering additional instances of emissions-cheating, masked via illegal defeat devices. |
| Apple E-Books Antitrust<br>Co-lead Counsel | **$568 million**<br>This antitrust lawsuit alleged Apple and five of the nation's top publishers colluded to raise the price of e-books for U.S. consumers. Steve's litigation resulted in an unheard of recovery equal to twice consumers' actual damages. Apple took the case to the U.S. Supreme Court, where it denied Apple's request to review the case. |

| | |
|---|---|
| McKesson Drug Class Litigation<br>Co-lead Counsel | **$350 million**<br>Steve was named co-lead counsel in this action that led to a rollback of benchmark prices of hundreds of brand name drugs, and relief for third-party payers and insurers. His discovery of the McKesson scheme led to follow up lawsuits by governmental entities and recovery in total of over $600 million. |
| Average Wholesale Price Litigation | **$338 million**<br>Drug prices charged to consumers and payers across the nation are significantly more than the cost to produce them. In many cases, Big Pharma conspires with other companies to create these false profits. Hagens Berman has helped several classes of plaintiffs obtain multimillion-dollar judgments. |
| Enron Pension Protection Litigation<br>Co-lead Counsel | **$250 million**<br>Attorneys represented 24,000 Enron employees claiming the company recklessly endangered retirement funds, causing some employees to lose hundreds of thousands of dollars almost overnight, in a major economic milestone in U.S. history. |
| BoA Home Loans | **$250 million**<br>Following the historic market crash in 2008, Hagens Berman filed this class action against Bank of America, Countrywide and LandSafe, alleging their collusion was in direct violation of the RICO Act and other laws. |
| McKesson Governmental Entity Class Litigation<br>Lead Counsel | **$82 million**<br>Steve was lead counsel for a nationwide class of local governments that resulted in a settlement for drug price-fixing claims. |
| JPMorgan Madoff Lawsuit | **$218 million**<br>This historic settlement against JPMorgan involved three simultaneous, separately negotiated settlements totaling more than $2.2 billion, in which Hagens Berman returned hundreds of millions of dollars on behalf of Bernard L. Madoff investors. |
| NCAA Athletic Grant-in-Aid Cap Antitrust<br>Co-lead Counsel | **$208 million**<br>Steve pioneered this historic case which forever changed NCAA sports and the lives of 53,748 class members. The case culminated in a $208 million settlement regarding damages and injunctive relief secured through a unanimous U.S. Supreme Court decision in favor of plaintiffs. According to the Court, the NCAA "permanently restrained and enjoined from agreeing to fix or limit compensation or benefits related to education" that conferences or schools may make available. Schools are now allowed to provide benefits tethered to education up to $6,000 annually. |
| Apple iOS App Developers<br>Class Counsel | **$100 million**<br>Hagens Berman represented developers of iOS apps sold via Apple's App Store or featuring in-app sales, alleging the tech giant engaged in anticompetitive practices that harmed developers. The settlement brings important changes to App Store policies and practices. U.S. iOS app developers with less than $1 million per year in proceeds from App Store sales through all associated developer accounts across the nation can receive hundreds to tens of thousands of dollars from the fund. |

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 31 of 146    Document 64

| | |
|---|---|
| Google Play Store App Developers<br>Co-lead Counsel | **$90 million**<br>This antitrust class action accused Google of monopolizing its Play Store through anticompetitive policies, affecting small businesses across the nation. Attorneys for the class of roughly 43,000 Android app developers say some class members will likely see payments in the hundreds of thousands of dollars. |
| Zuora Investor Fraud<br>Lead Counsel | **$75.5 million**<br>In a showcase of Steve's securities litigation expertise, this settlement achieved in 2023 provides significant relief to purchasers of the securities of Zuora across the U.S. |
| NCAA Concussions<br>Lead Counsel | **$75 million**<br>Hagens Berman served as lead counsel in this multidistrict litigation against the NCAA, achieving medical monitoring and injunctive relief in the form of changes to concussion management and return-to-play guidelines. The lawsuit alleged the institutions neglected to protect college athletes from concussions and their aftermath at schools across the country. |
| NCAA/Electronic Arts Name and Likeness<br>Co-lead Counsel | **$60 million**<br>This first-of-its-kind lawsuit ushered in the first time that hardworking college athletes saw some of the profits from the use of their likeness in video games. More than 24,000 individuals were eligible to receive payment, and checks were issued for up to $7,600, with a median around $1,100. |
| Harvey Weinstein Sexual Harassment | **$17.1 million**<br>As the #MeToo movement hit a fever pitch moment, Hagens Berman's Steve Berman represented a class of those harmed by Harvey Weinstein, a kingpin of sexual harassment in Hollywood. The firm litigated the case through to bankruptcy proceedings in 2020. |
| Youth Soccer Concussions | Steve pioneered this first-of-its-kind lawsuit that ended heading for US Soccer's youngest players to diminish risk of concussions and traumatic brain injuries, changing the game for youth players across the U.S. |

## ACTIVITIES

- In April of 2021, the University of Michigan School for Environment and Sustainability (SEAS) launched the Kathy and Steve Berman Western Forest and Fire Initiative with a philanthropic gift from Steve (BS '76) and his wife, Kathy. The program will improve society's ability to manage western forests to mitigate the risks of large wildfires, revitalize human communities and adapt to climate change. Steve studied at the School of Natural Resources (now SEAS) and volunteered as a firefighter due to his focus on environmental stewardship.

- In 2003, the University of Washington announced the establishment of the Kathy and Steve Berman Environmental Law Clinic. The Berman Environmental Law Clinic draws on UW's environmental law faculty and extensive cross-campus expertise in fields such as Zoology, Aquatic and Fishery Sciences, Forest Resources, Environmental Health and more. In addition to representing clients in court, the clinic has become a definitive information resource on contemporary environmental law and policy, with special focus on the Pacific Northwest.

## RECOGNITION

- Class Action MVP of the Year, Law360, 2016-2020, 2025

- Lawyer of the Year, Product Liability Litigation — Plaintiffs, Best Lawyers, 2024-2025

- Lawyer of the Year, Litigation – Securities, Seattle, Best Lawyers, 2025

- The Best Lawyers in America, Antitrust Law, Best Lawyers, 2025-2026

- The Best Lawyers in America, Antitrust Litigation, Best Lawyers, 2024-2026

- The Best Lawyers in America, Securities Litigation, Best Lawyers, 2023-2026

- The Best Lawyers in America, Plaintiffs Mass Tort Litigation/Class Actions, Best Lawyers, 2024-2026

- The Best Lawyers in America, Product Liability Litigation — Plaintiffs, Best Lawyers, 2023-2026

- Titan of the Plaintiffs Bar, Law360, 2018, 2020, 2022, 2025

- 500 Leading Lawyers in America, Plaintiff Consumer Lawyers, Lawdragon, 2019-2025

- Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice, American Antitrust Institute, 2018, 2019, 2021, 2024

- 500 Global Plaintiff Lawyers, Lawdragon, 2024

- 500 Leading Lawyers in America, Plaintiff Financial Lawyers, Lawdragon, 2019-2025

- Leading Commercial Litigators, The Daily Journal, 2022

- Hall of Fame, Lawdragon, 2022

- Plaintiffs' Attorneys Trailblazer, The National Law Journal, 2017, 2022

- Sports & Entertainment Law Trailblazer, The National Law Journal, 2021

- Elite Trial Lawyers, The National Law Journal, 2014-2016, 2018-2019

- 500 Leading Lawyers in America, Lawdragon, 2014-2019

- Finalist for Trial Lawyer of the Year, Public Justice, 2014

- One of the 100 Most Influential Attorneys in America, The National Law Journal, 2013

- Most Powerful Lawyer in the State of Washington, The National Law Journal, 2000

- One of the Top 10 Plaintiffs' Firms in the Country, The National Law Journal

## PRESENTATIONS

- Steve is a frequent public speaker and has been a guest lecturer at Stanford University, University of Washington, University of Michigan and Seattle University Law School.

## PERSONAL INSIGHT

Steve was a high school and college soccer player and coach. Now that his daughter's soccer skills exceed his, he is relegated to being a certified soccer referee and spends weekends being yelled at by parents, players and coaches (as opposed to being yelled at by judges during the week). Steve is also an avid cyclist and is heavily involved in working with young riders on the international Hagens Berman Axeon cycling team.



moses.jehn@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**PRACTICE AREAS**

Antitrust Litigation
Class Action
Consumer Rights

**COURT ADMISSIONS**

▪ U.S. District Court for the
Eastern District of Wisconsin

**EDUCATION**

▪ Harvard Law School, J.D., 2025
▪ Carleton College, B.A., magna
cum laude, 2022

**ASSOCIATE**

# Moses I. Jehng

Moses believes in the law as an instrument for social change and accountability, even if it has its limits; he hopes to help increase access to that valuable instrument.

## CURRENT ROLE

- Associate, Hagens Berman Sobol Shapiro LLP

## EXPERIENCE

- Prior to joining Hagens Berman, Moses attended Harvard Law School, where he served as an executive managing editor for the Harvard Civil Rights – Civil Liberties Law Review. Additionally, he helped lead a small group (sibfam) in the Asian Pacific American Law Students Association, and participated in the employment, housing and education law clinics

- Interned at a prominent plaintiff's side employment firm in Boston, as well as at the Oregon Law Center

- Worked as a summer associate at Hagens Berman and a nationally recognized civil rights firm in Chicago

- Interned at the U.S. Attorney's Office in the District of Hawaii

## LANGUAGES

- Mandarin (fluent, conversational)

## PERSONAL INSIGHT

Moses enjoys cooking (especially Taiwanese food), eating (any food), long walks and sedentary behavior.



stephaniev@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**PRACTICE AREAS**

Antitrust Litigation
Sports Litigation

**INDUSTRY EXPERIENCE**

▪ Sports Governance
▪ Sports Policy and Protocols

**COURT ADMISSIONS**

▪ U.S. District Court for the Western District of Washington
▪ U.S. District Court for the Eastern District of Wisconsin

**EDUCATION**

▪ University of Washington School of Law, J.D., 2021, Order of Barristers
▪ Seattle University, B.A. Political Science and Legal Studies, summa cum laude, 2015

**ASSOCIATE**

# Stephanie A. Verdoia

Stephanie brings to the firm a deep knowledge of professional sports policies, protocols and governance to enrich Hagens Berman's robust sports law practice.

## CURRENT ROLE

- Associate, Hagens Berman Sobol Shapiro LLP

- Ms. Verdoia's practice at the firm's Seattle office focuses primarily on sports litigation, where she applies her deep knowledge of sports governance, policies and protocols to bolster the firm's expansive work in this area of law.

## EXPERIENCE

- Prior to joining Hagens Berman, Ms. Verdoia interned at Seattle's Legal Voice, where she researched legal issues regarding gender equality by analyzing the interplay between constitutional principles, recently enacted state statutes and prevailing precedent.

- Ms. Verdoia also interned with the legal department at Seattle Sounders FC, where she provided legal research and solutions responding to the evolving developments of the COVID-19 pandemic.

## RECOGNITION

- Legal Lion of the Week as part of the litigation team that achieved class certification in NCAA Student-Athlete Name, Image and Likeness, Law360, 2023

## ACTIVITIES

- Her additional experience in professional sports lends itself to the firm's sports litigation practice area. Ms. Verdoia has years of experience in the realm of professional soccer as a midfielder in Norway's Toppserien top division soccer and with the National Women's Soccer League (NWSL) both for the Boston Breakers and most recently the OL Reign (formerly known as Seattle Reign FC).

- During her time in these roles, she trained with the top NWSL team to enhance squad development with the Reign; led Norway's Vålerenga Fotbal Damer to the national championship game; and was one of only 36 women nationally drafted into the professional female league when she began her professional sports career in 2015 with the Boston Breakers.

- Ms. Verdoia has also served as a league representative, helping to take a leadership role in the sport by conducting conversation with key league figures to further players' interests and advance gender equity in sport. She also implemented working standards to create a safer environment and established a framework for a future players association.

## PERSONAL INSIGHT

As a lifelong soccer player, Stephanie spends her free time coaching youth soccer teams at the OL Reign Academy. She also enjoys camping anywhere in the Pacific Northwest with her fiancé, Shane, and her dog, Stevie.

ABOUT THE FIRM

# The Firm

Hagens Berman Sobol Shapiro LLP was founded in 1993 with one purpose: to help victims with claims of fraud and negligence that adversely impact a broad group. Through the firm's focus on class-action litigation and other complex, multi-party cases, it fights for those seeking representation against wrongdoing and fraud. As the firm grew, it expanded its scope while staying true to its mission of taking on important cases that implicate the public interest and the greater good. We represent plaintiffs including consumers, inventors, investors, workers, the environment, governments, whistleblowers and others.

> We are one of the nation's leading class-action law firms and have earned an international reputation for excellence and innovation in ground-breaking litigation against large corporations.

## OUR FOCUS

Our focus is to represent plaintiffs in antitrust, consumer fraud, employment, environmental, intellectual property, product liability, securities and investment fraud, sexual harassment, tort and whistleblower law cases. Our firm is particularly skilled at managing multistate and nationwide class actions through an organized, coordinated approach. Our skilled team implements an efficient and aggressive prosecutorial strategy to place maximum pressure on defendants.

## WE WIN

We believe excellence stems from a commitment to try each case, vigorously represent the best interests of our clients and obtain maximum recovery. Our opponents know we are determined and tenacious. They respect our skills and recognize our track record of achieving top results for those who need it most.

## WHAT MAKES US DIFFERENT

We are driven to return to the class every possible portion of its damages — our track record proves it. While many class action or individual plaintiff cases result in large legal fees and no meaningful outcome for the client or class, Hagens Berman finds ways to return real value to the victims of corporate fraud and malfeasance through damages and real change.

## AN INTERNATIONAL REACH

Our firm offers clients an international scope of practice. We have flourished through our core network of U.S. offices, and with a global expansion, Hagens Berman has grown geographically to where our eyes have always been: trends of fraud, negligence and wrongdoing taking form anywhere in the world. The firm now does business through endeavors in Paris, London and Amsterdam and has a vested interest in fighting global instances of oppression and injustice.

ABOUT THE FIRM
# Awards

## Outstanding Antitrust Litigation Achievement Honoree
**AMERICAN ANTITRUST INSTITUTE**

*Cameron et al v. Apple*  *In re NCAA Athletic Grant-in-Aid Cap*  *Edwards v. National Milk Producers Federation*

| | |
|---|---|
| **Top Verdict of the Year** <br> *EA/Madden NFL Video Game Development* <br> **THE DAILY JOURNAL** | **Antitrust Practice Group of the Year** <br> **LAW360** |
| **Most Feared Plaintiffs Firms** <br> **LAW360** | **Class Action Practice Group of the Year** <br> **LAW360** |
| **Elite Trial Lawyer Litigation Firm of the Year** <br> **THE NATIONAL LAW JOURNAL** | **Top 10 Plaintiffs' Firms in the Country** <br> **THE NATIONAL LAW JOURNAL** |
| **The Best Law Firms in America** <br> **BEST LAWYERS** | **Leading Plaintiff Consumer Lawyers in America** <br> **LAWDRAGON** |
| **MVP of the Year Award Class Action (Steve Berman)** <br> **LAW360** | **500 Global Plaintiff Lawyers** <br> **LAWDRAGON** |

ABOUT THE FIRM

# Locations

### SEATTLE

1301 Second Avenue, Suite 2000
Seattle, WA 98101
T 206-623-7292
F 206-623-0594

### CHICAGO

455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T 708-628-4949
F 708-628-4950

### PHOENIX

11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
T 602-840-5900
F 602-840-3012

### BERKELEY

715 Hearst Avenue, Suite 300
Berkeley, CA 94710
T 510-725-3000
F 510-725-3001

### LOS ANGELES

301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T 213-330-7150
F 213-330-7152

### SAN DIEGO

533 F Street
Suite 207
San Diego, CA 92101
T 619-929-3340

### BOSTON

1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
T 617-482-3700
F 617-482-3003

### NEW YORK

594 Dean Street, Suite 24
Brooklyn, NY 11238
T 212-752-5455
F 917-210-3980

### LONDON

Hagens Berman UK LLP
80 Strand
London, WC2R 0DT
T 0204 576 6605

### PARIS

HBSS France
106 rue de l'Université
75007 Paris
T +1 83 64 15 08

**ABOUT THE FIRM**

# Accolades

"I think you have conducted yourselves with great professionalism in this case that has been very difficult, very challenging, and I'm grateful for your professionalism and your advocacy"

*— Honorable Terrence G. Berg*
*Fairness Hearing in Mark D. Chapman, et al. v. General Motors LLC, April 25, 2025*

"unprecedented success in the antitrust field"

*— California Magistrate Judge Nathanael M. Cousins*
*A July 2015 order awarding attorneys' fees in student-athlete name and likeness litigation*

"…I have never worked with such professional, decent counsel."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Transcript of Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation, (Hagens Berman helped secure a $700 million settlement for class members and served as interim class counsel.)*

"…when you get good lawyers this is what happens; you get these cases resolved."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

"…I have never worked with such professional, decent counsel."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Transcript of Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation, (Hagens Berman helped secure a $700 million settlement for class members and served as interim class counsel.)*

"…respective clients certainly got their money's worth with these attorneys and the work that they did on their behalf. …Plaintiffs did an excellent job on behalf of their clients in this case."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired)*
*Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

"Class Member reaction to the Mercedes Settlement is overwhelmingly positive."

*— Hon. Dennis M. Cavanaugh (Ret.) Special Master, In re Mercedes-Benz Emissions Litigation*

"Not only did they work hard and do what was appropriate under the circumstances; their behavior was exemplary throughout. They were fair and firm. There were no pushovers involved here."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 40 of 146    Document 64

"I will reiterate that class counsel has demonstrated over many years, superior experience and capability in handling class actions of this sort."

*— Hon. Beth Labson Freeman, United States District Judge, Final Approval of Settlement Hearing for Dean Sheikh et al v. Tesla, Inc.*

"…This result…puts significant money into the pockets of all of the class members, is an excellent result. …I've also looked at the skill and quality of counsel and the quality of the work… and find that to have been at a high level."

*— Hon. Beth Labson Freeman, United States District Judge, Final Approval of Settlement Hearing for Dean Sheikh et al v. Tesla, Inc.*

"Unlike many antitrust class actions, Plaintiffs' Counsel identified and investigated the allegations in this case without the benefit of a prior government investigation."

*— Hon. Stephanie A. Gallagher, U.S. District Judge*
*Order Granting Plaintiffs' Motion for Attorneys' Fees, Jien et al. v. Perdue Farms Inc. et al.*

"Plaintiffs' Counsel consistently demonstrated strong and vigorous advocacy … Their skill and efficiency are further demonstrated by the strength and resources of defense counsel, which include some of the most respected law firms in the country."

*— Hon. Stephanie A. Gallagher, U.S. District Judge*
*Order Granting Plaintiffs' Motion for Attorneys' Fees, Jien et al. v. Perdue Farms Inc. et al.*

"aggressive and independent advocacy"

*— Hon. Thomas M. Durkin in an order appointing Hagens Berman as interim class counsel in In re Broiler Chicken Antitrust Litigation*

"Landmark consumer cases are business as usual for Steve Berman."

*— The National Law Journal, naming Steve Berman one of the 100 most influential attorneys in the nation for the third time in a row*

"Berman is considered one of the nation's top class action lawyers."

*— Associated Press*

"Class counsel has consistently demonstrated extraordinary skill and effort."

*— Hon. James Selna, Central District of California, In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Products Liability Litigation, (The firm was appointed co-lead counsel without submitting to lead the case, and later achieved what was then the largest settlement in history brought against an automaker – $1.6 billion.)*

"…the track record of Hagens Berman['s] Steve Berman is…impressive, having racked… a $1.6 billion settlement in the Toyota Unintended

Acceleration Litigation and a substantial number of really outstanding big-ticket results."

— *Hon. Milton I. Shadur, Senior U.S. District Judge, naming Hagens Berman interim class counsel in Stericycle Pricing MDL (Hagens Berman served as lead counsel and secured a $295 million settlement.)*

"Class Counsel are extremely qualified and competent counsel who have experience and expertise prosecuting complex class actions…successfully tried class actions to jury verdicts and…also obtained billions of dollars in settlements…"

— *Judge Magnuson, Final CBL Approval Order*

"Plaintiffs have zealously litigated this case on behalf of the class over the course of eight years…the reaction of the class members has been overwhelmingly positive."

— *Hon. Jeffrey S. White*
*Order finalizing $28 million settlement in class-action against Schneider National Carriers Inc.*

"[A] clear choice emerges. That choice is the Hagens Berman firm."

— *U.S. District Court for the Northern District of California, In re Optical Disk Drive Products Antitrust Litigation (Appointing the firm lead counsel in the case which would later usher in $205 million in settlements.)*

"All right, I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that the results are exceptional…You did an exceptionally good job at organizing and managing the case…"

— *U.S. District Court for the Northern District of California, In re Dynamic Random Access Memory Antitrust Litigation (Hagens Berman was co-lead counsel and helped achieve the $406 million class settlement.)*

ABOUT THE FIRM
# Victories & Settlements

Since its founding, the firm has secured settlements valued at more than $345 billion on behalf of class members in large-scale complex litigation.

## $260 BILLION
### STATE TOBACCO LITIGATION
Hagens Berman represented 13 states prosecuting major actions against Big Tobacco. The settlement led to a multistate settlement requiring the tobacco companies to pay the states and submit to advertising and marketing restrictions. It was the largest civil settlement in history.

## $22.78 BILLION
### NCAA NAME, IMAGE & LIKENESS
The firm filed this class-action lawsuit on behalf of current and former NCAA college athletes accusing the NCAA, Pacific-12 Conference, the Big Ten Conference, the Big Twelve Conference, Southeastern Conference and Atlantic Coast Conference of allegedly illegally limiting the compensation that Division I college athletes may receive for the use of their names, images, likenesses and athletic reputations. Final approval of a $22.78 billion settlement was granted by the court, including $2.78 billion in back damages and revenue-sharing benefits expected to exceed $20 billion over the next 10 years — believed to be the largest antitrust settlement in history.

## $25 BILLION
### VISA CHECK/MASTERMONEY ANTITRUST LITIGATION
The firm served as co-lead counsel in what was then the largest antitrust settlement in history. The class-action lawsuit alleged that Visa and MasterCard engaged in an anticompetitive scheme to monopolize the debit card services market and charge merchants artificially inflated interchange fees by tying merchant acceptance of their debit card services, Visa Check and MasterMoney, to merchant acceptance of their credit card services. Settlements secured categories of relief that court decisions valued at as much as $25-87 billion.

## $14.7 BILLION
### VOLKSWAGEN EMISSIONS LITIGATION
Hagens Berman was named a member of the plaintiffs' steering committee and part of the settlement negotiating team in this monumental case that culminated in the largest automotive settlement in history. The firm was the first law firm to file against Volkswagen regarding its Dieselgate emissions-cheating scandal.

## $1.67 BILLION
### VOLKSWAGEN FRANCHISE DEALERS LITIGATION
The firm served as lead counsel representing VW franchise dealers in this lawsuit related to VW's Dieselgate scandal. The settlement recovered nearly full damages for the class.

## $1.6 BILLION
### TOYOTA UNINTENDED ACCELERATION LITIGATION
Hagens Berman served as co-lead counsel and secured what was then the largest automotive settlement in history in this class action that recovered $1.6 billion for vehicle owners.

## $1.3 BILLION
### HYUNDAI KIA THETA II GDI FIRE HAZARD LITIGATION I
Hagens Berman is co-lead counsel in this case accusing automakers of selling vehicles with failure-prone engines that could sometimes catch fire. The case is still pending litigation pertaining to other affected models.

## $700 MILLION
### MERCEDES BLUETEC EMISSIONS LITIGATION
A monumental settlement was reached on behalf of owners of Mercedes vehicles affected by Daimler's emissions cheating. The case was initially filed and researched by Hagens Berman, based on the firm's independent vehicle testing, and the firm served as co-lead counsel. The consumer settlement followed a $1.5 billion settlement between Mercedes and the U.S. Justice Department and California Air Resources Board. The settlement includes an $875 million civil penalty for violating the Clean Air Act.

