**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
| | Case No. 2:26-md-03179-WCG |
| | Hon. William C. Griesbach |

**DECLARATION OF DANIEL C. HEDLUND IN SUPPORT OF PLAINTIFFS CITY OF LA CROSSE, CITY OF ONALASKA, AND CLAVERAK FIRE DISTRICT'S MOTION FOR APPOINTMENT OF CLASS COUNSEL**

I, DANIEL C. HEDLUND, declare as follows:

1.  I am an attorney duly licensed to practice law before this Court. I am a member of the Minnesota Bar, and I have been admitted to this Court. I am a senior partner of Gustafson Gluek PLLC ("GG"). My business address is 120 S. Sixth Street, Suite 2600, Minneapolis, MN 55402. I am over the age of eighteen, am competent to testify, and do so based on my personal knowledge.

2.  All but one plaintiff who asserts indirect purchaser plaintiff antitrust claims support the proposed leadership structure. As proposed interim co-lead counsel for the proposed class of indirect purchasers in this antitrust matter, GG will continue to coordinate and collaborate with plaintiffs' counsel in the direct purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation. GG has engaged in research and discussions with other indirect purchaser plaintiff counsel to make strategic decisions regarding adding additional claims to a future amended complaint. GG and the proposed co leads will work with other appointed co-counsel and Plaintiff Executive Committee counsel to file an amended complaint with a Clayton Act Section 7 claim within one week of leadership appointment for the indirect purchaser plaintiffs. To the extent there are other legal claims to consider pursuing, GG is dedicated to advancing legal theories that are in the best interest of the class. GG will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

3.  GG has twenty-three attorneys who each bring unique perspectives to vigorously represent their clients and class members. Not only is diversity within the firm important to GG, but so too is being an advocate for the underrepresented. GG was one of the firms that helped

found the Minnesota Pro Se Project, pairing indigent federal litigants with attorneys. Attached as Exhibit A is a true and correct copy of GG's Firm Biography.

4. GG first began investigating potential price fixing in the fire trucks market in February 2025, over fifteen months ago. Since that day, GG has expended significant time and effort thoroughly investigating the claims in this action. These efforts included extensive factual, legal, expert work and investigation by the firm. GG reviewed dozens of public earnings calls and presentations, investigated publicly posted complaints on the internet regarding pricing and delivery times for fire trucks, met with antitrust economic experts, read through congressional testimony regarding the fire truck industry, and more as it prepared the City of Onalaska's complaint. The City of Onalaska's complaint was the second filed complaint.

5. GG has extensive lead counsel experience and a proven track record of success representing plaintiff classes in other types of complex class action litigation matters. See Exhibit A. Additional information may be found on the GG website: https://gustafsongluek.com.

6. GG is accustomed to advancing the costs of litigation associated with complex cases and routinely invests significant financial resources in litigating claims against the largest and most well-funded defendants in the world. GG will bring the same resources and commitment to its prosecution of this case.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of May 2026 at Minneapolis, Minnesota.

/s/ Daniel C. Hedlund
DANIEL C. HEDLUND

# Exhibit A



## Firm Resume

**MINNEAPOLIS OFFICE**
**120 South Sixth Street**
**Suite 2600**
**Minneapolis, MN 55402**

**CALIFORNIA OFFICE**
**600 W. Broadway**
**Suite 3300**
**San Diego, CA 92101**

**p. 612-333-8844**
**www.gustafsongluek.com**

# Table of Contents

Firm Overview ..................................................................................................... 1

Leadership Positions ......................................................................................... 2

Case Outcomes ................................................................................................. 6

    Antitrust ........................................................................................................ 6

    Consumer Protection ................................................................................. 10

    Data Breach ............................................................................................... 11

    Product Liability ......................................................................................... 12

    Intellectual Property & Patent Misuse ...................................................... 13

Appellate Advocacy ...................................................................................... 15

Practice Areas and Current Cases .............................................................. 17

    Antitrust ...................................................................................................... 17

    Consumer Protection ................................................................................. 21

    Constitutional Litigation ............................................................................. 24

    Data Breach ............................................................................................... 26

    Product Liability ......................................................................................... 29

Pro Bono & Community .................................................................................. 31

Our Professionals ............................................................................................ 33

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 6 of 89     Document 65

# Firm Overview

Gustafson Gluek PLLC is a 23-attorney law firm with a national practice specializing in complex litigation. The firm has offices in Minneapolis, Minnesota and San Diego, California. Gustafson Gluek attorneys seek to vindicate the rights of, and recover damages for, those harmed by unfair business practices, such as illegal price fixing, deceptive trade practices, and the distribution of unsafe medical devices, as well as enjoin companies from engaging in these types of practices in the future.

Founded in 2003, Gustafson Gluek's attorneys have consistently been recognized by their clients, peers, and courts across the country as leaders in their fields. They have been chosen to lead some of the largest and most complex multi-district litigations. Attorneys at Gustafson Gluek have received national and statewide awards and honors and are routinely called upon by other leading firms to assist in taking on some of the largest companies and defense firms in the world. Gustafson Gluek was named number five in the Top 25 Lead Counsel in antitrust complaints filed from 2009 – 2024 in the 2024 Antitrust Annual Report produced by the University of San Francisco Law School and The Huntington National Bank. Gustafson Gluek was also listed as sixteenth among firms with the highest number of antitrust settlements and in the top 25 Lead Counsel in Class Recoveries.

The core values of Gustafson Gluek include supporting the community and promoting diversity in the legal profession. Its attorneys have held leadership positions and actively participate in numerous national, statewide and affinity-based legal organizations, including the Federal Bar Association, the Fund for Legal Aid Board, Minnesota State Bar Association, the Infinity Project, Minnesota Women Lawyers, Minnesota Association of Black Lawyers, the Lavender Bar Association and American Antitrust Institute. Gustafson Gluek was instrumental in founding the Pro Se Project, a collaboration with the Minnesota District Court pairing indigent federal litigants with attorneys. Gustafson Gluek devotes hundreds of hours each year to pro bono service through the Pro Se Project and other organizations.

# Leadership Positions

Gustafson Gluek's attorneys are frequently recognized by their peers and the courts as experienced and capable leaders and, as such, have been appointed to lead numerous complex litigations including the following:

**Crowell v. FCA USA LLC (D. Del.)**
*Interim Co-Lead Counsel*

**In re 3M Combat Arms Earplug Litig. (Minn.)**
*Co-Lead Counsel*

**In re Archery Products Antitrust Litig. (D. Colorado)**
*Executive Committee*

**In re Bank of America Unauthorized Account Opening Litig. (W.D.N.C)**
*Co-Lead Class Counsel*

**In re Broiler Chicken Antitrust Litig. (N.D. Ill.)**
*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

**In re Change Healthcare, Inc. Customer Data Security Breach Litig., (D. Minn)**
*Overall Lead Counsel*

**In re CenturyLink Residential Customer Billing Disputes Litig. (D. Minn.)**
*Executive Committee Chair*

**In re Concrete and Cement Additives Antitrust Litig. (S.D.N.Y.)**
*Executive Committee*

**In re Construction Equipment Antitrust Litig. (N.D. Ill.)**
*Plaintiffs' Steering Committee*

**In re Crop Inputs Antitrust Litig. (E.D. Mo.)**
*Co-Lead Counsel*

**In re Dealer Management Systems Antitrust Litig. (N.D. Ill.)**
*Plaintiffs' Steering Committee*

*In Re: Deere & Company Repair Services Antitrust Litig.* **(N.D. Ill.)**
*Co-Lead Counsel*

*In re DPP Beef Litig.* **(D. Minn.)**
*Co-Lead Counsel*

*In re DRAM Antitrust Litig.* **(N.D. Cal. and multiple state court actions)**
*Co-Lead Counsel for Indirect Purchasers*

*In re Eyewear Antitrust Litig. (S.D.N.Y.)*
*Co-Lead Counsel for the Putative Direct Purchaser Class*

*In re Flash Memory Antitrust Litig.* **(N.D. Cal.)**
*Plaintiffs' Steering Committee*

*In re Fragrances Indirect Purchaser Antitrust Litig.* **(D. N.J.)**
*Co-Lead Counsel*

*In re Frozen Potato Products Antitrust Litig.* **(N.D. Illinois)**
*Co-Lead Counsel*

*In re Google Digital Publisher Antitrust Litig.* **(N.D. Cal.)**
*Plaintiffs' Leadership Committee*

*In re Granulated Sugar Antitrust Litig.* **(D. Minn).**
*Plaintiffs' Steering Committee for the Direct Purchaser Plaintiffs*

*In re Indirect Purchaser Fire Apparatus Antitrust Litig.* **(E.D. Wi.)**
*Interim Co-Lead Counsel*

*In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* **(E.D. Va.)**
*Co-Lead Counsel*

*In re Hershey Chocolate Litig.* **(M.D. Pa.)**
*Plaintiffs' Steering Committee*

*In re re Johnson Controls, Inc., Data Incident Litigation* **(E.D. WI)**
*Executive Committee*

***In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.*** **(D. Minn.)**
*Co-Lead Counsel*

***In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*** **(D. Minn.)**
*Lead Counsel*

***In re MNGI Digestive Health, PA Data Breach Litig.*** **(D. Minn.)**
*Executive Committee*

***In re Net Gain Data Breach Litig.*** **(D. Minn.)**
*Executive Committee*

***In re: Pacific Market International, LLC Stanley Tumbler Litig.*** *(W.D. Wa.*
*Interim Executive Committee*

***In re Park Dental Data Breach Litig.*** **(D. Minn.)**
*Interim Co-Lead*

***In re Pork Antitrust Litig.*** **(D. Minn.)**
*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

***In re Regents of the University of Minnesota Data Litig.*** **(Minn.)**
*Lead Counsel*

***In re Syngenta Litig.*** **(Minn.)**
*Co-Lead Class Counsel, Settlement Counsel*

***In re Vitamin C Antitrust Litig.*** **(E.D.N.Y.)**
*Co-Lead Counsel for Indirect Purchasers*

***Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.*** **(E.D.N.Y.)**
*Co-Lead Counsel*

***Powell Prescription Center v. Surescripts, LLC*** **(N.D. Ill.)**
*Lead Counsel Committee*

***Quaife, et al. v Brady Martz Data Securities Litig.*** **(D.N.D.)**
*Co-Lead Counsel*

***Ray v. NCAA*** **(E.D. Cal.)**
*Co-Lead Class Counsel*

***St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.* (D. Minn.)**
*Interim Class Counsel*

***Vikram Bhatia, D.D.S., et al., v. 3M Company* (D. Minn.)**
*Co-Lead Counsel*

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 11 of 89     Document 65

# Case Outcomes

Gustafson Gluek has recovered billions of dollars on behalf of its clients since its founding in 2003. Gustafson Gluek has helped vindicate the rights of, and recover damages for, those harmed by unfair business practices such as illegal price fixing, deceptive trade practices, and the distribution of unsafe or defective devices, as well as enjoin companies from engaging in these types of practices in the future. A list of representative cases the Firm previously litigated and the outcomes of those cases is set forth below.

## Antitrust

### *In re Automotive Parts Antitrust Litig.* **(E.D. Mich.)**

Gustafson Gluek was an integral part of the team representing a class of indirect purchases of various automotive components. Plaintiffs alleged that the defendants engaged in a sprawling price fixing conspiracy to artificially increase the price of several different automobile components. Gustafson Gluek helped recover over $1.2 billion for the class.

### *In Re Blue Cross Blue Shield Antitrust Litig.* **(N.D. Ala.)**

Gustafson Gluek was appointed as a member of the Damages and Litigation Committees representing a class of subscribers of Blue Cross Blue Shield insurance in multiple states. Plaintiffs alleged the defendants entered into a de facto price allocation agreement via the "licensing" agreements for use of the Blue Cross Blue Shield name and trademarks. The parties reached a settlement that established a $2.67 billion Settlement Fund. Settling Defendants also agreed to make changes in the way they do business that Plaintiffs believe will increase the opportunities for competition in the market for health insurance.

### *In re Capacitors Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek represented a class of indirect purchasers of electrolytic or film capacitors. Plaintiffs alleged that at least fifteen multinational corporations

conspired to fix the prices of capacitors that they manufactured and sold worldwide and into the United States. Gustafson Gluek attorneys worked closely with Lead Counsel throughout the litigation, which eventually recovered $84.49 million for the class.

### *In re Containerboard Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek represented a class of direct purchasers of containerboard products and was a defendant team leader.  Plaintiffs alleged that defendant containerboard manufacturers conspired to fix the price of containerboard. As a team leader, Gustafson Gluek handled all aspects of discovery, including the depositions of several senior executives. Gustafson Gluek helped to secure over $376 million for the class.

### *In re Cathode Ray Tube (CRT) Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek represented a class of direct purchasers of CRT screens used for computer monitors and televisions. Plaintiffs alleged that defendants conspired to fix the price of these products in violation of the antitrust laws.  Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class action, which resulted in settlements totaling $225 million for the class.

### *In re DRAM Antitrust Litig.* **(N.D. Cal. and multiple state court actions)**

Gustafson Gluek was appointed Co-Lead Counsel for the indirect purchasers in this nationwide class action against both national and international memory-chip manufacturers. This case dealt with the conspiracy surrounding the pricing of the memory chips commonly known as Dynamic Random Access Memory (or DRAM). DRAM is used in thousands of devices on a daily basis, and Gustafson Gluek was integral in achieving a settlement of $310 million for the class.

