**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

### <u>DECLARATION OF ERIN K. DICKINSON IN SUPPORT OF PLAINTIFFS CITY OF LA CROSSE, CITY OF ONALASKA, AND CLAVERACK FIRE DISTRICT'S MOTION FOR APPOINTMENT OF CLASS COUNSEL</u>

I, ERIN K. DICKINSON, hereby declare as follows:

I am one of the lawyers representing Plaintiff La Crosse and Plaintiff Onalaska and the proposed classes in this matter. I am the Owner and Partner at Crueger Dickinson LLC. I make these statements based upon personal knowledge, and I am otherwise competent to testify in this matter.

1. My firm, Crueger Dickinson LLC ("CD") and Hagens Berman Sobol Shapiro, LLP ("HBSS"), were the first to file any class action antitrust complaint on behalf of any plaintiff—direct or indirect—against Defendants in this matter. In the lead up to that filing, CD attorneys took an active role in investigating price fixing in the fire truck market and the firm has taken significant steps to identify and investigate indirect purchaser plaintiffs' claims and to advance this litigation from that time to the present.

2. On December 29, 2025, the Hon. Judge Byron Conway appointed HBSS, CD, and Gustafson Gluek PLLC ("GG") as Interim Class Counsel to act on behalf of the putative indirect purchaser class.

3. Following that appointment, HBSS, CD, and GG began coordinating with other indirect purchaser plaintiff counsel, direct purchaser plaintiff counsel, and defense counsel regarding filing an amended complaint.

4. After negotiating with Defendants a date for filing responsive pleadings or motions, on March 23, 2026, HBSS, CD, and GG drafted and filed a consolidated complaint.

5. Additionally, since being appointed as Interim Class Counsel, HBSS, CD, and GG have engaged in research and discussions with other indirect purchaser plaintiff counsel to make strategic decisions regarding adding additional claims to a future amended complaint. CD is committed working to amend the indirect purchaser class complaint to include a Clayton Act Section 7 claim against certain Defendants.

6. To the extent there are other legal claims to consider pursuing, CD is dedicated to advancing legal theories that are in the best interest of the class.

7. As proposed interim co-lead counsel for the proposed class of indirect purchasers in this antitrust matter, CD will continue to coordinate and collaborate with plaintiffs' counsel in the direct purchaser cases, direct action purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation. It is my understanding that the following IPPs support the proposed leadership structure: Hagens Berman Sobol Shapiro, LLP and Crueger Dickinson LLC (representing Plaintiffs City of La Crosse and Claverack Fire District); Gustafson Gluek PLLC (representing Plaintiff City of Onalaska); Zelle LLP (representing Plaintiffs the Unified Government of Wyandotte County and Kansas City, Kansas and City of Las Vegas, Nevada); Weitz & Luxenberg P.C. (representing Plaintiffs Cities of Ann Arbor, Middletown, and Ridgeland); Taus, Cebulash & Landau, LLP (representing Plaintiff Commack Fire District); O'Neil, Cannon, Hollman, DeJong & Laing S.C. and Miller Shah, LLP

(representing Plaintiff City of Milwaukee); Cotchett, Pitre & McCarthy LLP (representing Plaintiff City of Arcadia); and R. Christopher Cowan, Esq., LTD (representing Plaintiff The Durango Fire Protection District). Only one firm has not agreed to the proposed leadership.

8. CD will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

9. CD has represented plaintiffs in a broad spectrum of complex cases including being appointed to leadership positions in a number of large class action and multi-district litigations. The firm has represented hundreds of local government entities in litigation matters over the past decade ranging from prescription opioids to environmental contamination cases. Most notably, Ms. Dickinson was appointed to the sixteen member Plaintiffs Executive Committee that led the nationwide litigation on behalf thousands of county and city governments against companies who manufactured, distributed and dispensed prescription opioids, a case that has been called "one of the largest and most complex litigations in United States history." *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio 2018). The firm maintains an extensive practice representing local governments in litigation matters in state and federal courts around the country and brings their experience representing local governments to this litigation. Additionally, CD has extensive lead counsel experience and a proven track record of success representing plaintiff classes in other types of complex class action litigation matters. *See* **Exhibit A** for a summary of the bios for attorneys working on this litigation. Additional information about the firm may be found on the CD website: https://cruegerdickinson.com

10. CD is accustomed to advancing the costs of litigation associated with complex cases and routinely invests significant financial resources in litigating claims against the largest

and most well-funded defendants in the world. CD will bring the same resources and commitment to its prosecution of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of May 2026, in Whitefish Bay, Wisconsin.

