# EXHIBIT A

**EXHIBIT A**
**EXAMPLES OF FAMA MEETINGS AND DEFENDANT ATTENDEES**

April 4-5, 2016
General Membership Meeting, Fort Lauderdale, Florida

| | |
|---|---|
| E-ONE | Grady North, Dan Peters |
| Ferrara Fire Apparatus, Inc. | Bert McCutcheon |
| KME Fire Apparatus | Philip Gerace |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce Manufacturing, Inc. | Jim Johnson, Matt McLeish, Mike Moore |
| Rosenbauer America, LLC | Harold Boer, Mike Schoenberger |
| Smeal Fire Apparatus Co. | Mike Bowman, Jeff Wegner |

April 21, 2016
Technical Committee Meeting, Indianapolis, Indiana

(specific individual attendees unknown)

E-ONE

Ferrara Fire Apparatus, Inc.

KME Fire Apparatus

Pierce Manufacturing, Inc.

Rosenbauer America, LLC

Smeal Fire Apparatus, Co.

Spartan Emergency Response

October 7, 2016
General Membership Meeting, Nashville, Tennessee

| | |
|---|---|
| E-ONE | Grady North |
| Ferrara Fire Apparatus, Inc. | Bert McCutcheon |
| KME Fire Apparatus | Philip Gerace |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce Manufacturing, Inc. | Matt McLeish, Mike Moore |

| | |
|---|---|
| Rosenbauer America, LLC | Mike Schoenberger |
| Smeal Fire Apparatus Co. | Mike Bowman, Roger Lackore, Jeff Wegner |

March 21-21, 2017
General Membership Meeting, St. Pete Beach, Florida

| | |
|---|---|
| E-ONE | Grady North, Dan Peters |
| Ferrara Fire Apparatus, Inc. | Bert McCutcheon |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce Manufacturing, Inc. | Matt McLeish, Mike Moore, Chad Trinkner |
| Rosenbauer America, LLC | Harold Boer, Scott Oyen, Mike Schoenberger |
| Smeal Fire Apparatus Co. | Roger Lackore |

February 23-24, 2018
General Membership meeting, Coronado, California

| | |
|---|---|
| E-ONE | Angie Esposito, Grady North |
| Ferrara | Bert McCutcheon |
| KME | Tim Johnson |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce | Jeromie Johnston, Mike Moore |
| Rosenbauer America | Scott Oyen, Mike Schoenberger |
| Spartan ER | Roger Lackore, John Slawson |

October 9-10, 2019
General Membership Meeting, Toronto, Ontario

| | |
|---|---|
| E-ONE | Roger Lackore, Jeff Park, Dan Peters |
| KME | Mike Virnig[1] |
| Oshkosh Airport Products | Lee Morris |
| Pierce | Jerry Conley, Jeromie Johnston, John Schultz |
| Spartan ER | Scott Weishaar |

---

[1] More recently, Mr. Virnig has been identified as REV Group's VP of Sales.

2

October 6, 2020

Fall Membership Business Meeting, Zoom Webinar

E-ONE                              Roger Lackore

Ferrara                            Bert McCutcheon

Pierce                             Jeromie Johnston

Spartan ER                         Stephen Carleton, Wyatt Compton

February 28 – March 1, 2022

Membership Business Meeting, St. Pete Beach, Florida

E-ONE                              Larry Daniels,[2] Gary Pacilio

Ferrara                            Bert McCutcheon

Oshkosh Airport Products           Lee Morris

Pierce Manufacturing, Inc.         Jerry Conley, John Schultz

Rosenbauer America, LLC            Scott Oyen, John Slawson

Spartan Emergency Response         Roger Lackore

March 20-21, 2023

Spring Membership Business Meeting, Fort Lauderdale, Florida

E-ONE, Inc.                        Larry Daniels, Gary Pacilio

Ferrara Fire Apparatus, Inc.       Dan DesRochers

KME Fire Apparatus                 Mike Virnig

Oshkosh Airport Products           Lee Morris

Pierce Manufacturing, Inc.         Jerry Conley, John Schultz

Rosenbauer America                 Bill Palmer

Spartan Emergency Response         Roger Lackore

---

[2] Larry Daniels is presently listed on the FAMA website as a Director-At-Large of FAMA, and is presently identified as being from REV Fire Group. See, https://www.fama.org/2024-fama-board-of-directors/

3

February 26-27, 2025
Spring Membership Business Meeting, St. Pete Beach, Florida

| | |
|---|---|
| E-ONE | Philip Gerace, Mike Virnig |
| Ferrara Fire Apparatus, Inc. | Larry Daniels |
| KME | Chris McClung |
| Pierce | Lee Morris, John Schultz, Aaron Zak |
| Rosenbauer America | LLC Bill Palmer |
| Spartan ER | Roger Lackore |

4