# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

KME Global, LLC; KME Holdings, LLC; KME RE Holdings LLC; FFA Holdco, Inc.; FFA Acquisition Co., Inc .
Ferrara Fire Apparatus Holding Company, Inc.; Smeal Holding, LLC; Detroit Truck Manufacturing, LLC

Date: 05/26/2026

/s/ Arthur J. Burke

*Attorney's signature*

Arthur J. Burke, #1175568

*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017

*Address*

arthur.burke@davispolk.com

*E-mail address*

(212) 450-4000

*Telephone number*

(212) 701-5352

*FAX number*