# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

KME Global, LLC; KME Holdings, LLC; KME RE Holdings LLC; FFA Holdco, Inc.; FFA Acquisition Co., Inc .
Ferrara Fire Apparatus Holding Company, Inc.; Smeal Holding, LLC; Detroit Truck Manufacturing, LLC

Date:       05/26/2026

/s/ Sean Stefanik
*Attorney's signature*

Sean Stefanik, #5637913
*Printed name and bar number*

Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036

*Address*

sean.stefanik@davispolk.com
*E-mail address*

(202) 962-7020
*Telephone number*

(202) 962-5642
*FAX number*