In re: Fire Apparatus Antitrust Litigation   )
                                          )
                                          )      Case No. 2:26-md-03179-WCG

## DEFENDANT FERRARA FIRE APPARATUS HOLDING COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Ferrara Fire Apparatus Holding Company, Inc. submits this Corporate Disclosure Statement pursuant to Civil L. R. 7.1 as follows:

Ferrara Fire Apparatus Holding Company, Inc. is represented by its undersigned attorneys Michael Best & Friedrich LLP and Davis Polk & Wardwell LLP. Ferrara Fire Apparatus Holding Company, Inc. is wholly owned by Terex Corporation, a publicly held corporation, which owns 10% or more of Ferrara Fire Apparatus Holding Company, Inc.'s stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date: May 26, 2026

By: /s/Daniel J. Vaccaro
    Daniel J. Vaccaro, #1018037
    Joseph L. Olson, #1046162
    Austin A. Wesner, #1122134
    790 North Water Street, Suite 2500
    Milwaukee, WI 53202
    Telephone: 414.271.6560
    Facsimile: 414.277.0656
    djvccaro@michaelbest.com
    jlolson@michaelbest.com
    austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
Ferrara Fire Apparatus Holding Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro
Daniel J. Vaccaro

*Attorney for Defendant Ferrara Fire Apparatus Holding Company, Inc.*

212411\0110\53702867.v1