# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

In re: Fire Apparatus Antitrust Litigation    )
    )
    )    Case No. 2:26-md-03179-WCG

---

## DEFENDANT FFA ACQUISITION CO., INC.'S CORPORATE DISCLOSURE STATEMENT

---

Defendant FFA Acquisition Co., Inc. submits this Corporate Disclosure Statement

pursuant to Civil L. R. 7.1 as follows:

FFA Acquisition Co., Inc. is represented by its undersigned attorneys Michael Best &

Friedrich LLP and Davis Polk & Wardwell LLP.  FFA Acquisition Co., Inc. is wholly owned by

Terex Corporation, a publicly held corporation, which owns 10% or more of FFA Acquisition

Co., Inc.'s stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date:  May 26, 2026

By: */s/Daniel J. Vaccaro*
    Daniel J. Vaccaro, #1018037
    Joseph L. Olson, #1046162
    Austin A. Wesner, #1122134
    790 North Water Street, Suite 2500
    Milwaukee, WI 53202
    Telephone: 414.271.6560
    Facsimile: 414.277.0656
    djvccaro@michaelbest.com
    jlolson@michaelbest.com
    austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

    Arthur J. Burke (Bar No. 1175568)
    Davis Polk & Wardwell LLP
    450 Lexington Ave
    New York, NY 10017
    (212) 450-4000
    arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
FFA Acquisition Co., Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro

*Attorney for Defendant FFA Acquisition Co., Inc.*

212411\0110\53702825.v1