In re: Fire Apparatus Antitrust Litigation )
)
)      Case No. 2:26-md-03179-WGC

---

## DEFENDANT KME HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT

---

Defendant KME Holdings, LLC submits this Corporate Disclosure Statement pursuant to

Civil L. R. 7.1 as follows:

KME Holdings, LLC is represented by its undersigned attorneys Michael Best &

Friedrich LLP and Davis Polk & Wardwell LLP.  KME Holdings, LLC is wholly owned by

Terex Corporation, a publicly held corporation, which owns 10% or more of KME Holdings,

LLC's stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date:  May 26, 2026          By: */s/Daniel J. Vaccaro*
                 Daniel J. Vaccaro, #1018037
                 Joseph L. Olson, #1046162
                 Austin A. Wesner, #1122134
                 790 North Water Street, Suite 2500
                 Milwaukee, WI 53202
                 Telephone: 414.271.6560
                 Facsimile: 414.277.0656
                 djvccaro@michaelbest.com
                 jlolson@michaelbest.com
                 austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

                 Arthur J. Burke (Bar No. 1175568)
                 Davis Polk & Wardwell LLP
                 450 Lexington Ave
                 New York, NY 10017
                 (212) 450-4000
                 arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

ATTORNEYS FOR DEFENDANT
KME Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro
Daniel J. Vaccaro

*Attorney for Defendant KME Holdings, LLC*

212411\0110\53702415.v1