**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re: Fire Apparatus Antitrust Litigation )
)
)      Case No. 2:26-md-03179-WCG

---

**DEFENDANT KME RE HOLDINGS, LLC'S CORPORATE DISCLOSURE
STATEMENT**

---

Defendant KME RE Holdings, LLC submits this Corporate Disclosure Statement

pursuant to Civil L. R. 7.1 as follows:

KME RE Holdings, LLC is represented by its undersigned attorneys Michael Best &

Friedrich LLP and Davis Polk & Wardwell LLP. KME RE Holdings, LLC is wholly owned by

Terex Corporation, a publicly held corporation, which owns 10% or more of KME RE Holdings,

LLC's stock.

                                 **MICHAEL BEST & FRIEDRICH LLP**

Date: May 26, 2026              By: */s/Daniel J. Vaccaro*
                                   Daniel J. Vaccaro, #1018037
                                   Joseph L. Olson, #1046162
                                   Austin A. Wesner, #1122134
                                   790 North Water Street, Suite 2500
                                   Milwaukee, WI 53202
                                   Telephone: 414.271.6560
                                   Facsimile: 414.277.0656
                                   djvccaro@michaelbest.com
                                   jlolson@michaelbest.com
                                   austin.wesner@michaelbest.com

                                   **DAVIS POLK & WARDWELL LLP**

                                   Arthur J. Burke (Bar No. 1175568)
                                   Davis Polk & Wardwell LLP
                                   450 Lexington Ave
                                   New York, NY 10017
                                   (212) 450-4000
                                   arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
KME RE Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro
Daniel J. Vaccaro

*Attorney for Defendant KME RE Holdings, LLC*

212411\0110\53702542.v1