In re: Fire Apparatus Antitrust Litigation    )
                                               )
                                               )        Case No. 2:26-md-03179-WCG

---

## DEFENDANT SMEAL HOLDING, LLC'S CORPORATE DISCLOSURE STATEMENT

---

Defendant Smeal Holding, LLC submits this Corporate Disclosure Statement pursuant to

Civil L. R. 7.1 as follows:

Smeal Holding, LLC is represented by its undersigned attorneys Michael Best &

Friedrich LLP and Davis Polk & Wardwell LLP.  Smeal Holding, LLC is wholly owned by

Terex Corporation, a publicly held corporation, which owns 10% or more of Smeal Holding,

LLC's stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date:  May 26, 2026

By: */s/Daniel J. Vaccaro*
Daniel J. Vaccaro, #1018037
Joseph L. Olson, #1046162
Austin A. Wesner, #1122134
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
djvccaro@michaelbest.com
jlolson@michaelbest.com
austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
Smeal Holding, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro

Daniel J. Vaccaro

*Attorney for Defendant Smeal Holding, LLC*

212411\0110\53702598.v1