| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
| | Case No. 2:26-md-03179-WCG |
| | Hon. William C. Griesbach |

**INDIRECT PURCHASER PLAINTIFFS'[1] JOINDER TO DIRECT PURCHASER PLAINTIFFS' OBJECTION TO THE PROPOSED ORDER (ECF NO. 47) FILED BY INDIVIDUAL ACTION COORDINATING COUNSEL (ECF NO. 57)**

Indirect Purchaser Plaintiffs ("IPPs") join the objection filed by Direct Purchaser Plaintiffs ("DPPs'") (ECF No. 57) to Non-Class Plaintiffs Counsel's Proposed Order Appointing Lead Counsel and Establishing a Separate Track for the Non-Class Actions ("Proposed Order") (ECF No. 47). IPPs adopt the same criticisms to the Proposed Order as outlined in DPPs' objection.[2] *See* ECF No. 57.

Like DPPs, IPPs do not object to the consolidation of non-class claims for pretrial coordination under Federal Rule of Civil Procedure 42(a) or the appointment of coordinating counsel for a track of individual (non-class) actions. The Proposed Order, however, extends beyond those issues and addresses a variety of other case management issues that are not appropriate and that risk impinging on the interests of members of the proposed indirect purchaser plaintiff class. Specifically, the Proposed Order would give counsel for the track of individual

---

[1] Plaintiffs City of La Crosse; Claverack Fire District; City of Onalaska; Unified Government of Wyandotte County and Kansas City, Kansas; City of Las Vegas, Nevada; Cities of Ann Arbor, Middletown, and Ridgeland; Commack Fire District; City of Milwaukee; City of Arcadia; The Durango Fire Protection District; City of Liberty, Missouri; and City of Fullerton.

[2] Similar to DPPs, counsel for the individual actions did not meet and confer with IPPs' counsel prior to filing the Proposed Order.

1

(non-class) actions control of future-filed non-class actions over discovery and motion practice, fee allocation, and even the ability to settle cases. The Court should reject the Proposed Order to the extent that it contemplates actions beyond the consolidation of non-class claims and the appointment of coordinating counsel for the non-class cases.

DATED: May 28, 2026

Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

By: /s/ *Daniel C. Hedlund*
      Daniel C. Hedlund (Bar #025833)
Daniel E. Gustafson (Bar #202241)
Joshua J. Rissman (Bar #0391500)
Frances Mahoney-Mosedale (Bar #402741)
Gabrielle M. Kolb (Bar #504386)
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile:  (612) 339-6622
Email:  dgustafson@gustafsongluek.com
      dhedlund@gustafsongluek.com
      jrissman@gustafsongluek.com
      fmahoneymosedale@gustafsongluek.com
      gkolb@gustafsongluek.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Steve W. Berman
      Steve W. Berman (Bar #12536)
Moses Jehng (Bar #64333)
Stephanie Verdoia (Bar #58636)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:  steve@hbsslaw.com
      moses.jehng@hbsslaw.com
      stephaniev@hbsslaw.com

2

**CRUEGER DICKINSON LLC**

By: */s/ Erin Dickinson*
  Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
  cjc@cruegerdickinson.com

*Counsel for the Cities of La Crosse and Onalaska and the Claverack Fire District*

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
Facsimile: (646) 293-7992
Email: pnovak@weitzlux.com
  cverville@weitzlux.com
  mlai@weitzlux.com

*Counsel for the Cities of Ann Arbor, Middletown, and Ridgeland*

Kevin Landau (Bar #2835668)
Brett Cebulash (Bar #2622190)
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email: klandau@tcllaw.com
  bcebulash@tcllaw.com
  mgreaves@tcllaw.com

*Counsel for the Commack Fire District*

Douglas P. Dehler (Bar #1000732)
Joseph D. Newbold (Bar #1085294)
**O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**

3

111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-5000
Email: doug.dehler@wilaw.com
        joseph.newbold@wilaw.com

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jcs@millershah.com
        nfinkelman@millershah.com

*Counsel for Plaintiff City of Milwaukee*

Adam J. Zapala
Elizabeth T. Castillo
Christopher F. Jeu
Christian S. Ruano
Lauren A. Devens
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Email: azapala@cpmlegal.com
        ecastillo@cpmlegal.com
        cjeu@cpmlegal.com
        cruano@cpmlegal.com
        ldevens@cpmlegal.com

*Counsel for Plaintiff City of Arcadia, California*

James R. Martin
Jennifer D. Hackett
Sabrina A. Nelson
Noah Wolfenstein
Desmond Sims
**ZELLE LLP**
1775 Pennsylvania Avenue NW, Suite 375
Washington, DC 20006
Telephone: (202) 899-4100
Email: jmartin@zellelaw.com
        jhackett@zellelaw.com
        snelson@zellelaw.com
        nwolfenstein@zellelaw.com

4

dsims@zellelaw.com

*Counsel for Plaintiffs the Unified Government of Wyandotte County and Kansas City, Kansas and City of Las Vegas, Nevada*

Chris Cowan R.
**CHRISTOPHER COWAN, ESQ., LTD.**
P.O. Box 512
813 Main Avenue, Suite 209
Durango, CO 81302-0512
Telephone:  970-880-8900
Email:  chris@cowan.ltd

*Counsel for Plaintiff The Durango Fire Protection District*

Matthew L. Dameron
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Email: matt@williamsdirks.com

*Counsel for Plaintiff City of Liberty, Missouri*

Michael E. Klenov (Bar # 277028)
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Telephone: (314) 241-4844

George A. Zelcs (Bar # 3123738)
Daniel A. Epstein (Bar #6320580)
Labeat Rrahmani (Bar #6340286)
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Email:  gzelcs@koreintillery.com
depstein@koreintillery.com
lrrahmani@koreintillery.com

*Counsel for Plaintiff City of Fullerton*

5