**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

_____

IN RE: FIRE APPARATUS ANTITRUST
LITIGATION

Case No. 2:26-md-03179-WCG

Hon. William C. Griesbach

_____

**NOTICE OF ATTEMPT TO CONFER AND EXPLANATION OF SUBMISSION OF**
**ECF 85 WITHOUT ACCOMPANYING BRIEF**

_____

Direct Purchaser Class Plaintiffs, provide this Notice of Attempt to Confer and Explanation of Submission of ECF 85 Without Accompanying Brief:

1. On May 13, 2026, counsel for non-class direct plaintiffs ("Non-Class Counsel") filed a proposed Order that afforded them sweeping authority in this litigation, including over municipalities Non-Class Counsel do not represent (ECF 47). No legal authority was offered for the provisions of the proposed Order.

2. On May 21, 2026, after unsuccessfully meeting and conferring with Non-Class Counsel, Lead Direct Purchaser Class counsel submitted written objections to the proposed Order (ECF 57). Defendants also objected to the proposed Order as presenting problems for the efficient conduct of this litigation (ECF 60). The Indirect Purchaser Plaintiffs also object to the proposed Order (ECF 87). In other words, all of the affected litigants in this case other than the small group represented by Non-Class Counsel object to the proposed Order. And, of course, the proposed Order would affect the rights and interests of municipalities not currently before the Court who subsequently file individual actions.

3. On May 26, 2026, Non-Class Counsel filed a response to ECF 57, offering legal arguments they had not initially made. Non-Class Counsel took the position that no conferral was necessary for the proposed Order (ECF 67, pp. 8-10).

1

4. Even though Non-Class Counsel had taken the position that the issue of the proposed Order did not require conferral, Lead Direct Purchaser Class counsel attempted to do so, reaching out by email on May 27. Attorney Catherine Simonsen immediately responded by rejecting any conferral. Accordingly, the Direct Purchaser Class filed a Rule 7(h) expedited motion asking to be permitted to respond to Non-Class Counsel's lengthy legal brief (ECF 85).

5. Non-Class Counsel oppose Direct Purchaser Class's Rule 7(h) motion for two reasons. First, they argue that there was no meeting/conferral. Putting aside that Non-Class Counsel have taken the position that none is necessary with respect to ECF 47, Direct Purchaser Class Counsel did, in fact, attempt to meet and confer.

6. Second, Non-Class Counsel argue that Direct Purchaser Class Counsel did not attach their proposed brief to their Rule 7(h) motion. That is correct for the simple reason that Direct Purchaser Class Counsel wanted the Court's permission before submitting the pleading at all. This is because of the unusual posture of the current issue, i.e., that Non-Class Counsel submitted an Order without a motion or supporting brief.

Dated: May 29, 2026                                             Respectfully submitted:

2

s/ Gregory P. Hansel

Gregory P. Hansel (WIED No. 607101)
Michael S. Smith (WIED No. 004986)
Elizabeth F. Quinby (WIED No. 006168)
Michael D. Hanify (WIED No. 010257)
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Co-Lead Direct Purchaser Class Counsel*

s/ Beth J. Kushner

Beth J. Kushner, SBN 1008591
Christopher E. Avallone, SBN 1095465
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel*

s/ Michael J. Flannery

Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*

Evelyn Riley*
Cody McCracken*
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*

*s/ Jeffrey A. Barrack*_____
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

William J. Ban (WIED No. 1870690)
BARRACK, RODOS & BACINE
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

*s/ Joseph R. Saveri*_____
Joseph R. Saveri (WIED No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)*^
David Seidel (CA State Bar No 307135)*
SAVERI LAW FIRM, LLP
550 California Street, Suite 910
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
         rspiegel@saverilawfirm.com
         dseidel@saverilawfirm.com

*Application for Admission to be filed
^ Located in Washington State

44409639.1