# EXHIBIT 1

# THE CRISIS FACING AMERICA'S FIRE DEPARTMENTS



Case 2:26-md-03179-WCG      Filed 05/29/26      Page 2 of 18      Document 91-1

ADVERTISEMENT

# FEDERAL SCRUTINY HIGHLIGHTS FIRE APPARATUS PRICING CRISIS

A recent bipartisan U.S. Senate hearing examined soaring fire apparatus prices and delivery delays that have forced fire departments nationwide to rely on aging equipment. Lawmakers raised concerns that three manufacturers (REV Group, Oshkosh Corporation, and Rosenbauer) control up to 80% of the market, potentially enabling anti-competitive pricing practices. The hearing followed a formal Senate inquiry seeking detailed explanations of pricing increases, delayed deliveries, and unresolved department complaints- underscoring the growing case for accountability and cost recovery.

# A NATIONWIDE ANTITRUST ACTION TO PROTECT PUBLIC SAFETY & RESTORE COMPETITION.



Case 2:26-md-03179-WCG    Filed 05/29/26    Page 4 of 18    Document 91-1

## THE CRISIS

Across the nation, city and county fire departments are paying more and waiting longer for the lifesaving apparatus they depend on. This is not the result of normal market forces. It is the predictable outcome of unlawful consolidation by two dominant players:

- **REV Group** (backed by private equity firm American Industrial Partners)

- **Oshkosh Corporation**

Lawsuits allege these companies have exploited the fact that fire trucks are critical to public safety for communities across the nation.

Fire agencies must have them, which means they must pay for them even if options shrink and costs go up. Their acquisitions of competing manufacturers have created a market dominance that has:

- **CLOSED PLANTS,** LIMITING PRODUCTION

- **RESTRICTED SUPPLY,** CREATING ARTIFICIAL SCARCITY

- **INFLATED PRICES,** LEAVING PUBLIC AGENCIES WITH NO ALTERNATIVE

- **EXTENDED DELIVERY TIMELINES,** UNDERMINING EMERGENCY PREPAREDNESS

CONTROLLED MARKET. HARMED COMMUNITIES.

## WHY PUBLIC ENTITIES ARE TAKING ACTION

Cities, counties, and fire districts nationwide are recognizing the scale of the problem. Many fire agencies have experienced massive delays waiting for new truck order fulfillments while their current aging equipment is being pushed to the limit. Response times have slowed, and many agencies are left trying to piece together parts and used vehicles just to stay in operation.

Equipment shortages, increased maintenance costs, soaring prices for new trucks, and a reduction in available parts have caused a strain on the budgets of many fire agencies.

> **"Public agencies have no meaningful choice in this market - and taxpayers are paying the price"**
>
> — **John Fiske,** *Shareholder, Baron & Budd*

Public entities are stepping forward.
Now your community can too.

**Less Competition = Higher Prices + Longer Delays + Diminished Public Safety**

## WHY YOUR CITY OR COUNTY SHOULD JOIN THE LEGAL ACTION

Fire truck manufacturers have put their own profits ahead of public safety while also costing millions of dollars to fire agencies nationwide. Our legal claims will seek to:

**Every extra dollar spent on fire apparatus is a dollar not spent on public safety.**

### Recover Taxpayer Money

You may be eligible for:

- Treble damages
- Restitution for inflated prices and delays
- Civil penalties
- Mandatory attorneys' fees

### Restore a Healthy, Competitive Marketplace

Your participation helps support:

- Increased competition among manufacturers
- More choices for fire departments
- Better pricing and quality in future purchases
- Structural reforms – including potentially unwinding unlawful acquisitions

### Strengthen Public Safety Infrastructure

A competitive market means:

- Faster delivery of lifesaving equipment
- Safer, more reliable trucks for firefighters
- Greater readiness for emergency response

**For most public entities:**

- **Zero upfront cost.** We are plaintiff law firms working on a contingency basis. This means that clients will never have to pay up front for the services provided to them. If the case is successful, the law firm will receive a percentage of the award. Further, you are not responsible for expenses unless or until we recover money for you. If it is not successful, the client does not owe the firm anything.

- **Participation is streamlined** – your counsel manages filings and coordination

- **No disruption** to ongoing procurement needs

Many public entities are coming forward with concerns about the unfair costs of vital fire trucks for their communities.

