| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

### INDIRECT PURCHASER PLAINTIFFS'[1] JOINDER TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CURATIVE COMMUNICATION TO ALL SOLICITED POTENTIAL CLASS MEMBERS (ECF NO. 89)

Indirect Purchaser Plaintiffs ("IPPs") join the motion filed by Direct Purchaser Plaintiffs ("DPPs'") (ECF No. 89) for an Order (1) approving the proposed corrective notice to all recipients of the Solicitation to be sent by interim co-lead counsel for the direct purchaser class; (2) directing Simonsen Sussman and Baron & Budd, LP ("Individual Action Coordinating Counsel" or "IACC") and/or their lead generator agent(s) to produce within 10 days a mailing list of all putative class members they solicited to file individual actions; and (3) an instruction governing any ongoing and/or future solicitation efforts by IACC.

DATED: June 3, 2026

Respectfully submitted,

By: /s/ *Daniel C. Hedlund*
Daniel C. Hedlund (Bar #025833)
Daniel E. Gustafson (Bar #202241)
Joshua J. Rissman (Bar #0391500)
Frances Mahoney-Mosedale (Bar #402741)
Gabrielle M. Kolb (Bar #504386)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600

---

[1] Plaintiffs City of La Crosse; Claverack Fire District; City of Onalaska; Unified Government of Wyandotte County and Kansas City, Kansas; City of Las Vegas, Nevada; Cities of Ann Arbor, Middletown, and Ridgeland; Commack Fire District; City of Milwaukee; City of Arcadia; The Durango Fire Protection District; and City of Liberty, Missouri.

Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile:  (612) 339-6622
Email: dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        jrissman@gustafsongluek.com
        fmahoneymosedale@gustafsongluek.com
        gkolb@gustafsongluek.com


By: /s/ *Steve W. Berman*
        Steve W. Berman (Bar #12536)
Moses Jehng (Bar #64333)
Stephanie Verdoia (Bar #58636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
        moses.jehng@hbsslaw.com
        stephaniev@hbsslaw.com


By: */s/ Erin Dickinson*
        Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
        cjc@cruegerdickinson.com

*Counsel for the Cities of La Crosse and Onalaska
and the Claverack Fire District*

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
Facsimile:  (646) 293-7992
Email: pnovak@weitzlux.com
        cverville@weitzlux.com
        mlai@weitzlux.com

2

*Counsel for the Cities of Ann Arbor, Middletown, and Ridgeland*

Kevin Landau (Bar #2835668)
Brett Cebulash (Bar #2622190)
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (646) 873-7654
Facsimile:  (212) 931-0703
Email:  klandau@tcllaw.com
        bcebulash@tcllaw.com
        mgreaves@tcllaw.com

*Counsel for the Commack Fire District*

Douglas P. Dehler (Bar #1000732)
Joseph D. Newbold (Bar #1085294)
**O'NEIL, CANNON, HOLLMAN,
DEJONG & LAING S.C.**
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-5000
Email:  doug.dehler@wilaw.com
        joe.newbold@wilaw.com

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email:  jcs@millershah.com
        nfinkelman@millershah.com

*Counsel for Plaintiff City of Milwaukee*

Adam J. Zapala
Elizabeth T. Castillo
Christopher F. Jeu
Christian S. Ruano
Lauren A. Devens
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

3

Email: azapala@cpmlegal.com
      ecastillo@cpmlegal.com
      cjeu@cpmlegal.com
      cruano@cpmlegal.com
      ldevens@cpmlegal.com

*Counsel for Plaintiff City of Arcadia, California*

James R. Martin
Jennifer D. Hackett
Sabrina A. Nelson
Noah Wolfenstein
Desmond Sims
**ZELLE LLP**
1775 Pennsylvania Avenue NW, Suite 375
Washington, DC 20006
Telephone: (202) 899-4100
Email: jmartin@zellelaw.com
      jhackett@zellelaw.com
      snelson@zellelaw.com
      nwolfenstein@zellelaw.com
      dsims@zellelaw.com

*Counsel for Plaintiffs the Unified Government of Wyandotte County and Kansas City, Kansas and City of Las Vegas, Nevada*

Chris Cowan R.
**CHRISTOPHER COWAN, ESQ., LTD.**
P.O. Box 512
813 Main Avenue, Suite 209
Durango, CO 81302-0512
Telephone:  970-880-8900
Email: chris@cowan.ltd

*Counsel for Plaintiff The Durango Fire Protection District*

Matthew L. Dameron
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Email: matt@williamsdirks.com

*Counsel for Plaintiff City of Liberty, Missouri*

4