CITY OF TACOMA,

      Plaintiff,

      v.                        Case No. 26-C-1106

REV GROUP, LLC, et al.,

      Defendants.

---

IN RE: FIRE APPARATUS ANTITRUST LITIGATION     Case No. 26-MD-3179

---

## ORDER CONSOLIDATING CASE

---

The above-referenced case, 26-C-1106, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-1106 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-1106 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this <u>23rd</u> day of June, 2026.

_____
William C. Griesbach
United States District Judge