**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-3179-WCG |
| | **STIPULATION RE: REV GROUP WITH RESPECT TO NON-CLASS ACTION PLAINTIFFS' COMPLAINTS** |
| *This Document Relates To:* Non-Class Action Track | |

1.      WHEREAS Plaintiffs represented by Lead Non-Class Action Plaintiffs' ("NCAP") Counsel have filed non-class action complaints that have been transferred to this Court and assigned to this multidistrict litigation for coordinated and/or consolidated pretrial proceedings, with the first 17 such complaints having been consolidated in NCAPs' Consolidated Amended Complaint ("NCAP CAC") (ECF No. 53) filed May 20, 2026;

2.      WHEREAS, in connection with the merger between Terex Corporation and REV Group, Inc., the entity "REV Group, LLC" was formed as a wholly owned subsidiary of Terex Corporation and is the surviving entity to REV Group, Inc.;

3.      WHEREAS, NCAPs People of the State of California, acting by and through the Los Angeles County Counsel, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County; People of the State of California, acting by and through the Office of County Counsel, County of San Diego, County of San Diego, and San Diego County Fire Protection District; People of the State of California, acting by and through the San Diego City Attorney's Office, and City of San Diego; Ebbetts Pass Fire Protection District; City of Santa Barbara; County of Butte; County of Shasta; City of Oakland; City of Santa Clara; Unified Fire Authority; City of Hartford; City of Portland, Oregon; City of Allentown; City of Portsmouth; City of Green Bay; City of Yonkers; City of Tucson; City of Albuquerque; City of Emeryville;

and City of Tempe ("Stipulating NCAPs") named REV Group, Inc. and not REV Group, LLC as a defendant in their complaints;

4.      WHEREFORE, Stipulating NCAPs and Defendants[1] stipulate that for all purposes, the naming in every Stipulating NCAP's complaint and in the NCAP CAC of Defendant "REV Group, Inc." constitutes the naming of REV Group, LLC as a defendant in those actions. Each Stipulating NCAP's service of its complaint and notice of lawsuit and request to waive service of summons on REV Group, Inc.'s counsel shall constitute service of such papers on counsel for REV Group, LLC. Each such waiver of service signed and returned to Lead NCAP Counsel by counsel for REV Group, Inc. on behalf of REV Group, Inc. shall constitute a waiver of service of the applicable NCAP complaint by REV Group, LLC. The party and named defendant "REV Group, Inc." in the caption of each Stipulating NCAP's complaint and the NCAP CAC filed by Lead NCAP Counsel shall be deemed the party and named defendant REV Group, LLC. All references to "REV Group, Inc." as a defendant in each Stipulating NCAP's complaint and the NCAP CAC filed by Lead NCAP Counsel shall be deemed a reference to REV Group, LLC.

Dated: August 4, 2026                          Respectfully submitted:

By: /s/ Catherine S. Simonsen                  s/ Daniel J. Vaccaro
Catherine S. Simonsen (CA SBN                  Daniel J. Vaccaro (Bar No. 1018037)
307325)                                        Joseph L. Olson (Bar No. 1046162)
Thomas G. Mattes (CA SBN 355010)               Ena M. Allen (Bar No. 1101342)
**SIMONSEN SUSSMAN LLP**                       **MICHAEL BEST & FRIEDRICH LLP**

---

[1] "Defendants" are REV Group, LLC (f/k/a REV Group, Inc.), E-ONE, Inc., Kovatch Mobile Equipment Corp., KME Global, LLC, KME Holdings, LLC, KME RE Holdings LLC, Ferrara Fire Apparatus, Inc., FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Smeal Holding, LLC, and Detroit Truck Manufacturing, LLC (together, the "REV Group Defendants").

2

418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (646) 357-8447
Email: catherine@simonsensussman.com
E-mail: thomas.mattes@simonsensussman.com

Shaoul Sussman (NY SBN 5820782)
Nico Gurian (NY SBN 5590591)
Braden Fain (NY SBN 6198287)
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929
Fax: (646) 357-8447
Email: shaoul@simonsensussman.com
Email: nico.gurian@simonsensussman.com
Email: braden.fain@simonsensussman.com

Nicolas A. Stebinger (DC SBN 984080)
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 384-3130
Fax: (646) 357-8447
Email: nicolas@simonsensussman.com

John P. Fiske (CA SBN 249256)
Lindsay R. Stevens (CA SBN 256811)
Jason J. Julius (CA SBN 249036)
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
jfiske@baronbudd.com
lstevens@baronbudd.com
jjulius@baronbudd.com

*Attorneys for Plaintiffs People of the State of
California, acting by and through the Los
Angeles County Counsel, County of Los Angeles,
and Consolidated Fire Protection District of Los
Angeles County; People of the State of
California, acting by and through the Office of
County Counsel, County of San Diego, County of
San Diego, and San Diego County Fire*

790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
**DAVIS POLK & WARDWELL LLP**
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendants REV Group, LLC
(formerly REV Group, Inc.), E-One, Inc.,
Kovatch Mobile Equipment Corp., KME
Global, LLC, KME Holdings, LLC, KME RE
Holdings, LLC, Ferrara Fire Apparatus, Inc.,
FFA Holdco, Inc., FFA Acquisition Co., Inc.,
Ferrara Fire Apparatus Holding Company,
Inc., Spartan Fire, LLC, Smeal SFA, LLC,
Smeal LTC, LLC, Smeal Holding, LLC, and
Detroit Truck Manufacturing, LLC*

3

*Protection District; People of the State of California, acting by and through the San Diego City Attorney's Office, and City of San Diego; Ebbetts Pass Fire Protection District; City of Santa Barbara; County of Butte; County of Shasta; City of Oakland; City of Santa Clara; Unified Fire Authority; City of Hartford; City of Portland, Oregon; City of Allentown; City of Portsmouth; City of Green Bay; City of Yonkers; City of Tucson; City of Albuquerque; City of Emeryville; City of Tempe*

4