# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
| | Case Nos.: 2:26-md-03179-WCG |
| This Document Relates to: | E.D.Wis. No. 2:26-cv-1198 |
| *CITY OF PROVIDENCE v. Oshkosh Corp., et al.* | Hon. William C. Griesbach |

## STIPULATION TO AMEND CAPTION AND SUBSTITUTE PARTY

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties as follows:

1. That REV Group, LLC, shall be substituted as the proper party defendant in place of Terex Corporation in this matter.

2. That REV Group, LLC is the correct party in interest with respect to the claims asserted in the Complaint in this matter and has the standing to respond to the claims set forth in the Complaint.

3. That, upon the approval of this stipulation, the caption of this case, as well as all references to the original defendant in the Complaint and other pleadings, shall be deemed to refer to REV Group, LLC in place of Terex Corporation.

4. That all parties, by signing below, consent to the substitution of REV Group, LLC as the proper defendant, and acknowledge that this stipulation and order will not affect any other rights or defenses available to the parties under applicable law.

Dated: August 5, 2026

Respectfully submitted,

s/ *Jeff Dan Herrera*
Michael Kades
mkades@ntrial.com
Jeff Dan Herrera
jherrera@ntrial.com
Nachawati Law Group
5489 Blair Rd.
Dallas, TX 75231
Tel: (214) 890-0711


*Counsel for the City of Providence*

s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Sean Stefanik (Bar No. 5637913)
**DAVIS POLK & WARDWELL LLP**
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
sean.stefanik@davispolk.com

*Counsel for Defendants Terex Corp., REV
Group, LLC, E-One, Inc., Kovatch Mobile
Equipment Corp., KME Global, LLC, KME
Holdings, LLC, KME RE Holdings, LLC,
Ferrara Fire Apparatus, Inc., FFA Holdco,
Inc., FFA Acquisition Co., Inc., Ferrara Fire
Apparatus Holding Company, Inc., Spartan
Fire, LLC, Smeal SFA, LLC, Smeal LTC,
LLC, Smeal Holding, LLC, and Detroit Truck
Manufacturing, LLC*