**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION<br><br>*This Document Relates To*:<br>*Direct Purchaser Class*<br>*All Direct (Non-Class) Actions* | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

**AIP LLC and American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIP CF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC's Individual 12(b)(2) and 12(b)(6) Motion to Dismiss**

Defendants AIP LLC and American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIP CF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC (collectively, the "AIP Defendants") individually move to dismiss the claims asserted against them in the Direct Purchaser Plaintiffs' First Amended Consolidated Class Action Complaint (ECF No. 59) and the Direct (Non-Class) Action Plaintiffs' Consolidated Amended Complaint (ECF No. 53) pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction and 12(b)(6) for failure to state a claim. The grounds for this motion are set forth in the Memorandum of Law in Support of AIP LLC and American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIP CF IV, LLC; AIP/CHC Holdings, LLC; and AIP/CHC Investors, LLC's Individual 12(b)(2) and 12(b)(6) Motion to Dismiss.

The AIP Defendants respectfully request that the Court schedule a hearing for oral argument on this motion.

Dated: August 17, 2026

Respectfully submitted,

/s/ *Daniel E. Conley*

Paul C. Cuomo (Bar No. 457793)
Ed Duffy (Bar No. 359847)
Megan Tankel (Bar No. 90003303)
Alexander Kraszewski (Bar No. 1781948)
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
(202) 639-7700
paul.cuomo@bakerbotts.com
ed.duffy@bakerbotts.com
megan.tankel@bakerbotts.com
alexander.kraszewski@bakerbotts.com

Daniel E. Conley (Bar No. 1009443)
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
(414) 277-5000
Daniel.conley@quarles.com

Jane E. Willis (Bar No. 568024)
Daniel V. McCaughey (Bar No. 662037)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
Jane.Willis@ropesgray.com
Daniel.McCaughey@ropesgray.com

*Counsel for AIP LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP CF IV, LLC, AIP/CHC Holdings, LLC and AIP/CHC Investors, LLC*