# AIP Defendants Structure*




**Legend:**

- Fund
- Private Holding Entity
- General Partner
- Managing Member
- AIP, LLC



*As of June 11, 2025