**<u>Appendix B</u>: AIP Defendants' Reasons for Dismissal under Federal Rule of Civil Procedure 12(b)(6)**[1]

| Claim | Count Numbers | Basis for Dismissal & Citation |
|---|---|---|
| Sherman Act § 1 (Restraint of Trade) | DPP[2] Counts 1 & 3 | • No participation in price-fixing conspiracy (pp. 18-19, *supra*)<br>• No independent participation (pp. 21-30, *supra*) |
| Sherman Act § 2 (Attempted Monopolization) | DPP Count 4<br><br>NCAP[3] Count 22 | • Acquisitions made by REV Group, not Moving Defendants (pp. 19-21, *supra*)<br>• No independent participation (pp. 21-30 *supra*)<br>• Statute of limitations (pp. 32-35, *supra*)<br>• No freestanding cause of action for declaratory and injunctive relief (p. 32, *supra*) |
| Clayton Act § 7 (Restraint of Trade) | DPP Counts 2 & 3<br><br>NCAP Count 1 | • Acquisitions made by REV Group, not Moving Defendants (pp. 19-21, *supra*)<br>• No independent participation (pp. 21-30, *supra*)<br>• No freestanding cause of action for declaratory and injunctive relief (p. 32, *supra*)<br>• Statute of limitations (pp. 32-35, *supra*) |
| Attempted Monopolization, Restraint of Trade, and Unfair Competition under Utah, Connecticut, Oregon, Wisconsin, New York, Arizona, and California statutes | NCAP Counts 4, 7, 10, 13, 16, 19, 25, 28, 31, 34, 37, 67 & 70 | • Acquisitions made by REV Group, not Moving Defendants (pp. 30-32, *supra*)<br>• No independent participation (pp. 30-32, *supra*)<br>• Presumption against extraterritoriality (other than as to claim under New York General Business Law § 340(1)) (p. 32, *supra*)<br>• Statute of limitations and other state-specific defects (Defs.' Joint Mot. to Dismiss NCAP Compl. at Part VIII & App. A at 4-24) |

[1] Each of the underlying cases, other than *City of Yonkers v. REV Group, Inc.*, originally filed as Case No. 7:26-cv-03894 (S.D.N.Y.), must also be dismissed under Rule 12(b)(2) because the transferor courts lack personal jurisdiction over the Moving Defendants. *See* AIP Defendants' Individual 12(b)(2) and 12(b)(6) Motion to Dismiss, *supra*, at 11-17.

[2] Direct Purchaser Plaintiffs' First Amended Consolidated Class Action Complaint, ECF No. 59.

[3] Direct (Non-Class) Action Plaintiffs' Consolidated Amended Complaint, ECF No. 53.