**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-03179-WCG<br><br>MDL No. 3179<br><br>Hon. William C. Griesbach |
| This document relates to:<br><br>*Direct Purchaser Plaintiff Class Action Track*<br><br>*Indirect Purchaser Plaintiff Class Action Track*<br><br>*City of Leominster v. Oshkosh Corp., et al.*, Case No. 26-cv-01105<br><br>*City of Providence v. Oshkosh Corp., et al.*, Case No. 26-cv-01198 | |

**REV GROUP, LLC's**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant REV Group, LLC (formerly REV Group, Inc.) hereby moves to dismiss Count 1 in Direct Purchaser Plaintiffs' Amended Consolidated Complaint; Counts 1, 2, 4–9, 12, 14, 16, 18, 21–22, 24–27, 30, 33, 35, 37, 39–40, 42–44, 46, 49, and 51–54 in Indirect Purchaser Plaintiffs' Second Amended Consolidated Complaint; Counts 2 and 4 in the City of Providence's Complaint (No. 26-cv-01198); and Counts 1–3 in the City of Leominster's Complaint (No. 26-cv-01105) for failure to state a claim upon which relief can be granted.

In support of this Motion, REV Group, LLC respectfully submits the accompanying memorandum of points and authorities.

Dated: August 17, 2026

Respectfully submitted,

s/ *Daniel J. Vaccaro*

Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
DAVIS POLK & WARDWELL LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Sean Stefanik (Bar No. 5637913)
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
sean.stefanik@davispolk.com

*Counsel for Defendants REV Group, LLC (formerly REV Group, Inc.), E-One, Inc., Kovatch Mobile Equipment Corp., Ferrara Fire Apparatus, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, and Detroit Truck Manufacturing, LLC*