# EXHIBIT A

# / DATA & RESEARCH COMMITTEE

Committees

***As a FAMA member if you would like to be part of a committee, please contact the committee chairperson.***

## MISSION

The mission of the Data & Research Committee is to help strengthen FAMA member companies by providing actionable data for strategic business planning. This includes economic data, fire market trends, and apparatus sales and order statistics.

## OBJECTIVES

- To collect and distribute data regarding apparatus sales and orders on a quarterly basis
- To gather data from various sources that is helpful in business planning by member companies

## POLICIES & PROCEDURES STATEMENT:

### STATISTICS:

The Data & Research committee will maintain a digital data portal with which US and Canadian apparatus manufacturers enter order and delivery statistics on fire apparatus. There will also be data collected on a yearly basis for pumps.

- The data will not be visible to any member or employee of FAMA. The data is then forwarded electronically to a Board-approved, independent accounting firm.
- No individual participant's name or statistics submitted shall be disclosed by FAMA or the independent firm.
- Data collected should be of past transactions or activities.
- After data has been collected, it should be compiled in composite form so as to conceal the identity of any company or of any specific transaction.

The accounting firm will compile the data and forward the totals to the chairperson of the committee for publication on the secure portion of the FAMA website.

It is the policy of the Fire Apparatus Manufacturers' Association (FAMA) to adhere to the following guidelines in preparing, conducting and promulgating statistical programs:

- The Committee's goal is to publish the data by the end of the month following the close of each calendar quarter.
- Programs will be undertaken in strict compliance with the letter and spirit of any applicable federal antitrust laws and trade regulation rules.
- It will be the purpose of such programs to provide information to FAMA members to assist them in making business decisions.
- Programs WILL not be undertaken if publication of the results would tend to:

-
    - raise, lower, or stabilize prices
    - affect production
    - allocate customers or markets
    - encourage boycotts

Participation in programs will be completely voluntary; no company or individual WILL be forced, coerced or required to participate.

Participation in programs and/or receipt of results of programs will be available to all companies or individuals engaged in the area of endeavor represented by FAMA under the conditions described herein.

Participation and/or results:

- Participation and results are limited to only current FAMA member companies.
- May be made available to other companies or individuals at the discretion of FAMA and upon notice to all program participants.

The Committee will develop and maintain work instructions and best practices to aid both current and potential future member companies in the loading of statistics data.

**OTHER DATA AND RESEARCH:**

The Committee will garner feedback about topics of interest from FAMA membership including economic leading indicators, market trends, and other data. Data sources include, but are not limited to, NFPA, NFFF, USFA, FEMA, IAFC, and NVFC. Various data points will be collected, and reports will be created in various forms with useful commentary for membership companies. Like statistical data:

- Programs WILL be undertaken in strict compliance with the letter and spirit of any applicable federal antitrust laws and trade regulation rules.
- It will be the purpose of such programs to provide information to FAMA members to assist them in making business decisions.
- Programs will not be undertaken if publication of the results would tend to:

1.
    - raise, lower, or stabilize prices
    - affect production

- allocate customers or markets
- encourage boycotts

**Chairman:**
John Schultz (Pierce Manufacturing, Inc.)

**Vice-Chair:**
Jason Nawrocki (Waterous Company)

■