**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-03179-WCG<br>MDL No. 3179<br>Hon. William C. Griesbach |
| This document relates to:<br>*Indirect Purchaser Class* | |

**DEFENDANT FIRE APPARATUS MANUFACTURERS' ASSOCIATION'S NOTICE OF MOTION & MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Fire Apparatus Manufacturers' Association hereby moves to dismiss Indirect Purchaser Plaintiffs' Second Amended Consolidated Complaint (Counts 1–3) for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants respectfully submit the accompanying memorandum of points and authorities.

*/s/ Marcella S. Spoto* .
Marcella S. Spoto
John P. Loringer
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
marcella.spoto@wilsonelser.com
john.loringer@wilsonelser.com

*Counsel for Defendant Fire Apparatus Manufacturers' Association*