# APPENDIX A

## APPENDIX A: BASES FOR DISMISSAL OF CLAIMS IN NON-CLASS PLAINTIFFS' COMPLAINTS

**Bases for Dismissal of Federal Law Claims in Non-Class Plaintiffs' Complaints**

| Federal Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Lack of Standing as to One or More Plaintiffs | Failure to Plead Plausible Relevant Market | Failure to Allege Additional Elements of Claim |
| Clayton Act § 7 – unlawful acquisitions | REV Group Defendants; AIP Defendants | NCAPC Count 1[1] | Non-Class Br., § I | Standing Br., §§ I.A, I.D, I.E, I.F | Non-Class Br., § VI | Non-Class Br., § III |
| Clayton Act § 7 – unlawful acquisition | Oshkosh Defendants | NCAPC Count 2[2] | Non-Class Br., § I (as to BME acquisition) | Standing Br., §§ I.B, I.E | Non-Class Br., § VI | Non-Class Br., §§ IV, V.A |
| Clayton Act § 7 – unlawful acquisitions | BME Defendants | NCAPC Count 3[3] | Non-Class Br., § I (as to BME acquisition) | Standing Br., § I.C, I.E | Non-Class Br., § VI | Non-Class Br., § V.A |

[1] Substantively identical claims are included as Count 1 in each of the ten non-consolidated Non-Class complaints.

[2] Substantively identical claims are included as Count 2 in each of the ten non-consolidated Non-Class complaints.

[3] Substantively identical claims are included as Count 3 in each of the ten non-consolidated Non-Class complaints.

| Federal Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Lack of Standing as to One or More Plaintiffs | Failure to Plead Plausible Relevant Market | Failure to Allege Additional Elements of Claim |
| Sherman Act § 2 – attempted monopolization | REV Group Defendants; AIP Defendants | NCAPC Count 22[4] | Non-Class Br., § I | Standing Br., §§ I.A, I.D, I.E, I.F | Non-Class Br., § VI | Non-Class Br., § II |
| Sherman Act § 2 – attempted monopolization | Oshkosh Defendants | NCAPC Count 23[5] | Non-Class Br., § I (as to BME acquisition) | Standing Br., §§ I.B | Non-Class Br., § VI | Non-Class Br., § II |
| Sherman Act § 2 – attempted monopolization | BME Defendants | NCAPC Count 24[6] | Non-Class Br., § I (as to BME acquisition) | Standing Br., § I.C | Non-Class Br., § VI | Non-Class Br., § II |
| Sherman Act § 1 – combination in restraint of trade | Pierce Defendants; Oshkosh | NCAPC Count 40[7] | | Standing Br., § I.C | Non-Class Br., § VI | Non-Class Br., § V.B |

[4] Substantively identical claims are included as Count 7 in the Tampa, Albuquerque, Tuscaloosa, Tacoma, Des Moines, and Gilbert Complaints, and Count 4 in the Oxnard, Tempe, Baltimore, and Emeryville Complaints.

[5] Substantively identical claims are included as Count 8 in the Tampa, Albuquerque, Tuscaloosa, Tacoma, Des Moines, and Gilbert Complaints, and Count 5 in the Oxnard, Tempe, Baltimore, and Emeryville Complaints.

[6] Substantively identical claims are included as Count 9 in the Tampa, Albuquerque, Tuscaloosa, Tacoma, Des Moines, Gilbert, and Baltimore Complaints, and Count 6 in the Oxnard, Tempe, and Emeryville Complaints.

[7] Substantively identical claims are included as Count 14 in the Tampa, Tuscaloosa, Tacoma, Des Moines, Gilbert, and Baltimore Complaints; Count 13 in the Gilbert and Tempe Complaints; and Count 8 in the Oxnard and Emeryville Complaints.

| Federal Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Lack of Standing as to One or More Plaintiffs | Failure to Plead Plausible Relevant Market | Failure to Allege Additional Elements of Claim |
| | Defendants; BME Defendants | | | | | |
| Sherman Act § 2 – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 41[8] | | Standing Br., § I.C | Non-Class Br., § VI | Non-Class Br., § V.C |
| Sherman Act § 2 – conspiracy to monopolize (Pierce parts) | Oshkosh Defendants | NCAPC Count 55[9] | | Standing Br., § I.G | Non-Class Br., § VII.A | Non-Class Br., § VII.C |
| Clayton Act § 3 – exclusive dealing (Pierce parts) | Oshkosh Defendants | NCAPC Count 56[10] | | Standing Br., § I.G | Non-Class Br., § VII.A | Non-Class Br., § VII.B |

[8] Substantively identical claims are included as Count 14 in the Tampa, Tuscaloosa, Tacoma, Des Moines, Gilbert, and Baltimore Complaints, and Count 7 in the Oxnard and Emeryville Complaints.

