# APPENDIX B

**APPENDIX B: STATUTES OF LIMITATIONS APPLICABLE TO NON-CLASS PLAINTIFFS' STATE LAW CLAIMS**

| State | Statute | Count(s)[1] | Statute of Limitations |
|---|---|---|---|
| Arizona | Arizona Antitrust Act<br>(Ariz. Rev. Stat. § 44-1402) | NCAPC Counts 19, 20, 21, 37, 38, 39, 53, 54, 65, 66 | **4 years (damages claims)**<br>Ariz. Rev. Stat. Ann. § 44-1410; *see also Supreme Auto Transp. LLC v. Arcelor Mittal*, 238 F. Supp. 3d 1032, 1043 n.8 (N.D. Ill. 2017) *aff'd sub nom. Supreme Auto Transp., LLC v. Arcelor Mittal USA, Inc.*, 902 F.3d 735 (7th Cir. 2018) |
| California | Cartwright Act<br>(Cal. Bus. & Prof. Code § 16700) | NCAPC Counts 42, 57, 58 | **4 years**<br>Cal. Bus. & Prof. Code § 16750.1; *see also Bartlett v. BP W. Coast Prods. LLC*, 2019 WL 2177655, at *2 (S.D. Cal. May 17, 2019) |
| | California Unfair Competition Law<br>(Cal. Bus. & Prof. Code § 17200) | NCAPC Counts 67, 68, 69 | **4 years**<br>Cal. Bus. & Prof. Code § 17208; *see also Bartlett v. BP W. Coast Prods. LLC*, 2019 WL 2177655, at *2 (S.D. Cal. May 17, 2019) |
| Connecticut | Connecticut Antitrust Act<br>(Conn. Gen. Stat. §§ 35-24) | NCAPC Counts 7, 8, 9, 28, 29, 30, 45, 46 | **4 years**<br>Conn. Gen. Stat. Ann. § 35-40; *see also Paquette v. Connecticut Nat. Gas Corp.*, 1980 WL 1969, at *4 n.12 (D. Conn. Dec. 3, 1980) |
| | Connecticut Unfair Trade Practices Act<br>(Conn. Gen. Stat. § 42-110b) | NCAPC Counts 70, 71, 72 | **3 years (damages claims)**<br>Conn. Gen. Stat. § 42-110b; *see also People Sav. Bank of New Britain v. T.R. Paul, Inc.*, 2000 WL 175490, at *7 (Conn. Super. Ct. Jan. 27, 2000) |

[1] In this column, citations to complaints by individual Non-Class Plaintiffs include complaints that were filed after the NCAPC (and before July 8, 2026) and the counts alleged therein.

| State | Statute | Count(s)[1] | Statute of Limitations |
|---|---|---|---|
| Iowa | Iowa Competition Law<br><br>(Iowa Code §§ 553.4, 553.5, 553.12) | Des Moines Am. Compl Counts 7–10, 12, 15, 16 | **4 years**<br><br>Iowa Code Ann. § 553.16; *see also In re Magnesium Oxide Antitrust Litig.*, 2011 WL 5008090, at *20 n.18 (D.N.J. Oct. 20, 2011) |
| Maryland | Maryland Antitrust Act<br><br>(Md. Code Ann., Com. Law § 11-204 et seq.) | Baltimore Am. Compl. Counts 7–10, 12, 15–19 | **4 years**<br><br>Md. Code Ann., Com. Law § 11-209(d); *see also Connecticut v. Sandoz, Inc.*, 2025 WL 3043397, at *40 (D. Conn. Oct. 31, 2025) |
| New Mexico | New Mexico Antitrust Act<br><br>(N.M. Stat. Ann. §§ 57-1-1, 57-1-2, 57-1-3) | Albuquerque Compl. Counts 4–6, 10–12, 14, 15, 18, 19 | **4 years**<br><br>N.M. Stat. Ann. § 57-1-12; *see also Galarza-Rios v. Optumcare New Mexico, LLC*, 2023 WL 131057, at *4 (D.N.M. Jan. 9, 2023) |
| New York | Donnelly Act<br><br>(N.Y. Gen. Bus. Law § 340) | NCAPC Counts 16, 17, 18, 51, 52 | **4 years (damages claims)**<br><br>N.Y. Gen. Bus. Laws § 340(5); *see also Shak v. JPMorgan Chase & Co.*, 156 F. Supp. 3d 462, 478 (S.D.N.Y. 2016) |
| Oregon | Oregon Antitrust Law<br><br>(Or. Rev. Stat. § 646.725) | NCAPC Counts 10, 11, 12, 31, 32, 33, 47, 48, 61, 62 | **4 years (damages claims)**<br><br>Or. Rev. Stat. § 646.800; *see also In re Interior Molded Doors Antitrust Litig.*, 2019 WL 4478734, at *23 (E.D. Va. Sept. 18, 2019) |
| Utah | Utah Antitrust Act<br><br>(Utah Code Ann. § 76-10-3101) | NCAPC Counts 4, 5, 6, 25, 26, 27, 43, 44, 59, 60 | **4 years**<br><br>Utah Code Ann. § 76-16-503; *see also Connecticut v. Sandoz, Inc.,* 2025 WL 3043397, at *60 (D. Conn. Oct. 31, 2025) |

| State | Statute | Count(s)[1] | Statute of Limitations |
| --- | --- | --- | --- |
| Wisconsin | Wisconsin Trusts and Monopolies Act<br>(Wis. Stat. Ann. § 133.01) | NCAPC Counts 13, 14, 15, 34, 35, 36, 49, 50, 63, 64<br>Tampa Compl. Counts 4, 5, 6, 10, 11, 12, 15, 16, 19, 20<br>Tuscaloosa Compl. Counts 4, 5, 6, 10, 11, 12, 15, 16, 19, 20<br>Tacoma Compl. Counts 4, 5, 6, 10, 11, 12, 15, 16, 19, 20 | **6 years (damages claims)**<br>Wis. Stat. Ann. § 133.18; *see also In re W. States Wholesale Nat. Gas Antitrust Litig.*, 2010 WL 2427406, at *2 (D. Nev. June 4, 2010) |