# APPENDIX A

## APPENDIX A: BASES FOR DISMISSAL OF FEDERAL CLAIMS

NCAPs' Consolidated Amended Complaint

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.1 | 1 (Section 7), 22 (Section 2) | REV Group Defendants and AIP Defendants | Butte County and Hartford |
| | § I.A.2 | 1 (Section 7), 22 (Section 2) | REV Group Defendants and AIP Defendants | LA County, San Diego, Ebbetts Pass, Santa Barbara, UFA, Portland, Allentown, Oakland, Portsmouth, and Tucson |
| | § I.A.3 (damages claims) | 1 (Section 7), 22 (Section 2) | REV Group Defendants and AIP Defendants | Santa Barbara and San Diego |
| Maxi-Métal acquisition | § I.B.1 | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | Butte County and Hartford |
| | § I.B.2 | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | Shasta County, San Diego County, UFA, Allentown, Green Bay, Santa Clara, and Yonkers |
| | § I.B.3 | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | Oakland, Santa Barbara, UFA, and Santa Clara |
| | § I.B.4 (damages claims) | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | Santa Barbara and San Diego |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | All NCAPs |
| | | 3 (Section 7), 24 (Section 2) | BME Defendants | All NCAPs |
| | | 40, 41 | Pierce, Oshkosh, and BME Defendants | All NCAPs |
| | § I.C.2 | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | Ebbetts Pass, Santa Barbara, Hartford, Portland, Allentown, Oakland, Portsmouth, Green Bay, Santa Clara, Yonkers, and Tucson |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
| --- | --- | --- | --- | --- |
| | | 3 (Section 7), 24 (Section 2) | BME Defendants | Ebbetts Pass, Santa Barbara, Hartford, Portland, Allentown, Oakland, Portsmouth, Green Bay, Santa Clara, Yonkers, and Tucson |
| | | 40 (Section 1), 41 (Section 2) | Pierce, Oshkosh, and BME Defendants | Ebbetts Pass, Santa Barbara, Hartford, Portland, Allentown, Oakland, Portsmouth, Green Bay, Santa Clara, Yonkers, and Tucson, |
| | § I.C.3 | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | Butte County, San Diego County, and UFA |
| | | 3 (Section 7), 24 (Section 2) | BME Defendants | Butte County, San Diego County, and UFA |
| | | 40 (Section 1), 41 (Section 2) | Pierce, Oshkosh, and BME Defendants | Butte County, San Diego County, and UFA |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 22 (Section 2) | REV Group Defendants and AIP Defendants | All NCAPs |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 22 (Section 2) | REV Group Defendants and AIP Defendants | All NCAPs |
| | | 2 (Section 7), 23 (Section 2) | Oshkosh Defendants | All NCAPs |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Aerials market) | § I.F | 1 (Section 7), 22 (Section 2) | REV Group Defendants and AIP Defendants | Shasta County and Santa Clara |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| Pierce replacement parts | § I.G | 55 (Section 2), 56 (Section 3) | Oshkosh Defendants | Ebbetts Pass |

<u>Albuquerque Complaint</u>

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |

<u>Emeryville Complaint</u>

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| | | 3 (Section 7),<br>6 (Section 2) | BME Defendants |
| | | 7 (Section 1),<br>8 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7),<br>5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7),<br>6 (Section 2) | BME Defendants |
| | | 7 (Section 1),<br>8 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7),<br>4 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7),<br>4 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7),<br>5 (Section 2) | Oshkosh Defendants |
| Pierce replacement parts | § I.G | 10 (Section 2),<br>11 (Section 3) | Oshkosh Defendants |

Tempe Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Maxi-Métal acquisition | § I.B.2 | 2 (Section 7),<br>5 (Section 2) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7),<br>5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7),<br>6 (Section 2) | BME Defendants |
| | | 13 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7),<br>5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7),<br>6 (Section 2) | BME Defendants |
| | | 13 (Section 2) | Pierce, Oshkosh, and BME Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition with respect to Custom Chassis market | § I.D | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |

