# APPENDIX B

## APPENDIX B: BASES FOR DISMISSAL OF STATE LAW CLAIMS

NCAPs' Consolidated Amended Complaint

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.1 | 7, 28 (CT) | REV Group Defendants and AIP Defendants | Hartford |
| | § I.A.2 | 4, 25 (UT) | REV Group Defendants and AIP Defendants | UFA |
| | | 10, 31 (OR) | REV Group Defendants and AIP Defendants | Portland |
| | | 13, 34 (WI) | REV Group Defendants and AIP Defendants | Portsmouth |
| | | 19, 37 (AZ) | REV Group Defendants and AIP Defendants | Tucson |
| Maxi-Métal acquisition | § I.B.1 | 8, 29 (CT) | Oshkosh Defendants | Hartford |
| | § I.B.2 | 5, 26 (UT) | Oshkosh Defendants | UFA |
| | | 14, 35 (WI) | Oshkosh Defendants | Green Bay |
| | | 16 (NY) | Oshkosh Defendants | Yonkers |
| | § I.B.3 | 5, 26 (UT) | Oshkosh Defendants | UFA |
| BME acquisition | § I.C.1 (damages claims) | 5, 26 (UT) | Oshkosh Defendants | UFA |
| | | 8, 29 (CT) | Oshkosh Defendants | Hartford |
| | | 11, 32 (OR) | Oshkosh Defendants | Portland |
| | | 14, 35 (WI) | Oshkosh Defendants | Portsmouth and Green Bay |
| | | 17 (NY) | Oshkosh Defendants | Yonkers |
| | | 20, 38 (AZ) | Oshkosh Defendants | Tucson |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| | | 6, 27 (UT) | BME Defendants | UFA |
| | | 9, 30 (CT) | BME Defendants | Hartford |
| | | 12, 33 (OR) | BME Defendants | Portland |
| | | 15, 36 (WI) | BME Defendants | Portsmouth and Green Bay |
| | | 18 (NY) | BME Defendants | Yonkers |
| | | 21, 39 (AZ) | BME Defendants | Tucson |
| | | 42 (CA) | Pierce, Oshkosh, and BME Defendants | LA County, Ebbetts Pass, Santa Barbara, San Diego County, Butte County, Shasta County, San Diego, Oakland, and Santa Clara |
| | | 43–44 (UT) | Pierce, Oshkosh, and BME Defendants | UFA |
| | | 45–46 (CT) | Pierce, Oshkosh, and BME Defendants | Hartford |
| | | 47–48 (OR) | Pierce, Oshkosh, and BME Defendants | Portland |
| | | 49–50 (WI) | Pierce, Oshkosh, and BME Defendants | Portsmouth and Green Bay |
| | | 51–52 (NY) | Pierce, Oshkosh, and BME Defendants | Yonkers |
| | | 53–54 (AZ) | Pierce, Oshkosh, and BME Defendants | Tucson |
| | § I.C.2 | 8, 29 (CT) | Oshkosh Defendants | Hartford |
| | | 11, 32 (OR) | Oshkosh Defendants | Portland |
| | | 14, 35 (WI) | Oshkosh Defendants | Portsmouth and Green Bay |
| | | 17 (NY) | Oshkosh Defendants | Yonkers |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| | | 20, 38 (AZ) | Oshkosh Defendants | Tucson |
| | | 9, 30 (CT) | BME Defendants | Hartford |
| | | 12, 33 (OR) | BME Defendants | Portland |
| | | 15, 36 (WI) | BME Defendants | Portsmouth and Green Bay |
| | | 18 (NY) | BME Defendants | Yonkers |
| | | 21, 39 (AZ) | BME Defendants | Tucson |
| | | 42 (CA) | Pierce, Oshkosh, and BME Defendants | Ebbetts Pass, Santa Barbara, Oakland, and Santa Clara |
| | | 45–46 (CT) | Pierce, Oshkosh, and BME Defendants | Hartford |
| | | 47–48 (OR) | Pierce, Oshkosh, and BME Defendants | Portland |
| | | 49–50 (WI) | Pierce, Oshkosh, and BME Defendants | Portsmouth and Green Bay |
| | | 51–52 (NY) | Pierce, Oshkosh, and BME Defendants | Yonkers |
| | | 53–54 (AZ) | Pierce, Oshkosh, and BME Defendants | Tucson |
| | § I.C.3 | 5, 26 (UT) | Oshkosh Defendants | UFA |
| | | 6, 27 (UT) | BME Defendants | UFA |
| | | 42 (CA) | Pierce, Oshkosh, and BME Defendants | San Diego County and Butte County |
| | | 43–44 (UT) | Pierce, Oshkosh, and BME Defendants | UFA |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 4, 25 (UT) | REV Group Defendants and AIP Defendants | UFA |
| | | 7, 28 (CT) | REV Group Defendants and AIP Defendants | Hartford |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| | | 10, 31 (OR) | REV Group Defendants and AIP Defendants | Portland |
| | | 13, 34 (WI) | REV Group Defendants and AIP Defendants | Portsmouth and Green Bay |
| | | 16 (NY) | REV Group Defendants and AIP Defendants | Yonkers |
| | | 19, 37 (AZ) | REV Group Defendants and AIP Defendants | Tucson |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 4, 25 (UT) | REV Group Defendants and AIP Defendants | UFA |
| | | 7, 28 (CT) | REV Group Defendants and AIP Defendants | Hartford |
| | | 10, 31 (OR) | REV Group Defendants and AIP Defendants | Portland |
| | | 13, 34 (WI) | REV Group Defendants and AIP Defendants | Portsmouth and Green Bay |
| | | 16 (NY) | REV Group Defendants and AIP Defendants | Yonkers |
| | | 19, 37 (AZ) | REV Group Defendants and AIP Defendants | Tucson |
| | | 5, 26 (UT) | Oshkosh Defendants | UFA |
| | | 8, 29 (CT) | Oshkosh Defendants | Hartford |
| | | 11, 32 (OR) | Oshkosh Defendants | Portland |
| | | 14, 35 (WI) | Oshkosh Defendants | Portsmouth and Green Bay |
| | | 17 (NY) | Oshkosh Defendants | Yonkers |

