**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-03179-WCG<br><br>MDL No. 3179<br><br>Hon. William C. Griesbach |
| This document relates to:<br><br>*Direct Purchaser Class and All Direct (Non-Class) Actions* | |

**DEFENDANTS BOISE MOBILE EQUIPMENT, INC. AND BME FIRE TRUCK'S LLC'S 12(B)(6) MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC (collectively, "BME Defendants") hereby move to dismiss all claims against BME Defendants in the Direct Purchaser Plaintiffs' First Amended Consolidated Class Action Complaint, No. 2:26-md-03179, ECF No. 59; the Direct (Non-Class) Action Plaintiffs' Consolidated Amended Complaint, ECF No. 53 ("NCAP Compl."); and the additional complaints brought by the following direct, non-class plaintiffs whose actions were filed after the NCAP Compl. and prior to July 8, 2026—Albuquerque (26-cv-01031), Emeryville (26-cv-01030), Tempe (26-cv-01098), Baltimore (26-cv-01099), Des Moines (26-cv-01104), Tacoma (26-cv-01106), Tuscaloosa (26-cv-01119), Tampa (26-cv-01120), Gilbert (26-cv-01253), and Oxnard (26-cv-01254). BME Defendants move to dismiss the counts and causes of action against them on grounds that Plaintiffs fail to state a claim upon which relief can be granted.

In support of this Motion, BME Defendants respectfully submit the accompanying memorandum of points and authorities and incorporate by reference Defendants' memoranda of points and authorities in support of Defendants' Joint Motions to Dismiss.

Dated: August 17, 2026

Respectfully submitted,

*s/ Leo D. Caseria*

Leo Caseria (D.C. Bar No. 1655936)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppard.com

Joy O. Siu (Cal. Bar No. 307610)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 774-3108
jsiu@sheppard.com

*Counsel for Defendants Boise Mobile Equipment, Inc. and BME Fire Trucks LLC for all matters other than People of the State of California, et al. v. REV Group, LLC, et al., No. 2:26-cv-00632*

*s/ Benjamin Price*

Benjamin Price (Cal. Bar No. 267400)
Keith G. Bremer (Cal. Bar No. 155920)
BREMER WHYTE BROWN & O'MEARA, LLP
20320 SW Birch St. Newport Beach, CA 92660
(949) 221-1013
bprice@bremerwhyte.com

*Counsel for Boise Mobile Equipment, Inc. and BME Fire Trucks LLC in People of the State of California, et al. v. REV Group, LLC, et al., No. 2:26-cv-00632*