# APPENDIX A

## APPENDIX A: SUMMARY OF BASES FOR DISMISSAL BY STATE

| State | Count(s) | Antitrust | | | | | Consumer Protection | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | II.B Class Actions Prohibited | II.C Insufficient In-State Conduct | II.D No AG Notice | II.E No In-State Plaintiff | II.F *Illinois Brick* | III.B IPP Class Claims Barred | III.C Alleged Conduct Not Covered by Statute | III.D Insufficient In-State Conduct | III.E No Unfair Allegations | III.F No Deception or Reliance Allegations | III.G No 9(b) Fraud | III.H No Consumer Nexus | III.I No Natural Person Plaintiff | III.J Damages Unavailable |
| **Alabama** | 9 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Alaska** | 10 | Not Alleged | | | | | ✓ | | | | | | | | |
| **Arizona** | 12, 13 | | ✓ | ✓ | | | | | ✓ | | ✓ | | | | |
| **Arkansas** | 11 | Not Alleged | | | | | ✓ | | | ✓ | ✓ | ✓ | | | |
| **California** | 14, 15 | | | | | | | | | | ✓ | ✓ | | | ✓ |
| **Colorado** | 16, 17 | | | | | ✓ | | | | | ✓ | | | | ✓ |
| **Connecticut** | 4 | | ✓ | | | ✓ | Not Alleged | | | | | | | | |
| **District of Columbia** | 18, 19 | | ✓ | | | | | | | ✓ | ✓ | | ✓ | | |
| **Florida** | 20 | Not Alleged | | | | | | | | | | ✓ | | | |
| **Hawaii** | 21 | | | ✓ | | | Not Alleged | | | | | | | | |
| **Illinois** | 22, 23 | ✓ | | | | | ✓ | | | ✓ | ✓ | ✓ | | | |
| **Iowa** | 24 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Kansas** | 25 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Maine** | 26 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Maryland** | 27, 28 | | ✓ | | | ✓ | | ✓ | | | | | | | |
| **Massachusetts** | 29 | Not Alleged | | | | | ✓ | | | | | ✓ | ✓ | | |
| **Michigan** | 5 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Minnesota** | 30, 31 | | ✓ | | | | | | | | ✓ | ✓ | | | ✓ |
| **Mississippi** | 6 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Montana** | 32 | Not Alleged | | | | | ✓ | | | | | | ✓ | | |
| **Nebraska** | 33, 34 | | ✓ | | | | | | ✓ | | | ✓ | | | |
| **Nevada** | 35, 36 | | ✓ | ✓ | | | | | | | ✓ | | | ✓ | |
| **New Hampshire** | 37, 38 | | | | | | | | ✓ | | | ✓ | | | |
| **New Jersey** | 39 | | ✓ | | | ✓ | N/A | | | | | | | | |

| State | Count(s) | Antitrust | | | | | Consumer Protection | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | II.B Class Actions Prohibited | II.C Insufficient In-State Conduct | II.D No AG Notice | II.E No In-State Plaintiff | II.F *Illinois Brick* | III.B IPP Class Claims Barred | III.C Alleged Conduct Not Covered by Statute | III.D Insufficient In-State Conduct | III.E No Unfair Allegations | III.F No Deception or Reliance Allegations | III.G No 9(b) Fraud | III.H No Consumer Nexus | III.I No Natural Person Plaintiff | III.J Damages Unavailable |
| **New Mexico** | 40, 41 | | ✓ | | | | | | | ✓ | | ✓ | | | |
| **New York** | 7 | | ✓ | | | | Not Alleged | | | | | | | | |
| **North Carolina** | 42 | | ✓ | | | | Not Alleged | | | | | | | | |
| **North Dakota** | 43 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Oregon** | 44, 45 | | ✓ | | | | | ✓ | | | | | ✓ | | |
| **Rhode Island** | 46, 47 | | ✓ | ✓ | | | | ✓ | | | | | ✓ | ✓ | |
| **South Carolina** | 48 | Not Alleged | | | | | ✓ | | | | | | | | |
| **South Dakota** | 49, 50 | | ✓ | | | | | | | ✓ | ✓ | ✓ | | | |
| **Tennessee** | 51 | ✓ | ✓ | | | | Not Alleged | | | | | | | | |
| **Utah** | 52 | | | ✓ | ✓ | | Not Alleged | | | | | | | | |
| **Vermont** | 53 | | | | | | Not Alleged | | | | | | | | |
| **West Virginia** | 54 | | ✓ | | | | Not Alleged | | | | | | | | |
| **Wisconsin** | 8 | | ✓ | | | | Not Alleged | | | | | | | | |