**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-03179-WCG<br><br>MDL No. 3179<br><br>Hon. William C. Griesbach |
| This document relates to:<br><br>*Direct Purchaser Plaintiff Class Action Track*<br>*Indirect Purchaser Plaintiff Class Action Track*<br>*City of Leominster v. Oshkosh Corp., et al.*,<br>Case No. 26-cv-01105<br>*City of Providence v. Oshkosh Corp., et al.*,<br>Case No. 26-cv-01198 | |

**ROSENBAUER AMERICA, LLC, ROSENBAUER MINNESOTA, LLC, AND ROSENBAUER SOUTH DAKOTA, LLC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC (collectively, "Rosenbauer"), hereby move to dismiss Direct Purchaser Plaintiffs' First Amended Consolidated Class Action Complaint, Indirect Purchaser Plaintiffs' Second Amended Consolidated Complaint, City of Leominster's Complaint, and City of Providence's Complaint for failure to state a claim upon which relief can be granted.

In support of this Motion, Rosenbauer respectfully submits the accompanying memorandum of points and authorities.

Dated: August 17, 2026

Respectfully submitted,

s/ *Ashley B. Eickhof*

Ashley B. Eickhof (Bar No. 307143)
Creighton J. Macy (Bar No. 1002479)
Stephen T. Loertscher (Bar No. 18995)
BAKER & McKENZIE LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com
stephen.loertscher@bakermckenzie.com

David J. Turek (Bar No. 1035356)
Joshua S. Greenberg (Bar No. 1107959)
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC*