# EXHIBIT 2

**Archived:** Tuesday, September 29, 2026 8:33:31 AM
**From:** Michael Flannery
**Mail received time:** Mon, 17 Aug 2026 17:32:26
**Sent:** Mon, 17 Aug 2026 17:32:09
**To:** Jason Julius
**Cc:** Steve Berman
**Subject:** Fire Apparatus: Joint DPP/IPP Co-Lead Counsel Communication
**Importance:** Normal
**Sensitivity:** None

---

Note: *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

---

NCAP Counsel,

In light of Defendants' recent communication about ongoing solicitation efforts, on behalf of DPP and IPP Co-Lead Counsel, we write to ask you for an explanation, including whether Defendants' report is accurate.

If Defendants' report is accurate, please disclose the full extent of your communications and solicitations, and promptly cease and desist all such communications/solicitations.

We ask you for a prompt response.

Best regards,

Mike.

Michael J. Flannery
Partner
**Cuneo Gilbert Flannery & LaDuca, LLP**
Two CityPlace Drive
St. Louis, MO 63141
Phone (work): (314) 226-1015 (direct)
Phone (cell): (314) 330-2771
**e-mail: mflannery@cuneolaw.com**
**website: www.cuneolaw.com**

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.