# EXHIBIT 4

September 2, 2026

**Via Electronic Mail**

Christina Crow
C. Elizabeth Little Courson
Jinks Crow, P.C.
219 Prairie Street North
Union Springs, AL 36089
Christy.crow@jinkscrow.com
lisa.littell@jinkscrow.com

Joshua P. Hayes
Prince Glover Hayes
2311 University Boulevard, Suite A
Tuscaloosa, Alabama 35401
josh@princelaw.net

Re: *In re: Fire Apparatus Antitrust Litigation,*
*Case No. 2:26-md-03179-WCG*

Counsel,

We write as court-appointed lead counsel for the direct purchaser class. Court-appointed lead counsel for the indirect purchaser class join in this letter.

We assume you are aware of the Court's July 13, 2026 Order (ECF No. 126), which addresses certain client solicitation efforts by your co-counsel Simonsen Sussman LLP and Barron & Budd, P.C. It also applies to you.

It has come to our attention that you rented a booth during the Annual Tennessee Fire Chief's Leadership Conference to solicit clients to file individual, non-class actions, duplicative of the class actions already filed within this MDL.

According to the August 19 letter from Simonsen Sussman and Baron & Budd, they have confirmed that you spoke to individuals at that conference and they believe that your communications were compliant with the Court's July 13, 2026 Order. Defendants, who saw your booth firsthand, provided photographs and stated that "[t]he marketing materials notably do not appear

to inform potential clients that there are proposed class actions pending in the MDL or that they may be members of one or both of the putative classes."

By this letter, we are asking you to comply with the Court's order and cease and desist any further conduct in violation of it. We also write to ask you for the following information:

1. A copy of all video, audio, or written records of the conference, including all written materials you provided to potential plaintiffs, either at the Conference or in follow-up after meeting them there.

2. A list of those solicited at that conference, including any sign-up sheets, contact lists, or other similar records.

3. A description of all efforts you have engaged in to solicit clients to file antitrust lawsuits against fire truck manufacturers, including, for example, all conferences you've attended for such solicitation purposes, all marketing or other written materials you've provided, all websites you've established for such solicitation purposes, and all such oral solicitation efforts you've engaged in.

4. A description of any agreements or understandings you have with Simonsen Sussman LLP or Baron & Budd, P.C., including joint prosecution agreements, referral agreements, fee-sharing agreements, or any other agreements to fund or defray the costs of solicitation efforts, including appearances at conferences or tradeshows.

Sincerely,

*/s/ Joseph R. Saveri*
Joseph R. Saveri
SAVERI LAW FIRM
jsaveri@saverilawfirm.com

*/s/ Gregory P. Hansel*
Gregory P. Hansel
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
ghansel@preti.com

*/s/ Michael J. Flannery*
Michael J. Flannery
CUNEO GILBERT FLANNERY & LADUCA, LLP
mflannery@cuneolaw.com

*s/ Stephen R. Basser*
Stephen R. Basser
BARRACK, RODOS & BACINE
sbasser@barrack.com