# EXHIBIT 7

## Hansel, Gregory P.

**From:** Smith, Michael S.
**Sent:** Friday, September 25, 2026 2:32 PM
**To:** Christina Crow
**Cc:** Lisa Littell; josh@princelaw.net; Jason Julius; Catherine Simonsen; Joseph Saveri; Hansel, Gregory P.; mflannery; Stephen R. Basser; Beth J. Kushner; DPP-Co-Leads Fire Trucks; dhedlund@gustafsongluek.com; steve
**Subject:** RE: In re Fire Apparatus: Letter Regarding Solicitation

Good afternoon, Christy – following up on this. Please let us know today what the basis is for declining to provide the full slide deck or confirm that you are declining to provide the basis for declining to provide the full slide deck.

Thanks,
Mike

Michael S. Smith
Managing Partner
**PretiFlaherty**

---

**From:** Smith, Michael S.
**Sent:** Thursday, September 24, 2026 3:21 PM
**To:** 'Christina Crow' <christy.crow@jinkscrow.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com; steve <steve@hbsslaw.com>
**Subject:** RE: In re Fire Apparatus: Letter Regarding Solicitation

Christy,

Thank you. The slide deck is clearly not attorney work product, privileged, or even confidential given that it was presented at a conference with presumably dozens or, more likely, hundreds of attendees, some of whom were representatives of the defendants.

Would you please let us know your basis for declining to provide the full slide deck?

Mike

Michael S. Smith
Managing Partner
**PretiFlaherty**

---

**From:** Christina Crow <christy.crow@jinkscrow.com>
**Sent:** Thursday, September 24, 2026 2:26 PM
**To:** Smith, Michael S. <MSmith@preti.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com; steve <steve@hbsslaw.com>
**Subject:** Re: In re Fire Apparatus: Letter Regarding Solicitation

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

Michael:

I am not willing to share my complete work product with you.

However, after reviewing the slide deck, there were two slides that discuss causes of action or pending litigation. I am attaching those two slides

Christy Crow
Attorney at Law
Jinks Crow, PC

On Sep 24, 2026, at 1:39 p.m., Smith, Michael S. <MSmith@preti.com> wrote:

Christy,

Thanks for speaking with us on Tuesday. I'm writing to follow up on an open item from our discussion: I asked if you would provide to us the slide deck that you presented at the conference in Tennessee, and you said that you would check with your co-counsel.

Would you please confirm whether you will be providing that slide deck to us?

Thanks,
Mike

Michael S. Smith
Managing Partner
PretiFlaherty

**From:** Smith, Michael S.
**Sent:** Thursday, September 17, 2026 1:18 PM
**To:** Christina Crow <christy.crow@jinkscrow.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com; steve <steve@hbsslaw.com>
**Subject:** RE: In re Fire Apparatus: Letter Regarding Solicitation

Christy – I'm confirming that this time works on our end. I'll send an invitation around.

Thanks,
Mike

Michael S. Smith
Managing Partner
PretiFlaherty

**From:** Smith, Michael S. <MSmith@preti.com>
**Sent:** Wednesday, September 16, 2026 10:19 PM

**To:** Christina Crow <christy.crow@jinkscrow.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com; steve <steve@hbsslaw.com>
**Subject:** Re: In re Fire Apparatus: Letter Regarding Solicitation

Thank you - will check with co-counsel and confirm tomorrow.

Mike

Michael S. Smith
Managing Partner
**PretiFlaherty**
207.791.3246 Tel
MSmith@preti.com

---

**From:** Christina Crow <christy.crow@jinkscrow.com>
**Sent:** Wednesday, 16 September 2026 21:46:30
**To:** Smith, Michael S. <MSmith@preti.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net <josh@princelaw.net>; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com <dhedlund@gustafsongluek.com>; steve <steve@hbsslaw.com>
**Subject:** Re: In re Fire Apparatus: Letter Regarding Solicitation

**Note: *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.*****

---

How is Tuesday at 4 EST?

Christy Crow
Attorney at Law
Jinks Crow, PC

> On Sep 16, 2026, at 8:37 p.m., Smith, Michael S. <MSmith@preti.com> wrote:
>
> Christy - following up on this so we can get something on the calendar soon. Thank you.
>
> Michael S. Smith
> Managing Partner
> **PretiFlaherty**

207.791.3246 Tel
MSmith@preti.com

---

**From:** Smith, Michael S. <MSmith@preti.com>
**Sent:** Tuesday, 15 September 2026 20:22:17
**To:** Christina Crow <christy.crow@jinkscrow.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net <josh@princelaw.net>; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <Sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com <dhedlund@gustafsongluek.com>; steve <steve@hbsslaw.com>
**Subject:** Re: In re Fire Apparatus: Letter Regarding Solicitation

