**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | CASE NO. 26-MD-3179 |
| THIS DOCUMENT RELATES TO:<br>*City of Providence v. Oshkosh Corp., et al.*,<br>Case No. 2:26-CV-01198-WCG | |

# DECLARATION OF MICHAEL KADES IN SUPPORT OF CITY OF PROVIDENCE RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS FOR LACK OF ANTITRUST STANDING

I, Michael Kades, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed in Wisconsin and a partner at Nachawati Law Group, PLLC. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify truthfully and consistently with what is stated below.

2. Our firm serves as counsel of record to Plaintiff City of Providence, one of the non-class plaintiffs whose matters are consolidated before this court for multi-district litigation proceedings.

3. Attached as Exhibit 1 hereto is a true and correct copy of a sales invoice for an aerial ladder fire truck that was purchased by Plaintiff City of Providence in 2024.

4. I received Exhibit 1 from the Plaintiff City of Providence.

5. As reflected in Exhibit 1, the aerial ladder firetruck purchased by Plaintiff City of Providence includes the following customizations: an extended cab, an emergency medical services compartment in the cab, an upgraded engine, a heavy-duty metal dash, a six-kilowatt hydraulic generator, upgraded driving safety management systems, a heavy-duty HVAC system, and myriad other, smaller customizations.

6. Additionally, at a meet-and-confer on October 15, 2026, Plaintiff City of Providence offered to provide Defendants with a copy of Exhibit 1 and subsequently did so.

I declare under penalty of perjury under law that the foregoing is true and correct.

Executed on October 16, 2026

*/s/Michael Kades*
Michael Kades