# $568 MILLION
## APPLE E-BOOKS ANTITRUST LITIGATION
Hagens Berman served as co-lead counsel against Apple and five of the nation's largest publishing companies and secured a combined $568 million settlement, returning class members nearly twice their losses in recovery, following the firm's victory over Apple after it appealed the case to the U.S. Supreme Court.

# $470 MILLION
## LCD ANTITRUST LITIGATION
Hagens Berman served as a member of the Executive Committee representing consumers in multi-district litigation. Total settlements exceeded $470 million.

# $406 MILLION
## DRAM ANTITRUST LITIGATION
The firm was co-lead counsel in this antitrust case which settled for $406 million in favor of purchasers of dynamic random access memory chips.

# $307 MILLION
## FCA ECODIESEL EMISSIONS CHEATING LITIGATION
The firm achieved a settlement on behalf of owners of EcoDiesel Dodge 1500 and Jeep Grand Cherokee vehicles in response to Fiat Chrysler's emissions-cheating. Under the settlement, class members who repair their vehicles and submit a claim will receive $3,075. The total value of the deal is estimated at $307 million, granted all owners submit a valid claim.

# $300 MILLION
## HYUNDAI/KIA HYDRAULIC ELECTRONIC CONTROL UNIT (HECU) FIRE HAZARD
Approximately three million Hyundai and Kia vehicles nationwide were affected by a dangerous defect in the hydraulic and electronic control units (HECU), also known as anti-lock brake (ABS) modules which posed a risk of non-collision engine fires. Conservatively, plaintiffs' experts valued the settlement achieved by Hagens Berman as co-class counsel in the range of $326 million to $652 million.

# $255 MILLION
## HYUNDAI & KIA FUEL ECONOMY LITIGATION
Hagens Berman filed a class-action lawsuit on behalf of consumers alleging Hyundai and Kia overstated fuel economy for many vehicles they sold in the United States.

# $250 MILLION
## ENRON ERISA LITIGATION
Hagens Berman was co-lead counsel in this ERISA litigation, which recovered in excess of $250 million, the largest ERISA settlement in history.

# $250 MILLION
## BOFA COUNTRYWIDE APPRAISAL RICO
Hagens Berman served as co-lead counsel in a nationwide class-action lawsuit against Bank of America, Countrywide Financial and appraisal firm LandSafe Inc. on behalf of a class of home buyers accusing the suit's defendants of carrying out a series of phony appraisals in an attempt to secure more loans.

# $212 MILLION
## TOYOTA, LEXUS DENSO FUEL PUMP DEFECT
Hagens Berman represented consumers in a lawsuit alleging that Toyota Motor Corp. sold vehicles with faulty engines made by Denso International America Inc. The defect left vehicle owners at risk of spontaneous vehicle shutdown, engine stall and other safety risks that increased the likelihood of a crash or injury. The settlement brought relief to more than 3.3 million vehicle owners and is valued between $212 million and $288 million.

# $205 MILLION
## OPTICAL DISC DRIVES (ODD) ANTITRUST LITIGATION
Hagens Berman served as lead counsel on behalf of consumers in a lawsuit filed against Philips, Pioneer and others for artificially inflating the price of ODDs.

# $200 MILLION
## NEW ENGLAND COMPOUNDING PHARMACY MENINGITIS OUTBREAK LITIGATION
Hagens Berman attorneys served as lead counsel for the plaintiffs' steering committee on behalf of plaintiff-victims of the 2012 fungal meningitis outbreak that led to more than 64 deaths and hundreds of joint infection cases.

# $169 MILLION
## ANIMATION WORKERS
Hagens Berman was co-lead counsel for a class of approximately 10,000 animators and other artistic workers in an antitrust class action against Pixar, DreamWorks, The Walt Disney Company, Sony and others for allegedly conspiring to restrain competition and suppress industry wages. A $169 million settlement resulted in a payment of more than $13,000 per class member.

# $123.4 MILLION
## EXPEDIA LITIGATION

Hagens Berman led this class action arising from bundled "taxes and service fees" that Expedia collects when its consumers book hotel reservations. Plaintiffs alleged that by collecting exorbitant fees as a flat percentage of the room rates, Expedia violated both the Washington Consumer Protection Act and its contractual commitment to charge as service fees only "costs incurred in servicing" a given reservation.

# $120 MILLION
## GENERAL MOTORS IGNITION SWITCH

Hagens Berman represented owners of GM-branded vehicles as co-lead counsel in a national class-action lawsuit seeking compensation, statutory penalties and punitive damages against GM on behalf of owners of millions of vehicles affected by alleged safety defects and recalls. The court granted final approval to a $120 million settlement on behalf of affected GM vehicle owners on Dec. 18, 2020. Under the settlement, a trust controlled by creditors in GM's 2009 bankruptcy contributed up to $50 million.

# $113 MILLION
## BATTERIES ANTITRUST LITIGATION

Hagens Berman served as co-lead counsel and secured a settlement in this class-action lawsuit against some of the largest electronics manufacturers for allegedly illegally fixing the price of lithium-ion batteries, pushing costs higher for consumers.

# $108 MILLION
## FIAT CHRYSLER LOW OIL PRESSURE SHUT-OFF

As co-lead counsel, Hagens Berman represented a class of owners of Fiat Chrysler vehicles allegedly prone to spontaneous shut off when oil pressure is low. A federal judge approved a settlement valued at $108 million comprised of comprehensive relief including extended warranties, software upgrades, free testing and repairs and repair reimbursements.

# $100 MILLION
## APPLE IOS APP STORE LITIGATION

In this lawsuit against Apple, the firm served as interim lead counsel in this matter and represented U.S. iOS developers against the tech giant. The suit accused Apple of monopolizing distribution services for iOS apps and in-app digital products, allegedly resulting in commission overcharges. Apple agreed to pay $100 million and make developer-friendly changes to its App Store policy.

# $100 MILLION
## OPPENHEIMER CORE BOND AND CHAMPION INCOME FUNDS LITIGATION

Hagens Berman obtained settlements in two cases alleging that various Oppenheimer entities and certain individual defendants made materially false or misleading statements and omissions to the investing public regarding the investment profile and objectives of the two funds.

# $100 MILLION
## TENET HEALTHCARE

Hagens Berman achieved a settlement on behalf of uninsured patients who received care at Tenet facilities nationwide, alleging that the patients were charged excessive prices at 114 hospitals owned and operated by Tenet Healthcare. The suit claimed that Tenet took advantage of the uninsured and working poor who did not have the economic leverage to negotiate lower rates, while giving discounts to HMO's and other large payers.

# $100 MILLION
## TREMONT LITIGATION

The firm filed a class action on behalf of investors alleging the company and others grossly neglected fiduciary duties by turning capital over to Bernard Madoff Investment Securities.

# $98 MILLION
## PROGRAF ANTITRUST LITIGATION

Hagens Berman served as court-appointed co-lead class counsel representing a class of direct purchasers of Prograf. The antitrust lawsuit alleges that Astellas violated antitrust laws by filing a petition with the FDA as a means of delaying entry of a generic version of Prograf, a drug used to prevent organ rejection by kidney, liver, heart and lung transplant patients.

# $95 MILLION
## APPLECARE

This class action secured compensation for iPhone and iPad owners who bought AppleCare or AppleCare+ coverage. The suit accused Apple of using inferior, refurbished or used parts in device replacements, despite promising to provide consumers with a device "equivalent to new in performance and reliability," and Hagens Berman reached a settlement with the tech giant in April 2022, resolving these claims.

# Exhibit B

 **ZELLE** LLP

# Jennifer Duncan Hackett
Partner



1775 Pennsylvania Avenue, NW
Suite 375
Washington, DC 20006
TEL: (202) 899-4102
jhackett@zellelaw.com

**PRACTICE AREAS**

- Antitrust and Unfair Competition
- Antitrust Counseling & Compliance
- Breach of Contract
- Class Actions
- Commercial Litigation
- Corporate Plaintiff Affirmative Recovery
- Indirect and Direct Purchaser Class Actions
- Securities/Securities Lending

**BAR AND COURT ADMISSIONS**

- U.S. District Court for the District of Columbia
- U.S. District Court for the District of Maryland
- State Courts: District of Columbia, Maryland, Oregon

**EDUCATION**

- New York University School of Law, J.D., *cum laude*, 2001

Jennifer (Jen) Hackett is the Office Managing Partner of the Washington, DC office. She has litigated complex antitrust, commercial, and financial services cases, including trials, international arbitrations, settlement negotiations, and federal appeals.

Jennifers practice involves a wide range of litigation, antitrust counseling, and appellate matters, including representation of opt-out, class, and individual plaintiffs and defendants in antitrust and financial services cases, premerger notification advice and assistance with Hart-Scott-Rodino filings, antitrust and litigation analysis in the financial services sector, international arbitration in the pharmaceutical/life sciences arena, and litigation in various complex contractual dispute cases.

Jennifer has represented companies that opted out of price-fixing class actions in the financial services sector, pharmaceuticals, vitamins, feed additives and corrugated boxes, as well as a number of clients asserting monopolization claims against competitors.

Jennifer is a frequent speaker and CLE instructor on various antitrust topics, as well as a member of the American Antitrust Institute Advisory Board.

**REPRESENTATIVE MATTERS**

Represents Freddie Mac and the Federal Deposit Insurance Corporation as Receiver for 38 Closed Banks in the LIBOR antitrust litigation.

Represented a manufacturer of sheet wave machines in a Section 2 case against a competitor in case that went to a jury trial and later to the 9th Circuit.

Represented a heavy duty transmissions manufacturer in *ZF Meritor LLC, et al. v. Eaton Corporation*, U.S. District Court for the District of Delaware, which obtained a liability verdict for plaintiffs in a bifurcated antitrust jury trial involving monopolization and exclusive dealing issues. After a successful appeal in the Third Circuit, the case was remanded for a damages trial, and settled on the eve of trial for $500 million, one of the largest antitrust settlements in recent years.

Principally involved in drafting of appellate briefs submitted to the Ninth Circuit



- Lewis & Clark College, B.A., *with honors*, 1995

Court of Appeals in a contractual dispute involving liability issues arising out of a helicopter crash in California. Argued the appeal before the Court of Appeals (*Columbia Helicopters Inc. v. Carson Helicopters, Inc.*).

**ARTICLES & PRESENTATIONS**

"Amazon and the Independent Bookseller: A New Look at Market Definition?," American Antitrust Institute Online Symposium: Technology and Market Definition, June 24, 2020, author

"The Price is Right: How to Know," ABA Antitrust Law Spring Meeting, Washington, DC, April 11-13, 2018, co-presenter

"Blurred Lines: Assessing Sherman Act Exposure For Hub-And-Spoke Agreements," American Bar Association webinar, May 23, 2017, co-presenter

Antitrust Scrutiny: Ways to Plan, Prepare, and Respond, National Constitution Center Webcast, December 17, 2014

Calculating the Risks and RewardsThe Basics of Antitrust Economics , Lawline Webcast - Managing Your Risk of Exposure Under U.S. Antitrust Law: A Five-Part Series Presented by Dickstein Shapiro LLP, May 2, 2014

Enforcement and Litigation Under Sherman Act  1, Lawline Webcast - Managing Your Risk of Exposure Under U.S. Antitrust Law: A Five-Part Series Presented by Dickstein Shapiro LLP, May 2, 2014

**PROFESSIONAL AFFILIATIONS**

American Antitrust Institute (AAI) - member of the Advisory Board

**PRO BONO ACTIVITIES**

Jennifer has been actively involved in pro bono efforts throughout her career in a number of different areas. Most recently, she represented the National Association of the Deaf in a civil rights case involving federal employees. She previously served as outside counsel for the Yellow Ribbon Fund, a non-profit organization that supports injured service members. Other experience includes litigating a prisoners rights case in federal district court, contributing



to two amicus curiae briefs to the U.S. Supreme Court in a habeas corpus case, representing domestic violence victims, and coordinating pro bono work with domestic violence organizations.

**NOTEWORTHY**

Recognized in Band 3 by the Chambers USA Guide for the District of Columbia Antitrust: Mainly Plaintiff category, 2025

Cited in the *The Legal 500 US* ranking of the firm for Antitrust Civil Litigation/Class Actions: Plaintiff in the United States, 2024, 2025

Named among the 2019-2025 Lawdragon "500 Leading Plaintiff Financial Lawyers"

Named a Washington, DC "*Super Lawyer*" in Antitrust Litigation in 2020

Selected for inclusion in Whos Who Legal: Competition by *Global Competition Review*, 2016-2024, and as a Thought Leader, 2020-2024

*Legal 500: The Clients Guide to the US Legal Profession*, June 5, 2013



# James Robertson Martin
Partner



1775 Pennsylvania Avenue, NW
Suite 375
Washington, DC 20006
TEL: (202) 899-4101
jmartin@zellelaw.com

**PRACTICE AREAS**

- Antitrust and Unfair Competition
- Antitrust Counseling & Compliance
- Breach of Contract
- Class Actions
- Commercial Litigation
- Corporate Plaintiff Affirmative Recovery
- Financial Services Litigation
- Indirect and Direct Purchaser Class Actions
- International Competition
- Pandemic Claims and Litigation
- Securities/Securities Lending

**BAR AND COURT ADMISSIONS**

- State Courts: District of Columbia, California
- U.S. Supreme Court

**EDUCATION**

- Loyola Law School, Los Angeles, J.D., 1994, *Order of the Coif*

James Robertson Martin (Jim) is co-chair of the Firms Antitrust group and former member of Zelles Executive Committee.

Jim has experience in all aspects of complex antitrust, commercial, and financial services litigation on a national and international scale. He has represented corporations, financial institutions, and federal agencies in high-stakes litigation ranging from cartels to monopolization.

He and his partner, Jennifer Duncan Hackett, look for the challenging cases, the ones that present opportunities to extend the reach of the antitrust laws to unrepresented victims or to advocate novel theories of relief that will allow them to serve the role of private attorney general envisioned by Congress when it enacted laws creating a treble-damages right of action.

Together, Jim and Jen were at the forefront of the now accepted opt-out practice. They pursued novel monopolization claims to protect new and innovative challengers to the status quo, they have identified and pursued theories of relief in pay-for-delay cases that went beyond the standard script of causation and damages. They developed theories of fraud and collusion that set their clients apart in the LIBOR MDL and have helped those clients achieve significant recoveries through U.S. (and related English) litigation in a difficult environment. They went to trial on behalf of a surf wave manufacturer, pressing for an extension of the law ultimately rejected by the Ninth Circuit, but worth the battle. And they are part of a team of lawyers leading a charge to dismantle the junior hockey system that deprives youths aged 16-20 of the benefits of competition.

Despite the small size of their office, they routinely face the worlds best defense lawyers and consistently punch above their weight.

When the COVID pandemic hit, Jim shifted to defending insurers  particularly through dozens of amicus briefs on behalf of trade associations to help forestall a rush to judgment and orient courts to the tremendous risks insurers face and the benefits they provide to commercial property owners around the country.

Jim is a frequent speaker and author. In 2015, he received the distinguished Burton Award as one of the nations top legal writers.

ATLANTA  |  BOSTON  |  DALLAS  |  FT. LAUDERDALE  |  LONDON  |  MINNEAPOLIS
NEW YORK  |  OAKLAND  |  PHILADELPHIA  |  WASHINGTON, DC



- University of Massachusetts Amherst, B.A., 1987

**REPRESENTATIVE MATTERS**

Represents Freddie Mac and the Federal Deposit Insurance Corporation as Receiver for 38 Closed Banks in the LIBOR antitrust litigation.

Represents a putative class of plaintiffs in *World Association of Icehockey Players Unions North America Division, et al. v. National Hockey League*, 24-cv-01066.

Represents, and has represented, United HealthCare Services, Inc. in opt-out actions against drug makers, including *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, and several pay-for-delay schemes involving the drugs Provigil, Zetia, and Xyrem.

Represented 11 companies in a price-fixing case that opted out of a class action against The Dow Chemical Corporation, BASF. Jim handled th e*Daubert*hearing, presented plaintiffs expert to the jury, and cross-examined Dows liability expert before Dow agreed to pay $400 million to settle.

Appointed to Plaintiffs Steering Committee in*In re German Automotive Manufacturers Antitrust Litigation*on behalf of a putative class of direct purchaser plaintiffs.

Represented the maker of heavy-duty transmissions in a case alleging that the dominant manufacturer used market-share agreements with purchasers and engaged in other conduct to squeeze it out of the marketplace. That case settled for $500 million*(ZF Meritor, LLC v. Eaton Corp.).*

Represented the owners of WordPerfect in a case alleging unlawful monopolization*(Novell, Inc. v. Microsoft Corp.)*.

Represented several property insurers in defense of putative class actions alleging wrongful denial of coverage arising from COVID-19.

He also served as Counsel to a pharmaceutical company in a three-week international arbitration with claimed damages exceeding $1 billion in a licensing/breach of contract case.

Defended companies accused of antitrust violations, serving as defense


liaison counsel representing Dunlop in*In re Marine Hose Antitrust Litigation,*and brought companies before the Department of Justice to raise concerns about suspected collusion.

Represented Korean manufacturer accused of antitrust violations in market for LCD-TFT Panels, and obtained dismissals without having to file answers.

Represented a group of noted economic professors and scholars as*amici curiae*before the U.S. Supreme Court*(Empagran v. F. Hoffmann-La Roche Ltd.).*

Represented more than four dozen Fortune 500 companies that opted out of a class action alleging that manufacturers of corrugated boxes conspired to decrease output and increase prices. In total, settlements from the case,*In re Linerboard Antitrust Litigation*, exceeded $200 million.

Represented more than 125 companies, including Fortune 500 companies such as Tyson Foods, that opted out of a class action alleging that manufacturers of bulk vitamins (including F. Hoffman-La Roche Ltd., BASF, Takeda, and others) engaged in a decades-long cartel to artificially inflate prices.These companies collectively realized proceeds from settlements exceeding $1 billion.

Represented more than four dozen companies that opted out of a class action alleging that manufacturers of the animal feed additive methionine engaged in a cartel to artificially inflate prices.These companies obtained settlements that represented a multiple of what they would have received as class members.

**ARTICLES & PRESENTATIONS**

James Robertson Martin Quoted in Global Competition Review: Parler Alleges Amazon Cuts Access in Competitive Threat to Twitter, January 21, 2021

"Gimme a Break: Are ACPERA Benefits Obtainable?," American Bar Associations Section of Antitrust Law, June 10, 2020, panelist

"Square Peg/Round Hole  Why COVID-19 Coverage Disputes Dont Fit the Template for Class Actions and MDLs," Zelle Webinar, April 28, 2020, co-presenter



# James Robertson Martin

James Robertson Martin Quoted in Reuters: Race is on to lead business interruption insurance litigation, April 22, 2020

"Class Certification Issues in Coronavirus-Related Commercial Property Insurance Litigation," April 10, 2020, co-author

"Spotlight on Private Antitrust Enforcement at Seoul Forum," *Competition Law360*,November 5, 2018, author

"Implementation of Civil Means for Competition," 10th Seoul International Competition Forum, Seoul, Korea,September 13, 2018, panelist

"Gorsuchs Good, Wrong Opinion on Microsoft Antitrust Case," *Competition Law360*,February 1, 2017, author

"Questioning 2nd Circ. Analysis in Aluminum Antitrust Case," *Competition Law360*,August 26, 2016, author

Judge Posner Speaks on the FTAIA: Rejects Fermats Principle of Least Time, *CPI Antitrust Chronicle*, January 2015

Antitrust Scrutiny: Ways to Plan, Prepare, and Respond, National Constitution Center Webcast, December 17, 2014

Fermats Principle and the FTAIA: What Courts Can Learn From Optics (Recipient of 2015 Burton Distinguished Legal Writing Award), *CPI Antitrust Chronicle*, September 2014

Calculating the Risks and RewardsThe Basics of Antitrust Economics , Lawline Webcast - Managing Your Risk of Exposure Under U.S. Antitrust Law: A Five-Part Series Presented by Dickstein Shapiro LLP, May 2, 2014

Enforcement and Litigation Under Sherman Act  1, Lawline Webcast - Managing Your Risk of Exposure Under U.S. Antitrust Law: A Five-Part Series Presented by Dickstein Shapiro LLP, May 2, 2014

The International Reach of United States Antitrust Law, International Enforcement of Competition Law in the Age of Globalization Symposium, Waseda University, Tokyo, Japan,March 20, 2014



Please Take A Seat - The FTAIA Is Not About Standing, *Law360*, January 29, 2014

**PROFESSIONAL AFFILIATIONS**

ABA Antitrust Law Section, member

**NOTEWORTHY**

Recognized as a Washington, DC Super Lawyer, 2023, 2024

Named as a "Leading Lawyer" in *The Legal 500 US* in Civil Litigation/Class Actions: Plaintiff (2019-2025)

Named among the 2019-2025 *Lawdragon* "500 Leading Plaintiff Financial Lawyers."

Fellow, American Bar Foundation

# Exhibit C

# WEITZ & LUXENBERG



**Paul Novak**
**Partner Managing Attorney, Detroit Office**
Weitz & Luxenberg
The Fisher Building
3011 West Grand Blvd, 24th Floor
Detroit, MI 48202
Phone: 313-800-4166
Email: pnovak@weitzlux.com

Paul F. Novak is a partner and the managing attorney of Weitz & Luxenberg's Detroit office and is active in the firm's class action, antitrust, environmental, and consumer protection practices.

Mr. Novak has served in leadership positions in a host of class action and complex litigation cases. Judge Judith Levy of the United States District Court for the Eastern District of Michigan named Mr. Novak to the Plaintiff Executive Committee in the Flint water class action case, representing thousands of individuals in the city of Flint, Michigan who were exposed to toxic water. *In re Flint Water Cases* (U.S. Eastern District of Michigan, Case No. 5:16-cv-10444). In related Flint water litigation, he also successfully argued on behalf of class plaintiffs before the Michigan Supreme Court. He successfully represented a class of homeowners in a PFAS groundwater contamination case in West Michigan. *Zimmerman v. The 3M Company et. al.* (U.S. Western District of Michigan, Case No. 1:17-cv-1062) resulting in a $54 million settlement. Mr. Novak was also selected by the U.S. District Court for the Central District of California to serve on the Plaintiff Steering Committee in a class action against Wells Fargo involving alleged deceptive practices related to force-placed automobile insurance associated with Wells Fargo auto loans, resulting in a $400 million settlement. *In Re Wells Fargo Collateral Protection Insurance Litigation,* 17-ml-02797-AG-KES (C.D. Cal.) Additionally, he represents over 60 local governments in Michigan as plaintiffs in the *In re National Prescription Opiate Litigation,* 17-md-02804-DAP (N.D. Ohio).

Mr. Novak is listed among the world's leading competition and antitrust lawyers in the U.S. Plaintiffs Section of the Global Competition Review's International Who's Who of Competition Lawyers & Economists. In 2012, the National Law Journal recognized his work in a $180 million settlement of an antitrust action against Sirius XM radio in *Blessing v. Sirius XM,* (S.D.N.Y.) and listed his accomplishments in that case in the 2012 *Plaintiffs' Hot List.* He is routinely listed for his complex litigation experience in Michigan *Super Lawyers* and as a Top Lawyer in Detroit's D-Business magazine. He is rated as "AV Preeminent", the highest rating given, by Martindale-Hubbell.



Prior to joining Weitz & Luxenberg, Mr. Novak led the antitrust class action practice group at Milberg LLP. He also formerly served as the Assistant Attorney General of Michigan in charge of Michigan's Special Litigation Division, which handled antitrust enforcement, securities fraud, and public utility regulation work, and as the City Attorney of Lansing. While at the Michigan Attorney General's office, Mr. Novak was a national leader in multistate litigation involving pricing practices in the pharmaceuticals industry. He served as lead counsel on behalf of all fifty state attorneys general in the *In re Cardizem CD Antitrust Litigation*, 218 F.R.D. 508 (E.D. Mich., 2003). He represented the State of Michigan's Medicaid program and other state purchasing entities in multiple national antitrust and drug pricing cases. He was lead counsel for the State of Michigan in a kidney dialysis monopolization case brought against a major healthcare corporation, and he also represented Michigan in antitrust trials in the computer software industry. He also participated in multiple reviews and negotiations of divestiture proposals in various Clayton Act merger cases.