### *In re Dealer Management Systems Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek has been appointed as a member of the Steering Committee representing a class of car dealerships. Plaintiffs allege that defendants

unlawfully entered into an agreement that reduced competition and increased prices in the market for Dealer Management Systems ("DMS") and data integration services related to DMS. Plaintiffs have reached a settlement with one defendant but continue to litigate against the remaining defendants.

### *In re Domestic Drywall Antitrust Litig.* **(E.D. Pa.)**

Gustafson Gluek represented a class of direct purchasers of drywall in this antitrust case. Plaintiffs alleged that the defendant manufacturers conspired to artificially increase the price of drywall. Gustafson Gluek played an active role in the litigation. A class was certified, and Gustafson Gluek helped recover over $190 million for the class.

### *In re Lithium Ion Batteries Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek represented a class of direct purchasers of lithium ion batteries in a multidistrict class action. Plaintiffs alleged collusive activity by the world's largest manufacturers of lithium ion batteries, which are used in everything from cellular phones to cameras, laptops and tablet computers. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class and helped recover over $139 million for the class.

### *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* **(E.D. Va.)**

Gustafson Gluek served as Co-Lead Counsel with two other firms representing a class of indirect purchasers of interior molded doors. Plaintiffs alleged that two of the country's largest interior molded door manufacturers conspired to inflate prices in the market. Defendants settled with the class for $19.5 million.

### *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.* **(E.D.N.Y.)**

Gustafson Gluek was Co-Lead Counsel representing a class of direct purchasers of freight forwarding services in this international case against 68 defendants. Plaintiffs alleged that defendants engaged in an international conspiracy to fix,

inflate, and maintain various charges and surcharges for freight forwarding services in violation of U.S. antitrust laws. Gustafson Gluek worked to secure over $450 million for the class.

### *In re Resistors Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek worked closely with Lead Counsel representing indirect purchasers of linear resistors. Plaintiffs alleged that the defendant manufacturers conspired to increase the price of linear resistors, thereby causing indirect purchasers to pay more. After engaging in extensive discovery, Plaintiffs recovered a total of $33.4 million in settlements for the indirect purchaser class.

### *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek served an integral role handling complex discovery issues in this antitrust action representing individuals and entities that purchased LCD panels at supracompetitive prices. Gustafson Gluek attorneys worked on a range of domestic and foreign discovery matters in prosecuting this case. The total settlement amount with all of the defendants was over $1.1 billion.

### *The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)

Gustafson Gluek was appointed interim Co-Lead Counsel representing a class of purchasers of hospital healthcare services. Plaintiffs alleged that defendant Blue Cross Blue Shield of Michigan used its market position to negotiate contracts with hospitals that impeded competition and increased prices for patients. Gustafson Gluek worked to secure $29.9 million on behalf of the class.

# Consumer Protection

### *Baldwin et al. v. Miracle Ear et al.* **(D. Minn.)**

Gustafson Gluek represented consumers who received unwanted telemarketing calls from HearingPro for sale of Miracle Ear brand hearing aid products in violation of the Telephone Consumer Protection Act. Gustafson Gluek played an important role in recovering an $8 million settlement for the class.

### *Syngenta Corn Seed Litig.* **(Minn. & D. Kan.)**

Gustafson Gluek was appointed Co-Lead Counsel for the class of Minnesota corn farmers suing Syngenta for negligently marketing its Agrisure/Viptera corn seed before it had been approved in all of the major corn markets. Gustafson Gluek was an integral part of the litigation team in Minnesota, participating in all facets of discovery, motion practice and expert work. Dan Gustafson was one of the lead trial counsel and was also appointed as part of the settlement team. Ultimately, these cases settled for $1.51 billion on behalf of all corn farmers in America.

### *In re Centurylink Sales Practices and Securities Litig.* **(D. Minn.)**

Gustafson Gluek was Chair of the Executive Committee and represented a class of current and former CenturyLink customers who paid too much for their phone, internet or television services due to CenturyLink's unlawful conduct. Plaintiffs alleged that CenturyLink engaged in deceptive marketing, sales, and billing practices across dozens of states. Ultimately, Plaintiffs recovered $18.5 million in settlements for the class.

### *Yarrington, et al. v. Solvay Pharmaceuticals, Inc.* **(D. Minn.)**

Gustafson Gluek represented a class of individuals alleging unfair competition and false and deceptive advertising claims against Solvay Pharmaceuticals in the marketing of Estratest and Estratest HS, prescription hormone therapy drugs. Gustafson Gluek helped recover $16.5 million for the class.

# Data Breach

### *In re Equifax Inc. Customer Data Security Breach Litig.* **(N.D. Ga.)**

Gustafson Gluek represented a class of individuals whose personal information was impacted as the result of Equifax's deficient data security practices. Plaintiffs reached a settlement where Equifax agreed to pay $380 million towards the fund for class benefits and an additional $125 million for out-of-pocket losses in addition to credit monitoring and identity restoration services.

### *Landwehr v. AOL Inc.* **(E.D. Va.)**

Gustafson Gluek served as class counsel in this lawsuit, alleging that AOL made available for download to its members' search history data, which violated these AOL members' right to privacy under the Federal Electronic Communications Privacy Act. Plaintiffs reached a settlement with AOL that made $5 million available to pay the claims of class members whose search data was made available for download by AOL.

### *The Home Depot, Inc., Customer Data Security Breach Litig.* **(N.D. Ga.)**

Gustafson Gluek represented credit unions and a class of financial institutions whose card members' payment data was compromised as the result of Home Depot's deficient data security practices. These financial institutions lost time and money responding to the data breach. Plaintiffs reached a settlement agreement with Home Depot for $27.25 million for the class members.

### *Greater Chautauqua Federal Credit Union v. Kmart Corporation* **(N.D. Ill.)**

Gustafson Gluek served on the court-appointed Plaintiffs' Steering Committee representing a class of financial institutions whose card members' payment data was compromised as a result of Kmart's deficient data security practices. These financial institutions lost time and money responding to the data breach. Plaintiffs reached a $5.2 million settlement with K-Mart for the class.

### *Experian Data Breach Litig.* (C.D. Cal.)

Gustafson Gluek represented a class of consumers whose personally identifiable information, including Social Security numbers and other highly sensitive personal data, was compromised as the result of Experian's deficient data security practices. Many of these consumers lost time and money responding to the data breach, and they face an ongoing risk of identity theft, identity fraud, or other harm. Plaintiffs reached a $22 million settlement and as a part of the settlement, defendants also agreed and have begun undertaking certain remedial measures and enhanced security measures, which they will continue to implement, valued at over $11.7 million.

## Product Liability

### *In re 3M Combat Arms Earplugs* (Minn.)

Gustafson Gluek served as co-lead counsel for individuals seeking damages for hearing loss and other-related injuries due to the use of defective earplugs manufactured by 3M. Ultimately, Gustafson Gluek helped recover over $6 billion for over 250,000 individuals who had been injured by this product.

### *Bhatia v. 3M Co.* (D. Minn.)

Gustafson Gluek represented a class of dentists who bought 3M Lava Ultimate Restorative material for use in dental crowns. Gustafson Gluek was appointed as Co-Lead Counsel for Plaintiffs, who alleged that the 3M Lava material failed at an unprecedented rate, leading to substantial loss of time and money for the dentists and injury to the patients. Gustafson Gluek helped secure a settlement of approximately $32.5 million for all of the dentists who had suffered damages from the failure of this product.

### *Medtronic, Inc., Sprint Fidelis Leads Products Liability Litig.* (D. Minn.)

Gustafson Gluek was Lead Counsel representing Plaintiffs, who had Medtronic's Sprint Fidelis Leads implanted in them. Plaintiffs alleged that Medtronic's Sprint Fidelis Leads contained serious defects that cause the leads to fracture, resulting

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 18 of 89     Document 65

in unnecessary shocks. Ultimately, these cases settled for over $200 million on behalf of thousands of injured claimants who participated in the settlement.  The settlement included a seven-year claim period in which individuals who were registered to participate in the settlement could make a claim if their device failed or was removed within that time period for reasons related to the alleged defect.

### *Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* **(D. Minn.)**

Gustafson Gluek was appointed Co-Lead Counsel in this MDL representing individuals, who were implanted with certain implantable defibrillators manufactured by Medtronic, Inc. Plaintiffs alleged that these certain Medtronic's implantable cardioverter defibrillators (ICDs), and cardiac resynchronization therapy defibrillators (CRT-Ds) contained serious battery defects, which resulted in a recall of the products at issue. Plaintiffs alleged that Medtronic, Inc. knew about this defect, intentionally withheld important information from the FDA and the public and continued to sell the devices for implantation into patients facing life-threatening heart conditions. Gustafson Gluek, in its role as Co-Lead Counsel, helped secure a settlement of approximately $100 million dollars for claimants who participated in the settlement.

## Intellectual Property & Patent Misuse

### *Augmentin Litig.* **(E.D. Va.)**

Gustafson Gluek represented a class of direct purchasers of the pharmaceutical drug, Augmentin.  Plaintiffs alleged that defendant GlaxoSmithKline violated the antitrust laws by unlawfully maintaining its monopoly over Augmentin and preventing the entry of generic equivalents.  Gustafson Gluek helped recover $62.5 million for the class.

### *Dryer, et al., v. National Football League* **(D. Minn.)**

The U.S. District Court for the District of Minnesota appointed Gustafson Gluek Lead Settlement Counsel in Dryer v. NFL. In that capacity, Gustafson Gluek

represented a class of retired NFL players in protecting their rights to the use of their likenesses in marketing and advertising. Gustafson Gluek helped secure a settlement with the NFL that created unprecedented avenues of revenue generation for the class.

### *In re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litig.* (E.D.N.Y.)

Gustafson Gluek represented a proposed class of End-Payor Plaintiffs in this antitrust class action. Plaintiffs alleged that defendant Allergan engaged in a multifaceted conspiracy to delay generic competition for its brand-name drug Restasis. Gustafson Gluek helped recover $30 million for the class.

### *Spine Solutions, Inc., et al. v. Medtronic Sofamore Danek, Inc., et al.* (W.D. Tenn.)

Gustafson Gluek was one of the counsel representing the plaintiff, Spine Solutions, Inc. and Synthes Spine So., L.P.P., in a patent litigation against Medtronic Safamor Danek, Inc. and Medtronic Sofamor Donek, USA. The patent at issue in that case involved technology relating to spinal disc implants. This case went to trial in November 2008 and a jury verdict was returned in favor of our clients. The jury found willful infringements and awarded both lost profits and reasonable royalty damages to our clients.

### *In re Wellbutrin SR Antitrust Litig.* (E.D. Pa.)

Gustafson Gluek played an integral role in this pharmaceutical class action. The firm represented direct purchasers of Wellbutrin SR, who alleged that defendant GlaxoSmithKline defrauded the U.S. Patent and Trademark Office and filed sham lawsuits against its competitors, which delayed the availability of the generic version of Wellbutrin SR to consumers. As a result of this delay, Plaintiffs alleged that they paid more for Wellbutrin SR than they would have if the generic version had been available to them. Gustafson Gluek was actively involved in the investigation, discovery, motion practice, and trial preparation for this case and served an essential role in the mediation that resulted in a $49 million settlement to the direct purchasers.

# APPELLATE ADVOCACY

Gustafson Gluek has experienced, seasoned appellate advocates who can assist in getting the right result. Because Gustafson Gluek attorneys have tried complex cases to jury and bench verdicts, they understand how important the trial court is to a successful appeal.

Gustafson Gluek's appellate attorneys draw from many years of experience practicing before courts at every level of the state and federal system. They have successfully briefed and argued a variety of complex class and non-class cases and been called upon by peers to assist in the appellate process for their clients as well. In addition, they have frequently written briefs and appeared as amicus curiae (friend of the court) on behalf of several professional organizations.

Gustafson Gluek appellate attorneys are admitted to practice in the following appellate courts:

- First Circuit Court of Appeals

- Third Circuit Court of Appeals

- Fifth Circuit Court of Appeals

- Eighth Circuit Court of Appeals

- Ninth Circuit Court of Appeals

- Eleventh Circuit Court of Appeals

- Minnesota State Court of Appeals

- Minnesota Supreme Court

- United States Supreme Court

The following is a representative list of cases in which Gustafson Gluek attorneys argued before the Eighth Circuit include:

- *Graves, et al v. 3M Company*

- *Bryant, et al. v. Medtronic, Inc., et al.*

- *Dryer, et al. v. National Football League*

- *Graves v. 3M Company*

- *Haddock v. LG Electronics USA, Inc.*

- *Rick, et al. v. Wyeth, Inc., et al.*

- *Karsjens, et al. v. Piper, et al.*

- *LaBrier v. State Farm Fire and Casualty Co.*

- *MN Senior Foundation, et al. v. United States, et al.*

- *Larson v. Ferrellgas Partners*

- *Smith v. Fairview Ridges Hospital*

- *Song v. Champion Pet Foods USA, Inc.*

- *Beaulieu v. State of Minnesota*

# Practice Areas and Current Cases

## Antitrust

Gustafson Gluek PLLC is devoted to the prosecution of antitrust violations. Gustafson Gluek attorneys have litigated antitrust cases in federal and state courts across the United States.