*s/ Erin K. Dickinson*
Erin K. Dickinson

# <u>Exhibit A</u>



# CRUEGER DICKINSON LLC

Crueger Dickinson LLC is a litigation boutique specializing in large, complex cases on behalf of government entities and classes nationwide and has taken on the role as lead counsel in some of the most significant and high-profile litigation in the country. The firm represents over one hundred county government entities across eighteen states in litigation against the manufacturers and distributors of prescription opioids, and in In Re: National Prescription Opiate Litigation, 17-md-2804 (N.D. Ohio 2017), was appointed to the sixteen-member Plaintiffs' Executive Committee, where it helped steer the multi-district litigation through discovery and trial and secure billions of dollars in settlements for its clients. The firm currently represents a North Carolina government entity in its lawsuit against the manufacturers of PFAS forever chemicals for groundwater contamination, see Cumberland County v. The Chemours Company, et al., 22 CVS 1569 (N.C. Sup. Ct.), and was elected to the Plaintiffs' Executive Committee leading the nationwide multi-district litigation of government entities against manufacturers of AFFF fire-fighting foam, which has allegedly contaminated groundwater across the United States, see In Re: Aqueous Film-Forming Foams Products Liability Litigation, 18-mn-2873 (D.S.C. 2018). Both federal and state courts have also regularly appointed the firm to serve as lead counsel in significant class actions throughout the nation, and the firm has experience trying a certified class action on the merits. See, e.g., Canchola, et al. v. Allstate Insurance Company, 8:23-cv-00734 (C.D. Cal. 2023); Parry, et al. v. Farmers Insurance Exchange, et al., BC683856 (Sup. Ct. Cal. 2017); and Jammal, et al. v. American Family, et al., 13-CV-437 (N.D. Ohio 2013).



# CHARLES CRUEGER



 cjc@cruegerdickinson.com

414 210 3900

Mr. Crueger is an owner and founding partner of Crueger Dickinson LLC, with nearly thirty years of trial and appellate experience across a wide range of complex commercial and intellectual property matters. Mr. Crueger began his career as a trial attorney at the United States Department of Justice before joining a large firm in Wisconsin and ultimately founded Crueger Dickinson to focus on high-stakes, complex litigation. His commercial litigation experience spans commercial conflicts, fiduciary duty and other claims involving the internal affairs of companies, antitrust matters, public nuisance and environmental matters, director and officer lawsuits, misclassification cases, ERISA actions, complex insurance disputes, and federal tax litigation. He has served as lead trial counsel in numerous cases with liabilities exceeding $1 billion and has represented both plaintiffs and defendants. Mr. Crueger has tried cases to verdict in both bench and jury trials and has represented clients in state and federal courts throughout the country, including U.S. Court of Appeals for the Third, Sixth, Seventh, Ninth, and Federal Circuits, the Wisconsin Court of Appeals, and the Wisconsin Supreme Court. Prior to law school, Mr. Crueger served in the U.S. Army with an airborne artillery unit in the 18th Airborne Corps in Fort Bragg, North Carolina.

## NOTABLE PROFESSIONAL EXPERIENCE

- Jammal, et. al., v. American Family Insurance Group, et. al., No. 1:13-CV-437 (N.D. of Ohio) (representing plaintiffs in ERISA class action alleging that defendants denied them retirement and other benefits by misclassifying them as independent contractors).
- Ludwick v. Harbinger Group, Inc., et. al., No. 15-00011 (W.D. of Mo.) (representing plaintiff in pending RICO class action alleging that defendants defrauded them in the sale of annuities).
- Roberts et. al. v. Electrolux Home Products, Inc., No. 8:12-cv-01644 (C.D. of Ca.) (represented plaintiff in class action over dryer fires; the case resulted in a beneficial settlement for the class).