## THE LEGAL CASE: RESTORING COMPETITION

The conduct of these companies gives rise to several legal claims. As we have done with many public entity clients, we would bring claims on your behalf challenging the manufacturers' unlawful monopoly conduct under:

### Federal Statutes

*Clayton Act Section 7, 15 U.S.C. § 18* – Prohibits mergers and acquisitions that tend to substantially lessen competition

*Sherman Act, 15 U.S.C. § 1 & 2* – Outlaws monopolization and related conduct

### State Laws

Parallel state competition laws

If you have experienced the increased costs and wait times associated with this controlled market, contact us to learn more about your legal options.

**TOM YOUNG**
*SHAREHOLDER*

YOUNG & PARTNERS LLP
tyoung@tlylaw.com
(813) 786-7100

**PATRICK MICKLER**
*SHAREHOLDER*

YOUNG & PARTNERS LLP
pmickler@tlylaw.com
(813) 244-8260

Case 2:26-md-03179-WCG     Filed 05/29/26     Page 8 of 18     Document 91-1



PRIVATE EQUITY FIRM ACQUIRES SMALL EQUIPMENT COMPANIES
AND CONSOLIDATES TO INCREASE MARKET SHARE

HIGHER PRICES
FOR FIRE
DEPARTMENTS

LONG DELAYS
FOR EQUIPMENT
ORDERS

FIRE DEPARTMENT IS LEFT WITHOUT
THE NECESSARY EQUIPMENT RESULTING IN DIMINISHED
COMMUNITY PROTECTION & INCREASED DANGER

Case 2:26-md-03179-WCG    Filed 05/29/26    Page 9 of 18    Document 91-1
Young & Partners LLP  |  Baron & Budd PC  |  Simonsen Sussman LLP

# ABOUT OUR LEGAL TEAM

Baron & Budd, P.C. is among the largest and most accomplished plaintiffs law firms in the country. With more than 40 years of experience, Baron & Budd has the expertise and resources to handle complex litigation throughout the United States. As a law firm that takes pride in remaining at the forefront of litigation, Baron & Budd has spearheaded many significant cases for hundreds of public entities and tens of thousands of individuals.

Since the firm was founded in 1977, Baron & Budd has achieved substantial national acclaim for its work on cutting-edge litigation, trying cases to verdict and settling cases in areas of litigation as diverse and significant as dangerous and highly addictive pharmaceuticals, defective medical devices, asbestos and mesothelioma, wildfires, environmental contamination, fraudulent banking practices, e-cigarettes, motor vehicles, federal whistleblower cases, and other consumer fraud issues.

**BARON & BUDD®**
PROTECTING WHAT'S RIGHT®

Case 2:26-md-03179-WCG    Filed 05/29/26    Page 10 of 18    Document 91-1

# ABOUT OUR LEGAL TEAM



**JOHN FISKE** is a leading public entity-as-plaintiff lawyer in California and a shareholder in the San Diego offices of Baron & Budd. Mr. Fiske has resolved more than $2.5 billion dollars for public entity clients since 2018.

John Fiske was the 2020 California Lawyer Attorney of the Year in Environmental Litigation and is a ten-time consecutive Super Lawyer.

John Fiske has been instrumental in the wildfire litigation in California. He has resolved approximately $1.7 billion for more than 70 public entities statewide against investor-owned utilities Pacific Gas & Electric Company and Southern California Edison. Since 2018, Mr. Fiske has been lead counsel to 104 public entities in wildfire cases, having successfully resolved more than 70 cases while the rest remain in active litigation.

Mr. Fiske also strives to protect public education. He was court-appointed Co-Lead Counsel for public entities and school districts in the California JUUL litigation. He recovered more than $270 million while representing 300 school districts and public entities across the nation, including some of the nation's largest districts like Los Angeles Unified.

Mr. Fiske represents the largest group of California's litigating public entities in the case against opioid manufacturers, distributors, and national retailers. Mr. Fiske created the California Opioid Consortium, consisting of 37 California counties and cities, which collectively serve more than 11 million Californians.

Mr. Fiske has resolved more than $800 million of PCB water contamination lawsuits for over 2,400 public entities against Monsanto and Bayer. Mr. Fiske was appointed Lead Class Counsel in the national PCB class action, and he represents states, counties, cities, and port districts.