[9] Substantively identical claims are included as Count 17 in the Tampa, Tuscaloosa, Tacoma, and Baltimore Complaints; Count 16 in the Albuquerque, Des Moines, Gilbert and Tempe Complaints; and Count 8 in the Oxnard and Emeryville Complaints.

[10] Substantively identical claims are included as Count 18 in the Tampa, Tuscaloosa, Tacoma, and Baltimore Complaints; Count 17 in the Albuquerque, Des Moines, Gilbert and Tempe Complaints; and Count 9 in the Oxnard and Emeryville Complaints.

**Bases for Dismissal of State Law Claims in Non-Class Complaints**

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Arizona Uniform State Antitrust Act – attempted monopolization | REV Group Defendants; AIP Defendants | NCAPC Count 37[11] | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – attempted monopolization | Oshkosh Defendants | NCAPC Count 38[12] | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – attempted monopolization | BME Defendants | NCAPC Count 39[13] | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |

[11] Substantively identical claims are included as Count 10 in the Tempe and Gilbert Complaints.

[12] Substantively identical claims are included as Count 11 in the Tempe and Gilbert Complaints.

[13] Substantively identical claims are included as Count 12 in the Tempe and Gilbert Complaints.

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Arizona Uniform State Antitrust Act – attempted monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 66[14] | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – combination in restraint of trade | REV Group Defendants; AIP Defendants | NCAPC Count 19[15] | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – combination in restraint of trade | Oshkosh Defendants | NCAPC Count 20[16] | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – | BME Defendants | NCAPC Count 21[17] | Non-Class Br., § I (as to | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney |

[14] Substantively identical claims are included as Count 18 in the Gilbert Complaint.

[15] Substantively identical claims are included as Count 4 in the Gilbert Complaint and Count 7 in the Tempe Complaint.

[16] Substantively identical claims are included as Count 5 in the Gilbert Complaint and Count 8 in the Tempe Complaint.

[17] Substantively identical claims are included as Count 6 in the Gilbert Complaint and Count 9 in the Tempe Complaint.

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| combination in restraint of trade | | | BME acquisition) | | | General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 53[18] | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 54[19] | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Arizona Uniform State Antitrust Act – monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 65[20] | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| California Unfair Competition Law | REV Group Defendants; AIP Defendants | NCAPC Count 67 | Non-Class Br., § I (as to | IPP Br., § II.A | | Failure to allege specific facts as to fraud or |

[18] Substantively identical claims are included as Count 15 in the Gilbert and Tempe Complaints.

[19] Substantively identical claims are included as Count 14 in the Gilbert and Tempe Complaints.

[20] Substantively identical claims are included as Count 19 in the Gilbert Complaint.

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| | | | BME acquisition) | | | deception (IPP Br., § III.F, App. C)<br><br>Failure to allege consumer reliance (IPP Br., § III.F, App. C) |
| California Unfair Competition Law | Oshkosh Defendants | NCAPC Count 68 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to allege specific facts as to fraud or deception (IPP Br., § III.F, App. C)<br><br>Failure to allege consumer reliance (IPP Br., § III.F, App. C) |
| California Unfair Competition Law | BME Defendants | NCAPC Count 69 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to allege specific facts as to fraud or deception (IPP Br., § III.F, App. C)<br><br>Failure to allege consumer reliance (IPP Br., § III.F, App. C) |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| California (Cartwright Act) – exclusive dealing (Pierce parts) | Oshkosh Defendants | NCAPC Count 57[21] | | IPP Br., § II.A | | |
| California (Cartwright Act) – unlawful trust (Pierce parts) | Oshkosh Defendants | NCAPC Count 58[22] | | IPP Br., § II.A | | |
| California (Cartwright Act) – unlawful trust / restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 42[23] | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | |
| Connecticut Antitrust Act – attempted monopolization | REV Group Defendants; AIP Defendants | NCAPC Count 28 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |

[21] Substantively identical claims are included as Count 12 in the Emeryville and Oxnard Complaints.

[22] Substantively identical claims are included as Count 13 in the Emeryville and Oxnard Complaints.

[23] Substantively identical claims are included as Count 9 in the Emeryville and Oxnard Complaints.