Baltimore Amended Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Maxi-Métal acquisition | § I.B.2 | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 6 (Section 2) | BME Defendants |
| | | 11 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 6 (Section 2) | BME Defendants |
| | | 11 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV (acquisitions and Maxi-Métal acquisition with respect to Custom Chassis market) | § I.D | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |

Des Moines Amended Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.1 | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| Maxi-Métal acquisition | § I.B.1 | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 6 (Section 2) | BME Defendants |
| | | 11 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 6 (Section 2) | BME Defendants |
| | | 11 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| Pierce replacement parts | § I.G | 13 (Section 2), 14 (Section 3) | Oshkosh Defendants |

Tacoma Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.1 | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| Maxi-Métal acquisition | § I.B.1 | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 1), 14 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 1), 14 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |

Tuscaloosa Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 1 (Section 7),7 (Section 2) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 1), 14 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| | | 13 (Section 1), 14 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |

Tampa Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 1), 14 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 1), 14 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| | § I.D | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |

Gilbert Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| | § I.A.3 (damages claims) | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 9 (Section 2) | BME Defendants |
| | | 13 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 7 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 8 (Section 2) | Oshkosh Defendants |
| Pierce replacement parts | § I.G | 16 (Section 2), 17 (Section 3) | Oshkosh Defendants |

Oxnard Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| | § I.A.3 (damages claims) | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 6 (Section 2) | BME Defendants |
| | | 7 (Section 1), 8 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |
| | | 3 (Section 7), 6 (Section 2) | BME Defendants |
| | | 7 (Section 1), 8 (Section 2) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 1 (Section 7), 4 (Section 2) | REV Group Defendants and AIP Defendants |
| | | 2 (Section 7), 5 (Section 2) | Oshkosh Defendants |

DPPs' First Amended Consolidated Class Action Complaint

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § II.A | 2 (Section 7), 3 (Section 7 – declaratory judgment), 4 (Section 2) | REV Group Defendants and AIP | Roseland |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| Maxi-Métal acquisition and BME acquisition | § II.A | 2 (Section 7), 3 (Section 7 – declaratory judgment), 5 (Section 2) | Oshkosh and Pierce | Augusta, Newstead, Philadelphia, and Revere |
| REV Group and AIP Fund IV acquisitions, Maxi-Métal acquisition, and BME acquisition | § II.A | 2 (Section 7), 3 (Section 7 – declaratory judgment), 4 (Section 2) | REV Group Defendants and AIP | Nashville |
| REV Group and AIP Fund IV acquisitions, Maxi-Métal acquisition, and BME acquisition | § II.A | 2 (Section 7), 3 (Section 7 – declaratory judgment), 5 (Section 2) | Oshkosh and Pierce | Nashville |
| REV Group and AIP Fund IV acquisitions (with respect to Fire Apparatus Chassis market) | § II.B | 2 (Section 7), 3 (Section 7 – declaratory judgment), 4 (Section 2) | REV Group Defendants and AIP | All DPPs |
| Maxi-Métal acquisition and BME acquisition (with respect to Wildland Fire Apparatus market) | § II.B | 2 (Section 7), 3 (Section 7 – declaratory judgment), 5 (Section 2) | Oshkosh and Pierce | All DPPs |

<u>IPPs' Second Amended Consolidated Class Action Complaint</u>

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| REV Group's acquisitions | § II.A | 3 (Section 7) | REV Group | Arcadia, Claverack, Commack, Fountain Valley, Fullerton, Las Vegas, New Brighton, Onalaska, Ridgeland, Wyandotte County, and Water Witch |
| REV Group's acquisitions (with respect to Custom Fire Apparatus Specialty Cab Chassis market) | § II.B | 3 (Section 7) | REV Group | All IPP |

Providence Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Maxi-Métal acquisition and BME acquisition (with respect to Custom Fire Truck market(s)) | § III | 1 (Section 7) | Oshkosh and Pierce |

Leominster Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Conspiracies to restrict production and exchange information | § IV (damages claims) | 1 (Section 1),<br>2 (Section 1) | Oshkosh, Pierce, REV Group, Rosenbauer, and FAMA |