| Conduct | Defect | Count(s) | Defendants | Plaintiffs |
|---|---|---|---|---|
| | | 20, 38 (AZ) | Oshkosh Defendants | Tucson |
| Pierce replacement parts | § I.G | 57–58 (CA) | Oshkosh Defendants | Ebbetts Pass |

<u>Albuquerque Complaint</u>

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 4, 10 (NM) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 5, 11 (NM) | Oshkosh Defendants |
| | | 6, 12 (NM) | BME Defendants |
| | | 14, 15 (NM) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 5, 11 (NM) | Oshkosh Defendants |
| | | 6, 12 (NM) | BME Defendants |
| | | 14, 15 (NM) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 4, 10 (NM) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 4, 10 (NM) | REV Group Defendants and AIP Defendants |
| | | 5, 11 (NM) | Oshkosh Defendants |

<u>Emeryville Complaint</u>

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| BME acquisition | § I.C.1 (damages claims) | 9 (CA) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 9 (CA) | Pierce, Oshkosh, and BME Defendants |
| Pierce replacement parts | § I.G | 12–13 (CA) | Oshkosh Defendants |

Tempe Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Maxi-Métal acquisition | § I.B.2 | 8, 11 (AZ) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 8, 11 (AZ) | Oshkosh Defendants |
| | | 9, 12 (AZ) | BME Defendants |
| | | 14–15 (AZ) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 8, 11 (AZ) | Oshkosh Defendants |
| | | 9, 12 (AZ) | BME Defendants |
| | | 14–15 (AZ) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 7, 10 (AZ) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 7, 10 (AZ) | REV Group Defendants and AIP Defendants |
| | | 8, 11 (AZ) | Oshkosh Defendants |

Baltimore Amended Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Maxi-Métal acquisition | § I.B.2 | 8 (MD) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 8 (MD) | Oshkosh Defendants |
| | | 9 (MD) | BME Defendants |
| | | 10, 12 (MD) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 8 (MD) | Oshkosh Defendants |
| | | 9 (MD) | BME Defendants |
| | | 10, 12 (MD) | Pierce, Oshkosh, and BME Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 7 (MD) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 7 (MD) | REV Group Defendants and AIP Defendants |
| | | 8 (MD) | Oshkosh Defendants |