Christy - there are several people on the West Coast involved here. Would you please let us know your availability after 11:00 Eastern Monday through Wednesday of next week? Thanks

Michael S. Smith
Managing Partner
**PretiFlaherty**
207.791.3246 Tel
MSmith@preti.com

---

**From:** Christina Crow <christy.crow@jinkscrow.com>
**Sent:** Tuesday, 15 September 2026 18:51:35
**To:** Smith, Michael S. <MSmith@preti.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net <josh@princelaw.net>; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com <dhedlund@gustafsongluek.com>; steve <steve@hbsslaw.com>
**Subject:** Re: In re Fire Apparatus: Letter Regarding Solicitation

Note: ***** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.*****

---

Michael:

This week is chaos for me and I'll be in depositions.

How is 9:30 EST on Monday or Tuesday of next week?

Christy Crow
Attorney at Law
Jinks Crow, PC

On Sep 15, 2026, at 6:24 p.m., Smith, Michael S. <MSmith@preti.com> wrote:

Christy - I was just forwarded the letter that was sent on your behalf to a subset of plaintiffs' counsel this afternoon. We still intend to proceed with a meet and confer so please do send your availability as requested below.

Thanks,
Mike

Michael S. Smith
Managing Partner
**PretiFlaherty**
207.791.3246 Tel
MSmith@preti.com

---

**From:** Smith, Michael S.
**Sent:** Tuesday, 15 September 2026 18:14:23
**To:** Christina Crow <christy.crow@jinkscrow.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net <josh@princelaw.net>; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com <dhedlund@gustafsongluek.com>; steve <steve@hbsslaw.com>
**Subject:** RE: In re Fire Apparatus: Letter Regarding Solicitation

Christy,

We look forward to receiving your response soon. Given the time-sensitive nature of this situation and the fact that nearly two weeks have passed since we sent our letter, we'd like to get a meet and confer on the calendar for Thursday or Friday of this week to discuss it. Accordingly, please let us know your availability after 12:00 Eastern on 9/17 and 9/18.

Thanks,
Mike

Michael S. Smith
Managing Partner
**PretiFlaherty**

**From:** Christina Crow <christy.crow@jinkscrow.com>
**Sent:** Thursday, September 10, 2026 5:59 PM
**To:** Smith, Michael S. <MSmith@preti.com>
**Cc:** Lisa Littell <lisa.littell@jinkscrow.com>; josh@princelaw.net; Jason Julius <jjulius@baronbudd.com>; Catherine Simonsen <catherine@simonsensussman.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Hansel, Gregory P. <GHansel@preti.com>; mflannery <mflannery@cuneolaw.com>; Stephen R. Basser <sbasser@barrack.com>; Beth J. Kushner <beth.kushner@vonbriesen.com>; DPP-Co-Leads Fire Trucks <firetrucksdpp-co-leads@barrack.com>; dhedlund@gustafsongluek.com; steve <steve@hbsslaw.com>
**Subject:** Re: In re Fire Apparatus: Letter Regarding Solicitation

Note: *** **This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.*****

---

Michael:

We are in receipt of your letter. I was out of town for the Labor Day weekend and have been in court and depositions this week. I'll get a response to you next week.

Thank you in advance for your patience,

Christy Crow
Attorney at Law
Jinks Crow, PC

> On Sep 2, 2026, at 9:19 p.m., Smith, Michael S. <MSmith@preti.com> wrote:
>
> <image001.png> **IRONSCALES couldn't recognize this email as this is the first time you recei sender MSmith@preti.com**
>
> Counsel – please see the attached letter.
>
> Regards,
> Mike
>
> Michael S. Smith
> Managing Partner
> 207.791.3246 Tel
> MSmith@preti.com
> Bio | LinkedIn | preti.com
>
> **PretiFlaherty**
> One City Center
> P.O. Box 9546
> Portland, ME 04112-9546

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at msmith@preti.com or via telephone at 207.791.3000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

<Fire Apparatus_ Ltr from Class Counsel to Jinks Crow and Prince Glover Hayes (9_2_26).pdf>

**********************************CONFIDENTIAL*****************************

The information contained in this e-mail message is legally PRIVILEGED AND CONFIDENTIAL and intended only for the use of the Individual(s) named above. If the reader of this message is not the intended recipient, or the employee or the agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete this message from any device/media where the message is stored, and notify the sender as soon as possible by telephone at (334) 738-4225.

ATTENTION: IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

---

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at msmith@preti.com or via telephone at 207.791.3000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-

client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at msmith@preti.com or via telephone at 207.791.3000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.