Mr. Novak also served in the Environmental Enforcement Division of the Attorney General's office where he worked primarily on hazardous waste and air pollution enforcement matters. His work included negotiation of remediation obligations with Dow Chemical for its Midland facility, with General Motors for natural resource damage assessment in the Saginaw Bay, and with the Copper Range Company for closure of its copper mine in White Pine, Michigan.

Mr. Novak is the former Chair of the Michigan Bar Association's Antitrust, Franchising, and Trade Regulation Section. He served as a member of the State Bar of Michigan United States Courts Committee. He was awarded the Frank J. Kelley Excellence in Trial Advocacy Award for his work in antitrust enforcement. He has lectured on antitrust, pharmaceuticals, and insurance industry issues for the American Antitrust Institute, the Practicing Law Institute, the American Bar Association, the Michigan Institute of Continuing Legal Education, and the Michigan Association of Counties. He served as chair of the National Association of Attorneys General Midwest Antitrust Enforcement Task Force, and as a member of the National Association of Attorneys General Airlines Industry Working Group and Prescription Drug Pricing Task Force. He also taught economics at the Emory University School of Business.

Mr. Novak received his law degree in 1986 from Emory University School of Law in Atlanta, Georgia. He also holds a Master of Arts degree in Economics from Michigan State University (1983) and a Bachelor of Arts degree from James Madison College at Michigan State University (1982).

Mr. Novak is a former Lansing City Councilman, a former member of the Dean's Advisory Committee for Michigan State University's Residential College of Arts and Humanities, and a former appointee of the City of Detroit's Elected Officer Compensation Committee.

# Exhibit D



# Taus, Cebulash & Landau, LLP

**123 William St., Suite 1900A**
**New York, New York 10038**
**212-931-0704**
**www.tcllaw.com**

## Firm Resume

**Taus, Cebulash & Landau, LLP** is a litigation firm with a focus in complex antitrust and consumer protection class actions. The firm was founded in 2009 with a few basic guiding principles: we are dedicated to providing the highest quality legal representation to our clients and class members, while working in an environment that inspires collaboration, inventiveness and productivity.

We have extensive knowledge and experience in complex antitrust actions in a variety of industries, including pharmaceutical and medical devices. The firm and its members have been appointed to Executive Committees in multiple cases. We currently represent plaintiffs and class members in pharmaceutical antitrust actions alleging pharmaceutical manufacturers have wrongfully prevented or delayed less expensive generic drugs from entering the market, including *In re Effexor XR Direct Purchaser Antitrust Litigation,* 11-cv-05479 (D.N.J.) (Executive Committee); *In re Niaspan Antitrust Litigation,* 13-md-2460 (E.D. Pa.); *In re Generic Pharmaceutical Pricing Antitrust Litigation,* 16-md-2724 (E.D. Pa.); *Government Employees Health Assoc. v. Actelion Pharmaceuticals, Ltd.*, 18-cv-3560 (D.Md.); *In re Amitiza Antitrust Litigation*, 21-cv-11057 (D.Mass.); and *In re Copaxone Antitrust Litigation*, 22-cv-1232 (D.N.J.) (Interim Co-Lead Counsel).

We have also represented classes in recent pharmaceutical antitrust actions in which we and our co-counsel have recovered significant settlements for the class members, including *In re Glumetza Antitrust Litigation*, 19-cv-5822 (N.D. Ca.) ($453 million); *In re Lidoderm Antitrust Litigation*, 14-md-2521 (N.D. Cal.) (Executive Committee) ($166 million); *In re Solodyn Antitrust Litigation*, 14-md-2503 (D. Mass.) ($72.5 million); *In re Celebrex Antitrust Litigation*, 14-cv-361 (E.D. Va.) ($94 million); *In re: Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig.*, 18-MD-2819 (E.D.N.Y) (Executive Committee) ($51.2 million); *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, 13-md-2445 (E.D. Pa.); and *In re Zetia (Ezetimibe) Antitrust Litigation*, 18-md-2836 (E.D. Va.) (Executive Committee). Prior to the founding of Taus, Cebulash & Landau, LLP, our attorneys played a leadership role in cases where hundreds of millions of dollars were recovered for class members.

Taus, Cebulash & Landau, LLP and our co-counsel also represent or have represented class members in numerous other complex antitrust actions in a range of industries including cable services, auto parts, contact lenses, and food supplies. As Lead Counsel in *Marchese v. Cablevision Systems Corp., and CSC Holdings, Inc.*, 10-cv-02190 (D.N.J.), we obtained $72 million in settlement benefits for cable subscribers. The firm is a member of the Plaintiffs' Steering Committee representing farmers in *In re Crop Inputs Antitrust Litigation*, 21-md-2993 (E.D.Mo.). We also represent municipalities as a member of the Executive Committee in *In Re Indirect Purchaser Fire Apparatus Antitrust Litig.,* 25-cv-1252 (E.D. Wis.). We represent or have represented classes of purchasers subject to anticompetitive practices in numerous cases, including, *In re Passenger Vehicle Replacement Tires Antitrust Litigation*, 24-md-3107 (E.D.Oh.) (Executive Committee); *In re Granulated Sugar Antitrust Litigation*, 24-md-3110 (D.Minn.); *Mach v. Yardi Systems, Inc., et al*. (24CV63117) (Cal. Sup.) (Co-Lead Counsel); *In re Google Digital Advertising Antitrust Litigation*, 21-md-3010 (S.D.N.Y.) (Steering Committee) *In re Automotive Parts Antitrust Litigation*, 12-md-2311 (E.D. Mich); *In re Disposable*

*Contact Lens Antitrust Litigation*, 15-md-2626 (M.D. Fla.); *In re Broiler Chicken Antitrust Litigation*, 16-cv-08637 (N.D. Ill.); *In Re Dealer Management Systems Antitrust Litigation*, 18-cv-864 (N.D. Ill.); *Universal Delaware Inc. v. Ceridian Corp., et al.*, 09-cv-2327 (E.D. Pa.), and *Wallach, et al. v. Eaton, et al.*, 10-cv-260 (D. Del.).

Our attorneys also have significant experience in consumer protection class actions, representing class members against several banks, credit card and mortgage service companies, as well as in cases involving overcharges on consumer products. The firm served as Co-Lead Counsel representing a class of infant formula purchasers in *Hasemann et al v. Gerber,* 15-cv-02995 (E.D.N.Y). Other cases include *Hogan v. Amazon.com, Inc.*, 21-cv-3169 (N.D. Ill.) (Executive Committee); *Esslinger, et. al. v. HSBC*, 10-cv-3213 (E.D. Pa.) (Co-Lead Counsel); *Westrope, et al v. Ringler, et al,* 14-cv-0604 (D.Or.); *In re Discover Payment Protection Plan Marketing and Sales Practices Litigation*, 10-cv-6994 (N.D. Ill.); *In re Bank of America Credit Protection Marketing and Sales Practices Litigation*, 11-md-02269 (N.D. Cal.) (Executive Committee); *Arnett v. Bank of America*, 11-cv-1372 (D.Or.); and *Scheetz v. JP Morgan Chase*, 12-cv-4113 (S.D.N.Y.). Our attorneys have also previously taken active roles in such cases as *McCoy v. Capital One Bank (USA), N.A. and Capital One Services, L.L.C.*, 10-cv-0185 (S.D. Cal.), and *In Re National Arbitration Forum Trade Practices Litigation*, 09-cv-01939 (D. Minn.).

# ATTORNEYS

## BARRY S. TAUS, PARTNER

Barry S. Taus currently represents plaintiffs and class members in major complex class actions including *In re Effexor XR Direct Purchaser Antitrust Litigation* (D.N.J.); *In re Amitiza Antitrust Litigation*, No. 21-cv-11057 (D.Mass.) and *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL. No. 181 (E.D. Pa.).

Mr. Taus has also played significant roles in various antitrust class actions that have been successfully resolved, including *In re Glumetza Antitrust Litigation*, 19-cv-5822 (N.D.Ca.) (settled for $453 million); *Marchese v. Cablevision Systems Corp., et al.* (settled for over $72 million in settlement benefits plus significant injunctive relief) (lead counsel); *Universal Delaware, Inc. v. Ceridian Corp., et al.* (settled for $130 million plus significant injunctive relief); *Castro, et al. v. Sanofi Pasteur, Inc.* (settled for $61 million); *In re Wellbutrin XL Antitrust Litigation* (partially settled for $37.5 million); *In re Skelaxin Antitrust Litigation* (settled for $73 million); *In re Buspirone Antitrust Litigation* (S.D.N.Y.) (settled for $220 million); *In re Relafen Antitrust Litigation* (D. Mass.) (settled for $175 million); and *In re Remeron Antitrust Litigation* (D. N.J.) (settled for $75 million).

Mr. Taus has acted as Lead Counsel or Co-Lead Counsel for classes of direct purchasers in a number of major, complex antitrust litigations, including *In re Cardizem CD Antitrust Litigation* (E.D. Mich.) (settled for $110 million); *In re Terazosin Hydrochloride Antitrust Litigation* (S.D. Fla.) (settled for $75 million); and *In re Tricor Antitrust Litigation* (D. Del.) (settled for $250 million).

As Lead Counsel for the direct purchaser class in the *Tricor* case, Mr. Taus successfully negotiated what was then the largest settlement of any direct purchaser class action alleging impeded generic pharmaceutical competition in the Hatch-Waxman antitrust context ($250 million). Prior to settlement, Mr. Taus was responsible for overseeing all material aspects of the litigation on behalf of the direct purchaser class, including the extensive research leading to the initial complaint, analyzing thousands of pages of discovery documents and taking numerous depositions to marshal evidence to support plaintiffs' theories relating to liability, antitrust impact, causation, monopoly power and class certification, retaining and working closely with numerous experts, and ultimately preparing for and proceeding to trial.

In addition to his antitrust experience, Mr. Taus took a central, active role in numerous stockholder class action and derivative actions. These actions included *Rebenstock v Fruehauf Trailer Corp.; In re Par Pharmaceutical Securities Litigation; In re F&M Distributors, Inc. Securities Litigation; In re Taxable Municipal Bond Litigation; In re Bay Financial Securities Litigation; and Sanders v. Wang, et. al* (resulting in recovery from certain senior executives of stock valued in excess of $225 million for the benefit of Computer Associates). Furthermore, Mr. Taus has successfully played a leading role in various complex consumer class actions, including *Cicarell v. Provident Mutual Life Ins. Co.* (sales practice litigation settled for $45 million) and *Provident Demutualization Litigation* (enjoined demutualization that would have harmed policyholders).

Mr. Taus graduated *cum laude* from the State University of New York at Albany in 1986 with a Bachelor of Science degree in Accounting. Mr. Taus graduated from Brooklyn Law School in 1989, and is admitted to the Bar of the State of New York, as well as the United States District Court for the Southern District of New York and the United States Courts of Appeals for the Second and Eleventh

Circuits. He is also a member of the New York State Bar Association and the American Bar Association.

## BRETT CEBULASH, PARTNER

Brett Cebulash focuses his practice on litigating complex class actions designed to remedy class-wide harms caused by unfair, deceptive or anticompetitive practices. Over the course of his 25-year career, Mr. Cebulash has made substantial contributions to complex class cases in the areas of antitrust law (designed to remedy anticompetitive behavior and restore competition), consumer protection law (designed to remedy unfair and deceptive practices in the sale or use of goods and services), employment law (designed to remedy unfair employment practices), and securities law (designed to remedy false and misleading disclosures in the sale of securities). In recognition of his achievements in complex litigation, Mr. Cebulash has been selected as a New York Metro "Super Lawyer" from 2014-2021 in antitrust and class action litigation. "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on candidates; no more than 5% of lawyers in the New York metro areas are selected as "Super Lawyers."

Mr. Cebulash has prosecuted complex class matters in a wide range of industries. For instance, Mr. Cebulash served as Co-Lead Counsel challenging practices regarding infant formula marketing in *Hasemann v. Gerber* (E.D.N.Y.), and is currently engaged in challenging improper imposition of fees by Nassau and Suffolk County in *Guthart v. Nassau County* and *McGrath v. Suffolk County* (N.Y. Sup. Ct.) and in *Mach v. Yardi Systems, Inc., et al*. (Cal. Sup.). As Lead Counsel, Mr. Cebulash was substantially involved in all aspects of *Marchese v. Cablevision* (D.N.J.), a class action challenging Cablevision's tying of subscriptions to interactive services to the rental of set-top boxes exclusively from Cablevision that resulted in a settlement providing in excess of $72 million in settlement benefits and significant injunctive relief to Cablevision subscribers. In the trucking industry, Mr. Cebulash also has been involved in *Wallach, et al v. Eaton* (D. Del.), a class action challenging exclusive dealing conduct in the market for Class 8 truck transmissions, and *Universal Delaware, Inc. v. Ceridian Corp., et al*. (E.D.Pa.), challenging anticompetitive arrangements with regard to fuel cards.

Mr. Cebulash has litigated many cases that challenge anticompetitive conduct in the healthcare industry. For example, Mr. Cebulash has been involved in development and prosecution of *In re Asacol Antitrust Litigation* (D. Mass.) *In re Effexor XR Direct Purchaser Antitrust Litigation* (D.N.J.) and *In re Glumetza Antitrust Litigation* (N.D.Cal). Other examples in the healthcare area include *Natchitoches Parish Hosp. v. Tyco* (D. Mass.), brought on behalf of a class of direct purchasers of sharps containers who were overcharged as a result of Tyco's exclusive dealing conduct, where Mr. Cebulash was responsible for leading all aspects of the case up to summary judgment, including successfully arguing for class certification, defending the opinions of plaintiffs' economists, deposing and successfully challenging opinions of certain of Defendants' experts, leading all discovery efforts and engaging in economic analyses. In *Neurontin Antitrust Litigation* (D.N.J), Mr. Cebulash was responsible for developing the direct purchaser class action that challenged Pfizer's scheme to delay generic competition for Neurontin, including formulating the contours of Pfizer's overarching scheme and successfully arguing against Pfizer's motion to dismiss. Mr. Cebulash successfully lead prosecution of *In re Nifedipine Antitrust Litigation* (D.D.C.), which challenged anticompetitive agreements between generic manufacturers of generic Adalat, including leading discovery against Biovail, deposing production and manufacturing experts, working with plaintiffs' experts and preparing successful class certification and summary judgement papers.

In the area of consumer protection, Mr. Cebulash has been prominently involved in cases challenging the practices of banks and insurers in the forced placement of flood insurance. In *Arnett v.*

4

*Bank of America* (D. Or.), Mr. Cebulash successfully argued in opposition to Bank of America's motion to dismiss, developed the concept of the lender-servicer distinction (to distinguish the actions of loan servicers from those reserved to the lender/owner of the mortgage to counter servicers' arguments that they were entitled to unfettered discretion under the mortgage to set terms for flood insurance) and engaged in all other aspects of the prosecution of the *Arnett* matter, leading to a settlement providing $31 million in cash for the class as well as significant relief from Bank of America's flood insurance practices. Mr. Cebulash was involved in the development and prosecution of *Casey and Skinner v. Citibank* (N.D.N.Y), where the court adopted the lender-servicer distinction in denying Citibank's motion to dismiss and which ultimately settled for $110 million in value available to the flood, hazard and wind insurance classes as well as changes to Citibank's insurance practices. In C*lements, Scheetz, et. al. v. JP Morgan Chase* (N.D. Cal.)/(S.D.N.Y.) Mr. Cebulash developed concepts that contributed to reaching a settlement that provided $22.1 million in cash to the class and changes to Chase's force placed flood insurance practices. Mr. Cebulash has litigated cases challenging other insurance-related deceptive practices including *Westrope v. Ringler*, (D. Or.) alleging that structured settlement brokers negligently and illegally sold ELNY annuities and *In re Provident Demutualization,* (Pa. Ct. Comm. Pleas) challenging a demutualization on the basis that it benefitted insiders and executives at the expense of policyholders.

Mr. Cebulash has successfully litigated numerous actions against credit card issuers challenging their deceptive practices with regard to their credit protection products. Mr. Cebulash was involved in the litigation of *Spinelli, et al v. Capital One*, (M.D. Fla), which included litigating cases in California and Connecticut and negotiating a successful settlement that provided substantial relief to Capital One cardholders. Mr. Cebulash also litigated actions on behalf of cardholders in *Esslinger v. HSBC*, (E.D. Pa.) (co-lead counsel), *Bank of America Credit Protection Marketing & Sales Practices Litigation* (N.D. Cal.) (executive committee) and *Discover Payment Protection Plan Marketing and Sales Practices Litigation* (N.D. Ill.), successfully providing these classes with over $50 million in total cash relief as well as improvements to credit protection practices.

Mr. Cebulash has also litigated securities class actions, developing theories regarding improper disclosures and improper accounting and revenue recognition methods that lead to successful results in cases such as *F&M Distributors, Inc. Securities Litigation* (E.D. Mich.) *Bank One Securities Litigation* (N.D. Ill.) and *Gutter v. Dupont* (S.D. Fla.). Mr. Cebulash has also been substantially involved in employment cases such as *Davis v. Kodak* (W.D.N.Y.) and *Diaz v. Electronics Boutique* (W.D.N.Y.)

A graduate of the University of Virginia, Mr. Cebulash received his J.D. *cum laude* from Brooklyn Law School. He is admitted to the Bar of the States of New York and New Jersey, as well as the United States Courts of Appeals for the First, Third and Ninth Circuits and the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York and the District of New Jersey.

## KEVIN LANDAU, PARTNER

Kevin Landau currently represents plaintiffs and class members in various antitrust and consumer class actions, including *In Re Indirect Purchaser Fire Apparatus Antitrust Litigation*, 25-cv-1252 (E.D. Wis.) (Executive Committee), an antitrust action alleging price fixing of fire equipment); *In re Passenger Vehicle Replacement Tires Antitrust Litigation* (E.D.Oh.) (Direct Purchaser Plaintiff Steering Committee), an antitrust action alleging price-fixing of tires; *Mach v. Yardi Systems, Inc., et al.*(24CV63117) (Cal. Sup.), an antitrust action alleging price-fixing in California apartment rentals; *In re Effexor Antitrust Litigation* (D.N.J) (Executive Committee), an antitrust action alleging that the

5

brand manufacturer made a payment to a generic company to delay entering the market with its product; *In re Broiler Chicken Antitrust Litigation*, (N.D. Ill.), an antitrust action alleging producers coordinated a supply reduction of broiler chickens; *Guthart v. Nassau County, et al.* and *McGrath v. Suffolk County et al.* (NYS Supreme Court) (Lead Counsel), consumer class actions alleging that local governments imposed *ultra vires* administrative fees in connection with red-light camera violations; and *Hogan v. Amazon.com, Inc.*, 21-cv-3169 (N.D. Ill.), a case challenging Amazon's collection of biometric from Amazon Photos (Executive Committee).

In addition to these active cases, Mr. Landau has also represented plaintiffs and class members in various cases which have been successfully resolved, such as, *Marchese v. Cablevision Systems Corp., et al.* (D.N.J.) (antitrust class action settlement providing in excess of $72 million in settlement benefits and significant injunctive relief to Cablevision subscribers who paid inflated prices for their set-top boxes) (lead counsel); *Esslinger, et al. v. HSBC Bank Nevada, N.A.* (E.D. Pa.) ($23.5 million settlement for cardholders in class action) (co-lead counsel); *LiPuma v. American Express* (S.D. Fl.) ($75 million settlement for cardholders in consumer class action) (co-lead counsel); *In Re: Bank of America Credit Protection Marketing & Sales Practices Litigation* (N.D. Cal.) ($20 million settlement for cardholders in consumer class action) (member of executive committee); *In re Discover Payment Protection Plan Marketing and Sales Practices Litigation*, ($10.5 million settlement for cardholders in consumer class action); *Arnett v. Bank of America*, No. 11-cv-1372 (SI) (D. Or.) ($31 million settlement for class challenging lender placed flood insurance practices); *Casey v. Citibank, N.A.*, No. 12-820 (DNH/DEP) (N.D.N.Y.) (settlement providing for $110 million in benefits to class challenging wind, flood and hazard insurance practices); *In re Zetia (Ezetimibe) Antitrust Litigation* (E.D.Va.) (private settlement in antitrust action alleging that defendant paid its generic competitors to stay off the market with their competing generic versions of Zetia); *In re Skelaxin Antitrust Litigation* ($73 million settlement for direct purchasers in antitrust class action), *In re Metoprolol Succinate Antitrust Litigation* (settled for $20 million settlement for direct purchasers in antitrust class action); *Gutter v. Dupont* (S.D. Fl.) ($77.5 million settlement for shareholder class); *In re Cendant Corporation Derivative Litigation* (D.N.J.) ($54 million recovery for the corporation in derivative action); *Giant Eagle, Inc. v. Cephalon, Inc. et al.* (E.D.Pa.) (private settlement in antitrust action alleging that Cephalon paid its generic competitors to stay off the market with their competing generic versions of Provigil); *Westrope v. Ringler* (D.Or.) (resolving claim of structured settlement annuitants who suffered cuts to their annuity payments as a result of their structured settlement brokers' alleged negligence).

Mr. Landau was recognized in 2014-2025 as a New York Metro "Super Lawyer" in class action litigation. "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on candidates; no more than 5% of lawyers in the New York metro areas are selected as "Super Lawyers." He has been an invited as a panelist at American Conference Institute Forums focusing on consumer protection issues. He is also a member of the Committee to Support Antitrust Laws, an organization dedicated to promoting and supporting the enactment, preservation, and enforcement of a strong body of antitrust laws in the United States, and the Plaintiffs' Class Action Forum, an invitation-only professional group focused on emerging trends in class actions.

Mr. Landau graduated with high honors from Lehigh University in 1993 with a Bachelor of Arts in Government. Mr. Landau graduated from Brooklyn Law School in 1996, where he was a member of the Brooklyn Law Review. Mr. Landau is admitted to the Bar of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second Circuit, Third Circuit, Eleventh Circuit and D.C. Circuit. He is also a member of the Association of the Bar of the City of New York, the New York State Bar Association and the American Bar Association. He volunteers at Central Synagogue's

6

Homeless Breakfast Program and as a mentor for students in Legal Outreach, an educational program that serves low-income, mostly minority, and/or first generation urban youth from underserved neighborhoods in New York City.

## ARCHANA TAMOSHUNAS, PARTNER

Archana Tamoshunas focuses her practice on complex class action litigation, including antitrust and consumer protection litigation. Over her career, Ms. Tamoshunas has been counsel in numerous complex federal antitrust class actions and specializes in those involving the pharmaceutical and medical device industries. She is active in all aspects of the litigation process including day-to-day management of discovery, briefing, class certification and trial preparation.

Ms. Tamoshunas serves as Interim Co-Lead Counsel in *In re Copaxone Antitrust Litigation* (D.N.J.) representing third party payors of Copaxone in an antitrust class action. She was appointed to the Advertising Class Steering Committee representing a proposed class of digital advertisers against Google in *In re Google Digital Advertising Antitrust Litigation* (S.D.N.Y.). and is a member of the Plaintiffs' Steering Committee representing farmers in *In re Crop Inputs Antitrust Litigation* (E.D. Mo.). She also currently represents third party payors and purchasers of prescription drugs in other federal antitrust class actions alleging that pharmaceutical manufacturers have wrongfully prevented or delayed less expensive generic drugs from entering the market including, *In re Niaspan Antitrust Litigation* (E.D. Pa.); and *Government Employees Health Association v. Actelion Pharmaceuticals Ltd.* (D. Md.).

Ms. Tamoshunas has also represented direct purchasers in antitrust cases that have been successfully resolved including *In re Lidoderm Antitrust Litigation* (N.D. Cal.), in which her firm was appointed to the Executive Committee and she was personally involved in management and trial preparation of the case ($166 million settlement); *In re Zetia (Ezetimibe) Antitrust Litigation* (E.D.Va.) (Executive Committee); *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation* (E.D. Pa.); *In re Solodyn Antitrust Litigation* (D. Mass.) ($72.5 million settlement); *In re Skelaxin (Metaxalone) Antitrust Litigation* (E.D. Tenn.) ($73 million settlement), *In re Prandin Direct Purchaser Antitrust Litigation* (E.D. Mich.) (Executive Committee) ($19 million settlement) and *Mylan Pharmaceuticals v. Warner Chilcott* (E.D. Pa.) ($15 million settlement), and was heavily involved in the management of successfully resolved cases including *In re Relafen Antitrust Litigation* (D. Mass.); *In re Terazosin Hydrochloride Antitrust Litigation* (S.D. Fla.) and *Natchitoches Parish Hospital District et al. v. Tyco International, et al.* (D. Mass.).