Federal and state antitrust laws are designed to protect and promote competition among businesses by prohibiting price fixing and other forms of anticompetitive conduct. Violations can range from straight forward agreements among competitors to raise prices above competitive prices to complicated schemes that affect relationships between different levels of a market.

Ongoing prosecution of these illegal schemes helps protect the average consumer from being forced to pay more than they should for everyday goods. Below are some representative antitrust cases that Gustafson Gluek is currently involved in:

### Colon v. NCAA (E.D. CA)

Gustafson Gluek represents a potential class of Division I College Coaches who had been designated by the NCAA as "Volunteer Coaches" and not allowed to receive any wages or benefits for their service. Plaintiffs allege that the NCAA actively suppressed wages of these Division I Collegiate coaches in violation of the federal antitrust laws. The Parties have reached a gross settlement of $303 million that has been preliminarily approved by the Court.

### In re Archery Products Antitrust Litig. (D. Colorado)

Gustafson Gluek has been appointed to the Executive Committee for a proposed class of direct purchasers of archery products, such as bows and arrows. Plaintiffs allege that defendants conspired to fix and maintain the price of archery products in violation of the federal antitrust laws resulting in supracompetitive prices.

### *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek is part of the Co-Lead counsel team for class of commercial indirect purchasers such as restaurants. The case alleges chicken suppliers colluded to artificially restrict the supply and raise the price of chicken in the United States. As part of the Co-Lead counsel team, Gustafson Gluek helped defeat several of the defendants' motions for summary judgment, succeeded in getting the class certified and prepared the case for trial. To date we have helped recover over $100 million in settlements from seven defendants.

### *In re Concrete and Cement Additives Antitrust Litig.* (S.D.N.Y.)

Gustafson Gluek has been appointed to the Executive Committee for a proposed class of direct purchasers of concrete and cement additives. Plaintiffs allege that defendants conspired to fix and maintain the price of concrete and cement additives in violation of the federal antitrust laws resulting in supracompetitive prices. This litigation is ongoing, but plaintiffs have reached an ice-breaker settlement with one defendant for $1.5 million and significant cooperation.

### *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek has been appointed as Co-Lead counsel on behalf of a proposed class of farmers who purchased repair services from John Deere. Plaintiff alleges Deere monopolized the market for repair and diagnostic services for its agricultural equipment in order to inflate the price of these services.

### *In re Disposable Contact Lens Antitrust Litig.* (M.D. Fla.)

Gustafson Gluek represents a class of individuals who purchased contact lenses made by Alcon, CooperVision, Bausch + Lomb, and Johnson & Johnson. Plaintiffs allege that these manufacturers unlawfully conspired to impose minimum resale price agreements on retailers, which restricts retailers' ability to lower prices to consumers. The class was certified, and Gustafson Gluek attorneys were members of the trial team. Ultimately the case settled with all the defendants and that settlement received final approval from the Court.

### *In re Domestic Airline Travel Antitrust Litig.* **(D.D.C.)**

Gustafson Gluek is part of a team representing passengers of the airlines alleging antitrust violation against various airlines. The court denied defendants' motion to dismiss. Discovery has concluded and summary judgement motions have been submitted.  There have been settlements with two of the defendants in this litigation to date.

### *In re DPP Beef Litig.* **(D. Minn.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of direct purchasers of beef.  Plaintiffs allege that Cargill JBS, Tyson and National Beef Packing Company conspired to fix and maintain the price of beef in violation of the federal antitrust laws resulting in supracompetitive prices for beef.  This litigation is ongoing, but plaintiffs have reached a $52.5 million settlement with JBS and a $82.5 million settlement with Tyson.

### *In re Fragrance Indirect Purchaser Antitrust Litig.* **(D.N.J.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of indirect purchasers of fragrances and fragrance ingredients.  Plaintiffs allege that the world's largest fragrance manufacturers conspired to fix and maintain the price of fragrances and fragrance ingredients in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and proposed class they seek to represent.

### *In re Frozen Potato Products Antitrust Litig.* **(N.D. Illinois)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of direct purchasers of frozen potato products.  Plaintiffs allege that the country's largest producers of frozen potato products conspired to fix and maintain the prices in violation of the federal law resulting in supracompetitive prices for plaintiffs and proposed class they seek to represent.

### *In re Generic Pharmaceuticals Pricing Antitrust Litig.* (E.D. Pa.)

Gustafson Gluek represents a class of Direct Purchaser Plaintiffs and is part of a team of law firms alleging anti-competitive conduct by more than twenty generic drug manufacturers with respect to more than 100 generic drugs, including drugs used to treat common and serious health conditions such as diabetes and high blood pressure. Cases have been brought on behalf of several distinct groups of plaintiffs, including Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, multiple individual plaintiffs, and the State AGs. There are currently more than a dozen separate cases related to various drugs, which have been organized into three groups for the purposes of case management. The court has denied the motion to dismiss, and discovery is ongoing.

### *In re Google Digital Publisher Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek has been appointed to the Leadership Committee representing a class of publishers who sold digital advertising space via Google. Plaintiffs allege that Google's anticompetitive monopolistic practices led to digital publishers being paid less for their advertising space than they otherwise would have been paid in a competitive market.

### *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation (ND Cal.)*

Gustafson Gluek is representing the End User Purchaser plaintiffs who purchased products containing Hard Disk Drive ("HDD") Suspension Assemblies. Plaintiffs allege that manufacturers TDK, NHK, and their respective subsidiaries entered into a cartel agreement to fix prices of HDD suspension assemblies. Defendants' summary judge was denied and motion for class certification is pending. This litigation is ongoing.

### *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.)

Plaintiffs alleged that a cartel of the largest producers of tuna products in the United States conspired to fix and maintain prices of shelf-stable packaged tuna in violation of federal and state antitrust laws resulting in supracompetitive prices

for plaintiffs and the proposed class. Gustafson Gluek represented plaintiffs and a class of end-payer plaintiffs who purchased packaged tuna products.

### *In re Pork Antitrust Litig.* **(D. Minn.)**

Gustafson Gluek has been appointed Co-Lead counsel for a class of indirect purchasers of pork products. Plaintiffs allege that the Defendants violated the federal antitrust laws resulting in supracompetitive prices for pork. The Class was certified and there have been settlements reached with certain defendants for over $90 million dollars. The litigation continues against the remaining defendants.

### *Powell Prescription Center, et al. v. Surescripts, LLC, et al.* **(N.D. Ill.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of pharmacies alleging that defendants Surescripts, RelayHealth, and Allscripts Healthcare Solutions conspired to monopolize and restrain trade in the e-prescription services market in violation of the antitrust laws. This litigation is ongoing, but plaintiffs have reached a $10 million settlement with defendant RelayHealth.

# Consumer Protection

Gustafson Gluek PLLC has led class action lawsuits on behalf of consumers alleging consumer protection violations or deceptive trade practices. These cases involve claims related to the false marketing of life insurance, defective hardware in consumer computers, misleading air compressor labeling, and rental car overcharges. Below are some representative cases involving consumer protection claims that Gustafson Gluek is currently litigating:

### *Broadway v. Kia America, Inc.* **(D. Minn.)**

Gustafson Gluek represents proposed nationwide classes of people who purchased certain models of Kia and Hyundai automobiles that lack an engine immobilizer which makes those vehicles unsafe and prone to theft.

### *Crowell, et al., v. FCA USA LLC* **(D. Del.)**

Gustafson Gluek serves as interim co-lead counsel in case representing individuals who purchased Jeep 4XE vehicles at a substantial premium only to find that the electric battery does not operate as advertised and does not allow the vehicle to drive in electric only mode. The vehicles will get locked out of the battery operation and require a trip to the dealership to repair them.

### *In Re Hershey Chocolate Litig.* **(M.D. Pa.)**

Gustafson Gluek is appointed to the Plaintiffs' Steering Committee representing consumers in their claims against Hershey for failing to disclose the presence of PFAS in their chocolate product packaging. PFAS, also known as "forever chemical," is a substance with dangerous health effects that can transfer from the packaging to the food and remain in the body forever once consumed.

### *Gisairo, et al. v. Lenovo (United States) Inc.* **(D. Minn.)**

Gustafson Gluek represents proposed classes of consumers who purchased various Lenovo laptop computers. These computers suffer from a common hinge failure that renders the products partially or completely useless.

### *In re: Nurture Baby Food Litig.* **(S.D.N.Y.)**

Gustafson Gluek represents proposed nationwide classes of consumers that purchased HappyBaby or HappyTots baby food products. Plaintiffs allege that these baby foods were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *In re: Pacific Market International, LLC, Stanley Tumbler Litig.* **(W.D. Wa.)**

Gustafson Gluek serves on the interim executive committee representing a proposed class of individuals who purchased the popular Stanley line of mugs. Unbeknownst to those consumers, Stanley mugs are manufactured using toxic lead.

### *In re Recalled Abbott Infant Formula Products Liability Litig.* **(N.D. Ill.)**

Gustafson Gluek represents proposed nationwide classes of consumers that purchased infant formula products manufactured, marketed, and sold by Abbott. Plaintiffs allege that these baby formula products were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *Kevin Brnich Electric LLC, et al. v. Siemens Industry, Inc.* **(N.D. Ga.)**

Gustafson Gluek represents a proposed class of electricians and consumers who purchased Siemens Ground Fault Circuit Interrupter products. These products are prone to premature nuisance faulting.

### *Krohn v. Pacific Market International, LLC* **(W.D. Wa.)**

Gustafson Gluek represents a proposed class of individuals who purchased the popular Stanley line of mugs. Unbeknownst to those consumers, Stanley mugs are manufactured using toxic lead.

### *Thelen, et al, v HP Inc.* **(D. Del.)**

Gustafson Gluek represents proposed classes of consumer who purchased various HP laptop computers. These computers suffer from a common hinge defect that renders the products partially or completely useless.

# CONSTITUTIONAL LITIGATION

Gustafson Gluek is devoted to the protection of the constitutional liberties of all individuals. The Firm has litigated several cases at the federal court level on matters involving civil commitment, police brutality, prisoner mistreatment and government misuse of private property. Below are some representative cases involving constitutional claims that Gustafson Gluek is currently litigating or has recently litigated:

## *Doe v. Hanson et al.* (Minn.)

Gustafson Gluek represents a former juvenile resident of Minnesota Correctional Facility – Red Wing who alleges he was sexually assaulted by a staff member over the course of several years. Despite alleged knowledge of the risk of the abuse to the juvenile, the Correctional Facility did nothing to protect the juvenile. A settlement was reached in 2021, which included significant financial compensation for the victim, required additional training for the MCF-Red Wing staff, and 3 policy changes at MCF-Red Wing.

## *Carr v. City of Robbinsdale* (Minn.)

Gustafson Gluek represented an individual whose car was seized by the Robbinsdale police. The client was a passenger in her car, when the driver was pulled over and arrested for driving under the influence. The officer seized the car pursuant to Minnesota's civil forfeiture statute. Gustafson Gluek filed a complaint challenging the constitutionality of the Minnesota civil forfeiture laws. However, prior to any meaningful litigation, the parties were able to settle the case.

## *Khottavongsa v. City of Brooklyn Center* (D. Minn.)

Gustafson Gluek represented the family of a man killed by Brooklyn Center police in 2015. Gustafson Gluek brought section 1983 claims, alleging the officers used excessive force and ignored his medical needs, and that the City of

Brooklyn Center failed to train and supervise the officers. Defendant's motion for summary judgment was largely defeated.  The case settled prior to trial.

### *Hall v. State of Minnesota* (Minn.)

Gustafson Gluek successfully litigated a case against the State of Minnesota regarding the State's Unclaimed Property Act. On behalf of plaintiffs, the Firm achieved a ruling that a portion of the State's Unclaimed Property Act was unconstitutional and, as a result, the statute was changed, and property returned to individuals.

### *Karsjens, et al. v. Jesson, et al.* (D. Minn.)

Gustafson Gluek represents a class of Minnesota's civilly committed sex offenders on a pro bono basis through the Federal Bar Association's Pro Se Project. Gustafson Gluek has been litigating this case since 2012, alleging that Minnesota's civil commitment of sex offenders is unconstitutional and denies the due process rights of the class. After a six-week trial in February and March of 2015, Minnesota District Court Judge Donovan Frank found in favor of the class, ruling that the Minnesota Sex Offender Program (MSOP) is unconstitutional, and ordering that extensive changes be made to the program.  That order was reversed on appeal. Gustafson Gluek continues to vigorously advocate for the class on the remaining claims and pursue a resolution that will provide constitutional protections to those civilly committed to the MSOP.

### *Jihad v. Fabian* (D. Minn.)

Gustafson Gluek represented an individual bringing suit against the State of Minnesota, the Department of Corrections and others alleging violations of his religious rights relating to his incarcerations in the Minnesota Corrections Facility in Stillwater. Gustafson Gluek was able to secure a settlement for the plaintiff which involved a change in the Department of Corrections policy to provide plaintiff with halal-certified meals at the correction facilities.