- Feldmann Engineering & Manufacturing Co., Inc.. v. Ardisam, Inc., No. 3:14-CV-00727 (W.D. Wis.) (represented plaintiff in patent infringement action that settled before trial).
- Ormco Corp. v. Align Tech., Inc., 498 F.3d 1307 (Fed. Cir.) (obtained reversal of adverse judgment and represented plaintiff on remand that resulted in a favorable jury verdict and settlement in excess of $90M; also invalidated patent claims asserted by defendant).
- Briggs & Stratton Corp. v. Kohler Co., (W.D. Wis.) (represented plaintiff through a jury trial in successful patent infringement action involving small engine technology).

- Kestrel Coal Pty. v. Joy Global, 362 F.3d 401 (7th Cir.) (obtained rare reversal of a lower court's order allowing discovery in the United States for use in lawsuit pending in Australia).
- Beloit Liquidating Trust v. Grade, 2004 WI 39, 270 Wis. 2d 356 (part of litigation team that obtained favorable result in the leading director and officer liability case in Wisconsin).
- Globe Life and Accident Ins. Co. v. United States, 52 Fed. Cl. 132 (successfully defended $8 million tax refund claim following a two-week trial).
- American Express v. United States, 47 Fed. Cl. 127 (successfully defended $200 million tax refund claim involving accounting methods for credit card fees).



# CHARLES CRUEGER, CONTINUED

## SELECTED PUBLICATIONS

- "The Long Arm of Personal Jurisdiction in IP Litigation", IP Law360 (October 26, 2010)
- "A Commentary on the Economic Loss of Doctrine Under the Rule of Cease Electric and Cascade Stone", 89 Marq. L. Rev. 137 (2005)

## EDUCATION

- University of Wisconsin Law School (J.D., cum laude, 1997; Order of the Coif; Wisconsin Law Review)
- University of Wisconsin-Madison (B.A., with distinction, 1993)

## HONORS AND RECOGNITIONS

- Recognized in Super Lawyers Magazine as a "Super Lawyer" 2015 - 2017
- Recognized in "Best Lawyers in America"
- Recognized in Super Lawyers Magazine as a "Rising Star" 2006 - 2007

## STATE BAR ADMISSIONS

Wisconsin

## FEDERAL COURT ADMISSIONS

Eastern District of Wisconsin
Western District of Wisconsin
Northern District of Illinois
Court of Federal Claims
U.S. Court of Appeals for the Third, Sixth, Seventh, and Federal Circuits
U.S. Tax Court
U.S. Supreme Court



# ERIN DICKINSON



Ms. Dickinson is an owner and founding partner of Crueger Dickinson LLC, who specializes in class action and mass tort litigation and has over 25 years of experience litigating large and complex cases. Ms. Dickinson devotes a large portion of her practice to representing government entity clients. As a result of that experience, in 2017, Ms. Dickinson became one of 16 attorneys selected to the Plaintiffs Executive Committee appointed to lead the In Re: National Prescription Opiate Litigation, 17-md-2804 (N.D. Ohio 2017) multi-district litigation that involved thousands of government entities and dozens of large pharmaceutical defendants. Ms. Dickinson took a lead role in litigating that case for the past seven years, which has been referred to as one of the "largest and most complex cases" in history and resulted in settlements that exceeded $50 Billion to thousands of government entities around the United States. Additionally, Ms. Dickinson has served as lead trial counsel for government entities experiencing PFAS contamination and was appointed to the Plaintiffs Executive Committee for the In Re: Aqueous Film-Forming Foams Products Liability Litigation, 18-mn-2873 (D.S.C. 2018) multi-district litigation. Ms. Dickinson has been routinely appointed as lead class counsel in cases including pharmaceutical products, commercial products, ERISA matters and complex insurance cases where amounts at issue routinely exceed $1 billion. Prior to forming Crueger Dickinson, Ms. Dickinson worked for a large law firm focusing on complex commercial and intellectual property litigation. She is an experienced trial attorney, who has served as lead trial counsel resulting in favorable jury verdicts for her clients and has represented clients in state and federal courts throughout the United States.