*Past results dependent upon facts of those cases. Future results will differ based upon different facts.*



**LINDSAY STEVENS**
a shareholder at Baron & Budd, has focused on protecting what's right by holding some of the largest corporations in the world accountable for harming everyday consumers. Through the years, she has represented clients in various mass tort litigations against pharmaceutical companies and medical device manufacturers. She has also assisted in representing individuals who have suffered devastating losses from wildfires, holding electrical utility companies responsible for the harm caused by their utilities in the Woolsey and Butte fires. Before joining the firm, Ms. Stevens collaborated with Baron & Budd on the firm's polychlorinated biphenyls (PCB) litigation in representing the City of San Diego against Monsanto for polluting San Diego Bay with these forever chemicals. Ms. Stevens was eager to join Baron & Budd's environmental litigation team to continue her representation of public entities in PCB water

contamination lawsuits against Monsanto and Bayer. She is also part of the team representing the largest group of California's litigating public entities in the case against opioid manufacturers, distributors, and national retailers. Along with other matters, Ms. Stevens represents the counties of San Diego, Sacramento, Placer, Shasta and Del Norte in representative actions on behalf of the people of the state of California for public nuisance lawsuits against social media giants Meta, Snap, Google, YouTube and TikTok, alleging the creation of a health crisis among minors in developing compulsive and addictive behaviors due to social media algorithms and user-interface design intended to create repetitive uses.



# ABOUT OUR LEGAL TEAM



Simonsen Sussman is an antitrust law firm founded by former federal enforcers who together have decades of experience with federal and state antitrust and unfair competition laws through government investigations and in private and public litigation across the country.

Simonsen Sussman's mission is to help those harmed by anticompetitive and unfair practices. The firm brings timely, efficient, and high-impact competition actions which are critical to opening up markets to new entry, making our economy more dynamic, and enabling a fair distribution of the benefits of competition to all.

several merger and conduct matters. Before joining the FTC, Catherine served as a Deputy Attorney General in the Antitrust Section of the California Attorney General's office. Prior to her government enforcement roles, Catherine was a partner in the litigation group of an Am Law 100 law firm, where she successfully prosecuted numerous competitor suits under federal and state antitrust laws.

Catherine clerked for the Honorable J. Jerome Farris of the U.S. Court of Appeals for the Ninth Circuit and the Honorable John C. Coughenour of the U.S. District Court for the Western District of Washington. She holds a J.D. from Yale Law School and a B.A. from Stanford University.



**CATHERINE SIMONSEN**
of Los Angeles, CA, is a Partner and Co-Founder of Simonsen Sussman LLP. She brings over a decade of experience investigating and litigating government and private antitrust cases in federal and California state courts. Prior to co-founding the firm, Catherine served as the Assistant Regional Director for the Western Competition Group at the Federal Trade Commission, where she managed



**SHAOUL SUSSMAN**
of New York NY, is a Partner and Co-Founder of Simonsen Sussman LLP and a seasoned antitrust practitioner with extensive experience in private and government practice. Before founding the firm, Shaoul served as the Associate Director for Litigation in the Bureau of Competition at the Federal Trade Commission. During his tenure, he oversaw the Bureau's expansive litigation portfolio, focusing on strategic case development and successful

Case 2:26-md-03179-WCG    Filed 05/29/26    Page 13 of 18    Document 91-1

outcomes. Apart from his litigation work at FTC, Shaoul played a pivotal role in shaping the FTC and DOJ 2023 Merger Guidelines. Shaoul previously served as Attorney Advisor to former FTC Chair Lina Khan. Prior to his roles at the FTC, Shaoul was in private practice and served as a legal fellow at the Institute for Local Self-Reliance. Shaoul holds a J.D. from Fordham University and a B.A. from Bard College Berlin.



**NICOLAS STEBINGER** of Washington, DC, a Partner and Co-Founder of Simonsen Sussman LLP, is a seasoned trial lawyer and antitrust practitioner. Nicolas has investigated, prosecuted, and defended a broad array of antitrust lawsuits. He has tried more than 40 cases, including over two dozen jury trials as lead counsel.