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | **Barred by Statute of Limitations and/or Laches** | **Falls with Federal Claim** | **Failure to Allege Nexus with Intrastate Commerce** | **Additional Reasons** |
| Connecticut Antitrust Act – attempted monopolization | Oshkosh Defendants | NCAPC Count 29 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Connecticut Antitrust Act – attempted monopolization | BME Defendants | NCAPC Count 30 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Connecticut Antitrust Act – combination in restraint of trade | REV Group Defendants; AIP Defendants | NCAPC Count 7 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Connecticut Antitrust Act – combination in restraint of trade | Oshkosh Defendants | NCAPC Count 8 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Connecticut Antitrust Act – combination in restraint of trade | BME Defendants | NCAPC Count 9 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Connecticut Antitrust Act – combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 45 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Connecticut Antitrust Act – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 46 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Connecticut Unfair Trade Practices Act | REV Group Defendants; AIP Defendants | NCAPC Count 70 | Non-Class Br., § I | | | |
| Connecticut Unfair Trade Practices Act | Oshkosh Defendants | NCAPC Count 71 | Non-Class Br., § I (as to BME acquisition) | | | |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Connecticut Unfair Trade Practices Act | BME Defendants | NCAPC Count 72 | Non-Class Br., § I (as to BME acquisition) | | | |
| Iowa Competition Law — Attempted monopolization | REV Group Defendants; AIP Defendants | Des Moines Am. Compl. Count 7 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Iowa Competition Law — Attempted monopolization | Oshkosh Defendants | Des Moines Am. Compl. Count 8 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Iowa Competition Law — Attempted monopolization | BME Defendants | Des Moines Am. Compl. Count 9 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Iowa Competition Law — Combination in restraint of trade | Pierce, Oshkosh, BME Defendants | Des Moines Am. Compl. Count 10 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Iowa Competition Law — Conspiracy to monopolize | Pierce, Oshkosh, BME Defendants | Des Moines Am. Compl. Count 12 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Iowa Competition Law — Monopolization (Pierce Parts) | Oshkosh Defendants | Des Moines Am. Compl. Count 15 | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Iowa Competition Law — Attempted monopolization (Pierce Parts) | Oshkosh Defendants | Des Moines Am. Compl. Count 16 | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Maryland Antitrust Act — Attempted monopolization | REV Group Defendants; AIP Defendants | Baltimore Am. Compl. Count 7 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Attempted monopolization | Oshkosh Defendants | Baltimore Am. Compl. Count 8 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Maryland Antitrust Act — Attempted monopolization | BME Defendants | Baltimore Am. Compl. Count 9 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Combination in restraint of trade | Pierce, Oshkosh, BME Defendants | Baltimore Am. Compl. Count 10 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Conspiracy to monopolize | Pierce, Oshkosh, BME Defendants | Baltimore Am. Compl. Count 12 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Monopolization (Pierce Parts) | Oshkosh Defendants | Baltimore Am. Compl. Count 15 | | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Maryland Antitrust Act — Attempted monopolization (Pierce Parts) | Oshkosh Defendants | Baltimore Am. Compl. Count 16 | | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Combination in restraint of trade | REV Group Defendants; AIP Defendants | Baltimore Am. Compl. Count 17 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Combination in restraint of trade | Oshkosh Defendants | Baltimore Am. Compl. Count 18 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |
| Maryland Antitrust Act — Combination in restraint of trade | BME Defendants | Baltimore Am. Compl. Count 19 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | Damages claims before *Illinois Brick* repealer statute was effective are barred (IPP Br., § II.F, App. B) |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| New Mexico Antitrust Act — Unlawful acquisitions | REV Group Defendants; AIP Defendants | Albuquerque Compl. Count 4 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Unlawful acquisitions | Oshkosh Defendants | Albuquerque Compl. Count 5 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Unlawful acquisitions | BME Defendants | Albuquerque Compl. Count 6 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Attempted monopolization | REV Group Defendants; AIP Defendants | Albuquerque Compl. Count 10 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Attempted monopolization | Oshkosh Defendants | Albuquerque Compl. Count 11 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| New Mexico Antitrust Act — Attempted monopolization | BME Defendants | Albuquerque Compl. Count 12 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | Albuquerque Compl. Count 14 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | Albuquerque Compl. Count 15 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Monopolization of replacement parts | Oshkosh Defendants | Albuquerque Compl. Count 18 | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New Mexico Antitrust Act — Attempted monopolization of replacement parts | Oshkosh Defendants | Albuquerque Compl. Count 19 | | IPP Br., § II.A | IPP Br., § II.C, App. B | |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| New York (Donnelly Act) – combination in restraint of trade | REV Group Defendants; AIP Defendants | NCAPC Count 16 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New York (Donnelly Act) – combination in restraint of trade | Oshkosh Defendants | NCAPC Count 17 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New York (Donnelly Act) – combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 51 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New York (Donnelly Act) – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 52 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| New York (Donnelly Act)– combination in restraint of trade | BME Defendants | NCAPC Count 18 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |

| State Claim | Defendants | Count(s) | **Basis for Dismissal** | | | |
|---|---|---|---|---|---|---|
| | | | **Barred by Statute of Limitations and/or Laches** | **Falls with Federal Claim** | **Failure to Allege Nexus with Intrastate Commerce** | **Additional Reasons** |
| Oregon Antitrust Law – attempted monopolization | REV Group Defendants; AIP Defendants | NCAPC Count 31 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – attempted monopolization | Oshkosh Defendants | NCAPC Count 32 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – attempted monopolization | BME Defendants | NCAPC Count 33 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – attempted monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 62 | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – combination in restraint of trade | REV Group Defendants; AIP Defendants | NCAPC Count 10 | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – combination in restraint of trade | Oshkosh Defendants | NCAPC Count 11 | Non-Class Br., § I (as to | IPP Br., § II.A | IPP Br., § II.C, App. B | |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| | | | BME acquisition) | | | |
| Oregon Antitrust Law – combination in restraint of trade | BME Defendants | NCAPC Count 12 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 47 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 48 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Oregon Antitrust Law – monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 61 | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Utah Antitrust Act – attempted monopolization | REV Group Defendants; AIP Defendants | NCAPC Count 25 | Non-Class Br., § I | IPP Br., § II.A | | Failure to provide Notice to State Attorney |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| | | | | | | General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – attempted monopolization | Oshkosh Defendants | NCAPC Count 26 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – attempted monopolization | BME Defendants | NCAPC Count 27 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – attempted monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 60 | | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – combination in restraint of trade | REV Group Defendants; AIP Defendants | NCAPC Count 4 | Non-Class Br., § I | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – combination in restraint of trade | Oshkosh Defendants | NCAPC Count 5 | Non-Class Br., § I (as to | IPP Br., § II.A | | Failure to provide Notice to State Attorney |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| | | | BME acquisition) | | | General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – combination in restraint of trade | BME Defendants | NCAPC Count 6 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 43 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 44 | Non-Class Br., § I (as to BME acquisition) | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |
| Utah Antitrust Act – monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 59 | | IPP Br., § II.A | | Failure to provide Notice to State Attorney General (IPP Br., § II.D, App. B) |

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | **Barred by Statute of Limitations and/or Laches** | **Falls with Federal Claim** | **Failure to Allege Nexus with Intrastate Commerce** | **Additional Reasons** |
| Wisconsin Trusts and Monopolies Act – attempted monopolization | REV Group Defendants; AIP Defendants | NCAPC Count 34[24] | Non-Class Br., § I | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Trusts and Monopolies Act – attempted monopolization | Oshkosh Defendants | NCAPC Count 35[25] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Antitrust Law – attempted monopolization | BME Defendants | NCAPC Count 36[26] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Antitrust Law – attempted monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 64[27] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |

[24] Substantively identical claims are included as Count 10 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[25] Substantively identical claims are included as Count 11 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[26] Substantively identical claims are included as Count 12 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[27] Substantively identical claims are included as Count 20 in the Tacoma, Tampa, and Tuscaloosa Complaints.

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Wisconsin Antitrust Law – combination in restraint of trade | REV Group Defendants; AIP Defendants | NCAPC Count 13[28] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Antitrust Law – combination in restraint of trade | Oshkosh Defendants | NCAPC Count 14[29] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Antitrust Law – combination in restraint of trade | BME Defendants | NCAPC Count 15[30] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Antitrust Law – combination in restraint of trade | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 49[31] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |

[28] Substantively identical claims are included as Count 4 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[29] Substantively identical claims are included as Count 5 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[30] Substantively identical claims are included as Count 6 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[31] Substantively identical claims are included as Count 15 in the Tacoma, Tampa, and Tuscaloosa Complaints.

| State Claim | Defendants | Count(s) | Basis for Dismissal | | | |
|---|---|---|---|---|---|---|
| | | | Barred by Statute of Limitations and/or Laches | Falls with Federal Claim | Failure to Allege Nexus with Intrastate Commerce | Additional Reasons |
| Wisconsin Antitrust Law – conspiracy to monopolize | Pierce Defendants; Oshkosh Defendants; BME Defendants | NCAPC Count 50[32] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |
| Wisconsin Antitrust Law – monopolization (Pierce parts) | Oshkosh Defendants | NCAPC Count 63[33] | | IPP Br., § II.A | IPP Br., § II.C, App. B | |

[32] Substantively identical claims are included as Count 16 in the Tacoma, Tampa, and Tuscaloosa Complaints.

[33] Substantively identical claims are included as Count 19 in the Tacoma, Tampa, and Tuscaloosa Complaints.