<u>Des Moines Amended Complaint</u>

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.1 | 7, 17 (IA) | REV Group Defendants and AIP Defendants |
| Maxi-Métal acquisition | § I.B.1 | 8, 18 (IA) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 8, 18 (IA) | Oshkosh Defendants |
| | | 9, 19 (IA) | BME Defendants |
| | | 10, 12 (IA) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 8, 18 (IA) | Oshkosh Defendants |
| | | 9, 19 (IA) | BME Defendants |
| | | 10, 12 (IA) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 7, 17 (IA) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 7, 17 (IA) | REV Group Defendants and AIP Defendants |
| | | 8, 18 (IA) | Oshkosh Defendants |
| Pierce replacement parts | § I.G | 15–16 (IA) | Oshkosh Defendants |

Tacoma Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.1 | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| Maxi-Métal acquisition | § I.B.1 | 5, 11 (WI) | Oshkosh Defendants |
| BME acquisition | § I.C.1 (damages claims) | 5, 11 (WI) | Oshkosh Defendants |
| | | 6, 12 (WI) | BME Defendants |
| | | 15–16 (WI) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 5, 11 (WI) | Oshkosh Defendants |
| | | 6, 12 (WI) | BME Defendants |
| | | 15–16 (WI) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| | | 5, 11 (WI) | Oshkosh Defendants |

Tuscaloosa Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 5, 11 (WI) | Oshkosh Defendants |
| | | 6, 12 (WI) | BME Defendants |
| | | 15–16 (WI) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 5, 11 (WI) | Oshkosh Defendants |
| | | 6, 12 (WI) | BME Defendants |
| | | 15–16 (WI) | Pierce, Oshkosh, and BME Defendants |

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| | | 5, 11 (WI) | Oshkosh Defendants |

<u>Tampa Complaint</u>

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 5, 11 (WI) | Oshkosh Defendants |
| | | 6, 12 (WI) | BME Defendants |
| | | 15–16 (WI) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 5, 11 (WI) | Oshkosh Defendants |
| | | 6, 12 (WI) | BME Defendants |
| | | 15–16 (WI) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 4, 10 (WI) | REV Group Defendants and AIP Defendants |
| | | 5, 11 (WI) | Oshkosh Defendants |

Gilbert Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| REV Group and AIP Fund IV acquisitions | § I.A.2 | 4, 10 (AZ) | REV Group Defendants and AIP Defendants |
| | § I.A.3 (damages claims) | 4, 10 (AZ) | REV Group Defendants and AIP Defendants |
| BME acquisition | § I.C.1 (damages claims) | 5, 11 (AZ) | Oshkosh Defendants |
| | | 6, 12 (AZ) | BME Defendants |
| | | 14–15 (AZ) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 5, 11 (AZ) | Oshkosh Defendants |
| | | 6, 12 (AZ) | BME Defendants |
| | | 14–15 (AZ) | Pierce, Oshkosh, and BME Defendants |
| REV Group and AIP Fund IV acquisitions (with respect to Custom Quints market) | § I.E | 4, 10 (AZ | REV Group Defendants and AIP Defendants |
| REV Group and AIP Fund IV acquisitions and Maxi-Métal acquisition (with respect to Custom Chassis market) | § I.D | 4, 10 (AZ | REV Group Defendants and AIP Defendants |
| | | 5, 11 (AZ) | Oshkosh Defendants |
| Pierce replacement parts | § I.G | 18–19 (AZ) | Oshkosh Defendants |

Oxnard Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| BME acquisition | § I.C.1 (damages claims) | 9 (CA) | Pierce, Oshkosh, and BME Defendants |
| | § I.C.2 | 9 (CA) | Pierce, Oshkosh, and BME Defendants |

Leominster Complaint

| Conduct | Defect | Count(s) | Defendants |
|---|---|---|---|
| Conspiracies to restrict production and exchange information | § IV (damages claims) | 3–4 (MA) | Oshkosh, Pierce, REV Group, Rosenbauer, and FAMA |