In 2021-2025, Ms. Tamoshunas was recognized as a New York Metro "Super Lawyer" in class action litigation. "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on candidates; no more than 5% of lawyers in the New York metro areas are selected as "Super Lawyers."

Ms. Tamoshunas graduated from Williams College (B.A.) and from New York University School of Law, where she was a member of the Moot Court Board and had her case problem published in the New York University School of Law Moot Court Casebook (Vol. 22, 1998). After graduating from law school, Ms. Tamoshunas represented the City of New York in child abuse and neglect cases in Family Court.

Ms. Tamoshunas is admitted to the Bar of the State of New York as well as the Southern and Eastern Districts of New York, the Eastern District of Michigan and the First, Third and Eleventh

Circuit Courts of Appeals. She is a member of the Antitrust Law Section of the New York State Bar Association and the Committee to Support Antitrust Laws.

## MILES GREAVES, PARTNER

Miles Greaves currently represents consumers in a number of antitrust and consumer-protection class actions throughout the country. He was responsible for the day-to-day case management in *Hasemann v. Gerber Products Co.* (E.D.N.Y.), which alleged that the defendant improperly marketed its infant formula, and successfully resolved with significant benefit for the class. Mr. Greaves represents the plaintiffs in *McGrath v. Suffolk County* (N.Y. Sup. Ct.) and *Guthart v. Nassau County* (N.Y. Sup. Ct.), which challenges the administrative fees associated with red-light-camera tickets. Mr. Greaves also represents the class in *Simon & Simon, PC v. Align Tech., Inc.* (N.D. Cal.), which alleges that the defendant illegally monopolized the market for clear dental aligners; he represents a class in *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.), which alleges that the defendants conspired to fix the nationwide price of chicken; and Mr. Greaves plays a role in several antitrust class actions alleging that brand-name pharmaceutical manufacturers inhibited the introduction of generic pharmaceuticals, such as *In re Copaxone Antitrust Litigation* (D.N.J.) and *In re Effexor XR Antitrust Litigation* (D.N.J.).

In addition to these ongoing actions, Mr. Greaves has represented plaintiffs and classes in a number of cases that have been successfully resolved. This includes *In re Glumetza Antitrust Litigation* (N.D. Ca.), which resulted in one of the largest settlements of its kind, as well as *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation* (E.D. Pa.); *In re Loestrin 24 FE Antitrust Litigation* (D.R.I.); *In re Lidoderm Antitrust Litigation* (N.D. Cal.); *In re Niaspan Antitrust Litigation* (E.D. Pa.); *In re: Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation* (E.D.N.Y); *In re Disposable Contact Lens Antitrust Litigation* (M.D. Fla.); *In re Solodyn Antitrust Litigation* (D. Mass.); *In re Celebrex Antitrust Litigation* (E.D. Va.); *Universal Delaware, Inc. v. Ceridian Corp.* (E.D. Pa.); and *In re Prandin Direct Purchasers Antitrust Litigation* (E.D. Mich.); *Arnett v. Bank of America, N.A.* (D. Or.); *Scheetz v. JPMorgan Chase Bank, N.A.* (S.D.N.Y.); *Marchese v. Cablevision Systems Corp.* (D.N.J.); and *Westrope v. Ringler Associates Inc.* (D. Or.).

Mr. Greaves graduated *summa cum laude* with honors from the State University of New York at Albany in 2004, with a Bachelor of Arts in English. He graduated *cum laude* from Brooklyn Law School in 2012. Mr. Greaves is admitted to the Bar of the State of New York, as well as the United States District Courts for the Southern, Eastern, and Northern Districts of New York, and the D.C. Circuit Court of Appeals.

## EVAN ROSIN, ASSOCIATE

Since joining the firm fulltime in 2018, Mr. Rosin has been actively involved in nearly all phases of complex consumer class actions challenging an array of anticompetitive practices such as price-fixing, exclusive dealing, market allocation, tying, and other unlawful conduct that harms consumers and the economy. Mr. Rosin has worked on cases across multiple industries including contact lenses (*In re Disposable Contact Lens* (M.D. Fla.)), single-serve coffee (*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation* (S.D.N.Y)), pharmaceuticals (*In re Generic Pharmaceutical Pricing Antitrust Litigation*) (E.D. Pa.)), dealer management system and data integration services (*In re Dealer Management Systems Antitrust Litigation* (N.D. Ill.)), and health insurance (*Krukas v. AARP, Inc. et al.* (D.D.C.)). He has also helped represent citizens challenging the improper imposition of fees by local governments (*Guthart v. Nassau County* and *McGrath v. Suffolk*

8

*County* (N.Y. Sup. Ct.)). More recently, Mr. Rosin has taken an active role representing digital advertisers against Google (*In re Google Advertising Antitrust Litigation* (S.D.N.Y.)), as well as challenging an alleged conspiracy amongst agribusiness giants (*In re Crop Inputs Antitrust Litigation* (E.D. Mo.)).

Mr. Rosin graduated *magna cum laude*, with honors, from the University of Michigan in 2009, with a Bachelor of Arts in Political Science. He also earned the Residential College Commendation and Certificat d'Etudes Politiques. Mr. Rosin graduated from Brooklyn Law School in 2013, where he was an editor for the *Brooklyn Journal of International Law* and member of the Phi Delta Phi Legal Honor Society. While at Brooklyn Law, he interned for and actively contributed to the Brooklyn Law School Community Development Clinic. Mr. Rosin is admitted to the Bar in New York, Michigan, and the United States District Court for the Eastern District of Michigan.

## JOSHUA HALL, ASSOCIATE

Since joining the firm in January 2023, Joshua Hall has taken an active role in the discovery phase of *Hogan v. Amazon.com, Inc.* (N.D. Ill.), which alleges the defendant violated the rights of consumers with respect to their biometric information. Mr. Hall began his litigation career in consumer debt litigation where he was the primary litigator in numerous cases across the five boroughs of New York. Prior to joining the firm, Mr. Hall took part in numerous discovery review projects, working with both large and small teams on multiple different cases.

Mr. Hall graduated with honors from Florida State University in 2016, with a Bachelor of Science in Political Science. He graduated from the Benjamin N. Cardozo School of Law in 2020, where he was the first Online Editor for the *Cardozo Arts & Entertainment Law Journal*, charged with managing their online publication. Mr. Hall is admitted to the Bar of the State of New York.

## MADELINE HONE, ASSOCIATE

Madeline Hone focuses on antitrust and consumer protection class actions, contributing to the litigation process in matters such as *In re Effexor Antitrust Litigation* (D.N.J.), *Guthart v. Nassau County, et al.* (N.Y. Sup. Ct.), and *Government Employees Health Association v. Actelion Pharmaceuticals Ltd.* (D. Md.). She conducts legal research, drafts memoranda, and assists in evaluating and developing new cases. Ms. Hone joined the firm as an intern during law school and became a full-time member after graduation.

Ms. Hone graduated *cum laude* from New York University in 2020, with a Bachelor of Arts in French and Anthropology. She graduated *cum laude* from Brooklyn Law School in 2025, where she was a member of the Moot Court Honor Society. She received the Minnie Rotenberg Prize for achievement in Antitrust Law and a Silver Public Service Award for completing over 500 hours of public service work. Ms. Hone is not yet admitted to the bar.

# Exhibit E

# Firm Resume 2026



## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:20-cv-03179-WJM-OCG Filed 05/23/26 • Page 69 of 146 Document 64

# Business Overview

## Serving Clients Worldwide

Miller Shah LLP ("Miller Shah" or the "Firm") is a results driven law firm that is focused on delivering the highest level of service possible to our clients throughout the globe. Miller Shah believes that approaching the representation of our clients with considered judgment and candor, as well as the highest degree of courtesy, professionalism and zeal possible, provides the best opportunity for our clients to achieve and exceed their goals in any given matter.

Miller Shah is a full-service firm that is able to meet its clients' needs in virtually any matter. The firm maintains a number of offices in the United States that are strategically located to serve our clients. In addition, through a highly respected, global network of independent law, fiduciary trust and accounting firms, as well as affiliate offices, Miller Shah is able to effectively meet the needs of its clients throughout the world. Miller Shah retains the culture of a boutique law firm with attorneys and staff working in an interdisciplinary, team-based manner across and between different offices.



## Focused on Results

As part of its mission, the Firm ensures that every client receives the best judgment and a clear recommendation in every matter. While the array of alternatives available to clients is always discussed and fully described, the Firm recognizes the importance of advocates being plain spoken, willing to challenge convention, and strategic in their thinking. For this reason, Miller Shah provides specific recommendations to each client in clear and straightforward terms, without mincing words, regarding the Firm's judgment as to the best way to achieve the goal at hand.



**MILLERSHAH**

ATTORNEYS AT LAW

Case 2:26-nc-03179-WOG Filed 05/23/26 • Page 70 of 146   Document 64

# Our People **& Culture**

## Motivated by Challenging Issues

The attorneys, other professionals, and staff of Miller Shah are a diverse and accomplished group of individuals who value the professional rewards and benefits of working in a collegial, team-oriented environment. Attorneys and other professionals at Miller Shah have earned degrees from a wide range of highly respected colleges and law schools, including the University of California at Berkeley, Claremont McKenna College, University of Chicago, Columbia University, Cornell University, Duke University, Emory University, Fordham University, George Washington University, Harvard University, Hastings College of Law, the University of Maryland, New York University, the University of Oregon, University of Oxford, University of Pennsylvania, Pennsylvania State University, Temple University, Trinity College, University of Pittsburgh,  University of Rochester, Villanova University, and Yale University.

Many graduated with distinction and served as members and editors of their respective schools' law reviews, moot courts, or honor fraternities. A significant number have completed federal or state judicial clerkships, and others hold graduate degrees in law, tax, or related disciplines.

The professional staff is also highly experienced and accomplished. Miller Shah emphasizes that the competence and commitment of non-attorney staff are critical to achieving the excellent client service the Firm consistently delivers. The workplace is intentionally collegial, avoiding unnecessary hierarchy in favor of a collaborative environment that fosters creativity and a shared commitment to excellence.

Composed almost entirely of alumni from large firms, Miller Shah team members bring a keen understanding of the advantages of a boutique practice where the contributions of all attorneys and staff are considered and valued. Clients frequently recognize these benefits and regularly comment on the Firm's responsiveness and efficiency, noting the unselfish dedication of attorneys and staff to achieving excellent results. This collaborative spirit not only enhances outcomes for clients but also creates a workplace where the potential of every team member is maximized.

Miller Shah approaches every case, transaction, trial, or client challenge by first obtaining a thorough understanding of the issues and then applying strategic thinking and diligent effort to meet and exceed clients' established goals. Attorneys and staff are motivated by the opportunity to confront challenging matters and consider it a privilege to work cooperatively with clients to achieve their objectives and navigate the complex disputes and transactions they face.

## Socially Committed and Responsible

Although superior client service is the Firm's overriding aim, Miller Shah is also committed to practicing in a socially responsible manner, while making meaningful contributions to support communities, the social justice system and the world at large. The attorneys of Miller Shah have recovered over $2 billion for clients in litigation and similar matters, and have been responsible for charitable donations of more than $100 million in the form of *cy pres* and other donations and gifts to assist those in need, as well as supporting the arts, education and other philanthropic causes.

The Firm and its attorneys are also actively involved in *pro bono* cases, having successfully assisted clients in a variety of diverse matters, including civil matters for indigent clients, death penalty appeals, immigration asylum matters and court-appointed prisoner rights cases.  In addition, Miller Shah regularly provides *pro bono* services in its local communities focused on access to justice – meaning representing individuals, non-profits and businesses that otherwise would not have the means or ability to enforce or defend their legal rights in a country that, unfortunately but regularly, ranks at the bottom of existing countries in terms of access to civil justice.  The Firm believes that as a matter of professional responsibility all of its attorneys should regularly be taking on *pro bono* matters in light of this reality.



**MILLERSHAH**
**ATTORNEYS AT LAW**



# Areas of Expertise

Miller Shah provides comprehensive legal services across a broad range of practice areas. By combining deep subject matter knowledge with an interdisciplinary approach, the Firm ensures that the best attorneys are assigned to meet each client's needs. Core areas of expertise include:

### 1. Labor, Employment and Benefits
Representation in matters involving discrimination, harassment, worker misclassification, wrongful termination, and wage and hour violations, as well as employee benefits and ERISA litigation, including retirement plan, health, and disability insurance disputes.

### 2. Whistleblower and False Claims Representation
Advocacy for whistleblowers under the False Claims Act, SEC, CFTC, IRS, and other programs. Experience pursuing fraud cases across industries, including healthcare, defense, education, environment, finance, procurement, and international claims.

### 3. Litigation and Dispute Resolution
Skilled representation in arbitration, mediation, and complex litigation. Practice areas include antitrust and trade regulation, class and collective actions, commercial disputes, intellectual property, insurance recovery, and consumer protection.

### 4. Corporate and Business Services
Legal counsel for businesses of all sizes on matters such as formation, mergers and acquisitions, private equity and venture capital transactions, international business, and private client and wealth services.

### 5. Investor Protection and Securities Litigation
Guidance for institutional investors in corporate governance and portfolio monitoring, with extensive experience in securities litigation, FINRA arbitration, shareholder derivative actions, investment disputes, and opt-out litigation.

## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-md-03179-WOG Filed 05/23/26 • Page 72 of 146 Document 64



# 1 Labor and Employment

Miller Shah has a significant and eclectic practice in the field of labor and employment matters. The Firm has represented individuals, companies, governmental entities and other employers, as well as labor organizations, in a wide range of employment and labor litigation, as well as other matters. Miller Shah attorneys have extensive experience counseling and representing their clients in litigation, as well as other disputes and challenges, regarding ERISA and employment benefits, federal and state wage and hour laws, questions regarding H1N1 (swine) flu workforce resources, immigration, international employment, labor-management relations, noncompetition agreements and trade secrets, occupational safety and health, equal employment and affirmative action matters, workplace safety, changes, reductions-in-force and training.

The Firm's attorneys have negotiated collective bargaining agreements, appeared before the National Labor Relations Board, the Equal Employment Opportunity Commission and other fair employment practice agencies, as well as before various mediation and arbitration panels that specialize in employment and labor issues. Miller Shah has vast experience working on a diverse array of employment and labor cases, including cases involving age, defamation, gender, gender dysphoria, race and sexual orientation discrimination, ERISA and benefits matters, breach of contract claims, and wage/hour claims.

Miller Shah and its attorneys also have served as lead counsel in a number of wage and hour class actions, as well as discrimination and other employment class actions. In those cases in which the Firm has represented plaintiffs, it has recovered millions of dollars for its clients. Finally, the Firm serves as national labor counsel for several select employers and also is pleased to count a number of local and international labor organizations among its clients.



**MILLER**SHAH
ATTORNEYS AT LAW

Case 2:20-cv-03179-WJM-CLW Document 164 Filed 05/29/25 Page 73 of 146



# Employment Law

Miller Shah represents employees and workers in a wide range of employment law matters. Our attorneys are committed to protecting the rights of individuals who have been subjected to discrimination, harassment, wage and hour violations, or wrongful termination. We provide experienced counsel in both individual claims and class actions, helping workers hold employers accountable for unlawful practices.

## Discrimination

Employees are protected by law from discrimination in hiring, pay, promotion, and termination. Miller Shah handles claims involving age, disability, gender, sexual orientation, breastfeeding, and other protected categories.

### Age Discrimination

Older workers often face unfair treatment in promotions, layoffs, and terminations. We represent employees over 40 whose rights under the Age Discrimination in Employment Act (ADEA) have been violated.

### Breastfeeding Discrimination

Employees are entitled to accommodations for breastfeeding or expressing milk under federal law. Our attorneys represent workers denied proper breaks, facilities, or who face retaliation for exercising these rights.

### Disability Discrimination

Employers must provide reasonable accommodations under the Americans with Disabilities Act (ADA). Miller Shah advocates for employees denied accommodations or treated unfairly because of a disability.

### Gender Discrimination

We represent employees subjected to bias based on gender, including unequal pay, promotion barriers, pregnancy discrimination, and gender dysphoria claims.

### Sexual Orientation Discrimination

Federal and state laws protect employees from discrimination based on sexual orientation. Miller Shah stands with LGBTQ+ workers facing harassment, retaliation, or termination.



**MILLERSHAH**
ATTORNEYS AT LAW

Case 2:26-md-03179-WOG Filed 05/23/26 Page 74 of 146 Document 64



# Worker Misclassification

Worker misclassification occurs when employees are improperly labeled as independent contractors or improperly classified as "exempt" employees.  This practice allows employers to avoid paying overtime, benefits, payroll taxes, and other legal obligations, while stripping workers of important protections such as unemployment insurance, workers' compensation, and anti-discrimination safeguards.

Miller Shah represents workers who have been misclassified, from gig-economy and service employees to professionals in healthcare and telehealth. Our attorneys carefully assess the nature of the employment relationship and pursue claims to recover unpaid wages, benefits, penalties, and in some cases reclassification as employees.

Because misclassification is often widespread, these cases are frequently brought as collective or class actions. Miller Shah has extensive experience in this area, achieving meaningful recoveries for groups of workers while holding employers accountable for systemic wage violations.

# Workplace Harassment

Harassment creates a hostile work environment that violates employee rights. Our attorneys pursue claims against employers that fail to prevent or address workplace harassment.

# Wage and Hour Violations

Miller Shah represents workers denied proper pay under the Fair Labor Standards Act (FLSA) and state wage laws. This includes claims for unpaid wages, improper deductions, and denial of overtime.

Meal Break Violations
Overtime Pay Violations

Illegal Deductions
Tip Violations
Rest Break Violations

Minimum Wage Violations
Unpaid Wage Violations

# Wrongful Termination

Employees cannot be fired for unlawful reasons such as discrimination or retaliation. Our attorneys pursue claims to recover lost wages and secure justice for wrongfully terminated workers.



**MILLERSHAH**
ATTORNEYS AT LAW

Case 2:26-nc-03179-WCG Filed 05/23/26 • Page 75 of 146 Document 64



# Employee Benefits and Fiduciary Compliance

Miller Shah handles a broad range of employee benefits and fiduciary breach litigation, most often under the Internal Revenue Code and the Employee Retirement Income Security Act of 1974 (ERISA). The firm has represented plan fiduciaries, trustees, and independent fiduciaries in disputes involving compliance, delinquent contributions to Taft-Hartley funds, and other complex benefits matters. Attorneys at Miller Shah have litigated groundbreaking ERISA cases involving revenue-sharing practices, retirement plan investments and structures, stock declines, and options in qualified retirement plans such as 401(k), 403(b), 457, and defined benefit plans. These cases are frequently litigated in federal district courts, often in coordination with the U.S. Department of Labor and Department of Justice, and have also extended to bankruptcy court and related proceedings.

## ERISA (Employee Retirement Income Security Act) Litigation

The Employee Retirement Income Security Act (ERISA) governs most workplace benefit plans and provides protections for employees and retirees. Miller Shah represents clients in ERISA litigation involving breaches of fiduciary duty, denial of benefits, excessive fees, and mismanagement of plan assets.

### Workplace Retirement Plan Litigation

Representation includes disputes involving 401(k), 403(b), pension, and other retirement plans. Common issues include excessive fees, imprudent investment options, and fiduciary mismanagement that can put retirement savings at risk.

### Health Insurance

Disputes over group health insurance frequently arise when benefits are wrongfully denied, coverage is rescinded, or plan administrators violate ERISA and Affordable Care Act protections.

### Disability Discrimination

Short- and long-term disability claims are often wrongfully denied by insurers. Miller Shah litigates these disputes to secure the disability benefits guaranteed under ERISA and private insurance policies.

### Life Insurance

Beneficiaries may face delayed or denied life insurance payouts, as well as disputes over coverage under employer-provided and individual policies. The firm provides representation to ensure families receive the benefits owed.

### Taft-Hartley Plans

Multiemployer benefit plans, including pension and health and welfare funds, present unique legal challenges. Miller Shah assists participants, fiduciaries, and labor organizations in disputes involving compliance and fiduciary responsibilities.



**MILLER**SHAH
ATTORNEYS AT LAW

Case 2:20-md-03179-WCG Filed 05/23/26 Page 76 of 146 Document 64



# 2 Whistleblower and False Claims Act

Miller Shah is one of the leading firms in the United States in handling whistleblower litigation.  Representatives of the federal and state government, as well as other private counsel representing whistleblowers and defense counsel, regularly and increasingly recognize the Firm as "go to" law firm for the successful prosecution of such matters.  Miller Shah attorneys have broad experience in handling legal issues related to false claims, whistleblower and *qui tam* cases under the federal False Claims Act and similar state laws, as well as assisting clients in internal investigations. The federal False Claims Act has proven to be an effective, powerful and, sometimes, frightening tool in fighting Medicare and Medicaid fraud, defense contractor fraud and other types of fraud perpetrated against federal and state governments.

The *qui tam* provisions, which allow whistleblowers to file False Claims Act lawsuits against companies and individuals that allegedly defraud the government with the opportunity to obtain a "bounty," have been a key ingredient in the False Claims Act's success, as the federal government has recovered more than $15 billion as a result of *qui tam* lawsuits since 1986, with whistleblowers' rewards totaling more than $2.5 billion.

Miller Shah attorneys have represented clients in a number of the most significant cases under the False Claims Act and acted as lead counsel in those cases. In addition, the Firm has significant experience representing clients in *qui tam* cases brought under similar state laws against companies and individuals accused of defrauding state and local government agencies. The Firm is presently representing clients in a number of *qui tam* actions under the False Claims Act and state law, many of which, including several large prosecutions, are 'under seal' and, therefore, cannot be publicly disclosed.

Miller Shah similarly has significant experience handling *qui tam*, false claims and whistleblower cases under the Dodd-Frank Act for alleged securities fraud and related misconduct, as well as the Foreign Corrupt Practices Act, related to alleged bribery of foreign officials and others to secure business preferences overseas.

Finally, the Firm's attorney have represented clients performing internal investigations arising from whistleblower complaints and has developed effective, methodological tools to address such matters.



**MILLERSHAH**
ATTORNEYS AT LAW

Case 2:16-md-03179-WOG-GDA  Filed 05/23/26  •  Page 77 of 146  Document 164



# False Claims Act *(Qui Tam)*

Miller Shah maintains a robust national practice representing whistleblowers under the federal False Claims Act (FCA), one of the government's most effective tools for combating fraud against public funds. The FCA empowers private individuals, known as relators, to bring lawsuits on behalf of the United States against individuals and companies that submit false claims for payment. Successful actions may result in treble damages and civil penalties, as well as financial awards and legal protections for whistleblowers.

The firm has served as lead and co-counsel in numerous FCA cases, representing whistleblowers in matters involving healthcare fraud, pharmaceutical and medical device kickbacks, defense contracting overbilling, financial services misconduct, false certifications in higher education, and procurement fraud. These cases have uncovered schemes designed to divert taxpayer resources and have led to substantial recoveries for the federal government and significant awards for relators.

Miller Shah attorneys are well-versed in the unique procedures governing FCA litigation. The firm regularly guides clients through the confidential filing process, works with the Department of Justice during investigations, and litigates both intervened and non-intervened cases in federal courts across the country. In addition to pursuing recoveries, Miller Shah provides strategic advice to whistleblowers on issues such as retaliation protections, potential risks, and long-term considerations involved in filing a *qui tam* action.

Through its work under the False Claims Act, Miller Shah has built a reputation for advancing accountability and protecting taxpayer funds while achieving meaningful results for whistleblowers. The firm's experience in this area reflects both a deep understanding of complex fraud schemes and a strong commitment to supporting individuals who step forward to expose misconduct.



## MILLERSHAH

### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM



# Whistleblower Programs

## SEC Whistleblower Program

The SEC program rewards individuals who report securities law violations, including insider trading and accounting fraud. Miller Shah guides whistleblowers through investigations and award claims.

## CFTC Whistleblower Program

The CFTC program incentivizes reporting of commodities and derivatives fraud. Miller Shah assists whistleblowers in submitting claims and seeking financial awards.

## IRS Tax Whistleblower Program

The IRS program allows reporting of significant tax underpayments and fraud. Miller Shah represents individuals in preparing claims and pursuing rewards for exposing tax violations.