### *Samaha, et al. v. City of Minneapolis, et al.* **(D. Minn.)**

Gustafson Gluek is representing several peaceful protestors who were subject to excessive force at the George Floyd protests in May 2020. While peacefully protesting, the plaintiffs were subjected to tear gas, pepper spray and other violence. The case sought declaratory and injunctive relief, including a judgment that the City of Minneapolis has a custom, policy and practice of encouraging and allowing excessive force.

### *Wolk v. City of Brooklyn Center, et al.* **(D. Minn.)**

Gustafson Gluek is representing a peaceful protestor who was subject to excessive force at the Daunte Wright protests in April 2021. While peacefully protesting, the plaintiff was subjected to tear gas, pepper spray, and was shot by a less lethal munition. The case is on-going and seeks both damages and injunctive relief to change the policies of the law enforcement agencies that were involved.

# DATA BREACH

Gustafson Gluek PLLC is actively involved in several major data breach cases across the country. Our attorneys work to protect and defend individuals' sensitive personally identifiable information and hold companies accountable when their online security measures fail to protect that valuable information. Our team works on all aspects of these fast-paced cases from investigating breaches, to litigating cases, to reaching favorable resolutions for our clients. As set forth below, attorneys at Gustafson Gluek serve in key leadership roles representing consumers in regional and national data breach cases.

### *In re* **23AndMe, Inc., Customer Data Security Breach Litigation (N.D. Cal.)**

Gustafson Gluek represents a proposed class of individuals whose sensitive personally identifiable genetic and health information was accessed by unauthorized persons. This case is in its early stages and has recently been consolidated in the Northern District of California.

### *In re AT&T, Inc. Customer Data Security Breach Litigation* **(ND. Tex.)**

Gustafson Gluek represents a proposed class of 73 million current and former AT&T customers whose sensitive personally identifiable information was accessed by unauthorized third parties.

### *In re Change Healthcare Data Breach* **(D. Minn.)**

Gustafson Gluek has been named Overall Lead Counsel in a data breach affecting over 200 million people's Personally Identifiable Information as well as thousands of healthcare providers who were damaged in one of the laegest healthcare data breaches in Unites States history.

### *In re Johnson Controls, Inc. Data Incident Litigation* **(E.D. WI)**

Gustafson Gluek serves on the Executive Committee in this massive data breach where the Dark Angels hacker group was able to access over 27 TB of sensitive employee and client data.

### *Mekhail v. North Memorial Health Care* **(D. Minn.)**

Gustafson Gluek serves as counsel representing a proposed class of individuals who had their personally identifiable information ("PII") tracked on North Memorial's website and shared with Meta/Facebook for impermissible marketing purposes in contravention to US Department of Health and Human Services guidelines.

### *In re MNGI Digestive Health, PA Data Breach Litig. (Minn.)*

Gustafson Gluek has been appointed to the Executive Committee in this matter representing a proposed class of individuals who had their Personally Identifiable Information and Personal Health Information that was accessed by hackers who were able to penetrate MNGI's weak cybersecurity.

### *In re Netgain Technology, LLC Consumer Data Breach Litigation* (D. Minn.)

Gustafson Gluek serves on the Interim Executive Committee in this matter, where over 800,000 individuals had their sensitive personal information such as billing information, Social Security numbers, patient identifiers, and more were stolen by cyber criminals.

### *In re Park Dental Data Breach Litig. (Minn.)*

Gustafson Gluek serves as Interim Co-Lead Counsel representing a proposed class of people who had their Personally Identifiable Information accessed by unauthorized third parties due to Park Dental's inadequate cyber-security protocols.

### *Okash v. Essentia Health* (D. Minn.)

Gustafson Gluek serves as counsel representing a proposed class of individuals who had their personally identifiable information ("PII") tracked on North Memorial's website and shared with Meta/Facebook for impermissible marketing purposes in contravention to US Department of Health and Human Services guidelines.

### *Quaife v. Brady Martz & Associates PC* (D. ND)

Gustafson Gluek has been appointed co-lead counsel in a case alleging that individuals had their personally identifiable information ("PII") accessed by unauthorized third parties. That information was controlled by Defendant Brady Martz & Associates, PC, which is a firm offering accounting, tax, and audit services. The information in question includes financial account numbers, debit/credit card numbers, security codes, passwords, and PINs.

### *Salinas, et al. v. Block, Inc. et al.* (N.D. Cal.)

Gustafson Gluek represents a proposed class of millions of consumers whose financial records and information were accessed by unauthorized third parties.

This case has reached a proposed settlement valued at $15 million plus injunctive relief.

# PRODUCT LIABILITY

Sometimes, consumers are injured by the products they purchase. Products liability is an area of law that seeks to hold manufacturers of products that have injured individuals responsible for the injuries their defective products caused.

These defective products range from medical devices to vehicles to diapers and many others. Gustafson Gluek PLLC represents consumers against the manufacturers of these defective products and has been able to achieve sizable recoveries on behalf of injured individuals. Below are some representative product liability cases that Gustafson Gluek is currently litigating:

### *In re FCA US LLC Monostable Electronic Gearshift Litig.* **(E.D. Mich.)**

Gustafson Gluek serves on the Plaintiffs' Steering Committee and represents individuals who owned or leased 2012-2014 Dodge Chargers, 2014-2015 Chrysler 300s, and 2014-2015 Jeep Grand Cherokees. Plaintiffs allege that these vehicles contain defective gearshifts, which allow vehicles to roll away out of the park position. Issue classes have been conditionally certified.

### *Krautkramer et al., v. Yamaha Motor Corporation, U.S.A.* **(D. Minn.)**

Gustafson Gluek represents a proposed class of individuals who own or lease a range of Yamaha off-road vehicles. Plaintiffs allege that these vehicles are subject to overheating and engine failure due to a defect in the vehicle engines.

### *Mackie et al v. American Honda Motor Co., Inc. et al.* **(D. Minn.)**

Gustafson Gluek represents a proposed class of consumers who purchased or leased 2019-2021 Honda CR-V and Civic vehicles, and 2018-2021 Accord

vehicles equipped with "Earth Dreams" 1.5L direct injection engines. Plaintiffs allege that these vehicles contain an engine defect which causes fuel contamination of the engine oil resulting in oil dilution, decreased oil viscosity, premature wear and ultimate failure of the engines, engine bearings, and other internal engine components, and an increased cost of maintenance.

### *Reynolds, et al., v. FCA US, LLC* **(E.D. Mich.)**

Gustafson Gluek represents a proposed class of individuals who owned or leased 2018-2020 Jeep Wrangler and 2020 Jeep Gladiator vehicles. Plaintiffs allege that these vehicles contain a defective front axle suspension system that causes the steering wheel to shake violently while operating at highway speeds.

### *Rice v. Electrolux Home Prod., Inc.* **(M.D. Pa.);** *Gorczynski v. Electrolux Home Products, Inc.* **(D.N.J.)**

Gustafson Gluek represents classes of individuals who own an Electrolux microwave with stainless-steel handles. Plaintiffs in these cases allege that these certain microwaves, which were sold to be placed over a cooktop surface, have stainless steel handles that can heat to unsafe temperatures when the cooktop below is in use.

### *Woronko v. General Motors, LLC* **(E.D. Mich.)**

Gustafson Gluek represents a proposed class of individuals who owned or leased 2015-2016 Chevrolet Colorado and GMC Canyon vehicles. Plaintiffs allege that these vehicles are equipped with a defective electrical connection that causes the vehicles to lose power steering while driving under a variety of conditions. This case is in the initial pleading stage.

# Pro Bono & Community

Gustafson Gluek recognizes that those who provide legal services are in a unique position to assist others. The Firm and its members strongly believe in giving back to the community by providing legal services to those in need. The law can make an immense difference in an individual's life; however, effectively navigating the legal system is not an easy task. Providing pro bono legal services promotes access to justice, by giving counsel to those who otherwise would not have it.

In keeping with this commitment to providing representation to those who otherwise do not have access to representation, Dan Gustafson was one of four lawyers who helped develop and implement the Minnesota *Pro Se* Project for the Minnesota Chapter of the Federal Bar Association. Because the Federal Bar Association did not have funding for the project, Gustafson Gluek volunteered to administer the Project during its inaugural year, starting in May 2009, devoting extensive resources to matching pro se litigants with volunteer counsel. In 2010, Chief Judge Michael Davis of the District of Minnesota awarded Dan Gustafson a Distinguished Pro Bono Service Award for "rising to the Court's challenge of bringing the idea of the *Pro Se* Project to fruition and nurturing the Project into its current form." Gustafson Gluek has continued representing clients through the *Pro Se* Project since that time.

# Gustafson Gluek Supports the Following Volunteer Organizations

- American Antitrust Institute
- The American Constitutional Society
- Association of Legal Administrators – MN Chapter
- Children's Law Center
- Cookie Cart
- COSAL
- Division of Indian Work
- Domestic Abuse Project
- Federal Bar Association
- Federal *Pro Se* Project
- Great North Innocence Project
- Hennepin County Bar Association
- Innocence Project of MN
- Infinity Project
- Lawyers Concerned for Lawyers
- Minnesota Hispanic Bar Association
- Minnesota Paralegal Association
- Minnesota State Bar Association
- Minnesota Women Lawyers
- MN Chapter of the Federal Bar Association
- Page Education Foundation
- Southern MN Regional Legal Services
- The Fund For Mid-Minnesota Legal Aid
- Volunteer Lawyers Network
- Twin Cities Diversity In Practice

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 38 of 89    Document 65

# OUR PROFESSIONALS

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 39 of 89     Document 65

# DANIEL E. GUSTAFSON



Daniel E. Gustafson is a founding member of Gustafson Gluek PLLC.  Mr. Gustafson has dedicated his career to helping individuals and small businesses litigate against large corporations for various antitrust, product defect or consumer fraud violations. He has also strived to use his legal skills to represent those who cannot otherwise afford a lawyer.  Mr. Gustafson served as an appointed public defender in federal court, he was involved in helping develop the Federal Bar Association's *Pro Se* Project, which coordinates volunteer representation for *pro se* litigants, and he has spent thousands of hours representing individuals on a pro bono basis.

In 2019, he was given a lifetime achievement award by the United States District Court for the District of Minnesota, Minnesota Chapter of the Federal Bar Association and the *Pro Se* Project for his exemplary pro bono work and extraordinary support of the *Pro Se* Project.

Mr. Gustafson is admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Wisconsin, the United States Courts of Appeals for the First, Third, Fifth, Sixth, Eighth and Eleventh Circuits, the Minnesota Supreme Court and in the United States Supreme Court.

Mr. Gustafson was an adjunct professor at the University of Minnesota Law School for many years, teaching a seminar long course on the "Fundamentals of Pretrial Litigation."

Mr. Gustafson is a past president of the Federal Bar Association, Minnesota Chapter (2002-2003) and served in various capacities in the Federal Bar Association over the last several years. He was the Vice-Chair of the 2003 Eighth Circuit Judicial Conference held during July 2003 in Minneapolis (Judge Diana E. Murphy was the Chair of the Conference). He is a member of the Hennepin County, Minnesota, Federal, and American Bar Associations.

In September 2011, Mr. Gustafson testified before the House Committee on the Judiciary, Subcommittee on Intellectual Property, Competition and the Internet regarding the proposed merger between Express Scripts and Medco. Mr. Gustafson also testified before the United States Congressional Commission on Antitrust Modernization in June 2005. In addition to congressional testimonies, Mr. Gustafson has authored or presented numerous seminars and continuing legal education pieces on various topics related to class action litigation, antitrust, consumer protection or legal advocacy.

Mr. Gustafson served as a law clerk to the Honorable Diana E. Murphy, United States District Judge for the District of Minnesota (1989-91). Following his judicial clerkship, Mr. Gustafson worked in the fields of antitrust and consumer protection class action litigation. In May 2003, Mr. Gustafson formed Gustafson Gluek PLLC where he continues to practice antitrust and consumer protection class action law.

Mr. Gustafson has been actively involved in many cases, in which he, or the Firm, has been named Lead Counsel, Co-Lead Counsel, Co-Lead Trial Counsel, or Settlement Counsel, including:

- *In re Granulated Sugar Antitrust Litig.* (D. Minn)
- *In re Change Healthcare Customer Data Security Breach Litig.* (D. Minn.)
- *In re DPP Beef Antitrust Litig.* (D. Minn.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *3M Earplugs Litig.* (Minn.)
- *In re Syngenta Litig.* (Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N. D. Ill.)

- *In re Medtronic, Inc. Sprint Fidelis Liability Litig.* (D. Minn.)
- *Precision Assocs. Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y)
- *In re Medtronic, Inc. Implantable Defibrillators Liability Litig.* (D. Minn.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re DRAM Antitrust Litig.* (N.D. Cal.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *Karsjens v. Jesson* (D. Minn.)
- *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.)
- *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.)
- *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.)
- *Dryer v. National Football League* (D. Minn.)
- *In re Asacol Antitrust Litig.* (D. Mass.)
- *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.)
- *Reitman v. Champion Petfoods* (C.D. Cal.)
- *Weaver v. Champion Petfoods* (E.D. Wis.)
- *Rydman v. Champion Petfoods* (W.D. Wash.)