 ekd@cruegerdickinson.com

📞 414 210 3767

## NOTABLE PROFESSIONAL EXPERIENCE

- Lead counsel in a variety of nationwide class action cases in a variety of areas including ERISA, products liability, financial fraud and civil RICO issues.
- Successfully represented majority shareholders in a federal court jury trial involving business torts and Lanham Act claims where Defendants' exposure exceeded $20M. Case resulted in unanimous defense verdict in favor of Ms. Dickinson's client and a finding of zero liability.
- Litigation counsel for a patent holder in a patent infringement lawsuit involving orthodontic software. Case resulted in a favorable jury verdict and subsequent settlement of litigated claims in excess of $90M.

- Lead counsel who achieved a nationwide class action settlements on a variety of cases where millions of allegedly defective products were at issue including cases involving automobiles, house hold appliance and other consumer products.
- Trial counsel for hospital systems in Texas, Missouri and Kansas in numerous professional negligence, tort and wrongful death cases

## EDUCATION

- University of Texas School of Law (J.D. 2000)
- University of Wisconsin-Madison (B.A., with honors, 1996)

## STATE BAR ADMISSIONS

Wisconsin
Missouri
Texas

## FEDERAL COURT ADMISSIONS

Eastern District of Wisconsin
Western District of Wisconsin
Northern District of Illinois
Western District of Texas
Central District of California
Western District of Missouri
Northern District of Ohio
Seventh Circuit Court of Appeals
Sixth Circuit Court of Appeals

## HONORS AND RECOGNITIONS

- Recognized by Super Lawyers Magazine as a "Super Lawyer" 2016-2017
- Recognized as one the 2016 "Best Lawyers in America"
- Recognized by Super Lawyers Magazine as a "Rising Star," 2012-2015
- Recipient of the 2014 Women in the Law award given by the Wisconsin Law Journal



# BENJAMIN KAPLAN



Benjamin Kaplan is a trial attorney and partner at Crueger Dickinson LLC. Mr. Kaplan focuses on consumer protection, business tort, and class action litigation, providing careful analysis of complex issues and practical advice for resolving disputes and concerns. Mr. Kaplan has jury trial experience in both state and federal courts as well as appellate experience in multiple federal appellate circuits.

 bak@cruegerdickinson.com

414 810 3382

## NOTABLE PROFESSIONAL EXPERIENCE

- Successfully obtained summary judgment for a manufacturer in a trademark infringment dispute, and affirmed by the Federal Circuit on appeal.
- Successfully represented an appliance manufacturer against false advertising allegations in a $40 million class action.
- Successfully represented a cooperative accused of mis-representations, obtaning a dismissal of all claims at jury verdict.
- Succesfully represented a small business owner in a dipute over the purchase of faulty equipment at trial.
- Represented an inmate prosecuting a Section 1983 claim, through federal jury trial.
- Brought in as appellate counsel at the Second Circuit, and successfully obtained a judgement reduction from over $5 million to under $2 million.
- Successfully represented a municipality in incorporation litigation, including a successful verdict at trial that was affirmed by the Wisconsin Court of Appeals.
- During law school, Mr. Kaplan worked in the chambers of the Honorable Diana Murphy of the Court of Appeals for the Eighth Circuit and for the Hennepin County Public Defender's Office.
- Ben has written numerous articls and client alerts regarding class action jurisprudence

## EDUCATION

- University of Minnesota Law School, Juris Doctor (J.D.), magna cum lauda; Business Law concentration, Editor, Journal of Law and Inequality
- University of Notre Dame, Bachelor of Arts (B.A.), cum laude; Political Science
- University of Notre Dame Australia

## STATE BAR ADMISSIONS

- Wisconsin

## FEDERAL COURT ADMISSIONS

- United States Court of Appeals, Seventh Circuit
- United States District Court, Eastern District of Wisconsin
- United States District Court, Western District of Wisconsin

## HONORS AND RECOGNITIONS

- Up and Coming Lawyer, Wisconsin Law Journal, 2017
- "Rising Stars," Wisconsin Super Lawyers, 2015-2017
- Dean's Distinguished Scholar, Minnesota Law School