Prior to joining the firm, Nicolas served as Senior Trial Counsel with the Bureau of Competition at the Federal Trade Commission. In that role, Nicolas represented the FTC in federal courts across the United States, challenging a wide range of mergers and anticompetitive conduct. Before joining the FTC, Nicolas worked as a trial lawyer with the Office of the Public Defender in West Palm Beach, Florida. Nicolas began his legal career in New York

as an attorney with the antitrust and litigation groups of an Am Law 100 law firm.

Nicolas clerked for the Honorable James I. Cohn at the U.S. District Court for the Southern District of Florida. He holds a B.A. from Dickinson College and a J.D. from Georgetown University Law Center, where he graduated with honors and was an editor of the Georgetown Law Journal.



**VICTORIA SIMS** a Partner at Simonsen Sussman LLP, brings with her over a decade and a half of experience in public and private enforcement of the antitrust laws, both in the context of mergers and anticompetitive conduct. Prior to joining Simonsen Sussman, Vicky served at the Federal Trade Commission in the Mergers II division of the Bureau of Competition, investigating and litigating mergers in various sectors. Prior to the FTC, Vicky was a partner at a plaintiff-side law firm, prosecuting antitrust cases on behalf of small businesses and recovering hundreds of millions of dollars for class members in numerous complex litigations around the country. Vicky graduated from Brandeis University and received her J.D. from the Catholic University Columbus School of Law.

# Young & Partners, LLP

Headquartered in Washington, D.C., Young & Partners' practice is national in scope, as we have trusted co-counsel relationships with leading law firms in all fifty states. Founding Partner Tom Young has recovered hundreds of millions of dollars for governmental entities and individual victims of various major disasters over the past 25 years, including the 2010 BP Deepwater Horizon oil spill in the Gulf of Mexico, the 2015 Volkswagen "dieselgate" emissions scandal, recent devastating hurricanes along the East Coast, the ongoing nationwide opioid epidemic, PFAS "forever chemical" contamination and more.



**THOMAS YOUNG** holds a Bachelor's of Arts in Economics and a Juris Doctor, with Honors, from the University of Florida Levin College of Law. While there, Young was one of the first students awarded a Certificate in Environmental & Land Use Law. Young's practice includes educating and assisting consumers, businesses, nonprofit organizations and government entities in understanding their rights as they pertain to losses due to negligence or disaster, in both state and federal court. He is a member of the Florida Bar, the District of Columbia Bar, the State Bar of Arizona, the Bar of the Supreme Court of the United States, the Trial Lawyers Association of Metropolitan Washington, D.C., the Florida Justice Association, the Arizona Association for Justice, and the American Association for Justice. Young was the 2012-2018 President of the Civil Justice Foundation and is the Founder of The Injury Board.



**PATRICK MICKLER** Patrick Mickler has extensive experience in the legal industry representing clients in complex national mass tort litigations involving product defects and pharmaceuticals as well as general negligence matters. Mickler has also assisted clients, including governmental entities, in various major disasters, including the nationwide opioid epidemic, and the ongoing PFAS "forever chemical" environmental catastrophe. Mickler holds a Bachelor's of Arts degree from Washington and Lee University in Journalism and a Juris Doctor, summa cum laude, from Mitchell Hamline School of Law. He is a member of the American Association for Justice, The Florida Justice Association, and the Trial Lawyers Association of Metropolitan Washington, D.C., as well as the Florida Bar and the District of Columbia Bar.

# THE COST OF FIRE TRUCKS
# CONTINUES TO RISE

Here's how it affected one department in Carpentersville, Illinois:

| $92k | $93k | $189k | $636k | $433k | $350k | $986k | $891k |
|------|------|-------|-------|-------|-------|-------|-------|
| **1973** Aerial Ladder Truck | **1980** Mack Fire Engine | **1993** Combination Pumper Truck | **2000** 100-foot Tower Ladder Truck | **2007** Combination Pumper Truck | **2012** Combination Pumper Truck | **2020** 100-foot Quint Truck | **2024** Combination Pumper Truck |



## PROTECTING YOUR COMMUNITY
## DEFENDING YOUR BUDGET





Young & Partners, LLP



FOR MORE INFORMATION:

Tom Young: tyoung@tlylaw.com  |  Patrick Mickler: pmickler@tlylaw.com

Young & Partners LLP, 1025 Thomas Jefferson St NW, Suite 810, Washington, DC 20007  |  www.tlylaw.com  |  (813) 786-7100