## FIRREA Whistleblower Program

FIRREA enables whistleblowers to report fraud affecting federally insured financial institutions. Miller Shah handles claims involving mortgage fraud, lending misconduct, and bank-related violations.

## AML & FCPA Whistleblower Programs

Whistleblowers may receive rewards for exposing money laundering or corruption under AML and FCPA laws. Miller Shah advocates for individuals reporting bribery and international financial crimes.

## International Whistleblower Claims

Cross-border fraud often impacts U.S. markets. Miller Shah represents international whistleblowers in bringing claims under U.S. whistleblower programs.



MILLER**SHAH**
ATTORNEYS AT LAW



# 3 Litigation + Dispute Resolution

Miller Shah integrates arbitration, mediation, and other alternative dispute resolution ("ADR") methods into its practice to achieve efficient, cost-effective outcomes for clients. Attorneys have experience with domestic and international arbitration, mediation, and customized ADR across industries such as antitrust, commercial transactions, construction, employment, intellectual property, and securities. In addition to representing clients, Miller Shah lawyers frequently serve as arbitrators, mediators, and settlement counsel before leading ADR bodies, including the AAA, FINRA, ICC, JAMS, and the London Court of International Arbitration.

## Dispute Resolution Methods

Because no two disputes are alike, Miller Shah attorneys evaluate the full spectrum of dispute resolution options—ranging from courtroom litigation to more collaborative alternatives—to identify the approach best suited to each client's goals.

### Arbitration and Litigation

Direct negotiation allows parties to attempt resolution without third-party intervention. This approach can minimize costs, preserve relationships, and lead to swift settlements. Our attorneys regularly use negotiation to achieve favorable outcomes before a matter escalates further.

### Direct Negotiation

Direct negotiation allows parties to attempt resolution without third-party intervention. This approach can minimize costs, preserve relationships, and lead to swift settlements. Our attorneys regularly use negotiation to achieve favorable outcomes before a matter escalates further.

### Mediation

Direct negotiation allows parties to attempt resolution without third-party intervention. This approach can minimize costs, preserve relationships, and lead to swift settlements. Our attorneys regularly use negotiation to achieve favorable outcomes before a matter escalates further.



**MILLERSHAH**
ATTORNEYS AT LAW

Case 2:25-md-03179-WCG Filed 05/23/26 Page 80 of 146 Document 164



# Antitrust and Trade Regulation

## Antitrust Litigation

Miller Shah attorneys have extensive experience addressing the complex legal and economic issues presented by antitrust and competition disputes. The Firm has successfully represented plaintiffs and defendants in major civil antitrust matters throughout the United States, as well as in related criminal, administrative, and regulatory proceedings. The team regularly works with the Department of Justice, the Federal Trade Commission, State Attorneys General, and, when appropriate, international regulatory bodies such as the European Union.

Miller Shah attorneys have prosecuted and defended cases involving vertical and horizontal price agreements, market allocations, refusals to deal, monopolization, covenants not to compete, price-fixing, tying arrangements, and price discrimination under the Robinson-Patman Act. Miller Shah has been appointed lead counsel in more than 75 antitrust, competition, and trade regulation cases nationwide, reflecting both the Firm's broad experience and the results achieved for clients.

## Reverse Payments

The Firm also has been actively involved in litigation concerning antitrust and unfair competition issues involving reverse payments. These matters frequently raise questions of market allocations, price agreements and other anticompetitive practices. With extensive experience in antitrust law and economics, as well as knowledge of market realities, Miller Shah attorneys have represented businesses and individual consumers in these complex cases in both state and federal courts.

## Trade Regulation

Miller Shah also has worked with and represented governmental entities, including the State of Connecticut, in unfair trade practice and related matters. The Firm has represented a number of clients, both businesses and consumers, in unfair trade practice and consumer protection cases throughout the United States in a wide variety of jurisdictions, including in scores of individual and Multi-District Litigation proceedings, in cases arising under the Consumer Legal Remedies Act, the Lanham Act, the Magnuson-Moss Warranty Act, the Racketeer Influenced and Corrupt Organizations Act and the Unfair Competition Law, as well as similar statutes and state laws in over 35 states and the District of Columbia.



Case 2:26-md-03179-WOG Filed 05/23/26 Page 81 of 146 Document 64



# Class Actions and Collective Actions

Miller Shah has a broad range of experience in representing clients in class action and other representative/ collective litigation. The attorneys at Miller Shah have been appointed lead counsel in scores of class action and similar cases, and the courts that have appointed Miller Shah in such litigation have consistently recognized the excellent representation provided by Miller Shah in such engagements. Miller Shah attorneys have extensive experience representing the interests of their clients in antitrust, consumer protection, employment discrimination/civil rights, employee benefits, ERISA, fiduciary compliance, housing practices, insurance coverage/ practices, securities fraud/breach of fiduciary duty, and wage and hour class action litigation.

Miller Shah attorneys have represented a variety of private and public plaintiffs, including institutional and other significant investors, private companies, officers and directors, other fiduciaries and labor organizations. Miller Shah has been successful in recovering hundreds of millions of dollars for our clients and, in addition, has procured tens of millions of dollars in charitable *cy pres* donations to worthy organizations as a result of the outcomes that we have achieved. Unlike certain lawyers who exclusively handle class action litigation, we know how to prosecute cases to trial and have extensive experience trying cases. In federal and state courts, as well as arbitral forums, Miller Shah attorneys have tried such cases for both plaintiffs and defendants to successful jury verdict, judgment and award.

## Automotive Defects

The Firm has represented consumers in cases involving defective vehicles and automotive components, including safety, performance, and emissions issues. These actions often involve multi-district litigation and require coordination with regulators and experts.

## Consumer Product Defects

Miller Shah attorneys have pursued claims involving defective consumer products, holding manufacturers and distributors accountable for injuries, safety hazards, and false representations in the marketplace.





# Collective Actions

Miller Shah attorneys regularly represent employees in collective actions under the Fair Labor Standards Act (FLSA) and other statutes, challenging unlawful pay practices and securing remedies for large groups of workers.

# Data Breach

Miller Shah has litigated data breach and privacy cases arising from unauthorized access to consumer or employee information. These cases often involve statutory claims under federal and state privacy laws, as well as negligence and consumer protection theories.

# Group Litigation

The Firm represents groups of plaintiffs in coordinated litigation involving shared claims against common defendants, leveraging efficiencies in discovery, trial preparation, and settlement negotiations.

# Securities Fraud

Miller Shah has substantial experience in securities fraud litigation, representing investors in cases involving misrepresentations, omissions, market manipulation, and other violations of federal and state securities laws.

# TCPA

Miller Shah attorneys litigate Telephone Consumer Protection Act (TCPA) claims on behalf of individuals and groups subjected to unlawful telemarketing, robocalls, and text messaging campaigns, securing statutory damages and injunctive relief.

# Workplace Benefit Plan Litigation

The Firm has significant experience litigating disputes involving employee benefit plans, including claims under the Employee Retirement Income Security Act (ERISA). Miller Shah attorneys have represented plan participants, beneficiaries, and fiduciaries in a wide range of benefits and fiduciary duty matters.



**MILLERSHAH**
ATTORNEYS AT LAW

Case 2:20-md-03179-WCG Filed 05/23/26 Page 83 of 146 Document 64



# Commercial Litigation

Miller Shah attorneys have extensive experience handling a broad range of commercial litigation matters for businesses, organizations, and individuals. The Firm represents clients in disputes involving contracts, business torts, unfair competition, intellectual property, and complex multi-party litigation. Miller Shah attorneys have appeared in federal and state courts across the country, as well as arbitration forums, and have secured significant recoveries and favorable resolutions on behalf of clients. With a practical understanding of business operations and strategy, the Firm is focused on protecting client interests while delivering efficient and effective solutions to high-stakes disputes.

## Breach of Contract

Miller Shah attorneys represent businesses and individuals in breach of contract disputes involving commercial agreements, service contracts, joint ventures, and other business arrangements. The Firm litigates these matters in federal and state courts and in arbitration.

## Commercial Disparagement

The Firm has prosecuted and defended claims of commercial disparagement and business defamation, protecting clients against false or misleading statements that harm reputation, goodwill, or competitive standing.

## Copyright / Trademark

Miller Shah attorneys handle disputes involving copyrights, trademarks, and related unfair competition claims. The Firm's work includes representing clients in cases of copyright and trademark infringement, licensing disagreements, and matters under the Lanham Act and state unfair competition laws.

Miller Shah has represented clients in industries such as publishing, media, consumer products, and technology, addressing issues like ownership, registration, use of protected works, and false designation of origin. The Firm focuses on protecting intellectual property rights while navigating the practical business considerations that often shape these disputes.



## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-md-03179-WOG DA Filed 05/23/26 • Page 84 o 146 Document 64



## False Advertising

The Firm litigates false advertising claims under federal and state law, including matters brought under the Lanham Act and unfair competition statutes. Miller Shah has represented both plaintiffs and defendants in industries ranging from consumer products to financial services.

## Franchisor / Franchisee

The Firm has experience representing both franchisors and franchisees in disputes involving contractual obligations, disclosure requirements, territorial restrictions, and allegations of unfair or deceptive practices.

## Insurance Coverage and Recovery

Miller Shah attorneys assist policyholders in disputes with insurers involving coverage denials, bad faith claims, and recovery under a wide variety of insurance policies, including commercial general liability, directors and officers, and professional liability policies.

## Intellectual Property

In addition to copyright and trademark disputes, Miller Shah handles broader intellectual property litigation, including trade secret misappropriation, licensing disputes, and claims involving proprietary business information.

## Partnership Disputes

The Firm represents partners, shareholders, and members in disputes involving fiduciary duties, ownership rights, dissolution, valuation, and other conflicts that arise in closely held businesses and joint ventures.



**MILLER SHAH**
ATTORNEYS AT LAW

Case 2:20-md-03179-WCG Filed 05/23/26 Page 85 of 146 Document 64



# 4 Business Counseling and Corporate Transactions

Miller Shah's Corporate & Business Services practice offers comprehensive strategic legal counsel to small and medium-sized businesses at every stage of growth, from inception to exit. The Firm represents start-ups, family-owned businesses, multinational corporations, and private equity and venture capital funds across key industries, including construction, technology, food and beverage, agribusiness, entertainment, and cannabis.

The team recognizes that legal strategy must align with financial reality—how companies are valued, how returns are generated, and how each transaction fits into broader investment and growth goals of both founders and investors. Miller Shah attorneys have extensive experience with complex corporate transactions, including domestic and cross-border mergers and acquisitions, venture capital fundraising, leveraged buyouts, and private credit transactions in the private equity space. Clients rely on the Firm not only for high-stakes transactions but also for day-to-day advisory assistance. Many businesses select Miller Shah as outside general counsel, benefiting from responsive, business-focused legal services that emphasize efficiency, risk management, compliance, and long-term success.

Successful transactions require counsel to act as strategic advisors—anticipating commercial challenges, managing founder and stakeholder dynamics, and helping clients close transformative deals with confidence and clarity. With a team that includes corporate, litigation, and employment lawyers, Miller Shah delivers the insight and judgment businesses need to navigate both complex transactions and daily legal needs.



**MILLERSHAH**

ATTORNEYS AT LAW



# Mergers & Acquisitions

Assisting buyers, sellers, and investors with structuring, negotiating, and closing M&A deals. From multimillion-dollar strategic purchases to founder exits and carve-outs, we handle:

**Deal Structuring and Planning**

**Comprehensive Legal Due Diligence**

**Executive Compensation, Short Term and Long Term Incentive Plans**

**Antitrust and Regulatory Approvals**

**Post-Closing Integration and Corporate Governance**

Our team has the expertise, acumen, and focus needed to navigate complex regulatory landscapes to get deals done as efficiently as possible.

# Private Equity

Full-cycle legal support to private equity funds, family offices, and portfolio companies, including:

**Fund Formation and Investor Documentation**

**Growth Equity Investments** *(Leverage Buyouts, Private Debt, Mezzanine, and Distressed Debt)*

**Management Agreements and Operating Covenants**

**Exit Strategy Planning** *(Strategic Sales, IPOs, Recapitalizations)*

Our team works with clients in competitive and regulated industries to structure transactions that reduce tax burdens and maximize post-close value.



**MILLERSHAH**

ATTORNEYS AT LAW

Case 2:26-mc-03179-WOG-DA Filed 05/23/26 • Page 87 of 146 Document 64



# Venture Capital

Representing early-stage companies and investors across the venture ecosystem—seed rounds, Series A through D, and exit. The Firm's services include:

**SAFE, Pre-Seed, and Seed Round Structuring**

**Series A to C and Convertible Debt Structuring**

**Cap Table Analysis and Founder Equity Planning**

**Corporate Governance, Minority Protections, and Voting Rights**

**Exit Planning** *(Strategic, Secondary Sales, IPO)*

With changing investor expectations and more complex term sheets, startups and investors alike need legal counsel that balances growth with protection. Miller Shah attorneys help founders avoid pitfalls while aligning with investors' long-term interests.

# Other Business Services

## Business Formation & Strategy
Advising on entity selection (LLC, corporation, etc.), shareholder and operating agreements, governance frameworks, and early-stage growth planning.

## International Business
Supporting foreign companies with U.S. market entry, regulatory compliance, joint ventures, and cross-border corporate structuring.

## Private Client & Business Succession Services
Estate and tax planning, succession strategies, buy-sell agreements, and intergenerational transfers for business owners and high-net-worth individuals. These services help clients stay legally compliant while building toward long-term operational and financial goals.



**MILLERSHAH**

ATTORNEYS AT LAW

Case 2:26-nd-03179-WOG-DA Filed 05/23/26 • Page 88 of 146 Document 64



# 5 Investor Protection and Securities Litigation

Miller Shah provides a variety of compliance, litigation, monitoring, regulatory and transactional services to institutional investors, including educational and endowment based funds, hedge funds, public and private pension funds and private equity firms. Among the other services that it provides to institutional clients, the Firm performs corporate governance and securities investment monitoring for virtually all of its institutional clients pursuant to which it advises clients when they should consider legal action to protect their rights as shareholders in a corporation.

In connection with its Miller Shah Tracker℠ service, Miller Shah offers the following portfolio services to institutional investor clients: (a) the development of guidelines and policy statements regarding securities and other shareholder litigation, as well as other corporate governance initiatives, to meet fiduciary obligations; (b) the monitoring of securities and related litigation that affects the client's investments; (c) the investigation and evaluation of potential and pending litigation to evaluate the appropriate role, if any, for the client; (d) the preparation of presentations for institutional clients regarding the status of potential and pending litigation and other corporate governance initiatives; (e) provision of updates regarding the settlement or other resolution of litigation, disputes and other initiatives; (f) assistance to clients in completing appropriate claim forms and other documentation to maximize recoveries; and (g) coordination of the holding of certain securities in custodial accounts with a financial institution pursuant to a specialized agreement that Miller Shah was instrumental in crafting to protect client interests in appropriate circumstances.



**MILLER**SHAH
ATTORNEYS AT LAW

Case 2:16-md-02179-WJ-DA Filed 05/23/26 • Page 88 of 146  Document 64



# Securities Litigation and Investment Disputes

Miller Shah has significant experience in securities regulation and corporate governance. The Firm has represented private and public entities, including institutional and other investors, investment managers, hedge funds, pension funds, private companies, officers and directors, and labor organizations. Miller Shah attorneys have litigated complex securities and directors' and officers' liability cases in federal and state courts across the country.

## FINRA Arbitration

The Firm has experience representing clients in arbitration proceedings before the Financial Industry Regulatory Authority (FINRA). These matters often involve disputes between investors and brokers, as well as claims concerning securities fraud, suitability, and breach of fiduciary duty.

## Securities Fraud

Miller Shah attorneys have prosecuted and defended claims involving securities fraud, including shareholder class actions and related regulatory enforcement matters. We have represented clients in cases involving misrepresentations, omissions, and other alleged violations of federal and state securities laws.

## Shareholder Derivative Actions

The Firm has represented shareholders in derivative litigation involving directors and officers, corporate governance disputes, and allegations of breach of fiduciary duty. These cases often address issues of corporate control, oversight, and accountability.

## Investment Disputes

Miller Shah attorneys regularly represent investors in disputes concerning investment losses, broker misconduct, and other claims arising out of investment relationships. These cases may proceed through litigation, arbitration, or regulatory forums.

## Opt-Out Litigation

The Firm has experience handling significant shareholder opt-out cases, where institutional and other large investors pursue individual claims separate from securities class actions. These matters often involve complex damages analysis and negotiation with defendants.



**MILLER**SHAH

ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM



# Representative
# Clients

At Miller Shah, we place clients' interests first. We strive to provide clients with thoughtful, comprehensive and high quality legal services at all times.

The Firm's diverse client base includes:

- **Start-up and other smaller companies**

- **Multi-national corporations**

- **Biotechnology and life science concerns**

- **Construction companies**

- **Educational institutions**

- **Healthcare and manufacturing concerns**

- **Hospitality and leisure businesses**

- **Individuals, including significant shareholders, highly compensated employees, consumers, small business owners and professionals**

- **Labor organizations, including local and international labor unions**

- **Private pension funds**

- **Public pension funds**

- **Multi-employer and Taft-Hartley pension funds**

- **Large and mid-size financial institutions**

- **Hedge funds and money managers**

- **International and other significant investors**

- **State and local governmental entities**

- **Technology companies and entrepreneurs**

**MILLERSHAH**

ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

Case 2:26-md-03179-WCG Filed 05/28/26 Page 91 of 146 Document 64

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# *Pro Bono*, **Community Service and Charitable Work**



Miller Shah believes that its attorneys should provide *pro bono* and public interest legal services, as a matter of professional responsibility and in recognition of both the overwhelming need for, and positive outcomes arising from, the provision of such services. Miller Shah attorneys regularly accept unpopular and challenging cases, participating in *pro bono* activities that range from political asylum and death penalty litigation to civil rights, housing, constitutional and mortgage foreclosure class actions to individual civil and criminal matters for low-income, disabled, and other people who are disadvantaged and in need. Miller Shah also has represented certain non-profit organizations in *pro bono* assignments.

Miller Shah attorneys have contributed thousands of hours of professional time to *pro bono* matters. The Firm believes that this work benefits the clients served, the public at large, and the Firm's attorneys, who develop additional skills and enjoy the professional fulfillment derived from performing such public service. The Firm actively encourages partners and associates to accept *pro bono* legal assignments and to treat such assignments as matters of the highest priority. In addition to a commitment to *pro bono* work, Miller Shah attorneys and staff are highly committed to community service. Firm representatives regularly work on behalf of a number of community organizations, including the Special Olympics, and serve on boards and commissions, including in elected roles, to support the communities in which they work and live. Miller Shah is also committed to charitable work and regularly provides financial support to a number of community and charitable organizations, including YMCA camps and organizations supporting the underprivileged, arts, education, and culture. In addition, the Firm is actively engaged in promoting the donation of *cy pres* funds from representative proceedings and other litigation. As a direct result of the efforts of Miller Shah attorneys in such matters, more than $100 million has been donated to charities, public schools, colleges and other educational institutions, and non-profit institutions promoting the social justice system and other good works.

The Firm also actively supports the credit internship program of the Cornell University School of Industrial and Labor Relations. At any given time, Miller Shah typically employs one or more full-time interns from the Cornell ILR School to provide these students with practical experience in the workplace related to their chosen field of study. Finally, the Firm actively encourages its attorneys to contribute to the profession through professional writings, service on American Bar Association and state bar committees, and support for the bar organizations that assist indigent and other clients in obtaining access to the justice system.

If you have a question about the Firm's *pro bono,* community service, or charitable work or would like the Firm to consider a specific *pro bono* assignment or a community service/charitable work or donation request, please send an email or other correspondence to probono@millershah.com.

To make arrangements for a *cy pres* donation with the assistance of Miller Shah or to be considered for a *cy pres* award, please send an email or other correspondence to cypres@millershah.com.





# Members of
# <span style="color:#9B2020">Our Firm</span>

On the pages that follow, we have provided individual biographical pages for the members of the Miller Shah team that we anticipate being most significantly devoted to this engagement. If you have any questions or require additional information, please contact us at info@millershah.com.

Attorneys Admitted to Practice Law Before the State and Federal Appellate and Trial Courts of:

- **Arizona**
- **California**
- **Connecticut**
- **District of Columbia**
- **Florida**
- **Illinois**
- **New Jersey**
- **New York**
- **Oregon**
- **Pennsylvania**
- **Wisconsin**
- **the Federal Circuit Court of Appeals**
- **and the United States Supreme Court**

## MILLERSHAH
### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM

# James E. Miller

## Managing Partner  *Chester, CT Office*

✉ jemiller@millershah.com



James E. Miller formed Miller Shah in 2021. Prior to starting Miller Shah, Jim had worked at Shepherd, Finkelman, Miller & Shah, LLP since 2002. Jim is admitted to practice law in the States of California, Connecticut, and New Jersey, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern District of California, District of Connecticut, Eastern District of Pennsylvania, District of New Jersey, Eastern District of Wisconsin, the United States Court of Appeals for the Third Circuit and Ninth Circuit, and the United States Supreme Court. In addition to these courts and jurisdictions, Jim has worked on cases with local and co-counsel nationwide and internationally.

Jim concentrates his practice on whistleblower and securities and corporate governance litigation, as well as significant employment, ERISA, employment benefits, defamation, and wage/hour cases. He also has significant experience representing clients in a wide variety of consumer and antitrust class actions and other complex commercial litigation, as well as unsuitable trading, churning, and trade disputes in FINRA arbitrations/mediations and before international tribunals. Finally, having begun his career working for the labor movement after majoring in Industrial and Labor Relations at Cornell, Jim serves as labor counsel for certain select clients of the Firm.

Jim earned his undergraduate degree from Cornell University (B.S. 1988) and his law degree from the University of Pennsylvania School of Law (J.D. 1991). While at Penn Law School, he was awarded the Edwin R. Keedy Cup and was Editor of the Comparative Labor Law Journal. Following graduation, he served as Law Clerk to the Honorable Daniel H. Huyett, 3rd, United States District Judge for the Eastern District of Pennsylvania.

Jim began his law practice in 1992 in Philadelphia, Pennsylvania, where his practice concentrated on labor and employment litigation, as well as other complex commercial litigation. In 2000, he relocated with his family to Connecticut where he served in a lead role in several consumer and securities class actions, while also representing both institutional and individual investors in major unsuitable trading and churning cases. In 2002, Jim joined the Firm to open its office in Connecticut.

Jim is a member of the National Association of Securities and Consumer Attorneys, National Employment Lawyers Association, the American Bar Association, the Connecticut Bar Association, the New Jersey Bar Association, and the Pennsylvania Bar Association. He resides with his family in Chester, Connecticut, where he holds elected office and is active in community, political, and charitable activities.

## MILLER SHAH
### ATTORNEYS AT LAW

# James C. Shah

**Partner** *Beverly Hills, CA Office*

 jcshah@millershah.com



James C. Shah formed Miller Shah in 2021. Prior to forming Miller Shah, Jim had worked at Shepherd, Finkelman, Miller & Shah, LLP since 2000.

Jim is admitted to practice law in the states of California, New Jersey, New York, and Wisconsin, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern District of California, Eastern District of Pennsylvania, District of New Jersey, and Eastern District of Wisconsin, as well as the United States Court of Appeals for the Ninth Circuit. In addition to these courts and jurisdictions, Jim has worked on cases with local and co-counsel nationwide and internationally.

Jim concentrates his practice on antitrust, consumer, and insurance litigation, as well as complex commercial and employment matters. He also has significant experience representing clients in a wide variety of corporate governance, securities, construction defect, employment, and wage/hour cases. Additionally, Jim has represented clients in numerous FINRA arbitrations and other proceedings, as well as in various U.S. and international arbitration and alternative dispute resolution forums.

Jim earned his undergraduate degree in Political Science from the University of Oregon and his law degree from Temple University School of Law. While at Temple, he was a member of the school's nationally acclaimed Trial Team and also participated on Moot Court.

Before joining the firm, Jim practiced as a litigator in Philadelphia with Pelino & Lentz, P.C., where he focused on employment and labor law, securities disputes, and general commercial litigation. In 2000, Jim joined forces with Scott Shepherd, at which time the firm was created. Since then, Jim has been involved in all aspects of the firm's practice.