## Additional Background Information

### Education:
- Juris Doctorate (1989)
  - o University of Minnesota Law School

- Bachelor of Arts (1986)
  - o University of North Dakota

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, Eighth, Tenth and Eleventh Circuits
- U.S. Supreme Court

### Recognition:
- Selected by *Minnesota Lawyer* as Minnesota Icon Honoree (2023)
- Richard S. Arnold Award for Distinguished Service (2021)
- Pro Se Project Lifetime Achievement Award (2019)
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2001 - 2026)
- Selected by *Minnesota Lawyer* as Attorney of the Year (2010, 2013, 2017)

- Ranked in the "Top 100 Minnesota Lawyers" by *Super Lawyer* (2012-2024)
- MSBA North Star Lawyer (2012, 2013, 2015, 2018, 2020, 2024)
- American Antitrust Institute Meritorious Service Award (2014)
- Director of The Fund for Legal Aid Board (2014-2018)
- Infinity Project Board Member (2015)
- MWL President's Leadership Circle (2013-2014)
- UST School of Law Mentor (2014-2015)
- AAI Annual Private Enforcement Award and Conference Committee Member (2014-2016)

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 43 of 89    Document 65

# KARLA M. GLUEK

Karla M. Gluek is a founding member of Gustafson Gluek PLLC. Ms. Gluek has been practicing in the areas of antitrust and consumer protection class action litigation since 1995, following her clerkship to the Honorable Gary Larson, District Judge, Fourth Judicial District of Minnesota. Ms. Gluek has spent her career representing individuals and small businesses against large corporations for various antitrust, constitutional, product defect or consumer fraud violations.



In May 2003, Ms. Gluek joined Mr. Gustafson in forming Gustafson Gluek PLLC. In 2020, Ms. Gluek was elected as the Firm Manager for Gustafson Gluek, becoming the first woman to serve in that position at the Firm.

Throughout her law career, Ms. Gluek has also spent thousands of hours representing individuals on a pro bono basis as part of her commitment to justice for all. She has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project.

Ms. Gluek is admitted to practice in the United States District Court for the District of Minnesota and the Eighth Circuit Court of Appeals. She is a member of the Hennepin County, Minnesota, and Federal Bar Associations. Ms. Gluek is also an active member of the Minnesota Women's Lawyers. Ms. Gluek is a Board Member for the Fund for Mid-Minnesota Legal Aid.

She has been recognized several times as a North Star Lawyer for providing at least 50 hours of pro bono legal services in a calendar year to individuals with need. She has assisted in the representation of *pro se* litigants through the Federal Bar Association's *Pro Se* Project in addition to those referred to Gustafson Gluek by other sources. She was part of the team at Gustafson Gluek that represented a class of civilly committed sex offenders challenging the

constitutionality of Minnesota's commitment statutes in *Karsjens et al v. Jesson* (D. Minn.).

Ms. Gluek has been designated as a Minnesota "Super Lawyer" from 2011-2023 and has twice been selected as one of *Minnesota Lawyer's* Attorneys of the Year. Ms. Gluek was also named in the inaugural class of Top Women in Law by *Minnesota Lawyer* in 2023.

Ms. Gluek has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *3M Company Earplugs Litig.* (Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N. D. Ill) *In re Regents of the University of Minnesota Data Litig. (Minn.)*
- *In re Syngenta Litig.* (Minn.)
- *In re Medtronic, Inc. Sprint Fidelis Liability Litig.* (D. Minn.)
- *In re Medtronic, Inc. Implantable Defibrillators Liability Litig.* (D. Minn.)
- *Karsjens v. Jesson* (D. Minn.)
- *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.)
- *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.)
- *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.)
- *Dryer v. National Football League* (D. Minn.)
- *In re Asacol Antitrust Litig.* (D. Mass.)
- *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.)
- *Reitman v. Champion Petfoods* (C.D. Cal.)
- *Weaver v. Champion Petfoods* (E.D. Wis.)
- *Rydman v. Champion Petfoods* (W.D. Wash.)

### Additional Background Information

**Education:**
- Juris Doctor (JD)
  - William Mitchell College of Law
    - *cum laude*, J.D. (1993)

- Bachelor of Arts (BA)
  - University of St. Thomas (1990)

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2011 – 2026)
- Selected by *Minnesota Lawyer* as an Attorney of the Year (2014, 2017)
- Selected by *Minnesota Lawyer* as a Top Women in Law (2023)
- MSBA North Star Lawyer (2012, 2013, 2015, 2018, 2020, 2021, 2023)

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 46 of 89     Document 65

# ABOU B. AMARA, JR.



Mr. Amara joined Gustafson Gluek PLLC as an associate in August 2021, after clerking for Associate Justice Anne K. McKeig and Associate Justice Paul C. Thissen of the Minnesota Supreme Court. As an associate at the Firm, Mr. Amara will be representing individuals and small businesses alleging antitrust, consumer, civil rights, and constitutional, and financial securities violations in both state and federal court. Before clerking on the Minnesota Supreme Court, Mr. Amara was an associate attorney at a well-respected Minneapolis law firm.

During law school, Mr. Amara was a two-time National Moot Court individual champion—earning the "Best Oralist" award at both the 2018 William E. McGee National Moot Court Competition on Civil Rights and the 2019 Evan A. Evans National Moot Court Competition on Constitutional Law. Mr. Amara was also elected by his law school classmates to serve as commencement speaker.

Before law school, Mr. Amara had an extensive career in the legislative and political arena, including serving as a top aide to the Minnesota Speaker of the House, Minnesota Secretary of State, and frequent TV/radio commentator and analyst on Minnesota politics and public affairs.

In 2015, Mr. Amara was named to Twin Cities Business Magazine's "100 Minnesotans to Know" list for his impact in the public affairs arena and honored as a Minnesota "Shaper of the Future" by the publication. In 2021-2022, Mr. Amara was recognized as an Outstanding Newer Lawyer of the Year by the Minnesota State Bar Association, in 2022 he was named an "Up and Coming Lawyer" by *Minnesota Lawyer* Magazine, and just this year was listed as a 2024 "Top Lawyers in Minnesota" by *Minnesota Monthly.*

Mr. Amara is the 2024-2025 Co-Chair of the Minnesota Chapter of the Federal Bar Association's Legal Education Committee and has previously served as Vice President and Treasurer of the Minnesota Association of Black Lawyers.

Mr. Amara has worked on several cases in which Gustafson Gluek is, or has been appointed to leadership positions or been actively involved, including:

- *In re Bank of America Unauthorized Account Opening Litig.* (W.D.N.C.) (Interim Co-Lead Counsel)
- *Conry, et. al. v. Gerber Products Co.* (E.D. Va.),
- *In re Wells Fargo Mortgage Discrimination Litig.* (N.D. Cal.)
- *Colon, et. al. v. National Collegiate Athletic Association (NCAA)* (E.D. Cal.)
- *Michel Sharritt, et al. v. DuPage County (IL) Treasurer* (N.D. Ill.)
- *In re DPP Beef Litig.* (D. Minn.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *Mortgage Refinancing* (N.C. Cal.)

### Additional Background Information

**Education:**
- Juris Doctor
  - University of St. Thomas

- Master of Public Policy
  - University of Minnesota
    - Hubert H. Humphrey School of Public Affairs

- Bachelor of Arts (BA)
  - University of Wisconsin-Eau Claire

**Court Admissions:**
- Minnesota Supreme Court
- US District Court for the District of Minnesota

**Recognition:**
- Named Outstanding New Lawyer of the Year by the Minnesota State Bar Association (2022)
- Selected by *Minnesota Lawyers* as an "Up and Coming Attorney of the Year" (2022)
- MSBA North Star Lawyer (2021, 2023)

# ADAM J. KOLB



Adam Kolb joined Gustafson Gluek PLLC as an associate in December 2025. Before joining the firm, he served as a Judicial Law Clerk to the Honorable Christian Sande in the Fourth Judicial District of Minnesota.

Adam earned his Juris Doctor degree from the University of Minnesota Law School. In recognition of his academic performance, he was named to the Dean's List and received a Book Award for earning the highest grade in Corporate Counsel class.

During law school, Adam was a certified student attorney for the Civil Rights Appellate Clinic as well as a staff member and managing editor for Minnesota Law Review. For his efforts in editing Volumme 107, Adam was one of a select few staff members awarded a Cite-checking Award. He completed a fellowship with the Minnesota Council of Nonprofits, an externship with the Honorable Carolina Lamas in the Fourth Judicial District of Minnesota, and clerkships with the National Housing Law Project and the Housing Justice Center. He also volunteered with Asylum Law Project, Mid-Minnesota Legal Aid's Eviction Defense Screening project, and the University of Minnesota's Mapping Prejudice project.

Adam graduated magna cum laude from Saint John's University (MN) with a Bachelor of Arts degree in Communication. After completing his undergraduate education, Adam lived in Njombe, Tanzania for a year, before returning home to Minnesota to serve as an AmeriCorps VISTA at Hennepin County Housing Stability. Prior to law school, Adam worked at Project for Pride in Living developing education and employment resources for systems-involved students in alternative schools.

As an associate, Mr. Kolb represents clients in antitrust, consumer protection, employment discrimination, and constitutional litigation.

## Additional Background Information

**Education:**
- Juris Doctor (2024)
  - University of Minnesota Law School

- Bachelor of Arts (2016)
  - Saint John's University

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of MN

# BAILEY TWYMAN-METZGER



Bailey Twyman-Metzger joined Gustafson Gluek in March 2023 after working as an attorney editor at Thomson Reuters, where she was actively involved in pro bono work. Prior to her work at Thomson Reuters, Ms. Twyman-Metzger was a Robina Post-Graduate Fellow at the Advocates for Human Rights.

Ms. Twyman-Metzger practices in the areas of consumer protection and antitrust litigation, where she represents individuals and small businesses in both federal and state court. Bailey is an active member of the Minnesota Lavender Bar Association, Federal Bar Association, Minnesota Bar Association, and Minnesota Women Lawyers.

Ms. Twyman-Metzger is a 2015 graduate of Miami University with a B.A. in History and Women, Gender, and Sexuality Studies, and a minor in Art History, and a 2018 cum laude graduate of the University of Minnesota Law School. While in law school, Ms. Twyman-Metzger was a staffer and Lead Symposium Editor for the Minnesota Journal of Law & Inequality. Ms. Twyman-Metzger was also a student attorney and student director for the University of Minnesota Human Rights Litigation and International Legal Advocacy Clinic.

Ms. Twyman-Metzger has worked on several cases in which Gustafson Gluek is, or has been appointed to leadership positions or been actively involved, including:

- *In re DPP Beef Litig.* (D. Minn.)
- *Google Digital Publisher Antitrust Litig.* (S.D. N.Y.)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)
- *3M Company Earplugs Litig.* (Minn.)

## Additional Background Information

**Education:**
- Juris Doctor (2018)
  - University of Minnesota Law School
    - Lead Symposium Editor, Minnesota Journal of Law & Inequality

- Bachelor of Arts (2015)
  - Miami University

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Minnesota Lawyers* as an "Up and Coming Attorney of the Year" (2025)

# CATHERINE K. SMITH



Catherine Sung-Yun K. Smith is a member of Gustafson Gluek PLLC. Since joining the Firm in 2007, Ms. Smith has been practicing in the area of complex antitrust and consumer protection litigation, particularly cases involving foreign entities. Ms. Smith is fluent in Korean and English and also has basic language skills in German, Japanese, and Chinese.

Ms. Smith has been serving on the Antitrust Enforcement Award Judging Committee for the American Antitrust Institute since 2015. Ms. Smith was selected as a Minnesota "Rising Star" from 2013-2016 by *Law & Politics Magazine*. She was named Super Lawyer in 2022-2023. She was selected as a Top Woman in Law in 2025 and also was selected as one of Minnesota's Attorney of the Year in 2023 by *Minnesota Lawyer*. She is an active member of Minnesota Women Lawyers and the Federal Bar Association focusing on issues of diversity.

Ms. Smith has represented many *pro se* litigants through the Federal Bar Association's *Pro Se* Project in addition to those referred to Gustafson Gluek by other sources and received the Distinguished Pro Bono Service Award in 2010 for her efforts.

She is a graduate of Korea University (B.A. 2000) and a graduate of University of Minnesota Law School (J.D. 2005). Ms. Smith is admitted to the New York Bar, Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

Ms. Smith has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Abbott Infant Formula Products Liability* (N.D. Ill.)