Jim is a member of the New Jersey and Pennsylvania Bar Associations, as well as the American Association for Justice and the National Association of Securities and Consumer Attorneys. He resides with his family in Collingswood, New Jersey, and is active in community, political, and charitable activities.

# MILLERSHAH
## ATTORNEYS AT LAW

# Natalie Finkelman Bennett

## Partner  *Philadelphia, PA Office*

 nfinkelman@millershah.com



Natalie Finkelman Bennett joined Miller Shah in 2021. Prior to joining Miller Shah, Natalie had worked at Shepherd, Finkelman, Miller & Shah, LLP since 2000. She is admitted to practice law in the State of New Jersey, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the District of New Jersey and Eastern District of Pennsylvania, and the United States Courts of Appeal for the Third and Ninth Circuits. In addition to these courts and jurisdictions, Natalie has worked on cases with local and co-counsel across the country and worldwide.

Natalie concentrates her practice on antitrust, consumer, and insurance litigation, as well as complex commercial matters. She also has significant experience representing clients in a wide variety of corporate governance, securities, employment benefit, wage/hour, and unfair trade practices cases. In addition, she represents clients in whistleblower cases brought under the United States False Claims Act. Natalie also has extensive experience representing physicians and physician groups in a broad range of matters.

She earned her undergraduate degree *magna cum laude* from the Pennsylvania State University in 1986 and was elected a member of the Phi Beta Kappa Honor Society. Natalie earned her law degree *magna cum laude* from Temple University School of Law in 1989, where she served as the Managing Editor of the *Temple Law Review*. After clerking for former Chief Judge Farnan of the United States District Court for the District of Delaware, Natalie began her private practice career at Schnader Harrison Segal & Lewis in 1990. At Schnader, she practiced in many areas of complex commercial litigation, including product liability, insurance coverage and defense, antitrust, contract, and commercial lease matters.

In 1996, Natalie became an associate at Mager Liebenberg & White, a well-known firm that specialized in class actions, where her practice was concentrated in antitrust and consumer protection class action litigation. In 1998, she became a Partner in the law firm of Liebenberg & White.

Natalie is a member of the American Bar Association, Pennsylvania Bar Association, Philadelphia Bar Association, and the National Association of Consumer Advocates. She is also a former member of the Pennsylvania Bar Association Commission on Women in the Profession and the Temple American Inn of Court. She resides in Wallingford, Pennsylvania with her family and is active in community affairs and charitable activities.

# MILLER SHAH
## ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM

# Nathan C. Zipperian

**Partner**  *Ft. Lauderdale, FL Office*

 nczipperian@millershah.com



Nathan C. Zipperian joined Miller Shah in 2021. Prior to joining Miller Shah, Nathan worked at Shepherd, Finkelman, Miller & Shah, LLP since 2005. He is admitted to practice law in the States of Arizona, Florida, New Jersey, and Oregon, as well as in the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern and Middle Districts of Florida, the District of Arizona, and the United States Court of Appeals for the Second Circuit. In addition to these courts and jurisdictions, Nathan has worked on cases with local and co-counsel throughout the country and worldwide.

Nathan concentrates his practice on antitrust, consumer, and insurance litigation, as well as complex commercial and employment matters. He also has significant experience representing clients in a wide variety of corporate governance, securities, construction defect, employment, and wage/hour cases. Additionally, Nathan has represented clients in various personal injury and medical malpractice litigation.

Nathan earned his undergraduate degree in Political Science from the University of Oregon and his law degree from the Temple University School of Law. While at Temple, he was an Editor of the *Environmental Law and Technology Journal*. Before joining Shepherd, Finkelman, Miller & Shah, LLP, Nathan was a litigator in Oregon at Bailey Pinney and Associates, where his practice focused on employee rights, and in Arizona with Martin Hart & Fullerton, where he litigated a wide variety of cases including personal injury, medical malpractice, and product liability matters.

Nathan is a member of the American Bar Association, Oregon Bar Association, and Arizona Bar Association. He resides with his family in Weston, Florida, and is active in the South Florida community.

# MILLERSHAH
## ATTORNEYS AT LAW

# Laurie Rubinow

**Partner**  *Chester, CT Office*

 lrubinow@millershah.com



Laurie Rubinow joined Miller Shah in 2021. Prior to joining Miller Shah, Laurie worked at Shepherd, Finkelman, Miller & Shah, LLP since 2005. She is admitted to practice law in the State of Connecticut, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Court for the District of Connecticut and the United States Court of Appeals for the First Circuit. In addition to these courts and jurisdictions, Laurie has worked on cases with local and co-counsel nationwide and internationally.

Laurie focuses her practice on representing the Firm's clients in whistleblower cases, as well as antitrust, consumer, complex commercial, and insurance litigation. Laurie also has significant experience handling employment, intellectual property, and real estate matters. Finally, Laurie is active in the Firm's *pro bono* work and has represented a number of *pro bono* clients in federal and state matters.

Laurie earned her undergraduate degree from the University of California at Berkeley, where she was Phi Beta Kappa and graduated summa cum laude. She earned her law degree from Temple University School of Law. She also completed part of her undergraduate studies at McGill University and, while at Temple Law School, served as a legal intern with the United States Attorney's Office, the Public Defender's Office, the Pennsylvania Attorney General's Office, and for United States Magistrate Judge Powers. In addition, Laurie has received a Certificate in Negotiation, Mediation, and Conflict Resolution from the Seton Hall University School of Law.

Laurie has a diverse legal background, having worked in private practice as an associate at a law firm and as a solo practitioner for approximately five years before beginning a career as an in-house attorney at a nationally recognized insurance company, where she worked for approximately eleven years, rising to the position of National Manager. In that role, she was responsible for the management of five regional field offices handling complex insurance-related litigation, including toxic tort and environmental actions. She also served as an adjunct professor in the Department of Sociology at Central Connecticut State University.

Laurie joined the Firm's Connecticut office in 2005, where she represents clients in a variety of antitrust, consumer, securities, and insurance litigation. She was also actively involved in the Firm's representation of the State of Connecticut in complex litigation against six different pharmaceutical manufacturers.

Laurie is a member of the Chester Bar Association and the Connecticut Bar Association. She resides in Chester, Connecticut with her family and is active in community affairs. Laurie also holds an elected office as a member of the local school board.

# MILLERSHAH
## ATTORNEYS AT LAW

# Bruce D. Parke

**Partner**  *Philadelphia, PA Office*



 bdparke@millershah.com

Bruce D. Parke joined Miller Shah in 2021. Prior to joining Miller Shah, Bruce worked at Shepherd, Finkelman, Miller & Shah, LLP since 2008. He is admitted to practice law in the Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Bruce represents clients in complex commercial litigation, including securities, antitrust, and consumer protection matters. He also has experience representing clients in employment and ERISA cases. Bruce has participated in several historic class action recoveries, including In re AOL Time Warner, Inc. Securities Litigation ($2.65 billion), In re McKesson Securities Litigation ($1.04 billion), In re Broadcom Corpo- ration Securities Litigation ($150 million), In re Motorola Securities Litigation ($190 million), In re Raytheon Securities Litigation ($460 million), and In re Automotive Refinishing Paint Antitrust Litigation ($105 million).

Bruce earned his undergraduate degree in Administration of Justice from the Pennsylvania State University and his law degree from the Dickinson School of Law of the Pennsylvania State University (J.D. 2002). Prior to joining the firm, he was an associate at the law firms of Mager White & Goldstein LLP and Mager & Goldstein LLP, where he practiced securities, antitrust, and consumer protection litigation.

# MILLERSHAH
## ATTORNEYS AT LAW


Case 2:26-md-03179-WCG    Filed 05/22/26    Page 99 of 146    Document 64

# Jayne A. Goldstein

## Partner  *Ft. Lauderdale, FL Office*

 jgoldstein@millershah.com



Jayne joined Miller Shah in 2021. She is admitted to practice law in the State of Florida, the Commonwealth of Pennsylvania, the State of Illinois, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Northern District of Illinois, the United States Courts of Appeal for the First Circuit, the United States Courts of Appeal for the Second Circuit, the United States Courts of Appeal for the Third Circuit, the United States Courts of Appeal for the Seventh Circuit, the United States Courts of Appeal for the Eleventh Circuit, and the United States Supreme Court.

Jayne, a registered nurse, received her law degree from Temple University School of Law in 1986 and her Bachelor of Science (highest honors) from Philadelphia College of Textiles and Science. Jayne began her legal career in 1986 with a wide-ranging general practice firm in Philadelphia. In 2000, she was a founding shareholder of Mager & White, P.C. and opened its Florida office, where she concentrated her practice on securities, consumer and antitrust litigation. In 2002, the firm became Mager White & Goldstein, LLP. In 2005, Jayne was a founding partner of Mager & Goldstein LLP. Most recently, she was a partner at Pomerantz LLP and Shepherd Finkelman Miller & Shah, LLP.

Since 2010, Jayne has served as co-chair of P.L.I.'s Class Action Litigation Strategies Annual Conference held in New York. In January 2017, Jayne chaired P.L.I.'s new program "Women Lawyers in Leadership," a program she developed. This program is now a yearly event which she chairs. Jayne spoke on March 22, 2019 in Montreal, Canada in a National Class Action Seminar: Recent Developments in Quebec, in Canada, in the United States. Jayne has also been a frequent speaker at Public Pension Fund Conferences having recently appeared on Panels at the Florida Public Pension Trustees' Association and Illinois Public Pension Fund Association.

Jayne is a contributor to a book published by the American Bar Association, The Road to Independence: 101 Women's Journeys to Starting Their Own Law Firms. She resides in Delray Beach, Florida with her family. She is active in community affairs and charitable work in Florida, Illinois, and Pennsylvania.

Jayne brings extensive experience to the firm in representing individuals, businesses, institutional investors and labor organizations in a variety of complex commercial litigation, including violations of federal and state antitrust and securities laws and unfair and deceptive trade practices.

## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 100 of 146     Document 64

# Kolin C. Tang

**Partner**  *San Diego, CA Office*

 kctang@millershah.com



Kolin C. Tang joined Miller Shah in 2021. Prior to joining Miller Shah, Kolin worked at Shepherd, Finkelman, Miller & Shah, LLP since 2009. He is admitted to practice law in the State of California.

At Miller Shah, Kolin concentrates his work on securities and commercial litigation throughout the United States. He plays a key role on the Miller Shah Tracker℠ team, a group within the Firm dedicated to working with attorneys, computer programmers, investment analysts, and other staff members to ensure that clients' investment portfolios are appropriately monitored to identify losses arising from corporate fraud and other misconduct. The team also recommends the appropriate level of participation and helps recover funds on clients' behalf through legal action.

In addition to his work in securities and commercial litigation, Kolin also performs significant work in the Firm's growing whistleblower practice, handling cases both in the United States and internationally.

Kolin received his undergraduate degree in Economics and History with honors from the University of California at Berkeley and earned his law degree from The George Washington University Law School in 2011, where he was a member of *The George Washington International Law Review*. As a summer associate with Shepherd, Finkelman, Miller & Shah in 2009 and 2010, Kolin worked on antitrust, consumer fraud, and securities cases. He also served as a legal intern at the Federal Trade Commission, where he worked on antitrust and consumer protection issues.

Currently, Kolin's practice is focused on representing clients in securities, complex litigation, and whistleblower matters. He is a member of the American Bar Association and resides in Santa Ana, California.

# MILLER SHAH

### ATTORNEYS AT LAW

Case 2:26-md-03179-WCG   Filed 05/22/26   Page 101 of 146   Document 64

# Alec J. Berin

**Partner** *Philadelphia, PA Office*

 ajberin@millershah.com



Alec joined Miller Shah in 2021. Prior to joining Miller Shah, Alec worked at Shepherd, Finkelman, Miller & Shah, LLP as a project analyst and then as an attorney for the firm in August 2019. Alec is admitted to practice law in the Commonwealth of Pennsylvania.

Alec earned his Bachelor of Science from Cornell University and graduated with honors from the George Washington University Law School, where he served as an Articles Editor of the *George Washington International Law Review* and Research Associate with the Center for Law, Economics & Finance. While at GW Law, Alec was named a Paul A. Volcker Scholar, an award for excellence in the study of financial regulatory law and commitment to public service.

Additionally, Alec interned in the Enforcement Division of the U.S. Securities and Exchange Commission.

Alec has played a central role in the firm's practice in securities litigation, ERISA matters, federal False Claims Act cases, and other areas of complex and commercial litigation. He has served as counsel at trial in a complex federal case and has recently argued before multiple U.S. Courts of Appeals.

## MILLERSHAH
### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Alfonso M. Vilaboa

Partner New York, NY *Office*

 amvilaboa@millershah.com



Alfonso joined Miller Shah in 2025. Alfonso is an international business lawyer with experience in corporate law, mergers and acquisitions, and private equity. He is admitted to practice law in the State of New York, the District of Columbia, and Uruguay.

Alfonso has advised a wide-range of public and private companies, both in the United States and abroad. His experience includes representing companies in strategic sell-side mergers and acquisitions, as well as private equity funds in their leveraged buyout acquisitions of portfolio companies, and senior and mezzanine debt transactions in a variety of different industries.

Private equity clients appreciate Alfonso's strong knowledge of financial modeling and unique strength in financial statement reviewing, which allows him to understand deals from a business and financial perspective and to facilitate coordination and synergies with the legal review.

Prior to joining the firm, Alfonso worked as an attorney for the Inter-American Development Bank, the largest development bank for Latin America and the Caribbean, and Posadas, Posadas & Vecino, one of the largest law firms in Uruguay.

Alfonso earned a Doctor of Law and a Masters in Contractual Law from the Catholic University of Uruguay, as well as a Master of Laws in International Business and Economic Law, with Honors, from Georgetown University. He also received a Private Equity Certificate from the Wharton School.

## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 103 of 146     Document 64

# Ronald S. Kravitz

## Senior Counsel  *San Francisco, CA Office*

 rskravitz@millershah.com



Ronald S. Kravitz joined Miller Shah in 2021. Prior to joining Miller Shah, Ron worked at Shepherd, Finkelman, Miller & Shah, LLP since 2014. He is admitted to practice law in the States of California and Texas, the Commonwealth of Pennsylvania, and numerous federal courts, including the United States District Courts for all Districts of California, the Middle District of Florida, the Northern District of Illinois, the Eastern District of Michigan, the Northern District of Ohio, the Eastern District of Pennsylvania, and the Northern and Southern Districts of Texas. He is also admitted to the United States Courts of Appeals for the Fourth, Fifth, Ninth, and Eleventh Circuits, as well as the United States Supreme Court. In addition to these courts and jurisdictions, Ron has worked on cases with local and co-counsel nationwide and internationally. He began his legal career as an Attorney Advisor for the U.S. Department of Justice.

With more than 25 years of experience as legal counsel in complex business litigation matters, Ron's practice has been focused primarily on ERISA, employment, intellectual property, and securities-related matters since 1992. He has represented numerous fiduciaries, third-party plan administrators, broker-dealers, and registered representatives in connection with plan administration and investment matters. Ron has served as lead or co-lead class counsel in numerous ERISA class actions throughout the country.

Ron is a past Chairman of the International Advisory Group (IAG), current co-chair of IAG's Litigation Specialist Group, a regional board member of the Anti-Defamation League, and the co-chair of the ABA Employee Benefits Committee Fiduciary Sub-Committee. In addition, Ron is a Lifetime Fellow of the American Bar Foundation and is active in the University of San Francisco Inn of Court.

# MILLERSHAH
## ATTORNEYS AT LAW

# Eric L. Young

**Senior Counsel**  *Philadelphia, PA Office*

 elyoung@millershah.com



Eric received his B.A. in Political Science in 1992 from the University of Pittsburgh, and his J.D. in 1999 from the Widener University School of Law which he attended as an Evening Division Student while continuing to work full-time. While at Widener, Eric distinguished himself as a Member of the Moot Court Honor Society and winner of the Delaware Moot Court Competition. He is admitted to practice law in the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

Eric is a seasoned trial lawyer with a track record of success in whistleblower litigation and class actions. In addition to helping secure the first-ever mandatory tax fraud whistleblower reward (22% of the IRS' total amount recovered), Mr. Young has represented whistleblowers in several of the nation's largest *qui tam* recoveries under federal and state false claims acts.

Prior to entering private practice, Mr. Young honed his legal skills as General Counsel for the United Food and Commercial Workers, Local 1776, one of the largest and most accomplished local unions in the nation. During his tenure as General Counsel for the UFCW, Mr. Young successfully executed a wide array of legal and political actions affecting the 24,000 member organization, including guiding the union's executive leadership on complex contract negotiations and spearheading labor arbitrations arising out of the organization's 90 different collective bargaining agreements.

Mr. Young began his litigation career at one of Philadelphia's premier commercial litigation firms and established an outstanding track record in healthcare fraud litigation, corporate investigations, and securities fraud litigation.

Eric has been instrumental in the Firm's successful prosecution of securities fraud litigation on behalf of Taft-Hartley pension funds, *qui tam* litigation, tax fraud whistleblower cases, and complex employment law class actions. As a result of Eric's efforts, the firm has been retained by numerous different multi-employer pension funds — with combined assets of over $4 billion — to monitor and protect their assets against securities fraud and abuse. Eric is also nationally recognized in complex wage/hour class action litigation on behalf of employees.

# MILLERSHAH
## ATTORNEYS AT LAW

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 105 of 146    Document 64

# Heidi A. Wendel

**Senior Counsel**  *New York, NY Office*

 hawendel@millershah.com



Heidi is admitted to practice law in the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit.

Heidi received her law degree from Columbia Law School, where she was a senior editor of the Columbia Law Review. She received a B.A. from Swarthmore College, Phi Beta Kappa. She clerked for the Honorable Milton Pollack, United States District Court for the Southern District of New York.

Heidi is a skilled litigator with over 25 years of experience who specializes in complex litigation, particularly in representing whistleblowers in cases exposing fraud against the government. Her experience includes serving as Chief of Civil Frauds in the United States Attorney's Office in the Southern District of New York, Deputy Attorney General and Director of the Medicaid Fraud Control Unit in New York, and Partner at Jones Day in the New York office defending fraud cases.

While at the United States Attorney's Office, she had primary responsibility for major cases, which she personally investigated and litigated, in both the healthcare and financial fraud areas. Among cases she investigated and intervened in on behalf of the government was a suit against Novartis Pharmaceuticals alleging that the company conducted a massive fraud in its promotional speaker programs related to cardiovascular drugs. While Heidi was Chief, the Civil Frauds Unit achieved record recoveries, as well as bringing numerous cases based on cutting-edge legal theories.

Prior to service as Chief of Frauds at the United States Attorney's Office, Heidi was director of the Medicaid Fraud Control Unit and Deputy Attorney General at the New York Attorney General's Office, supervising a staff of 340, including attorneys, auditors, and investigators, in seven regional offices around the state, overseeing a docket of hundreds of civil and criminal cases. In this position, she led the bureau to achieve record civil recoveries and criminal convictions. Under Heidi's leadership, the unit was selected as the nation's best, for the first time in its thirty-year history, by the Inspector General of the U.S. Department of Health and Human Services, based on the size of its recoveries.

## MILLERSHAH
### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Isack Fadlon

## Senior Counsel  *Beverly Hills, CA Office*



 ifadlon@millershah.com

Isack joined Miller Shah in 2024. He is admitted to practice in the State of California.

A founding partner of Fadlon & Rozio that was established in 1995, Isack has three decades of experience, focusing on business litigation and business trans-actions.  These areas include real estate, franchising, business torts, and insurance bad faith.

Isack continues to stay involved in the community, serving on the boards of various organizations, including the Melrose Business Improvement District, the Beverly Hills Education Foundation, The Sephardic Educational Foundation, J LA, and was elected and served two terms on the Mid City West Neighborhood Council. He received his undergraduate degree from the University of California, Los Angeles, and earned his law degree from the University of California Hastings College of Law and a Masters of Science in Journalism from Northwestern University.

# MILLERSHAH

## ATTORNEYS AT LAW

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 107 of 146    Document 64

# Zacky P. Rozio

**Senior Counsel** *Beverly Hills, CA Office*

 zprozio@millershah.com



Zacky joined Miller Shah in 2024. Zacky is an accomplished attorney with three decades of experience, licensed to practice before both state and federal courts in California. Since 1993, he has been a dedicated member of the bar, offering invaluable legal counsel to his clients.

Zacky's legal career has evolved over the years. While he initially delved into criminal law, his practice has since shifted towards a focus on business transactions and business litigation. His extensive expertise spans various areas, including franchising, real estate, lending and banking, corporate formation and control, as well as business torts.

Zacky is a founding partner of the law firm, Fadlon & Rozio, established in 1995. The firm has earned a stellar reputation for its exceptional legal services in California and beyond.

Zacky believes in the importance of proactive legal measures. He recognizes that our legal system can be complex and costly. To mitigate such expenses, he advocates for clients to organize and conduct their affairs with precision. According to Zacky, the legal cost of fixing a problem is exponentially higher than the cost of doing things right the first time.

He received his undergraduate degree from Wesleyan University and earned his law degree from Loyola University.

# MILLERSHAH

## ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM

# Deborah C. England

Of Counsel  *San Francisco, CA Office*



 dcengland@millershah.com

Deborah is an experienced litigator with over 30 years practicing employment law in San Francisco. She is admitted to practice law in the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Northern District of California. Her practice has emphasized discrimination, harassment, retaliation, privacy violations, denial of family and medical leave, and other civil rights violations. She also frequently represents employees in whistle-blowing, wrongful termination in violation of public policy, breach of contract, unpaid bonuses and commissions, and wage and hour actions.

Deborah received her undergraduate degree from the University of Washington and earned her law degree from Seattle University.

## MILLERSHAH
### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 109 of 146    Document 64

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Robert W. Biela

**Staff Attorney** *Philadelphia, PA Office*



 rwbiela@millershah.com

Robert joined Miller Shah in 2021. Prior to joining Miller Shah, Robert worked at Shepherd, Finkelman, Miller & Shah, LLP since 2020. He is admitted to practice law in the Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Bob received his law degree from the Dickinson School of Law of the Pennsylvania State University in 2002, where he served as Comments Editor for the Dickinson Journal of Environmental Law and Policy. Before joining the firm, Bob was an associate for the law firms of Kessler Topaz Meltzer & Check LLP and Mager White & Goldstein LLP, where he practiced securities, employment, whistleblower and consumer protection litigation.

Bob concentrates his practice primarily on complex commercial litigation including antitrust, securities, and employment law. He has also represented clients in whistleblower and consumer protection cases.



**MILLERSHAH**

ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Tina Moukoulis

**Staff Attorney** *Philadelphia, PA Office*

 tmcoutavas@millershah.com



Tina Moukoulis joined Miller Shah in 2021. Prior to joining Miller Shah, Tina worked at Shepherd, Finkelman, Miller & Shah, LLP since 2019. She concentrates her practice on complex commercial litigation, including antitrust, securities, and consumer protection class actions. Tina is admitted to practice law in the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

Prior to joining Miller Shah, Tina was an attorney with Law Offices Bernard M. Gross, PC, where she participated in a wide array of class actions that resulted in favorable outcomes on behalf of plaintiffs.

Tina earned her undergraduate degree from Ursinus College and her law degree from the Dickinson School of Law of the Pennsylvania State University. During law school, she was a member of the *Dickinson Law Review* and served as a student attorney for the Dickinson Family Law Clinic, which provided legal services to indigent clients.

Tina is a member of the Pennsylvania Bar Association. She also serves as President of her condominium association and is a local Volunteer Advocate for a national non-profit organization that promotes medical research, education, and awareness of hereditary breast cancer. As a first-generation American, Tina strives to maintain the traditions of her Hellenic heritage and is an active steward of her Greek Orthodox church.

# MILLERSHAH

## ATTORNEYS AT LAW

# Anna K. D'Agostino

Associate *New York, NY Office*



 akdagostino@millershah.com

Anna K. D'Agostino joined Miller Shah in 2021. She is admitted to practice law in the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit. Prior to joining Miller Shah, Anna worked at Shepherd, Finkelman, Miller & Shah, LLP as a project analyst.

Anna graduated from New York University School of Law, where she was Editor in Chief of the *New York University Journal of International Law & Politics*.