- *Lopez et al. v. Mead Johnson Nutrition Co. et al.* (N.D. Ill.)
- *In re Trader Joe's Dark Chocolate Litig.* (S.D. Cal.)
- *In re Theo's Dark Chocolate Litig. (*N.D. Cal.)
- *In re Nurture Baby Food Litig.* (S.D.N.Y.)
- *In re Plum Baby Food Litig.* (N.D. Cal.)
- *Thomas et al v. Beech-Nut Nutrition Company* (N.D.N.Y)
- *Baldwin et al v. Miracle-Ear, Inc.* (D. Minn.)
- *In re Gerber Co. Heavy Metals Baby Food Litig.* (E.D. Va.)
- *In re Hard Disk Drive Suspension Assemblies Antitrust Litig.* (N.D. Cal.)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)
- *Fuentes et al. v. Jiffy Lube International, Inc.* (E.D. Pa)
- *In re Juul Labs, Inc., Antitrust Litig.* (N.D. Cal.)
- *In re Lithium Ion Batteries Antitrust Litig*. (N.D. Cal.)
- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)*In re Optical Disk Drive Products Antitrust Litig.* (N.D. Cal.)
- *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.)
- *In re Remicade Antitrust Litig.* (E.D. Pa.)
- *Fath et al. v. Honda North America, Inc.* (D. Minn.)
- *Penrod et al. v. K&N Engineering, Inc.* (D. Minn.)
- *Frost et al. v. LG Corp., et al.* (N.D. Cal.)
- *In re Railway Industry Employee No-Poach Antitrust Litig.* (W.D. Pa.)
- *In re Korean Air Lines Co. Ltd. Antitrust Litig.* (C.D. Cal.)
- *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)

## Additional Background Information

**Education:**
- Juris Doctor (2005)
  - University of Minnesota Law School
    - Director of the Civil Practice Clinic
    - Director of William E. McGee National Civil Rights Moot Court Competition
    - Participant in the Maynard Pirsig Moot Court
- Bachelor of Arts (2000)
  - Korea University

**Court Admissions:**
- Minnesota Supreme Court

- U.S. District Court for the District of Minnesota
- Appellate Division of the New York State Supreme Court
- U.S. District Court for the Northern District of New York

**Recognition:**
- Selected by *Minnesota Lawyer* as a Top Women in Law (2025)
- Selected by *Minnesota Lawyer* as Attorney of the Year (2023)
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2022-2023)
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2013 – 2016)
- Minnesota District Court's Distinguished Pro Bono Service Award (2010)

Case 2:26-md-03179-WCG  Filed 05/22/26  Page 55 of 89  Document 65

# DANIEL C. HEDLUND



Daniel C. Hedlund is a member of Gustafson Gluek PLLC, having joined the Firm in 2006. Throughout his legal career, Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection, and, in 2021, Mr. Hedlund was named Co-Chair the Firm's antitrust litigation team.

Mr. Hedlund is admitted to practice in the United States District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, and in Minnesota State Court. He is a member of the Federal, American, Minnesota, and Hennepin County Bar associations. Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association (FBA), recently completing a term as President for the Minnesota chapter of the FBA. He has previously served in several roles for the Minnesota Chapter including: Co-Vice President for the Eighth Circuit, Co-Vice President Legal Education; Co-Vice President, Special Events; Co-Vice President, Monthly Meetings; Secretary; and Liaison between the FBA and the Minnesota State Bar Association. He has served as Chairman for the Antitrust Section of the Minnesota State Bar Association (MSBA), Secretary for the MSBA Consumer Litigation Section, and is past President of the Committee to Support Antitrust Laws. In addition, he has been appointed twice by the Court to serve on Panels for Magistrate Judge Selection in the District of Minnesota.

In addition to presenting at numerous CLEs, Mr. Hedlund has testified multiple times before the Minnesota legislature on competition law, and before the Federal Rules Committee.

From 2013-2026, he has been designated as a Minnesota "Super Lawyer," in the field of antitrust law. He was also ranked in the Top 100 Minnesota Lawyers by *Super Lawyers* in 2015, 2017-2021, and 2025. Mr. Hedlund has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se*

Project and is the recipient of the Minnesota District Court's Distinguished *Pro Bono* Service Award in 2011.

Mr. Hedlund served as a law clerk on the Minnesota Court of Appeals (1997) and in the Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Beef DPP Antitrust Litig. (*D. Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)
- *Bhatia v. 3M Co.* (D. Minn.)
- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *Kleen Prods. v. Intl. Paper (Containerboard Antitrust Litig.)* (N.D. Ill.)
- *In re CenturyLink Sales Practices and Securities Litig.* (D. Minn.)
- *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)
- *In re DRAM Antitrust Litig.*

### Additional Background Information

**Education:**
- Juris Doctor (1995)
  - University of Minnesota Law School
    - Note and Comment Editor: Minnesota Journal of Global Trade
- Bachelor of Arts (1989)
  - Carleton College

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2013 – 2026)
- Ranked in Top 100 Minnesota Lawyers by *Super Lawyers* (2015, 2017 – 2021, and 2025)
- Minnesota District Court's Distinguished Pro Bono Service Award (2011)
- Recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994)

**Publications:**
- Co-Authored "Plaintiff Overview" in Private Antitrust Litigation 2015 – Getting the Deal Through
- Contributor to Concurrent Antitrust Criminal and Civil Procedure 2013 – American Bar Association

# DANIEL J. NORDIN



Daniel J. Nordin joined Gustafson Gluek PLLC as an associate in 2011 after graduating from the University of Minnesota law school. Since joining the Firm, he has practiced in the areas of antitrust and consumer protection, representing primarily small businesses and individuals bringing claims against large corporations. Mr. Nordin became a member of Gustafson Gluek in 2019.

In addition to his day-to-day practice, Mr. Nordin has represented several individuals through the Minnesota Federal Bar's *Pro Se* Project, a program that matches pro se litigants with pro bono attorneys.

Mr. Nordin is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota. He is also a member of the Federal Bar Association and the Minnesota Bar Association.

In law school, Mr. Nordin was a Managing Editor on the *Minnesota Journal of Law, Science & Technology*. He also volunteered as a Tenant Advocate with HOME Line, a nonprofit tenant advocacy organization, through the University of Minnesota Law School's Public Interest Clinic.

Mr. Nordin has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *Google Digital Publisher Antitrust Litig.* (S.D.N.Y.)
- *In re Crop Inputs Antitrust Litig.* (E.D. Mo.)
- *Jones v. Varsity Brands, LLC* (W.D. Tenn.)
- *In re Hard Disk Drive Suspension Assemblies Antitrust Litig.* (N.D. Cal.)
- *In re Surescripts Antitrust Litigation* (N.D. Ill.)
- *In re FICO Antitrust Litig.* (N.D. Ala.)

- *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)
- I*n re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.)
- *In re Resistors Antitrust Litig.* (N.D. Cal.)
- *The Shane Group, Inc., et al., vs. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *In re Parking Heaters Antitrust Litig.* (E.D.N.Y.)
- *In re Drywall Antitrust Litig.* (E.D. Pa.)

## Additional Background Information

### Education:
- Juris Doctor (2011)
  - University of Minnesota Law School
    - Magna cum laude
    - Managing Editor:  Minnesota Journal of Law Science & Technology
- Bachelor of Arts (2007)
  - University of Minnesota
    - with distinction

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the Easter District of Michigan

### Recognition:
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2018 – 2024)
- MSBA North Star Lawyer (2020, 2023)

# DAVID A. GOODWIN



David A. Goodwin is a member of Gustafson Gluek PLLC. When Mr. Goodwin joined the Firm in 2008, he began practicing in the areas of antitrust, securities and consumer protection. Since then, he has represented many small businesses and individuals in litigating their claims against some of the largest companies in the world.

In addition, Mr. Goodwin has served as counsel to many individuals on a pro bono basis through his work with the Minnesota Federal Court's *Pro Se* Project, which matches pro se litigants with pro bono attorneys. Through the *Pro Se* Project, Mr. Goodwin has represented individuals in bringing employments claims, constitutional claims and other civil claims that might otherwise not have been heard.

Mr. Goodwin is admitted to practice in the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

Mr. Goodwin is active in the Federal Bar Association on the national level as well as with the Minnesota Chapter. He has served as a National Director of the FBA. He is also a past Chair of the Younger Lawyers Division. Currently, he is an Eighth Circuit Vice President. David is also a Director of the Minnesota Chapter of the FBA, where he serves as the FBA Liaison for the Pro Se Project. Mr. Goodwin is also active with the Minnesota State Bar Association, where he has served as a Co-Chair of the Consumer Litigation Section.

Mr. Goodwin is currently or has recently worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or actively involved including:

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 61 of 89    Document 65

- *Kevin Brnich Electric LLC et al. v. Siemens Industry Inc.* (N.D. Ga.)
- *In Re: Group Health Plan Litig.* (D. Minn.)
- *Crowell, et al.v. FCA US, LLC* (D. De.)
- *In Re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation* (C.D. Cal.)
- *Thelen, et al., v. HP. Inc.* (D. De.)
- *Salinas, et al., v. Block, Inc., et al.,* (N.D. Cal.)
- *Hogan v. Amazon, Inc.* (N.D. Ill.)
- *Krukas et al. v. AARP, Inc., et al. (D.D.C.)*
- *FCA US LLC Monostable Electronic Gearshifts Litig.* (E.D. Mich.)
- *Krautkramer v. Yamaha Motor Corporation, USA* (D. Minn.)
- *Reynolds, et al., v. FCA US, LLC* (E.D. Mi.)
- *Gisairo v. Lenovo (United States) Inc.* (D. Minn.)
- *Kottemann Orthodontics, P.L.L.C. v. Delta Dental Plans Association, et al.* (D. Minn.)
- *In re: Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *Karsjens et al. v. Harpstead, et al.* (D. Minn.)
- *Phillips v. Caliber Home Loans* (D. Minn.)
- *Woronko v. General Motors, LLC* (E.D. Mich.)
- *Dryer et al. v. National Football League* (D. Minn.)
- *National Hockey League Players' Concussion Injury Litig.* (D. Minn.)
- *In re Aluminum Warehousing Antitrust Litig.* (S.D.N.Y.)
- *In re: National Prescription Opioids Litig.* (N.D. Oh.)

## Additional Background Information

**Education:**
- Juris Doctor (2006)
  - DePaul University College of Law
- Bachelor of Arts (2001)
  - University of Wisconsin

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2022-2026)
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2013 – 2018)
- MSBA North Star Lawyer (2012-2016, 2018, 2020, 2021, 2023)

Case 2:26-md-03179-WCG     Filed 05/22/26     Page 63 of 89     Document 65

# DENNIS STEWART



Dennis Stewart joined Gustafson Gluek PLLC as a member in 2019, opening the Firm's San Diego office. Mr. Stewart comes to Gustafson Gluek with years of experience in litigating antitrust, consumer and securities class and individual actions. His cases have ranged across a wide variety of industries including carbon fiber, credit card fees, interchange, casino gaming, sports broadcasting, college athletics, rental car fees, electronics components, medical devices, medical services, casino gaming, and defense procurement.

He is currently serving as one of the counsel in the leadership group in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.* He also is one of the counsel participating in the representation of End Purchaser Plaintiffs in *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.), Commercial and Industrial Indirect Purchaser Plaintiffs in *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.) and one of the trial counsel in *In re: Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.). Mr. Stewart recently served as one of the counsel who successfully obtained an injunction requiring the National Womens Soccer League to permit a 15 ½ year old womens soccer player to play in the NWSL despite a minimum age rule which would have blocked her participation in the league.

Between 1981 and 1985, he worked for a major San Diego law firm and engaged in a general commercial litigation practice. Between 1985 and 1988, Mr. Stewart served as a trial attorney with the Antitrust Division of the United States Department of Justice. While at the Antitrust Division, Mr. Stewart participated in investigations and trials involving alleged criminal violations of the antitrust and related laws in waste hauling, movie exhibition, and government procurement and was lead trial counsel in the successful prosecution through trial of *United States v. Saft America, Inc.* (D.N.J.).

Since leaving government service, Mr. Stewart has served as Lead Counsel, Principal Counsel and/or Trial Counsel in numerous antitrust, consumer and securities cases, both class and non-class. He was Lead Trial Counsel in *Knapp v. Ernst & Whinney* (9th Cir. 1996), in which a plaintiffs' verdict was returned in a Rule 10b-5 securities fraud class action, and *Hall v. NCAA*, (D. Kan.) in which Plaintiffs' verdicts were returned for NCAA assistant coaches.

Mr. Stewart has also served as Co-Lead Trial Counsel, Co-Lead Counsel, Trial Counsel or played an integral role in the following litigation:

- *Colon v. NCAA* (E.D. Cal.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Airline Ticket Commission Antitrust Litig.* (D. Minn.)
- *In re Contact Lens Antitrust Litig.* (M.D. Fla.)
- *In re Lifescan Consumer Litig.* (N.D. Cal.)
- *Carbon Fiber Antitrust Litig.* (C.D. Cal.)
- *In re Currency Conversion Litig.* (S.D.N.Y.)
- *Schwartz v. Visa* (Cal. Sup Ct.)
- *In re Polypropolene Carpet Antitrust Litigation* (N.D. Ga.)
- *Shames v. Hertz Corp.* (S.D. Cal.)
- *In re Broadcom Securities Litig.* (C.D. Cal.)
- *In re: Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)

### Additional Background Information

**Education:**
- Juris Doctor
  - Hofstra University
- College of the Holy Cross (1976)

**Court Admissions:**
- California Supreme Court
- California Court of Appeal
- U.S. District Court for the District of California

**Recognition:**
- Selected by *Super Lawyers* as a California "Super Lawyer" (2012 – 2018; 2022)

# EMILY B. EGART



Emily Egart joined Gustafson Gluek PLLC as an associate in November 2024 after graduating from the Mitchell Hamline School of Law, where she was awarded a Merit Scholarship, and graduated with honors. While attending law school, Ms. Egart had the opportunity to participate as a Judicial Extern for the Honorable Donovan W. Frank in the District of Minnesota.