She earned her Bachelor of Arts degree from Fordham University, where she majored in International Political Economy and Spanish Language & Literature.

At Miller Shah, Anna concentrates her practice on complex litigation matters, with a particular focus on ERISA, securities, and international litigation.



## MILLERSHAH

### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Sydney D. Finlay

**Associate** *San Diego, CA Office*

 sdfinlay@millershah.com



Sydney joined Miller Shah in 2021. She is admitted to practice law in the State of California.

Sydney received her law degree from University of Washington School of Law. During law school she was a Summer Clerk with the Washington State Office of the Attorney General, Civil Rights Division. After graduation, she clerked for the Snohomish County Superior Court. She actively volunteers as a Case Manager for the Immigrant Family Advocacy Project and previously volunteered as a Court Appointed Special Advocate in the King County Family Law Court.

Sydney is fluent in Spanish. She concentrates her practice on complex litigation matters, with a particular focus on employment and whistleblower litigation.

## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-md-03179-WCG   Filed 05/22/26   Page 113 of 146   Document 64

# Madison A. Gregg

**Associate** *New York, NY Office*



 magregg@millershah.com

Madison joined Miller Shah in 2023. She is admitted to practice law in Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Madi received her J.D. from the University of Chicago in 2023, where she was Vice President of the Law Students Association. She also worked with the Exoneration Project Clinic and assisted with Actual Innocence petitions in Illinois. Prior to law school, she received her Bachelor of Science from Cornell University in Industrial and Labor Relations as well as Minors in Psychology, Classical Civilizations, and Law & Society.

At Cornell, she was a Writing Tutor with the Knight Institute and a Lewis J. Perl Fellow and Groos Family Fellow with The Cornell Tradition.

Madi previously worked for the Firm as an ILR Credit Intern and a Law Clerk. She concentrates her practice on complex litigation matters, with a particular focus on whistleblower litigation.



# MILLERSHAH
## ATTORNEYS AT LAW

# Christopher A. Miller

**Associate** *Philadelphia, PA Office*



 camiller@millershah.com

Christopher joined Miller Shah in 2023. He is admitted to practice law in Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Christopher received his law degree from the University of Michigan Law School, where he was an articles editor of the Michigan Journal of International Law and student attorney in the Veterans Legal Clinic. During law school, Christopher completed internships with a tax and immigration law firm in Lisbon, Portugal and a boutique commercial and class action litigation firm in Kansas City, Missouri.

Prior to law school, Christopher worked as an English instructor and debate coach at a large university in Ho Chi Minh City, Vietnam.

Christopher earned his Bachelor of Science from Cornell University, where he was an ILR Global Scholar and minored in Italian. As an undergraduate, Christopher worked for the Los Angeles Mayor's Office, the House of Commons of the United Kingdom, and a law firm in Parma, Italy. He also attended the London School of Economics and Political Science in the spring of 2018 as a Visiting Hansard Scholar.

Christopher is fluent in Italian. He concentrates his practice on whistleblower, ERISA, and securities litigation.



## MILLERSHAH
### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM

# Rrita Osmani

**Associate** *Chester, CT Office*



 rosmani@millershah.com

Rrita received her law degree from the Maurice A. Deane School of Law at Hofstra University, where she was a fellow with the Monroe H. Freedman Institute for the Study of Legal Ethics and a student attorney with the Law Reform Advocacy Clinic. During law school, Rrita completed an internship with the National Labor Relations Board, Regional Office 29 in Brooklyn, New York.

Rrita graduated with a Bachelor of Science from Cornell University's School of Industrial and Labor Relations. As an undergraduate, Rrita was a member of the Cornell Speech and Debate Society.

Rrita is a fluent Albanian speaker and is proficient in Spanish. She concentrates her practice on complex litigation matters, with a particular focus on whistleblower and ERISA litigation.

# MILLERSHAH
## ATTORNEYS AT LAW

**CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY**

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Matthew P. Suzor

**Associate**  *Philadelphia, PA Office*

 mpsuzor@millershah.com



Matthew joined Miller Shah in 2025. Matt received his law degree from the University of Maryland Francis King Carey School of Law, where he was an associate editor of the Journal of Health Care Law & Policy. During his final semester of law school, Matt interned at the Legal Resources Centre in Cape Town, South Africa. There, he worked on several projects involving water rights, land reform, and food justice. Matt also received grants to conduct plastics litigation research in Malawi and Costa Rica while in his second year.

Prior to law school, Matt worked at New York-Presbyterian Hospital in research and fundraising capacities. Matt also spent a year in Baltimore working with unhoused persons through the Jesuit Volunteer Corps.

Matt earned his Bachelor of Arts in Philosophy from Boston College. As an undergraduate, he also attended Copenhagen University studying legal philosophy.

Matt concentrates his practice on complex litigation matters, including whistleblower and ERISA cases.

## MILLERSHAH
### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Mark Xiao

**Associate**  *New York, NY Office*

 mxiao@millershah.com



Mark joined Miller Shah in 2021. He is admitted to practice law in the State of New York, as well as the United States District Court for the Eastern District of New York and the United States District Court for the for the Southern District of New York. Mark graduated from the University of Washington School of Law, where he was Executive Comments Editor on the Washington International Law Journal and Research Associate of the Technology Law and Public Policy Clinic. While at UW Law, Mark also clerked for two Administrative Law Judges at the Social Security Administration and interned for a private investment management company. Prior to law school, he earned his Bachelor of Arts degree in Psychology from University of Texas at Austin, with a minor in Business.

Mark is fluent in Mandarin and Cantonese. He concentrates his practice at the firm on complex litigation, including employment, consumer, and whistleblower cases, as well as corporate work for both U.S. and international corporations. Mark is serving as Outside Counsel to Leapwork LLC, a software company providing automation support and tools for major companies across the globe.

## MILLER SHAH

### ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 118 of 146    Document 64

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM

# Jonathan A. Dilger

**Chief Operating Officer**   *New York, NY Office*

 jadilger@millershah.com



Jonathan joined Miller Shah in 2021. Prior to joining Miller Shah, Jonathan worked at Shepherd, Finkelman, Miller & Shah, LLP as a Project Analyst and Director of Quantitative Research since 2015.

He oversees and coordinates the firm's extensive research efforts, document review, and damage analysis in ERISA fiduciary matters, *qui tam* and SEC whistleblower submissions. Jonathan also coordinates many aspects of the Firm's securities and antitrust litigation. He manages the Firm's day-to-day operations, with an emphasis on improving efficiency, client outcomes, and financial performance. Jonathan is responsible for the administration of the Firm's retirement program to ensure alignment with fiduciary best practices and participant outcomes.

Jonathan earned his Bachelor of Arts in Political Science from Boston College and his Masters in Business Administration from New York University.

**MILLER**SHAH

ATTORNEYS AT LAW

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 119 of 146    Document 64

# Tara B. Gideon

Director of Human Resources    *Philadelphia, PA Office*

 tbgideon@millershah.com



Tara joined Miller Shah in her current role in 2025. Tara first joined Miller Shah as an ILR Credit Intern before graduating from Cornell University in 2023 with a degree in Industrial and Labor Relations. Currently, Tara oversees all aspects of the employee experience, with a focus on maintaining an inclusive, equitable, and professional workplace. Prior to rejoining Miller Shah,

Tara worked in Employment Branding at Procter & Gamble. During her time at Cornell, she volunteered with the Cornell Prison Education Program and served as a research assistant for the ILR Labor Action Tracker. These experiences strengthened her commitment to advancing fairness and expanding opportunities for others. Tara graduated with a Bachelor of Science from Cornell University's School of Industrial and Labor Relations, with a minor in Law & Society and Inequality Studies.

# MILLERSHAH

## ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM

# Tracy M. Feldman



Chief Marketing Officer   *Philadelphia, PA Office*

 tmfeldman@millershah.com

Tracy joined Miller Shah in 2025. Overseeing the firm's marketing, SEO, and digital strategy, she leads efforts to grow the firm's online presence, optimize content for search and AI, and ensure that Miller Shah's legal work reaches the clients, partners, and communities it's meant to serve. A lifelong web builder and designer, Tracy began coding websites at 13 and has spent her career at the intersection of design, content, and technology. Her experience spans creative leadership roles in Philadelphia's music industry and more than a decade in legal marketing and SEO. Tracy earned a Bachelor of Arts from the University of Rochester, receiving the Elizabeth M. Anderson Prize.

# Jillian M. Lussier



Controller and Senior Litigation Paralegal   *Chester, CT Office*

 jmlussier@millershah.com

Jillian joined Miller Shah in 2021. Prior to joining Miller Shah, Jonathan worked at Shepherd, Finkelman, Miller & Shah, LLP since 2012. Jill has nearly a decade of assisting attorneys in high-profile litigation, including False Claims Act, ERISA, and FLSA matters. She plays a key role in all aspects of the firm's federal and state litigation practice from client intakes through trial. Jill is also responsible for coordinating and overseeing the firm's financial and human resources functions. In recognition of her outstanding contributions to the firm, Jill was named Controller in 2019. She manages the firm's principal administrative office in Chester, Connecticut and resides in Guilford, Connecticut. Jill brings a wide breadth of experience to the Firm. She has been an integral part of three successful trial teams and regularly shares her perspective and expertise with the firm's attorneys in connection with critical court hearings and depositions. Jillian has been a key team member in some of the largest resolutions under the False Claims Act cases in U.S. history.

## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-mc-03179-WLC-IDA Filed 05/23/26 Page 121 of 146 Document 64



# Leanne M. Alvarado

Project Analyst   *New York, NY Office*          ✉ lmalvarado@millershah.com

Leanne joined Miller Shah in 2025. Leanne received a Bachelor of Arts in Neuroscience and Global Health and Health Policy from Harvard College. She has conducted research with the El Paso Department of Public Health on health inequities, completed pro-bono work with Lawyers for Good Government during the Texas migrant border crisis to connect asylum seekers with legal resources, and earned a Licensed Practical Nursing degree from El Paso Community College. Leanne's work supports a wide range of aspects at Miller Shah and she ultimately plans to attend law school. Leanne is also a native Spanish speaker. Leanne received a Bachelor of Arts in Neuroscience and Global Health and Health Policy from Harvard College. focuses primarily on employment matters, as well as whistleblower litigation and the provision of corporate and business services



# Ana Barba

Project Analyst   *New York, NY Office*          ✉ abarba@millershah.com

Ana joined Miller Shah in 2025. Ana graduated from Harvard College with a Bachelor of Arts in Sociology and a minor in Ethnicity, Migration and Rights. In college, Ana was very involved with RAZA, a student organization for Mexican and Mexican American students, serving as President and member of the board for two years. She also worked for the Harvard Foundation for Race and Intercultural Relations as an intern, and at the college's Admission's and Financial Aid Office as a student coordinator. Ana focuses primarily on employment matters, as well as whistleblower litigation and the provision of corporate and business services.



# Quintin C. Cerione

Project Analyst   *Philadelphia, PA Office*          ✉ qccerione@millershah.com

Quintin joined Miller Shah in 2025. Quintin earned his Bachelor of Arts in Government from Cornell University in 2025. During his senior year, he conducted an honors thesis on the offensive dimension of Russia's nuclear weapons policy. While at Cornell, he co-founded the Undergraduate International Law Review, where he held the role of Vice President, served as a writer and editor for the Cornell Diplomat, and was an undergraduate scholar at the Institute of Politics and Global Affairs. Quintin also spent a semester studying at King's College London and interned for the Foreign Commercial Service at the United States Embassy in London. He concentrates on complex litigation, with a focus on whistleblower, ERISA, and employment matters.

## MILLERSHAH
### ATTORNEYS AT LAW

Case 2:26-mc-03179-WCG IDAIGO Filed 05/23/26 • NEW YORK Page 122 of 146 Document 64



# Gina S. Demetriades

Assistant Controller *Chester, CT Office* ✉ gsdemetriades@millershah.com

Gina S. Demetriades is the Assistant Controller at Miller Shah LLP in the Chester office.

Gina joined Miller Shah LLP in 2021 and works with Jillian M. Lussier to oversee the Firm's finances and operations. She resides in Branford, Connecticut with her family.



# Elena M. DiBattista

Legal Assistant *Ft. Lauderdale, FL Office* ✉ emdibattista@millershah.com

Elena joined Miller Shah in 2021. Prior to joining Miller Shah, Elena worked at Shepherd, Finkelman, Miller & Shah, LLP since 2002. Elena has worked as a legal assistant for nearly 40 years, following her graduation from Modern Secretarial School as a Legal Secretary. Elena concentrates her work on coordinating database management for all clients and managing the Florida office. Elena also plays a key role working with the Firm's Securities Fraud Monitoring Service Tracker team in monitoring and analyzing securities losses suffered by institutional and other significant clients.



# Katie M. Edwards

Paralegal *Philadelphia, PA Office* ✉ kmedwards@millershah.com

Katie joined Miller Shah in 2024. Prior to joining the Firm, Katie worked as an Insurance Defense Paralegal, where she managed personal injury and insurance coverage cases. She also took due diligence research and a managerial role for private equity groups and management consulting firms. Katie earned a Bachelor of Arts in Psychology from Connecticut College and a Paralegal Certificate from Villanova University.

# MILLERSHAH
## ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEVADA • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM



# Betsy A. Ferling-Hitriz

Legal Assistant  *Chester, CT Office*  ✉ baferling@millershah.com

Betsy joined Miller Shah in 2021. Prior to joining Miller Shah, Betsy worked at Shepherd, Finkelman, Miller & Shah, LLP since 2006. Betsy is a graduate of Bacon Academy and has studied in the fields of general business and business law at Middlesex Community College. She has a diverse employment background, having worked as a copy editor and editorial assistant at a weekly newspaper, as well as having worked as an executive assistant and clerk in the public sector, before beginning her legal career approximately 29 years ago. She is active in community affairs and regularly supports the Town of East Haddam's Food, Fuel, and Clothing banks, as well as CT Special Olympics.

Betsy concentrates her work on assisting institutional investors and other clients in staying abreast of legal developments and ensuring that their legal rights are protected and enforced. Betsy also plays a critical role in implementing and improving the Firm's systems of quality and internal controls.



# Henry A. Fina

Project Analyst  *Philadelphia, PA Office*  ✉ hafina@millershah.com

Henry joined Miller Shah in 2025. Henry graduated from Claremont McKenna College with a B.A. in Philosophy, Politics & Economics. While in college, Henry served as editor of The Forum, the college's student newspaper, and conducted research on Supreme Court legitimacy as a Harrison Fellow. Additionally, he assisted members of the CMC faculty as a student research assistant at the Salvatori Center for the Study of Individual Freedom. Henry was also a member of the men's lacrosse team and later served as an assistant coach. He concentrates on complex litigation, with a focus on whistleblower, ERISA, and employment matters.



# Kyla N. Golding

Project Analyst  *Philadelphia, PA Office*  ✉ kngolding@millershah.com

Kyla joined Miller Shah in 2024. Kyla graduated from Harvard University with a degree in the History of Science and Studies of Women, Gender, and Sexuality. While in college, Kyla was actively involved in the Harvard Foundation for Intercultural and Race Relations and, as Flagship Program Director, produced and directed Cultural Rhythms, Harvard's largest multicultural flagship showcase, three years in a row. She was also an Editorial Editor and Diversity Consultant for the Harvard Crimson. Kyla is fluent in Spanish. Her work supports all aspects of Miller Shah's practice, including complex *qui tam* and employment matters.

**MILLERSHAH**

ATTORNEYS AT LAW



# Jasmine M. Griswold

Administrative Legal Assistant   *Chester, CT Office*   ✉ jmgriswold@millershah.com

Jasmine joined Miller Shah in 2025. She graduated from Southern Connecticut State University with a Bachelor of Arts in Interdisciplinary Studies, concentrating in business and English. Her academic focus centered on the intersection of global economic perspectives and traditional English studies. Jasmine is currently pursuing a Paralegal Certificate to further expand her knowledge and skills in litigation and legal practices.



# Nicole C. Jefferson

Project Analyst   *Philadelphia, PA Office*   ✉ ncjefferson@millershah.com

Nicole joined Miller Shah in 2024. Nicole completed a Master's degree in Equality Studies at University College Dublin in their School of Social Policy, Social Work, and Social Justice. She received her Bachelor of Arts in Political Science and African American Studies from Yale University. She previously worked at New Haven-based education non-profit Leadership, Education, and Athletics in Partnership (LEAP) as a communications coordinator. At Yale, she was the Voter Engagement Coordinator with the Yale College Democrats coordinating non-partisan university-wide civic engagement and voter registration efforts and served as a Peer Liaison with the Afro-American Cultural Center, mentoring first-year students. She also interned for Rep. Adam Schiff (D-CA) in his district office in Burbank, CA and with the labor rights organizing group, Los Angeles Alliance for a New Economy (LAANE). Nicole works on complex litigation matters, including whistleblower, ERISA, and employment matters.



# Anika S. Keuning

Project Analyst   *New York, NY Office*   ✉ askeuning@millershah.com

Anika joined Miller Shah in 2021. Anika graduated from Cornell University with a major in Industrial and Labor Relations. While in college, Anika supported the "Big Red" through her continued work at the Cornell Annual Fund, as well as through her involvement as a Tradition Fellow, where she volunteered both in Ithaca and her hometown. Anika previously worked for the Firm as an ILR Credit Intern. True to her ILR major, Anika focuses primarily on employment matters, as well as whistleblower litigation and the provision of corporate and business services.



**MILLERSHAH**
ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505  |  FAX: (866) 300-7367  |  WWW.MILLERSHAH.COM



# Sue Moss

Senior Paralegal  *Philadelphia, PA Office*

 smoss@millershah.com

Sue joined Miller Shah in 2021. Prior to joining Miller Shah, Sue worked at Shepherd, Finkelman, Miller & Shah, LLP since 2003. Sue is integral to the Firm's day-to-day operations. She directly assists and supports the attorneys throughout the investigation and litigation stages of the case, including preparation for trial, and helps provide information to class members. Sue has over thirty years of experience as a legal assistant having worked for Miller Shah for 23 years and, before that, worked for 12 years at an insurance defense firm in Philadelphia, where her responsibilities included assisting attorneys with workers' compensation, personal injury, and professional liability defense.



# Marialisa Samo

Paralegal  *San Diego, CA Office*

msamo@millershah.com

Marialisa joined Miller Shah in 2021. Prior to joining Miller Shah, Marialisa worked at Shepherd, Finkelman, Miller & Shah, LLP since 2019.

Marialisa has over 20 years of experience as a paralegal specializing in all aspects of civil litigation. At the Firm, Marialisa supports attorneys in nearly all phases of litigation from initial filings through trial. Marialisa graduated with academic distinction from San Diego State University and holds a bachelor's degree in Criminal Justice Administration. Additionally, Marialisa earned a paralegal certificate from the University of San Diego's ABA-approved Paralegal Program.

Marialisa has assisted attorneys in different areas of the law ranging from real estate matters, residential evictions, unlawful detainer lawsuits, judgment enforcement, and domestic and foreign business formation. Marialisa also has assisted in the preparation, filing and management of litigation documents in state, federal, and appellate courts. She also assists in managing the Firm's San Diego office.



# Caroline D. Soper

Project Analyst  *New York, NY Office*

 cdsoper@millershah.com

Caroline joined Miller Shah in 2023. Caroline graduated from Columbia University with her Bachelor of Arts in Ecology and Evolutionary Biology in 2021 and received her Master of Public Health from Columbia's Mailman School of Public Health in 2023. Caroline concentrates on complex litigation, with a focus on whistleblower, ERISA, and employment matters.

# MILLERSHAH
## ATTORNEYS AT LAW

# Exhibit F



SAN FRANCISCO BAY AREA │ LOS ANGELES AREA │ NEW YORK │ SEATTLE

WWW.CPMLEGAL.COM

# OUR FIRM

Based in the San Francisco Bay Area for over 50 years, Cotchett, Pitre & McCarthy, LLP (CPM) engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in four cities—the San Francisco Bay Area, Los Angeles Area, Seattle, and New York—the core of the firm is its people and their dedication to principles of law, their work ethic, and their commitment to justice. We are trial lawyers dedicated to achieving justice.









**"The Cotchett firm has few peers that equal their ability in litigation. Their commitment to the cause of justice and their ethical standards stand apart. They are people who give back to the community and give lawyers a good name."**

*—Judge of the Superior Court (Retired)*

1

## OUR PRACTICE AREAS

CPM represents both plaintiffs and defendants in a wide range of practice areas, including:

- Antitrust & Global Competition
- Aviation / Helicopter Accidents
- Commercial Litigation
- Consumer Protection Class Actions
- Defective Products / Mass Torts
- Elder Abuse
- Employment Law
- Environmental Law
- False Claims / Whistleblower Law
- Municipal & Public Entity Litigation
- Privacy & Intellectual Property
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Securities / Financial Fraud
- Shareholder Rights / Corporate Governance

**"This court has had the distinct pleasure of having the parties in this case represented by some of the finest attorneys not only in this state but in the country."**

***—Judge of the U.S. District Court***

2

# OUR OFFICES



**San Francisco Bay Area**
840 Malcolm Road
Suite 200
Burlingame, CA 94010
T: 650.697.6000
F: 650.697.0577



**Los Angeles Area**
2716 Ocean Park Boulevard
Suite 3088
Santa Monica, CA 90405
T: 310.392.2008
F: 310.392.0111



**40 Worth Street**
Suite 602
New York, NY 10013
T: 212.201.6820
F: 917.398.7753



**Seattle**
1809 7th Avenue
Suite 1610
Seattle, WA 98101
T: 206.802.1272
F: 206.299.4184

## CPM'S EXPERIENCE IN ANTITRUST CLASS ACTIONS

### Noteworthy Results

CPM represents plaintiffs in the following antitrust class actions in which it serves or served as lead or co-lead counsel and has secured noteworthy results:

*In re Automotive Parts Antitrust Litigation*
**United States District Court, Eastern District of Michigan**
CPM serves as co-lead counsel for end-payor plaintiffs against 72 automotive parts suppliers for allegedly engaging in massive conspiracies to fix the prices, rig the bids, and allocate the markets of various automotive parts sold to automobile manufacturers, next sold to automobile dealerships, and then sold to consumers and businesses. ***CPM and its co-lead counsel recovered over $1.2 billion for the end-payor plaintiff classes.***

*In re Broiler Chicken Antitrust Litigation*
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for commercial and institutional indirect purchasers against broiler chicken suppliers for allegedly engaging in a conspiracy to fix, raise, maintain, and stabilize the prices of broiler chickens by coordinating output and limiting production with the intended and expected result of increasing the prices of broiler chickens. ***CPM and its co-lead counsel recovered over $145 million for commercial and institutional purchaser plaintiff classes.***

*In re Deere & Company Repair Services Antitrust Litigation*
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for a class of individuals and entities who purchased repair services for Deere agricultural equipment with onboard computers known as electronic control units, alleging that Deere monopolized and restrained the market for repair and maintenance services. ***In April 2026, the parties reached a proposed $99 million settlement, which the court has preliminarily approved. The settlement also provides for significant injunctive relief, requiring Deere to make diagnostic tools and repair resources available to equipment owners and independent repair providers over a 10-year period.***

*In re Cattle and Beef Antitrust Litigation*
**United States District Court, District of Minnesota**
CPM serves as co-lead counsel for direct purchaser plaintiffs against beef processing and packing defendants for allegedly engaging in a conspiracy to constrain beef supplies in the United States, thereby artificially inflating domestic beef prices. ***To date, CPM and its co-lead counsel have recovered $135 million for the direct purchaser class. In May 2026, the court preliminarily approved the $82.5 million settlement with the Tyson defendants.***

*In re Domestic Airline Travel Antitrust Litigation*
**United States District Court, District of Columbia**
CPM serve as co-lead counsel for purchasers of air transportation against American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc. for allegedly engaging in a conspiracy to restrict capacity and thereby raise prices for air passenger transportation services.