While at law school, Ms. Egart also clerked for Caplan & Tamburino Law Firm, focusing on criminal law and served as a Law & Business Extern at Tailwind Voice and Data, where she focused on employment law and corporate law. Ms. Egart also contributed to the *Mitchell Hamline Law Review* as an editor and authored a publication on genocide denial laws and also an analysis of how substance use and mental health are managed within the criminal justice system.

As an associate, Ms. Egart represents clients in antitrust, consumer protection, constitutional, and product liability laws. She is a passionate advocate for a fairer economy and improved access to justice.

## Additional Background Information

### Education:
- Juris Doctor (2024)
  - Mitchell-Hamline School of Law
    - Editor: Minnesota Mitchell-Hamline Law Review
    - Merit Scholarship
    - Law & Business Certificate

- Master of Arts (2012)
  - Saint Catherine University

- Bachelor of Arts (2006)
  - University of Minnesota

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of MN

# FRANCES MAHONEY-MOSEDALE



Frances Mahoney-Mosedale joined Gustafson Gluek PLLC as an associate in 2021. Since joining the firm, Frances has been a vigorous advocate for individuals and small businesses in the areas of data breach, antitrust, product defect, and civil rights.

Ms. Mahoney-Mosedale has been actively involved in significant antitrust cases, including *In re Deere & Co. Repair Services Antitrust Litig.* (N.D. Ill.)., in which Gustafson Gluek has been appointed as Co-Lead Counsel. She is also currently litigating *In re Change Healthcare, Inc. Customer Data Security Breach Litig*. (D. Minn.), in which the firm serves as Overall Lead Counsel. Additionally, Ms. Mahoney-Mosedale was appointed named Lead Counsel in *In re Allianz Life Insurance Company of North America Data Incident Litigation* (D. Minn.). In addition to her heavy caseload, she is heavily involved in the Minnesota Federal Bar Associations Pro Se Project, which matches pro se litigants to pro bono counsel. Independently, Ms. Mahoney-Mosedale has brought pro bono cases alleging constitutional and civil rights violations by state and local governments. Among those cases, she represented peaceful protestors who were subjected to excessive force by law enforcement in separate cases against the City of Minneapolis and the City of Brooklyn Center. Ms. Mahoney-Mosedale has been recognized as a North Star Lawyer every year she has been practicing, a distinguishment given to attorneys who provide 50 hours or more of bro bono legal services in any one year.

In 2024, Ms. Mahoney-Mosedale was recognized by Minnesota Lawyer as an "Up and Coming Attorney" in Minnesota and was selected by Super Lawyers as a "Rising Star" in 2026.

Ms. Mahoney-Mosedale is an active member of Minnesota Women Lawyers, Federal Bar Association, Minnesota State Bar Association the Lavender Bar

Association, and is on the board of the Minnesota chapter of the American Constitutional Society.

Ms. Mahoney-Mosedale has been actively involved as counsel in the following cases:

- *Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)
- *3M Company Earplugs Litig.* (Minn.)
- *Samaha, et al. v. City of Minneapolis, et al* (D. Minn.)
- *Wolk v. City of Brooklyn Center* (D. Minn.)
- *Google Digital Publisher Antitrust Litig.* (S.D.N.Y.)
- *Jones v. Varsity Brands, LLC* (W.D. Tenn.)
- *Google Digital Publisher Antitrust Litig.* (S.D.N.Y)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)
- *Rydman v. Champion Petfoods* (W.D. Wash.)
- *Mancini v. Federal Bureau of Prisons* (D. Minn.)

### Additional Background Information

**Education:**
- Juris Doctor (2021)
  - University of Minnesota Law School

- Bachelor of Arts (2016)
  - Lewis and Clark College

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the Eastern District of Wisconsin
- United States Court of Appeals for the Eighth Circuit

**Recognitions:**
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2026)

# GABRIELLE KOLB



Gabrielle Kolb joined Gustafson Gluek PLLC as an associate in November 2024. She previously clerked for Chief Justice Natalie E. Hudson of the Minnesota Supreme Court.

Ms. Kolb graduated *summa cum laude* from the University of St. Thomas School of Law, where she received multiple Dean's Awards and served as an editor for the *St. Thomas Law Journal*. She also has a publication on affirmative action for Native American college applicants. Prior to clerking with the Minnesota Supreme Court, Ms. Kolb worked as a Summer Associate at Best & Flanagan.

As an associate at the Firm, Ms. Kolb will represent clients in antitrust, consumer protection, constitutional, and product liability cases. She is a passionate advocate for a fairer economy and improved access to justice.

## Additional Background Information

**Education:**
- Juris Doctor (2023)
  - University of St. Thomas School of Law
    - Editor: St. Thomas Law Journal
    - Women's Law Student Association
    - Dean's Award: Property Law, Criminal Law, Evidence, Lawyering Skills III, Special Education Clinic, Family Law
- Bachelor of Arts (2019)
  - University of Puget Sound

**Court Admissions:**
- Minnesota Supreme Court
- United States District Court for the District of MN

# JASON S. KILENE

Jason Kilene is a member of Gustafson Gluek PLLC. He is a graduate of the University of North Dakota (B.A. 1991) and a graduate of the University of North Dakota School of Law (J.D., *with distinction*, 1994).



Mr. Kilene joined Gustafson Gluek in 2003 and became a member shortly thereafter. Prior to joining Gustafson Gluek, Mr. Kilene served as a law clerk to the Honorable Bruce M. Van Sickle, United States District Judge for the District of North Dakota. Following his clerkship, Mr. Kilene represented numerous clients in the areas of commercial and complex litigation. Since then, Mr. Kilene has continued his practice in the areas of antitrust, consumer protection and other complex litigation.

Mr. Kilene is admitted to the Minnesota Bar, North Dakota Bar and is admitted to practice in the United States District Court for the District of Minnesota and the District of North Dakota. He is also a member of the Hennepin County, Minnesota, North Dakota, and Federal Bar Associations.

Mr. Kilene currently represents individuals and businesses harmed by anticompetitive business practices. He was part of the trial team that successfully recovered damages suffered by his clients due to alleged defective software in *In re J.D. Edwards World Solutions Company*, (AAA) (trial counsel for plaintiffs Quantegy and Amherst). Mr. Kilene also plays a significant role in identification, investigation, initiation and development of complex class action matters, along with his significant involvement with client relations.

Mr. Kilene has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)

- *In re Transpacific Passenger Air Transportation Antitrust Litig.* (N.D. Cal.)
- *In re Domestic Drywall Antitrust Litig.* (E.D. Pa.)
- *In re Payment Card Interchange Fee and Merchant Discount Litig.* (E.D.N.Y.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Domestic Drywall Antitrust Litig.* (E.D. Penn.)
- *In re Lithium Ion Batteries Antitrust Litig.* (N.D. Cal.)
- *In re Optical Disk Drive Antitrust Litig.* (N.D. Cal.)

## Additional Background Information

### Education:
- Juris Doctor (1994)
  - University of North Dakota School of Law
    - with distinction
- Bachelor of Arts (2016)
  - University of North Dakota

### Court Admissions:
- Minnesota Supreme Court
- United States District Court for the District of MN
- North Dakota Supreme Court
- United States District Court for the District of ND

# JOE NELSON



Joe Nelson joined Gustafson Gluek PLLC as an associate in November 2022 after clerking for the Honorable Kate Menendez at the United States District Court for the District of Minnesota and the Honorable James B. Florey at the Minnesota Court of Appeals.

Since joining the Firm, Mr. Nelson has been practicing in the areas of antitrust, product defect, consumer protection and civil rights. He has delved into constitutional issues for pro bono cases at Gustafson Gluek and has been investigating potential product defect cases.

Mr. Nelson graduated *cum lade* from Mitchell-Hamline School of Law in 2019. While in law school, he served as an editor on the Mitchell-Hamline Law Review and volunteered with the Self-Help Clinic, which helps individuals represent themselves in court. He also clerked for a Twin Cities plaintiff's employment law firm.

Mr. Nelson is committed to the protection of civil rights, consumer safety, and fair competition.

## Additional Background Information

### Education:
- Juris Doctor (2019)
  - Mitchell-Hamline School of Law
    - Editor: Minnesota Mitchell-Hamline Law Review

- Bachelor of Arts (2014)
  - Saint John's University

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of MN

# JOSHUA J. RISSMAN



Joshua Rissman joined Gustafson Gluek in 2010 as an associate and became a member of the Firm in 2018. Since joining the Firm, Mr. Rissman has focused his practice on antitrust and class action litigation. Mr. Rissman prides himself on vigorously representing small businesses and individuals damaged by wrongful corporate and government conduct.

In addition to his antitrust class action practice, Mr. Rissman has brought several pieces of important constitutional litigation involving mistreatment of juvenile detainees and police brutality. He currently represents a former juvenile detainee who alleges he was abused at the Minnesota Correctional Facility – Red Wing, and that the administration was aware of the risks to the juvenile and failed to protect him. *Doe v. Hanson et al.* (Minn.) Mr. Rissman was also the lead attorney in a section 1983 constitutional rights action brought on behalf of the family of a man killed by Brooklyn Center police officers in 2015. *Khottavongsa v. City of Brooklyn Center* (D. Minn.). Mr. Rissman is currently representing a class of protestors who were unlawfully subjected to tear gas and pepper spray in the protest following the George Floyd protest. *Samaha, et al. v. City of Minneapolis, et al* (D. Minn.).

Mr. Rissman was selected a Minnesota Rising Star by Super Lawyers in the area of antitrust litigation (2014 – 2020) and was selected as a "Super Lawyer" in 2021. He is the Treasurer of the Antitrust Section of the Federal Bar Association, and counsel member of the Minnesota Bar Association Antitrust Section. Joshua also participates in the *Pro Se* Project, representing civil litigants in federal court who would otherwise go without representation.

Mr. Rissman has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Pork Antitrust Litig.* (D. Minn.)

- *In re DPP Beef Antitrust Litig.* (D. Minn.)

- *In re Containerboard Antitrust Litig.* (N.D. Ill.)

- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)

- *In National Hockey League Players' Concussion Injury Litig.* (D. Minn.)

- *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)

- *In re Lithium Batteries Antitrust Litig.* (N.D. Cal.)

- *In re Optical Disk Drives Litig.* (N.D. Cal.)

- *In re Asacol Antitrust Litig.* (D. Mass.)

- *In re Opana Antitrust Litig.* (N.D. Ill.)

- *City of Wyoming et al. v. Procter & Gamble Company* (D. Minn.)

### Additional Background Information

**Education:**
- Juris Doctor (2010)
  - University of Minnesota School of Law
    - *cum laude*

- Bachelor of Arts (2005)
  - University of Minnesota
    - *magna cum laude*

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2021-2023)
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2014 – 2020)

**Publications:**
- Committee to Support the Antitrust Laws (COSAL) – Amicus Brief in *Epic v. Apple* (9th Cir. 2022)
- ABA, Handbook on the Rule of Reason (1st. Ed.) (forthcoming)

**Speaking:**
- American Antitrust Association, Young Lawyer's Breakfast (2019)
- Minnesota Federal Bar Association, *Pro Se* Project and a Pint (2019)

# LYDIA LOCKWOOD

Lydia Lockwood joined Gustafson Gluek PLLC as an associate in November 2024 after graduating from the University of Maryland Francis King Carey School of Law, where she earned a Law and Health Care Certificate.



While attending law school, Ms. Lockwood also served as a Supervisory Student Attorney and Public Policy Lead for the Medical-Legal Partnership Clinic, where she advocated public health policy issues. She was also the Notes and Comments Editor for the *Journal of Health Care Law & Policy*. Additionally, Ms. Lockwood clerked with the Federation of State Medical Boards, focusing on telehealth and health policy.

As an associate at Gustafson Gluek, Ms. Lockwood practices in the areas of antitrust, product defect, consumer protection, and civil rights. Ms. Lockwood is also an active member of Minnesota Women Lawyers and the Federal Bar Association.

Ms. Lockwood has been actively involved as counsel in significant cases at Gustafson Gluek, including:

- *B.H., a minor by and through his legal guardian, Angela Hogan v. Amazon.com, Inc. (ND Il.)*
- *In re Concrete and Cement Additives Antitrust Litig. (S.D.N.Y.)*
- *In re Bank of America Unauthorized Account Opening Litigation (W.D.N.C.)*

### Additional Background Information

**Education:**
- Juris Doctor (2024)
  - University of Maryland Francis King Carey School of Law

- Notes & Comments Editor: *Journal of Health Care Law & Policy*, and *Journal of Health Care Law & Policy*
- Baltimore Outreach for Student Success Mentor
- Peer Advisor
- Student Health Law Organization
- Women's Bar Association
- Awarded CALI Excellence for the Future Award for Fraud and Abuse
- Awarded Hoffberger Clinical Law Prize

- Bachelor of Arts (2019)
  - University of St. Thomas
    - Women Connect Endowed Student Leadership Scholarship Recipient
    - Don Leyden Journalism Scholarship Recipient
    - Father Whalen Journalism Scholarship Recipient
    - Aquinas Honors Scholar

## Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

# MARY NIKOLAI



Mary Nikolai joined Gustafson Gluek PLLC as an associate in 2019, after clerking for the Honorable Luis Bartolomei, District Judge, Fourth Judicial District of Minnesota.  Since joining the Firm, Ms. Nikolai has represented individuals and classes in asserting various consumer fraud and product defect claims.   Ms. Nikolai is currently on the litigation team – of which Gustafson Gluek has been appointed to serve as Interim Class Counsel – representing consumers in a class action against Jeep for its manufacturing, marketing, and distributing of Jeep Wrangler and Cherokee 4xe vehicles without disclosing a key defect that prohibits the vehicles from operating in an all-electric mode. Ms. Nikolai was also part of the legal team that took on *Brewster v. USA*, a pro bono case involving a veteran who sustained injuries during his surgery and subsequent treatment at the Veterans Affairs Medical Center. The team overcame a variety of challenges to secure a significant settlement for their client.