4

CPM and its co-lead counsel have defeated summary judgment and moved for certification of the proposed class in May 2026. ***To date, CPM and its co-lead counsel have recovered $60 million for the class.***

***In re Capacitors Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as lead counsel for indirect purchasers of electrolytic and film capacitors against capacitor suppliers for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of electrolytic and film capacitors, respectively. ***CPM recovered $80.4 million for the indirect purchaser plaintiff classes.***

***In re Freight Forwarders Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as co-lead counsel for purchasers of freight forwarding services from freight forwarders who allegedly engaged in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of freight forwarding services. ***CPM and its co-lead counsel recovered approximately $450 million for the class.***

***In re Geisinger Health and Evangelical Community Hospital Healthcare Workers Antitrust Litigation***
**United States District Court, Middle District of Pennsylvania**
CPM serves as co-lead counsel for a class of healthcare workers alleging Geisinger System Services, Inc. and Evangelical Community Hospital entered into a no-poach agreement that unlawfully restrained competition for healthcare labor, suppressing job mobility and wages. ***CPM and its co-lead counsel recovered $28.5 million for the class. In March 2026, the court granted final approval of the settlements.***

***In re Lithium Batteries Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for indirect purchasers of lithium-ion batteries against lithium-ion battery suppliers for allegedly engaging in a conspiracy to fix the prices of these products. ***CPM and its co-lead counsel recovered $113 million for the classes.***

***In re Resistors Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for indirect purchasers of linear resistors against resistor suppliers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of linear resistors. ***CPM recovered $33.4 million for the classes.***

***In re Telescopes Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as co-lead counsel for classes of consumers and businesses against telescope manufacturers for allegedly engaging in massive conspiracies to fix the prices and allocate the markets of telescopes and telescope products. ***CPM and its co-lead counsel recovered $32 million for the indirect purchaser class. In April 2025, the court granted final approval of the settlement.***

5

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of air transportation against 13 Asian and Oceanic airlines for allegedly engaging in a conspiracy to fix the prices of discount fares and fuel surcharges on long-haul passenger flights for transpacific routes. ***CPM and its co-lead counsel recovered over \$148 million for the classes***.

<u>**Noteworthy Cases Not Yet Tried or Settled**</u>

CPM also represents plaintiffs in the following antitrust class actions in which it serves as lead or co-lead counsel but where CPM has not yet tried or settled the actions:

*Paradise Tails, Inc. et al. v. D&D Seafood Corp., et al.*
**United States District Court, Southern District of Florida**
CPM serves as counsel for a proposed class of commercial fishermen alleging that seafood processors conspired to fix and suppress dockside prices for spiny lobsters and stone crab claws in violation of federal and state antitrust laws. Plaintiffs allege that, from at least 2015 through 2025, the processors coordinated pricing resulting in artificially depressed prices and significant harm to fishermen's livelihoods.

*In re Shale Oil Antitrust Litigation*
**United States District Court, District of New Mexico**
CPM serves as co-lead counsel for a proposed class of end-purchasers of crude oil derivative fuel products alleging that major domestic shale oil producers conspired to constrain production and thereby fix or raise prices.

*Mach, et al. v. Yardi Systems, Inc., et al.*
**Superior Court of the State of California, County of Alameda**
CPM serves as counsel on behalf of a class of plaintiffs in California against multifamily residential property owners, operators and managers that allegedly colluded and conspired to artificially inflate the rental prices of their units above competitive levels, and to reduce the occupancy of such units below competitive levels through their usage of a centralized pricing software algorithm called "RENTmaximizer," created by Yardi Systems, Inc.

*In re Passenger Vehicle Replacement Tires Antitrust Litigation*
**United States District Court, Northern District of Ohio**
CPM was named co-lead counsel for a class of end-payor plaintiffs who purchased replacement tires in which defendants allegedly engaged in a conspiracy to unlawfully fix, artificially raise, maintain and/or stabilize prices, rig bids for, and allocate the market in the United States for replacement tires.

<u>**Executive Committee or Steering Committee Experience**</u>

CPM represents plaintiffs in the following antitrust class actions in which it serves as a member of the Executive Committee or Steering Committee:

*In re Google Play Consumer Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves on the Steering Committee and represents consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. ***In November 2025, the Court preliminarily approved a $700 million dollar settlement between consumer plaintiffs and Google to reimburse consumers for their allegedly inflated app purchases.***

*In re Cathode Ray Tube (CRT) Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves as a member of the Executive Committee and represents direct purchasers against CRT manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of CRTs. ***To date, counsel for direct purchaser plaintiffs has recovered over $212 million for the class. In March 2026, following a three-day damages trial in May 2025, CPM helped to secure a $1.011 billion judgment against the remaining defendant.***

*In re Generic Pharmaceuticals Pricing Antitrust Litigation*
**United States District Court, Eastern District of Pennsylvania**
CPM and Adam J. Zapala serve as a member of the Steering Committee and represent end-payor plaintiffs of generic drugs against dozens of generic drug manufacturers for allegedly engaging in conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of dozens of generic drugs between May 1, 2009, and December 31, 2019. ***To date, CPM has helped to secure settlements for consumers, insurance plans, and health plans totaling over $500 million with several defendants***.

*In re Farm-Raised Salmon and Salmon Products Litigation*
**United States District Court, Southern District of Florida**
CPM serves as a member of an informal Executive Committee and represents a class of indirect salmon buyers against Norwegian salmon-farming companies for allegedly coordinating price hikes of salmon and salmon products. ***CPM helped to secure $33 million for the indirect purchaser plaintiff classes***.

*In re Copaxone Antitrust Litigation*
**United States District Court, District of New Jersey**
CPM serves as a member of an informal Executive Committee and represents a class of third-party payors against Teva for willfully maintaining its monopoly power in the market for prescription drug Copaxone using restrictive or exclusionary conduct.

*In re Granulated Sugar Antitrust Litigation*
**United States District Court, District of Minnesota**
CPM serves on the Plaintiffs' Steering Committee and represents direct purchaser plaintiffs against Defendants who allegedly conspired to artificially inflate the price of Refined Sugar in the United States and its territories.

7

***In re Oral Phenylephrine Marketing and Sales Practice Litigation***
**United States District Court, Eastern District of New York**
CPM serves on the Plaintiffs' Steering Committee and represents purchasers of over-the-counter, orally ingested phenylephrine-containing products to relieve nasal and sinus congestion sold by Defendants that allegedly do not relieve nasal and sinus congestion yet were continued to be marketed as effective decongestants.

***In re Parking Heaters Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as liaison counsel for indirect purchaser plaintiffs of air and coolant parking heaters in the aftermarket for commercial vehicles against parking heater manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of parking heaters. ***CPM helped to secure $7.7 million for the class.***

***In re Visa Debt Card Antitrust Litigation***
**United States District Court, Southern District of New York**
CPM serves on the Plaintiffs' Executive Committee for the fee payor class. Visa has allegedly entrenched its monopoly by using a multi-faceted exclusionary strategy to stifle competition and innovation in the United States debit market, resulting in enormous financial harms to merchants.

## Illustrative Examples of Pre-2012 Leadership Experience

***In re Citric Acid Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel in an antitrust class action against the five largest sellers of citric acid in the United States, Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V., for alleged conspiring to fix the prices of citric acid at artificially high levels. The court certified the class in October 1996. ***CPM and its co-lead counsel recovered approximately $86.5 million for the class.***

***In re Dynamic Random Access Memory (DRAM) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as chair of the Discovery Committee and represented direct purchasers against DRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***CPM helped to secure over $325 million for the direct purchaser class.***

***In re International Air Transportation Surcharge Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of purchasers of air transportation against Virgin Atlantic Airways Ltd. and British Airways for allegedly engaging in a conspiracy to impose fuel surcharges on long-haul passenger flights for transatlantic routes. ***CPM and its co-lead counsel recovered over $204 million for the class.***

***In re Methionine Antitrust Litigation***
**United States District Court, Northern District of California**

8

CPM served as co-lead counsel in this antitrust class action against several methionine manufacturers for allegedly engaging in a conspiracy to fix the prices and allocate the markets of methionine. *CPM recovered $107 million for the class*.

### *In re Optical Disk Drive (ODD) Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as a member of the Executive Committee and represented direct purchasers against ODD manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. *CPM helped to secure $74.75 million for the indirect plaintiff purchaser class.*

### *In re Static Random Access Memory (SRAM) Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel for direct purchasers of SRAM against SRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of SRAM chips. *CPM recovered $77 million for the class.*

### *In re Sodium Gluconate Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel in an antitrust class action against manufacturers of sodium gluconate, an industrial cleaning agent, for allegedly fixing the prices thereof. The court certified the class. *CPM recovered $4,801,600 for the class.*

### *In re Webkinz Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel for small business retailers who purchased Webkinz plush line toy from Ganz Inc. ("Ganz") on the condition that they also order a minimum $1,000 of products from Ganz's "core line" of products. *CPM recovered $2.5 million for the class.*

### *Kopies, Inc., et al. v. Eastman Kodak Co.*
**United States District Court, Northern District of California**
CPM served as co-lead counsel for copier service firms against manufacturers of parts for alleged illegal tying of products and services. *CPM and its co-lead counsel recovered $45 million for the plaintiffs.*

### *Natural Gas Antitrust Cases I, II, III, & IV*
**Superior Court of California, San Diego Superior Court**
CPM represented 11 public entities and others for the alleged reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis. *CPM successfully prosecuted and recovered $124 million in settlements*.

# OUR PEOPLE
## ANTITRUST ATTORNEYS AT CPM

### <u>ADAM J. ZAPALA</u>



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- Stanford University, B.A.

**Admissions**
- California

**Adam Zapala** is a Partner at Cotchett, Pitre & McCarthy, LLP, where he focuses on complex litigation, including antitrust, employment & civil rights, privacy & cybersecurity, *qui tam*/false claims, consumer protection and class actions generally.

Mr. Zapala has served as lead counsel, or in other court-appointed leadership positions, in some of the largest and most complex litigation matters in the United States, and has obtained outstanding results. Mr. Zapala is known for his deep understanding of antitrust law and class action practice and procedure.

Mr. Zapala has been recognized by courts, his peers, and by various publications for his outstanding work. Since 2014, Mr. Zapala has been recognized as a *Super Lawyer Rising Star*, or *Super Lawyer*. In 2019, the American Antitrust Institute ("AAI") recognized the work of Mr. Zapala and his colleagues in the groundbreaking *Auto Parts* antitrust litigation, where CPM represents the end-payor plaintiffs and have recovered over $1 billion in settlements on their behalf. The *Daily Journal* has repeatedly recognized Mr. Zapala as one of the top antitrust lawyers in California. His work on cases has regularly appeared in Top Settlements & Verdicts.

Mr. Zapala received a B.A. from Stanford University and his J.D. from UC Law San Francisco (Formerly UC Hastings). Prior to CPM, Mr. Zapala worked at Davis, Cowell & Bowe, LLP. (now known as McCracken, Stemerman & Holsberry, LLP.) in San Francisco, where he represented labor unions, Taft-Hartley Pension and Health & Welfare funds, employees and consumers in complex litigation, arbitration and NLRB proceedings. While at DCB, Mr. Zapala served as trial counsel in countless arbitrations on behalf of labor unions and employee benefit funds. He has argued cases before the California First, Third, and Sixth District Court of Appeal.

Mr. Zapala currently serves as the President of the Legal Aid Society of San Mateo County. He

10

also previously served as a staff attorney with Bay Area Legal Aid, where he focused on representing indigent clients in a wide variety of civil litigation matters. While there, Mr. Zapala developed expertise in Medi-Cal, Medicare and other publicly-financed healthcare systems. Mr. Zapala also has legislative and policy experience, working on Capitol Hill as a policy aide for Senator Ron Wyden (D- Oregon) in Washington D.C.

While at Stanford University, Mr. Zapala became a four-time Academic All-American, a four-time All-American, and Captain of the Stanford Men's Soccer Team. In 2001, he was drafted in the Major League Soccer ("MLS") Super Draft by the Dallas Burn (now FC Dallas).

# ELIZABETH T. CASTILLO



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- Boston University, B.A., Economics and Political Science
- Università Commerciale Luigi Bocconi, Milan, Italy

**Admissions**
- California
- District of Columbia
- New York

**Elizabeth Tran Castillo** is a partner in the San Francisco Bay Area office of Cotchett, Pitre & McCarthy, LLP. Her work focuses on antitrust class actions and other complex litigation. Her experience includes litigating direct and indirect purchaser class actions as well as international and domestic cartel matters. In 2023, she was personally appointed to the leadership team in *In re ARC Airbag Inflators Products Liability Litigation*, MDL No. 3051, No. 1:22-md-03051-ELR (N.D. Ga.) and, in 2022, she was personally appointed interim co-lead counsel in *In re Deere & Company Repair Services Antitrust Litigation,* MDL No. 3030, No. 3:22-cv-50188-IDJ (N.D. Ill.). The latter settled in 2026 for $99 million. Her career has been noteworthy due to her leadership in *In re Automotive Parts Antitrust Litigation*, a multidistrict litigation in the Eastern District of Michigan against over 70 defendant groups that settled for over $1.2 billion between 2013 and 2021.

Liz has received various honors for her antitrust work, including:

- Lawdragon 500 Leading Global Antitrust & Competition Lawyers (2025-2026) and 500 Leading Plaintiff Financial Lawyers (2024-2026)
- Best Lawyers: Ones to Watch® in America (2024-2025)
- Los Angeles and San Francisco Daily Journal Top Antitrust Lawyers (2022)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement in Private Law Award (2019)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer Award (2016)
- Northern California Super Lawyers (2022-2025) and Rising Star (2015-2021)

Liz has represented consumers, businesses, and local governments in both federal and state courts and at all stages of litigation, including discovery, trial, and appeals. While she is involved in all aspects of the cases she litigates, she places emphasis on her case development, e-discovery, and settlement strategy work.

# CHRISTOPHER F. JEU



**Education**
- Yale Law School, J.D.
- Graduate School of Arts and Sciences, Columbia University, M.A.
- Columbia College, Columbia University, B.A.

**Admissions**
- California
- Texas

**Christopher F. Jeu** is a Senior Counsel at Cotchett, Pitre & McCarthy LLP, where he focuses on complex litigation, including antitrust and class actions.

From 2016 to 2025, Chris was an Assistant United States Attorney, in which he served as lead counsel for the United States in a wide range of civil cases, including judicial review, Freedom of Information Act, employment, immigration, medical malpractice, and personal injury cases. From 2020 to 2025, Chris was an AUSA in the Northern District of California. From 2016 to 2020, he was an AUSA in the District of New Mexico, where his efforts included working with Native American tribes and mass tort litigation arising from a forest fire. Chris has prevailed in numerous cases on behalf of the United States, federal agencies, and federal employees. He has also successfully settled numerous cases. Chris has been recognized for his outstanding work. His awards include the U.S. Attorney's Office Award for Excellence in Oral Advocacy, for his work before the Ninth Circuit Court of Appeals.

Before joining the U.S. Attorney's Office, Chris was an Associate and Of Counsel at Morrison & Foerster LLP, where he specialized in patent litigation and other intellectual property cases.

Chris has also served as an Adjunct Professor at Rutgers Law School, where he has helped teach Deposition Advocacy. His pro bono work included volunteering for Legal Aid of San Mateo and the Lawyer's Committee for Civil Rights.

In addition, Chris serves on the Northern District of California's ADR Program, where he is a Mediator and an Evaluator for the Early Neutral Evaluation program.

Chris earned his J.D. from Yale Law School, where he served as an Editor of the Yale Law Journal, and he clerked for U.S. District Judge Fernando M. Olguin of the Central District of California.

# CHRISTIAN S. RUANO



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- University of California, Davis, B.A.

**Admissions**
- California

**Christian Santiago Ruano** is an associate attorney at Cotchett, Pitre & McCarthy, LLP, and a member of the Antitrust & Global Competition practice group. His work focuses primarily on class actions in addition to other complex litigation matters such as employment & civil rights, privacy & cybersecurity, and consumer protection claims. Prior to joining the firm, Christian practiced at a large national law firm, where he focused on employment defense and gained experience representing corporate clients in complex workplace disputes. Christian is dedicated to representing individuals and communities impacted by corporate misconduct and advocating for public interest causes.

Christian's background also includes significant experience in both criminal and civil litigation developed during law school and prior roles. He contributed to criminal prosecution efforts at the U.S. Attorney's Office in San Francisco and gained additional experience in criminal defense as a law clerk with Texas Rio Grande Legal Aid, where he supported public defenders on behalf of indigent clients. He also worked with a personal injury solo practitioner in San Francisco, assisting with various stages of case preparation and client advocacy. In addition, his work at a San Francisco-based AI startup allowed him to contribute to the development of an AI model focused on contract analysis and legal document review.

Christian graduated from the UC Law San Francisco (Formerly UC Hastings) and holds a B.A. in International Relations from UC Davis. During law school, he demonstrated his commitment to student leadership and environmental advocacy as the Co-Founder and Co-President of the Beachgoers and Surf Enthusiasts Club, as well as serving as a student representative throughout his time there. His experience also includes legislative internships with U.S. and Massachusetts senators and volunteer work as an American civics educator with the Immigration Institute of the Bay Area.

Outside of work, Christian enjoys basketball, volleyball, estate sales, and watching the Golden State Warriors. He is also committed to community initiatives with the Prisoner Literature Project, Surfrider Foundation, and Peninsula Open Space Trust.

<h1 style="text-align:center">LAUREN A. DEVENS</h1>



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- University of California, Santa Barbara, B.A.

**Admissions**
- California

**Lauren Devens** is an associate at Cotchett Pitre & McCarthy, LLP, where she focuses on personal injury, wrongful death, products liability, mass torts, antitrust & global competition, consumer protection class actions, and unlawful agreements to suppress wages.

Lauren earned her J.D. from UC Law SF in San Francisco, where she was the External Vice President of UC Law SF Plaintiff's Law Association, Senior Acquisitions Editor of UC Law SF Environmental Law Journal, a Teaching Assistant for Legal Research and Writing I, and the President of the Hawai'i Law Students Association. Lauren received the Cali Award for being the top student in Civil Procedure II and Honorable Mention for Best Oral Argument in Legal Research and Writing II. During law school she worked with CPM as a law clerk and externed for Justice Danny Chou of the 1st District California Court of Appeal.

Prior to law school, Lauren graduated with honors from the University of California, Santa Barbara with a B.A. in Political Science and a minor in Asian American Studies. She was also elected to Phi Beta Kappa.

15

# JOSEPH W. COTCHETT



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- California State Polytechnic University, B.S. in Engineering
- Named an Outstanding Graduate

**Admissions**
- California
- District of Columbia
- New York

As stated by the National Law Journal, **Joseph W. Cotchett** is considered by plaintiffs and defense attorneys alike to be one of the foremost trial lawyers in the country. He has been named one of the 100 most influential lawyers in the nation for the past 20 years. In recent years, he has been in the Top 3 for best attorneys in Northern California. Since 2017, he has been named by Super Lawyers to be the #1 lawyer in Northern California, as ranked by his peers. The *Daily Journal* has named him to be one of the Top 100 in California since its inception. In 2019 he was named Consumer Attorney of the Year for his 20-year fight against lead paint manufacturers for poisoning California's most vulnerable children and communities. The California Labor Federation honored Cotchett with its "Top Slugger for Workers" award in 2019, recognizing his decades of fighting for the underdog. In 2020, Cotchett was named one of the Top 100 in California and Top 25 Plaintiff Lawyers.

As reported in the San Francisco / Los Angeles Daily Journal, he is "considered one of the best trial strategists in the state" who built a career out of representing the underdog against powerful interests. The San Francisco Chronicle rated him as one of the best in California, saying, **"The Burlingame attorney has had a star career that's not only talked about in legal circles but has made headlines around the country. Known mostly as a plaintiffs' lawyer, many of his cases are filed on behalf of fraud victims, and have a widows-and-orphan flavor to them."**

During his 50-plus year legal career, he has tried more than 100 cases to verdict, and settled hundreds more, winning numerous jury verdicts, ranging from multi-million dollar fraud, antitrust and securities jury verdicts to several defense verdicts in complex civil cases. He successfully negotiated multi-million-dollar settlements in qui tam lawsuits and in antitrust, securities, major fraud cases, and mass torts.

In the 1980s, Cotchett won mammoth judgments and settlements for investors in white-collar fraud cases, with jury verdicts of more than $200 million arising out of the collapse of the Technical Equities Corp. in San Jose. He is known nationally as the lead trial lawyer for 23,000 plaintiffs in the Lincoln Savings & Loan Association/American Continental Corp. case in 1990 involving

Charles Keating, his lawyers, accountants and bankers in Tucson, Arizona. He won one of the then largest jury verdicts in US history, $3.3 billion. He obtained nearly $400 million in settlements from lawyers, accountants and other professionals caught up in the scandal.

He has represented both the National Football League and its teams since the early 1980s in various legal actions. As counsel for E. & J. Gallo Winery, he won a celebrated defense jury verdict in a trade dress infringement case involving wine labels and bottles produced by Gallo.

In recent years, Cotchett has taken on major corporate entities and Wall Street for financial fraud. He and the firm are involved in litigation resulting from nearly every major corporate scandal including Enron, WorldCom, Global Crossing, Homestore.com, Qwest, Montana Power Company, Lehman, Bank of America, Goldman Sachs and numerous others on behalf of private investors and public pensions. The firm has represented the California Public Employees' Retirement System, California State Teachers' Retirement System, and the University of California Board of Regents, along with numerous political subdivisions of the state, such as counties, cities and districts.

In 2000, he served as trial counsel for Consumers Union, successfully defending the watchdog consumer group in a product disparagement and defamation suit in Federal Court in Los Angeles. Isuzu Motors of Japan had sued Consumers Union for disparagement to the 1995-96 Trooper, claiming millions in damages. Following an eight-week trial, a jury ruled in favor of Consumers Union. Trial Lawyers for Public Justice honored Cotchett as "Trial Lawyer of the Year" in 2000 in honor of his "outstanding contribution to the public interest" through his work for Consumers Union. Also, in 2000, Consumer Attorneys of California gave Cotchett its "Presidential Award of Merit." In 2004, he was the lead trial counsel in a product defamation case against Consumers Union. The jury ruled for Consumer Union in what was considered a major victory for a free press and the First Amendment.

Cotchett is involved in extensive pro bono work. In one such case, he brought a lawsuit against the United States Navy on behalf of 8,600 Amerasian children in the Philippines who were left in villages after the closing of the Subic Bay Naval Base. The case ended in a settlement giving direct U.S. aid to the children fathered by U.S. servicemen and a television documentary on the subject. He regularly takes on pro bono causes including environmental and public policy matters and the firm represents and advises several Native American groups.

Cotchett received his B.S. in Engineering from California State Polytechnic University, San Luis Obispo in June 1960, being named an Outstanding Graduate, and his J.D. from Hastings College of Law at the University of California in June 1964. In June 2002, Cotchett received an **Honorary Doctor of Laws** from Cal Poly and The California State University Board of Trustees. In May 2006, Cotchett received an **Honorary Doctor of Letters** from Notre Dame de Namur University. In May 2011, Cotchett received an **Honorary Doctor of Letters** from the University of San Francisco. In each case, he was the graduation speaker honored by the Universities.

Following college, he served as an officer in the U.S. Army Intelligence Corps, followed by years as a Special Forces paratrooper and JAG Corps officer, in the active reserves. Before transferring to the JAG, he made 12 airborne operations. He retired in 1991 with the rank of Colonel with

17

various citations including the distinguished **Legion of Merit**. He is a member of many veteran and airborne associations having served on active duty 1960-1961. From 2001 to 2005, he served on the board of the Army War College Foundation in Carlisle, Pennsylvania which supports the prestigious Army War College at Carlisle Barracks, the graduate school for the senior commanders of all branches of the service, including officers from foreign allies.

In 2003, Cotchett was honored by **Disability Rights Advocates** for his nearly 40 years of civil rights work. At a San Francisco dinner attended by lawyers, judges and community leaders, Cotchett was described as follows:

*Joe Cotchett has been a champion for justice since his college days. As an engineering student in North Carolina, Joe challenged segregation by drinking from segregated water fountains and riding in the back of buses. Later, as a student at Cal Poly, in 1958 Joe successfully established the first integrated fraternity, which prompted the other fraternities on campus to follow suit.*

*Joe's legal career has involved representing the underdog and doing extensive pro bono work. His civil rights commitment has been leveraged over and over by his financial support of legal fellowships. He has given a 'kick-start' to the public interest careers of the new law graduates at Trial Lawyers for Public Justice, Public Citizen, Southern Poverty Law Center and Disability Rights Advocates. Through these fellowships, Joe has helped to ensure social change through law. Joe guided DRA as a board and litigation committee member from its infancy years into the defender of disability rights it has become today.*

18