Ms. Nikolai is admitted to the Minnesota State Bar and the United States District Court for the District of Minnesota. She is also an active member of the Federal Bar Association and the Minnesota Women's Lawyers, participating as a member of the Partner Leadership Council (PLC).

During law school, Ms. Nikolai clerked for two Twin Cities law firms and was a judicial extern for the Honorable Patrick Schiltz. She was also a Certified Student Attorney at the St. Thomas Interprofessional Center for Counseling and Legal Services, where she represented a family seeking asylum in the United States, which was ultimately granted. She also represented individuals at detained master calendar and bond hearings.

Ms. Nikolai has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *Key v. Breville USA, Inc.* (N.D. Ca.)
- *Crowell v. FCA U.S. LLC* (D. Del.)
- *Krohn v. Pacific Market International LLC* (W.D. Wa.)
- *Havrilla v. Centene Corporation* (N.D. Ill.)
- *Hernandez v. Newrez, LLC* (E.D. Pa.)
- *In re Gerber Products Company Heavy Metals Baby Food Litig.* (E.D. Va.)
- *In re Nurture Baby Food Litig* (S.D.N.Y)
- *In re Plum Baby Food Litig.* (N.D. Cal.)
- *Castorina v. Bank of America, N.A.* (E.D. Va.)
- *Turner et al v. Chipotle Mexican Grill, Inc.* (D. Colo.)
- *Reitman v. Champion Petfoods* (C.D. Cal.)
- *Weaver v. Champion Petfoods* (E.D. Wis.)
- *In re Big Heart Pet Brands Litig.* (N.D. Cal.)
- *Krukas et al. v. AARP, Inc., et al.* (D.D.C.)
- *Bhatia v. 3M Co.* (D. Minn.)
- *Doe v. Hanson et al.* (Minn.)
- *Hudock v. LG Electronics USA, Inc.* (D. Minn.)
- *Brewster v. United States* (D. Minn.)

## Additional Background Information

### Education:
- Juris Doctor (2018)
  - University of St. Thomas
    - Clinic Student of the Year (2017 -2018)
- Bachelor of Arts (2012)
  - DePaul University

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the Western District of Texas

- U.S District Court for the District of New Mexico

**Recognition:**
- MSBA North Star Lawyer (2020-2021)
- **Selected** by *Super Lawyers* as a Minnesota "Rising Star" (2025 – 2026)

# Melanie M. Kapanke



Melanie M. Kapanke joined Gustafson Gluek as an associate attorney in the fall of 2025. She earned her J.D. from the University of Nebraska College of Law, where she held the second-highest Practical Training rank out of 128 students. While in law school, she earned CALI Awards in Evidence, Pretrial Litigation, Business Associations, Employment Discrimination, Advanced Legal Research, and Legal Profession.

Melanie served as a Teaching Assistant for Advanced Legal Research and participated in both the Housing Justice Clinic and the First Amendment Clinic. She gained legal experience through summer positions at Fraser Stryker PC LLO and Baylor Evnen Wolfe & Tannehill, LLP, where she conducted legal research, drafted pleadings, and supported attorneys in various civil litigation matters. She also worked as a Schmid Research Fellow, assisting a professor with a large-scale legal research project.

Melanie earned her B.S. in Biology from the University of Northern Iowa, graduating cum laude with University Honors. She conducted microbial research, authored an honors thesis published in UNI ScholarWorks, and presented her findings to the university community. Melanie was awarded the Presidential Scholarship and recognized as a Presidential Honor Scholar. She was also a Division I student-athlete on the UNI women's soccer team.

As an associate at Gustafson Gluek, Ms. Kapanke practices in the areas of antitrust, product defect, consumer protection, and civil rights, among others.

## Additional Background Information

**Education:**
- Juris Doctor (2025)
  - Nebraska College of Law

- Bachelor of Science and Biology (2021)
  - University of Northern Iowa

## Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of MN

# MICHAEL J. WARKEL



Michael J. Warkel joined Gustafson Gluek PLLC as an associate in July 2025 after completing a clerkship for Judge Martin S. Fallon in the First Judicial District of Minnesota. Michael graduated from Mitchell Hamline School of Law in 2024, where he earned a Law and Business Certificate and served as Managing Editor of Mitchell Hamline Law Review. He was named to the Dean's List multiple times and graduated cum laude.

While attending law school, Mr. Warkel externed with the Minnesota Pollution Control Agency and clerked at Erstad & Riemer, P.A., where he focused on insurance defense and civil litigation. He also supported the Office of the Minnesota Attorney General as a Steiger Fellow, working on consumer protection and antitrust matters. Mr. Warkel served as Student Director of the Law and Business Center and President of the Antitrust Society. He also authored a publication for the Mitchell Hamline Law Review analyzing the Major Questions Doctrine and the West Virginia v. EPA decision.

As an associate at Gustafson Gluek, Mr. Warkel practices in the areas of antitrust, product defect, consumer protection, and civil rights.

## Additional Background Information

### Education:
- Juris Doctor (2024)
  - Mitchell-Hamline School of Law
    - Managing Editor: Mitchell Hamline Law Review
    - Law & Business Certificate
    - Publication in the Mitchell Hamline Law Review
    - Graduated cum laude

- Bachelor of Arts, Economics (2019)
  - University of Minnesota

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of MN

Case 2:26-md-03179-WCG    Filed 05/22/26    Page 83 of 89    Document 65

# MICHELLE J. LOOBY



Michelle J. Looby is a member of Gustafson Gluek PLLC. Ms. Looby joined Gustafson Gluek in 2008 and became a member in 2015. She co-chairs the Firm's antitrust group.

In the courtroom, Ms. Looby has served in leadership roles including as co-lead counsel, in numerous class actions. Outside the courtroom, Ms. Looby is actively involved in the legal community serving on the Advisory Board of the American Antitrust Institute, as the Immediate Past Chair and Diversity & Inclusion Liaison for the Minnesota State Bar Association's Antitrust Section, and on the executive committee of the Coalition in Support of the Antitrust Laws. In addition, she is actively involved in the American Bar Association, Federal Bar Association, and Minnesota Women Lawyers, previously having served on its Board of Directors. Ms. Looby also served on Law360's Competition Editorial Advisory Board, a leading daily legal news and intelligence service that reaches over one million recipients each day.

Ms. Looby is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota and the United State District Court for the District of North Dakota.

Ms. Looby has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Crop Inputs* (E.D. Mo.)
- *In re Interior Molded Doors Antitrust Litig.* (E.D.V.A.)
- *In re DPP Beef Litig. (D. Minn.)*
- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *Precision Associates, Inc. et al. v. Panalpina World Transport (Holding), Ltd., et al.* (E.D.N.Y.)

- *Powell Prescription Center, et al. v. Surescripts, LLC et al.* (N.D. Ill.)
- *In re CenturyLink Residential Customer Billing Disputes Litig.* (D. Minn.)
- *In re Allura Fiber Cement Siding Products Liability Litig.* (D.S.C.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Generic Pharmaceuticals Pricing Antitrust Litig.* (E.D. Pa.)
- *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)
- *In re Opana ER Antitrust Litig.* (N.D. Ill.)
- *In re Restatsis (Cyclosporine Opthalmic Emulsion) Antitrust Litig.* (E.D.N.Y)
- *In re Asacol Antitrust Litig.* (D. Mass.)
- *In re Celebrex (Celecoxib) Antitrust Litig.* (E.D. Va.)

## Additional Background Information

### Education:
- Juris Doctor (2007)
  - William Mitchell College of Law
    - William Mitchell Law Review (2005-2007)
    - Assistant Editor (2006-2007)
      - Recipient of the CALI Excellence for the Future Award

- Bachelor of Arts (2004)
  - University of Minnesota
    - *with distinction*

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

### Recognition:
- Selected by Minnesota Lawyer as a Top Women in Law (2025)
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2021-2023)
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2014 – 2020)
- American Antitrust Institute Award for Outstanding Antitrust Litigation Achievement by a Young Lawyer (2015)
- American Antitrust Institute Award for Outstanding Antitrust Litigation Achievement in Private Practice (2022)
- Selected as an Attorney of the Year by Minnesota Lawyer (2023)

# SHASHI GOWDA



Shashi Gowda is an associate at Gustafson Gluek PLLC.  He graduated from the University of Minnesota Law School and clerked for the Honorable Christian Sande of the Fourth Judicial District of Minnesota.  Mr. Gowda joined Gustafson Gluek as an associate in July of 2022.

As an associate, Mr. Gowda represents those who are alleging antitrust, consumer protection, constitutional, and products liability violations.

Mr. Gowda graduated from Virginia Commonwealth University with a Bachelor of Science in Economics.  He then went on to the University of Minnesota Law School, where he was a staffer and managing editor for the Minnesota Law Review. He was also a certified student attorney with the University of Minnesota Consumer Protection Clinic, where he helped guide clients through consumer protection claims.

Mr. Gowda is an active member of the Minnesota State Bar Association, Federal Bar Association, and Minnesota Asian Pacific American Bar Association.

Mr. Gowda has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *Hogan v. Amazon, Inc. (N.D. Ill.)*
- *Google Digital Publisher Antitrust Litig. (S.D.N.Y.)*
- *Reynolds, et al., v. FCA US, LLC (E.D. Mi.)*
- *In re Recalled Abbott Infant Formula Products Liability Litig. (N.D. Ill.)*
- *In re Gerber Co. Heavy Metals Baby Food Litig. (E.D. Va.)*
- *In re Plum Baby Food Litig. (N.D. Cal.)*
- *Gorczynski v. Electrolux Home Products, Inc. (D.N.J.)*

## Additional Background Information

**Education:**
- Juris Doctor (2020)
  - University of Minnesota Law School
    - Managing Editor: Minnesota Law Review

- Bachelor of Science (2017)
  - Virginia Commonwealth University

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S District Court for the District of New Mexico

**Recognition:**
- Selected by Super Lawyers as a Minnesota "Rising Star" (2025 – 2026)

# TONY STAUBER



Tony Stauber joined Gustafson Gluek as an associate in 2021 after serving as a law clerk to the Honorable Caroline H. Lennon, District Judge, First Judicial District of Minnesota.

As an associate at the Firm, Mr. Stauber represents individuals and businesses who are harmed by illegal collusion and price-fixing schemes between competitors, and violations of state and federal consumer protection statutes. Additionally, Mr. Stauber practices in the area of civil rights, where he has represented clients in high-profile cases involving police brutality and other constitutional violations. He is passionate about pursuing claims on behalf of clients who have been harmed by institutions of power – whether those are gigantic corporations or law enforcement agencies.

Mr. Stauber is an active member of the Minnesota and Federal bar associations and is using his legal education to improve access to justice for all litigants. Mr. Stauber believes that all individuals and businesses deserve their day in court. Mr. Stauber graduated from the University of Minnesota with a B.A. in English Literature. He graduated magna cum laude from Mitchell Hamline School of Law. While in law school, Mr. Stauber was Vice President of the Mitchell Hamline Hovenkamp Antitrust Society, Membership Coordinator of the Mitchell Hamline Chapter of the American Civil Liberties Union, and a student researcher and member of the Mitchell Hamline Sex Offender Litigation and Research Center. Additionally, Tony was the Production Editor of the Mitchell Hamline Journal of Public Policy and Practice, where he was a published author of an article on the topic of qualified immunity.

Mr. Stauber has been an active member of the National Speech and Debate Association and the Minnesota State High School League as a speech and debate coach for ten years.

Mr. Stauber has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Beef DPP Antitrust Litig.* (N.D. Ill.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Local TV Advertising Antitrust Litig.* (N.D. Ill.)
- *Karsjens v. Jesson* (D. Minn.)
- *Samaha v. City of Minneapolis* (D. Minn.)
- *Wolk v. City of Brooklyn Center* (D. Minn.)
- *Baldwin v. Miracle Ear, Inc.* (D. Minn.)
- *Brnich v. Siemens* (N.D. Ga.)

### Additional Background Information

**Education:**
- Juris Doctor
  - Mitchell Hamline School of Law
    - *magna cum laude*
    - Production Editor: Mitchell Hamline Journal of Public Policy and Practice

- Bachelor of Arts
  - University of Minnesota

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- Eighth Circuit Court of Appeals

**Recognition:**
- American Antitrust Institute (AAI) Outstanding Antitrust Litigation Achievement by a Young or Newly Admitted Lawyer Award (2025)
- Selected by *Minnesota Lawyers* as an "Up and Coming Attorney of the Year" (2023)
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2025 – 2026)